# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., et al. | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) |
| AVIE ARENSON, et al. | ) ) ) |
| Defendants | ) |

C.A. No: 04-1339-SLR

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on this 15th day of March, 2005, a copy of

*Defendants' Response to Plaintiffs' Reply to Supplement on Motion to Remand* was

served on the below-named parties as indicated:

**Via Hand Delivery**
A. Gilchrist Sparks, III, Esq.
S. Mark Hurd, Esq.
Samuel T. Hirzel, II, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**Via First Class Mail**
Gregory P. Joseph Law Offices LLC
Gregory P. Joseph
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY 10022


                        */s/ Sean J. Bellew*
                        SEAN J. BELLEW (#4090)

WILM1\29562\1 151526.000