

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   838.207.2440   302.295.2013 FAX   www.cozen.com

March 29, 2005

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax     866.776.8911
dfelice@cozen.com

**Via ECF**

Dr. Peter T. Dalleo, Clerk
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   **Shamrock Holdings of California, Inc.,** *et al.* **v. Avie Arenson,** *et al.***,**
       **C.A. No. 04-1339-SLR**

Dear Dr. Dalleo:

Enclosed please find the *Affidavit of Avie Arenson*. This affidavit should have been included along with Docket No. 3 in the above matter. The *Memorandum in Support of Motion to Dismiss by Defendants Selk LLC and Laurel Equity Group, LLC* references this document (erroneously) as both Exhibits 1 and 2. There should only be one exhibit referenced, and this is the single exhibit. Kindly add this exhibit to Docket No. 3 in the above matter.

Thank you for your attention to this matter, and if you should have any questions or concerns about this matter, please feel free to contact me at any time.

Respectfully,

David A. Felice

DAF/sjr
Enclosures

cc:   Samuel T. Hirzel, II, Esquire