# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC. EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN | * * * * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: |
| AVIE ARENSON, SELK, LLC and LAUREL EQUITY GROUP, LLC | * * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF AVIE ARENSON

1. I, ABRAHAM (AVIE) ARENSON am over eighteen years of age, competent to be a witness and have personal knowledge of the matters stated herein.

2. I reside at 9 Hatamar Street, Caesarea, Israel.

3. I am an Israeli citizen.

4. I am a director and shareholder of A. Arenson Holdings Ltd., an Israeli corporation and Class B member of ALH Holdings, LLC.

5. I am a beneficial shareholder of D.A. Gardens, Ltd., a Panamanian corporation and Class B member of ALH Holdings, LLC.

6. I do not own a membership interest in ALH Holdings, LLC or its subsidiaries.

7. I am the Class B Representative on ALH Holdings' Supervisory Committee.

8.  I am not a Class A, Class D or Class E Representative for ALH Holdings, LLC.

9.  I do not perform or transact any business or perform any character of work or service in Delaware.

10. I do not contract to supply services or things in Delaware.

11. I do not own or have an interest in any real property in Delaware.

12. I do not contract to insure or act as a surety for, or on, any person, property, risk, contract, obligation or agreement located, executed or to be performed within Delaware.

13. I am not a member or a manager of ALH Holdings, LLC or its subsidiaries.

**I SOLEMNLY AFFIRM** under the penalties of perjury and upon personal knowledge that the foregoing statements are true and correct.

_____
ABRAHAM ARENSON

210015v2-1060.3

2