| PHILADELPHIA | | NEW YORK |
|---|---|---|
| ATLANTA | | NEWARK |
| CHARLOTTE | | SAN DIEGO |
| CHERRY HILL |  | SAN FRANCISCO |
| CHICAGO | **COZEN** | SEATTLE |
| DALLAS | **O'CONNOR** | WASHINGTON, DC |
| LAS VEGAS | ATTORNEYS | WEST CONSHOHOCKEN |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

March 30, 2005

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax   866.776.8911
dfelice@cozen.com

Francesca Tassone
c/o Clerk of the U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   **Shamrock Holdings of California, Inc., *et al.* v. Avie Arenson, *et al.*,**
      **C.A. No. 04-1339-SLR**

Dear Ms. Tassone:

As requested, please find the enclosed disk containing the letter and the attachment which was electronically filed yesterday in the above matter. The affidavit should have been included along with Docket No. 3, which is the *Memorandum in Support of Motion to Dismiss by Defendants Selk LLC and Laurel Equity Group, LLC*. The memorandum references this document (erroneously) as both Exhibits 1 and 2. There should only be one exhibit referenced, and this is the single exhibit. Kindly add this exhibit to Docket No. 3 in the above matter.

Thank you for your attention to this matter, and if you should have any questions or concerns about this matter, please feel free to contact me at any time.

Respectfully,

*David A. Felice*

David A. Felice

DAF/sjr
Enclosure

cc:   Samuel T. Hirzel, II, Esquire (via e-mail, w/o enclosure)
      Thomas M. Wood, IV, Esquire (via e-mail, w/o enclosure)

WILM1\29784\1 157347.000