IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA., INC. SHAMROCK CAPITAL ADVISORS, INC., EUGENE I KRIEGER, GEORGE J. BUCHLER, and BRUCE J. STEIN, <br><br>Plaintiffs, <br><br>v. <br><br>AVIE ARENSON, SELK, LLC and LAUREL EQUITY GROUP, LLC, <br><br>Defendants. | Civil Action No.: 04-1339 - SLR |

### STIPULATION AND ORDER REGARDING SCHEDULING FOR DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO JOIN PARTIES UNDER RULE 19

It is hereby stipulated by the parties, subject to the approval of the Court, that:

1. Plaintiffs shall file their answering papers in opposition to Defendants' motions to dismiss for lack of personal jurisdiction and failure to join parties under Rule 19 on or before Wednesday, April 27, 2005;

2. Defendants shall file their reply papers in support of their motions to dismiss for lack of personal jurisdiction and failure to join parties under Rule 19 on or before Friday, May 27, 2005.

| MORRIS NICHOLS ARSHT & TUNNELL | Cozen O'Connor |
|---|---|
| /s/ S. Mark Hurd | /s/ David A. Felice |
| A. Gilchrist Sparks (#2467) | Sean J. Bellew (#4072) |
| S. Mark Hurd (#3297) | David A. Felice (#4090) |
| Samuel T. Hirzel (#4415) | 1201 N. Market Street |
| 1201 N. Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19899 | 302-295-2000 |
| 302-658-9200 | Attorneys for Abraham Arenson, SELK, LLC, Laurel Equity Group, LLC |
| Attorneys for Plaintiffs Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, and Bruce J. Stein | |

**OF COUNSEL:**

Gregory P. Joseph Law Offices LLC
Gregory P. Joseph
Pamela Jarvis
805 Third Avenue, 31st Floor
(212) 407-1200
New York, NY 10022

**OF COUNSEL**

Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Thomas M. Wood, IV
Baltimore, MD 21202
One South Street, 27th Floor
(410) 332-8550

DATED: April 15, 2005

IT IS HEREBY ORDERED, this ___ day of April, 2005.

_____
United States District Judge

433110