## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2005, copies of the First Amended Complaint For Declaratory relief were served on the following attorneys of record as follows:

**BY eFILE:**

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801

_____
S. Mark Hurd (#3297)