IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-1339-SLR |
| v. | ) ) ) | |
| AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD. AND D.A. GARDENS, LTD., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER REGARDING SCHEDULING

WHEREAS, the parties have conferred with respect to future proceedings in this matter,

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1.     The Stipulation and Order to Re-Set Briefing Schedule (Docket Item 36) is vacated and Plaintiffs need not respond to the October 14, 2004 Motions to Dismiss (D.I. 3, 4);

2.     Counsel for defendants, on behalf of defendants J12ALH Associates, A. Arenson Holdings, Ltd. and D.A. Gardens, Ltd., agrees to and hereby does accept service of process and the Amended Complaint (D.I. 37) upon such defendants without prejudice to any defense as to personal jurisdiction;

3.    The time for all defendants to move, plead or otherwise respond to the Amended Complaint is extended to Friday, June 3, 2005; and

4.    The parties shall promptly confer after June 3, 2005 regarding a schedule for further proceedings in this action.

MORRIS NICHOLS ARSHT & TUNNELL

_____

A. Gilchrist Sparks (#2467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
Wilmington, DE 19899
302-658-9200
    Attorneys for Plaintiffs

COZEN O'CONNOR

_____

Sean J. Bellew (#4072)
David A. Felice (#4090)
1201 N. Market Street
Wilmington, DE 19899
302-295-2000
    Attorneys for Defendants

**OF COUNSEL:**

Gregory P. Joseph Law Offices LLC
Gregory P. Joseph
Pamela Jarvis
805 Third Avenue, 31st Floor
(212) 407-1200
New York, NY 10022

**OF COUNSEL**

Neuberger, Quinn, Gielen, Rubin &
Gibber, P.A.
Thomas M. Wood, IV
Baltimore, MD 21202
One South Street, 27th Floor
(410) 332-8550

DATED: May 4, 2005

IT IS HEREBY ORDERED, this ___ day of May, 2005.

_____
United States District Judge

2