LAW OFFICES

# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27th FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
www.nqgrg.com
(410) 332-8550

ISAAC M. NEUBERGER
(410) 332-8510

FAX No.
(410) 332-8511
E-MAIL ADDRESS:
IMN@NQGRG.COM

July 12, 2004

VIA E-MAIL: sgold@shamrock.com
AND FEDERAL EXPRESS

Mr. Stanley P. Gold
Shamrock Holdings of California, Inc.
4444 Lakeside Drive
2nd Floor
Burbank, California 91505

VIA E-MAIL: gkrieger@shamrock.com
AND FEDERAL EXPRESS

Mr. Eugene Krieger
Shamrock Holdings of California, Inc.
4444 Lakeside Drive
2nd Floor
Burbank, California 91505

VIA E-MAIL: gbuchler@shamrock.com
AND FEDERAL EXPRESS

Mr. George J. Buchler
Shamrock Holdings of California, Inc.
4444 Lakeside Drive
2nd Floor
Burbank, California 91505

Dear Mr. Gold, Mr. Buchler and Mr. Krieger:

Avie Arenson has forwarded to the other Class B shareholders (and to me, as their counsel) a copy of George Buchler's e-mail of July 1, regarding a Levitt Homes proposal to purchase MHI.

Obviously, the entire ALH situation is now a disaster. Unfortunately it does not come as a surprise. When Avie and I met with you in North Carolina, after it was clear that ALH faced a "busted auction" of itself, as a going concern, we warned you that your efforts to dismantle ALH, piecemeal, could only lead to calamity.

Then and again, at the sale of Jacksonville, we sounded the alarm. Shamrock and the individual directors of ALH in a single minded effort to extricate Shamrock from what it felt was a time consuming involvement in an investment that Shamrock had lost interest in, went about trying to shed themselves of their obligations, freely assumed by their own acts, by destroying any shareholder value that ALH may have had, to a point that Shamrock now presents a picture of ALH as reflected in Levitt's offer.

**NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.**

Mr. Stanley P. Gold
Mr. Eugene Krieger
Mr. George J. Buchler
July 12, 2004
Page 2

      This is nothing more than an egregious breach by Shamrock and the individuals appointed by Shamrock and their A allies, as directors of ALH, of their collective fiduciary obligations to the Class B "minority" shareholders.

      To be sure, it is clear that Shamrock's course of conduct to date has been driven by a stated intention to rid itself of ALH and at the same time to attempt to protect the repayment of its loans to ALH from being disgorged as voidable preferences. It is our view, however, that unlike the Class B loans, whose repayment might too have been preferences, but for the passage of time, that Shamrock's loans are recoverable even after the one year period, as they are equitably subordinated to the claims of ALH's Class B shareholders (and possibly others, as well) as a result of a series of predicate acts and patterns of misconduct, intentional breaches of fiduciary duty and wanton disregard of duties and obligations. In addition to the recovery from Shamrock of the loan repayments, we are exploring the rights of the Class B shareholders to seek recovery of their equity and damages, as well.

      In addition to the gross and wanton behavior and attitudes to which the Class B shareholders have been treated, we advise you that Fried Frank's involvement is under scrutiny as well. It is ridiculous for the entrenched control, who have conflicts with ALH and its shareholders to believe that they can willy nilly waive conflicts of interest between a law firm engaged by ALH and themselves and even more absurd that Fried Frank did not appreciate the untenable position that they were in and continued to act for both Shamrock, their principal client and ALH, at the same time, knowing full well that an actual, unwaiveable conflict existed. The waivers that the Class B shareholders executed are only evidence of the problem and are of no legal force or effect.

      We all understand and anticipate the indignation and anger that Shamrock and the individual ALH directors appointed by Shamrock will express upon receipt of this communication. Shamrock and its principals have made a very loud effort at Disney about the "high road" in corporate governance. Fried Frank has been a part of that game plan too. Please spare us. I suggest that if and when it becomes known how Shamrock has treated the Class B shareholders in ALH, that at least Michael Eisner will be the only one smiling. Certainly not the Class B investors. This is all a tragedy from their perspective.

      We all know and appreciate the history and circumstances. Once Shamrock decided that it wanted to control ALH, it assumed a myriad of obligations to the Class B shareholders.

      Shamrock allowed the Memphis situation to arise, where, if the sale had not occurred, the then management would have driven Memphis further into the ground. Now, Shamrock is proposing that we cast our lot with the very same group, all in an effort to neatly "bury" ALH and Shamrock's exposures.

**NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.**

Mr. Stanley P. Gold
Mr. Eugene Krieger
Mr. George J. Buchler
July 12, 2004
Page 3


The Class B shareholders (with counsel) are prepared to meet with Shamrock and their counsel (provided it is other than Fried Frank) to seek some acceptable resolution of the current situation.

I must advise you that any communications from Shamrock or the individual directors with Fried Frank on these matters, following receipt of this communication, are NOT protected and may constitute further actionable acts that may be raised if further formal action is necessary.

I have also been asked by Avie and the other Class B investors to request that all communications regarding this matter be directed through me and that you not attempt to communicate directly.

This is a very serious situation and one in which millions of dollars may have been lost by what we feel is actionable behavior.


Very truly yours,

Isaac M. Neuberger

IMN/tem
cc:   DA Gardens, LTD.
      The Erica Jesselson 1984 CLAT
      SELK, LLC

**NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.**

Mr. Stanley P. Gold
Mr. Eugene Krieger
Mr. George J. Buchler
July 12, 2004
Page 4


bcc:    Michel Konig (via e-mail: konig@skynet.be)
        Avie Arenson (via e-mail: avie@arenson.co.il)
        Benjamin J. Jesselson (via e-mail: bjj@jesselson.com)
        Michael G. Jesselson (via e-mail: mgj@attglobal.net)
        Chesky Frankel (via e-mail: starjewelers@aol.com)
        Mark Frankel (via e-mail: mfrankel@iaac.com)