# EXHIBIT D

## Isaac M. Neuberger

| | |
|---|---|
| **From:** | Pamela Jarvis [pjarvis@josephnyc.com] |
| **Sent:** | Friday, August 27, 2004 11:49 AM |
| **To:** | Isaac M. Neuberger |
| **Cc:** | Thomas M. Wood |
| **Subject:** | Applicability of Delaware Law |

It occurred to me that you might not be aware that Section 10.2 of the ALH Holdings LLC Operating Agreement provides that "All questions concerning the construction, validity and interpretation of this Agreement and the performance of the obligations imposed by this Agreement shall be governed by the internal law, not the law of conflicts, of the State of Delaware."

Pamela Jarvis
Gregory P. Joseph Law Offices LLC
805 Third Avenue, 31st Floor
New York, NY 10022
Tel: 212-407-1250
Fax: 212-407-1278
pjarvis@josephnyc.com
www.josephnyc.com