# EXHIBIT E

## Isaac M. Neuberger

**From:** Isaac M. Neuberger
**Sent:** Friday, August 27, 2004 1:04 PM
**To:** Pamela Jarvis
**Cc:** Thomas M. Wood
**Subject:** RE: Applicability of Delaware Law

We are aware of this provision...it does NOT prevent the filing of a suit in North Carolina, does it?

As to George's unfortunate "lying through your teeth" comment, I am attaching the original set of e-mails, that reflect his deliberate "bad faith"...these e-mails were followed by face to face discussions, where the Bs discussed going as high as $7 MM.

Since it appears that Shamrock is unwilling to see its way clear towards an acceptable resolution, I suspect that much of this will be the subject of discovery.

As we consider the alternatives, if we were to agree to the Delaware Mediation that you proposed, would we be afforded the same discovery that we would be entitled if we proceed in a different forum.