EXHIBIT H

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

S. Mark Hurd
302 575 7354
302 498 6202 Fax
shurd@mnat.com

September 13, 2004

**By Fax and Federal Express**

Isaac M. Neuberger, Esquire
Thomas M. Wood, IV, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202

   Re: Shamrock Holdings of California, Inc., et al.
      v. Avie Arenson, et al.; Civil Action No. 692-N

Dear Messrs. Neuberger and Wood:

   Enclosed please find a copy of the complaint in the above-referenced action, which was filed today in the Delaware Chancery Court. My firm is co-counsel for the plaintiffs.

   Because Ms. Jarvis is at present out of the country, she asked that I convey the following to you.

   1. The commencement of this action reflects no diminution in plaintiffs' desire to engage in the previously discussed mediation with your clients. However, it has been more than two weeks since plaintiffs first proposed the mediation, and you have yet to agree to it. Consequently, plaintiffs thought it prudent to pursue the mediation in the context of a pending action.

   2. Plaintiffs recognize that the upcoming holidays will affect your and your clients' availability over the next month or so, and we are of course prepared to accommodate your needs in terms of time to respond to the complaint.

   3. Please let us know as soon as possible whether you will accept service of the complaint on behalf of your clients. We will be happy to prepare a stipulation addressing service as well as additional time for your responding papers.

Isaac M. Neuberger, Esquire
Thomas M. Wood, IV, Esquire
September 13, 2004
Page 2

      Ms. Jarvis will be back in her office on Wednesday, September 15, but in the meantime, please feel free to contact me.

Very truly yours,

S. Mark Hurd

SMH/dmd
Enclosure