IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN<br><br>Plaintiffs<br><br>v.<br><br>AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD. AND D.A. GARDENS, LTD.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1339-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR HEARING

Defendants, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC and Laurel Equity Group, by their undersigned counsel, hereby request a hearing on their Motion to Dismiss, or in the Alternative, to Stay Proceedings.

DATE: June 3, 2005

_____
SEAN J. BELLEW (#4072)
DAVID A. FELICE (#4090)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2000
(302) 295-2013 (Fax)

THOMAS M. WOOD, IV
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
(410) 332-8523 (Direct)
(410) 332-8564 (Fax)

Attorneys for Defendants