IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN<br><br>Plaintiffs<br><br>v.<br><br>AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD. AND D.A. GARDENS, LTD.<br><br>Defendants | ) ) ) ) ) ) ) ) Civil Action No. 04-1339-SLR ) ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION TO DISMISS
## THE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF

COZEN O'CONNOR
Sean J. Bellew (#4072)
David A. Felice (#4090)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2000
(302) 295-2013 (Fax)

THOMAS M. WOOD, IV
Neuberger, Quinn, Gielen, Rubin
& Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
(410) 332-8523 (Direct)
(410) 332-8564 (Fax)

Attorneys for Defendants

DATED: June 3, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN<br><br>**Plaintiffs**<br><br>v.<br><br>AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD. AND D.A. GARDENS, LTD.<br><br>**Defendants** | Civil Action No. 04-1339-SLR |

**DEFENDANTS' MOTION TO DISMISS**
**THE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF**

Defendants, Abraham (Avie) Arenson, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, Selk, LLC and Laurel Equity Group (collectively the "Defendants"), by their undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(2) and (7), hereby move to dismiss all claims asserted against them in the First Amended Complaint of Plaintiffs, Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce Stein, upon the grounds set forth in the memorandum in support which has been filed contemporaneously with this Motion.

WHEREFORE, Defendants respectfully request that the Court dismiss all claims against them in the Amended Complaint.

DATE: June 3, 2005

SEAN J. BELLEW (#4072)
DAVID A. FELICE (#4090)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2000
(302) 295-2013 (Fax)

THOMAS M. WOOD, IV
Neuberger, Quinn, Gielen, Rubin
 & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
(410) 332-8523 (Direct)
(410) 332-8564 (Fax)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd of June 2005, a copy of the foregoing Motion to Dismiss and Memorandum in Support thereof was mailed postage prepaid to:

> A. Gilchrist Sparks, III, Esq.
> S. Mark Hurd, Esq.
> Samuel T. Hirzel, II, Esq.
> MORRIS, NICHOLS, ARSHT & TUNNELL
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
>
> Gregory P. Joseph Law Offices LLC
> Gregory P. Joseph
> Pamela Jarvis
> 805 Third Avenue, 31st Floor
> New York, NY 10022

Attorneys for Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, and Bruce J. Stein

SEAN J. BELLEW

220844-1060.3