IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN<br><br>**Plaintiffs**<br><br>v.<br><br>AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD. AND D.A. GARDENS, LTD.<br><br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1339-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss all claims against them in the First Amended Complaint of Plaintiffs, Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce Stein, and the memorandum in support thereof, and after considering any opposition thereto, it is this _____ day of _____, 2005,

**ORDERED**, that Defendants' Motion to Dismiss is **GRANTED**.

_____
Honorable Sue L. Robinson
United States District Court Chief Judge