EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMROCK HOLDINGS OF CALIFORNIA, *
INC., SHAMROCK CAPITAL ADVISORS, INC. *
EUGENE I. KRIEGER, GEORGE J. BÜCHLER *
And BRUCE J. STEIN
                                              *
       Plaintiffs
                                              *    Civil Action No: 04-1339
   v.
                                              *
AVIE ARENSON, SELK, LLC and
LAUREL EQUITY GROUP, LLC              *

       Defendants                             *

*   *   *   *   *   *   *   *   *   *   *   *

DECLARATION

I, ABRAHAM ARENSON am over eighteen years of age, competent to be a witness and have personal knowledge of the matters stated herein.

   1.   I reside at 9 Hatamar Street, Caesarea, Israel.

   2.   I am an Israeli citizen.

   3.   I am a shareholder of A. Arenson Holdings Ltd., an Israeli corporation and Class B member of ALH Holdings, LLC.

   5.   I am a beneficial owner of D.A. Gardens, Ltd., a Panamanian corporation and Class B member of ALH Holdings, LLC.

   6.   I have never been a member or a manager of ALH Holdings, LLC or its subsidiaries.

   7.   I have never been a party to the ALH Holdings, LLC Operating Agreement.

8. I am the Class B Representative on ALH Holdings, LLC's Supervisory Board, where I serve an advisory role since no decision can be made without the unanimous consent of the Class A Representatives.

9. I have never been a Class A, Class D or Class E Representative for ALH Holdings, LLC.

10. I have not performed or transacted any business or performed any character of work or service in Delaware.

11. I have not contracted to supply services or things in Delaware.

12. I have not owned or had an interest in any real property in Delaware.

13. I have not visited the State of Delaware.

14. I did not file nor did I have the authority to file a certificate of limited liability company with the Office of the Secretary of State of the State of Delaware to form ALH Holdings, LLC.

15. I did not file nor did I have the authority to file articles of incorporation with the Office of the Secretary of State of the State of Delaware to form ALH II, Inc.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the foregoing statements are true and correct.

_____
ABRAHAM ARENSON