EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC. EUGENE L KRIEGER, GEORGE J. BUCHLER And BRUCE J. STEIN <br><br> Plaintiffs <br><br> v. <br><br> AVIE ARENSON, SELK, LLC and LAUREL EQUITY GROUP, LLC <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * Civil Action No: 04-1339 <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION

I, ABRAHAM ARENSON am over twenty-one (21) years of age, competent to be a witness and have personal knowledge of the facts stated herein.

1. I am the controlling shareholder of A. Arenson Holdings, Ltd. ("Arenson Holdings") and I have personal knowledge of its business activities.

2. Arenson Holdings is an Israeli Corporation, with its principal place of business in Israel.

3. Arenson Holdings invested $700,000 in ALH Holdings, LLC, which is approximately 8% of the Class B membership interest in ALH.

4. Arenson Holdings has not performed or transacted any business or performed any character of work or service in Delaware.

5. Arenson Holdings has not contracted to supply services or things in Delaware.

6. Arenson Holdings takes no part in the management of ALH Holdings, LLC.

7. Arenson Holdings has not owned or had an interest in any real property in Delaware.

I SOLEMNLY AFFIRM under the penalties of perjury, and upon personal knowledge, that the contents of the foregoing are true and correct.

ABRAHAM ARENSON

220764/1060.3                                    2