EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMROCK HOLDINGS OF CALIFORNIA,    *
INC., SHAMROCK CAPITAL ADVISORS, INC.
EUGENE I. KRIEGER, GEORGE J. BUCHLER*
And BRUCE J. STEIN
                                    *

            Plaintiffs

                                    *    Civil Action No: 04-1339

    v.
                                    *

AVIE ARENSON, SELK, LLC and
LAUREL EQUITY GROUP, LLC            *

            Defendants              *

*    *    *    *    *    *    *    *    *    *    *    *

DECLARATION,

I, ABRAHAM ARENSON am over twenty-one (21) years of age, competent to be a witness and have personal knowledge of the facts stated herein.

1.    I have a controlling interest in D.A. Gardens, Ltd. ("D.A. Gardens") and I have personal knowledge of its business activities.

2.    D.A. Gardens is a Panamanian Corporation, with its principal place of business in Panama.

3.    D.A. Gardens invested $765,750 in ALH which is approximately 8.7% of the Class B membership interest in ALH.

4.    D.A. Gardens has not performed or transacted any business or performed any character of work or service in Delaware.

5.    D.A. Gardens has not contracted to supply services or things in Delaware.

6.    D.A. Gardens takes no part in the management of ALH Holdings, LLC.

7.    D.A. Gardens has not owned or had an interest in any real property in Delaware.

I SOLEMNLY AFFIRM under the penalties of perjury, and upon personal knowledge, that the contents of the foregoing are true and correct.

ABRAHAM ARENSON