EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SHAMROCK HOLDINGS OF CALIFORNIA,   *
INC., SHAMROCK CAPITAL ADVISORS, INC.
EUGENE I. KRIEGER, GEORGE J. BUCHLER   *
And BRUCE J. STEIN
                                   *
         Plaintiffs
                                   *   Civil Action No: 04-1339
    v.
                                   *
AVIE ARENSON, SELK, LLC and
LAUREL EQUITY GROUP, LLC           *

         Defendants                *

\* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION**

I, MICHAEL JESSELSON am over twenty-one (21) years of age, competent to be a witness and have personal knowledge of the facts stated herein.

1.  I am a citizen of New York.

2.  I am the manager of Jays Twelve LLC ("Jays, LLC"), a general partner of J12ALH Associates ("J12ALH") and I have personal knowledge of the business activities of J12ALH and Jays, LLC.

3.  J12ALH is a New York general partnership.

4.  The general partners of J12ALH are Erica Jesselson and Jays Twelve LLC, a Delaware limited liability company.

5.  J12ALH owns approximately 17% of the Class B membership interest in ALH.

6. J12ALH has not performed or transacted any business or performed any character of work or service in Delaware.

7. J12ALH has not contracted to supply services or things in Delaware.

8. J12ALH has not owned or had an interest in any real property in Delaware.

9. J12ALH takes no part in the management of ALH Holdings, LLC.

10. The members of Jays LLC are Amalia Jesselson 8/21/80 Trust, David Jesselson 8/21/80 Trust, Akiva Jesselson 8/21/80 Trust, Elliezra Jesselson 4/13/81 Trust, Nadav Jesselson 3/28/83 Trust, Micha Jesselson 6/3/86 Trust, Yosepha Jesselson 1/10/89 Trust, Yaira Jesselson 12/18/91 Trust, Samuel Jesselson 3/27/84 Trust, Roni Jesselson 6/3/86 Trust, Jonathan Jesselson 6/1/87 Trust and Maya Jesselson 6/30/93 Trust.

11. Jays, LLC has not performed or transacted any business or performed any character of work or service in Delaware.

12. Jays, LLC has not contracted to supply services or things in Delaware.

13. Jays, LLC has not owned or had an interest in any real property in Delaware.

I SOLEMNLY AFFIRM under the penalties of perjury, and upon personal knowledge, that the contents of the foregoing are true and correct.

May 31, 2005
DATE

MICHAEL JESSELSON