# EXHIBIT C-18

## Gene Krieger

**From:**    Gene Krieger
**Sent:**    Friday, December 27, 2002 2:50 PM
**To:**      'Isaac M. Neuberger'
**Cc:**      'Michael G. Jesselson (E-mail)'; 'Michel Konig (E-mail)'; 'Arenson Avie'; George Buchler
**Subject:** RE: ALHII

1. Bill Lanius has already met with Wachovia, and the meeting went well. While there was no expectation that they could approve the extension at the meeting, they gave no indication that they would not go forward. They asked for some additional information, and they are updating their underwriting. (Our relationship with Wachovia on the secured lending side is very good. We have significant lines with them for Memphis and Charlotte, and those loans are working out fine for Wachovia.) Lanius is in continual contact with Wachovia, and we hope to get the extension shortly after the new year.

2. We understand your views about BBC and the Bowden litigation.

3. We are not allowing ALH to "flounder", and such comments are a disservice to the management who is working very hard on our behalf with our support.

4. If the Bs want to buy out the A's interest, they need to put forth a realistic offer. We made it clear in our last conversation that $3 million is woefully inadequate.

      -----Original Message-----
      **From:** Isaac M. Neuberger [mailto:IMN@NQGRG.com]
      **Sent:** Sunday, December 22, 2002 1:00 PM
      **To:** George Buchler; Gene Krieger
      **Cc:** Michael G. Jesselson (E-mail); Michel Konig (E-mail); Arenson Avie
      **Subject:** RE: ALHII

      *Gentlemen:*
      *The e-mail below was typed on Thursday December 19. Unfortunately, it got "lost" in the cyber world of "Outbox" and somehow was not sent when intended.It had something to do with the wireless protocol. That said, I am sorry.*
      *I appreciate that this is a Holiday week, but to the extent that Shamrock is available, we would like to continue a dialogue as soon as possible to see if there can be a meeting of the minds.*


      When we met with Messrs. Lanius and LaGuardia in NYC, several weeks ago, they together with Messrs. Zich and Lamm recounted the difficulties that the First Union people (now called Wachovia) had with ALH and in fact they (the new people who took over the "old" Wachovia relationship refused to extend the construction financing lines and hence the urgent need for Ohio Savings.
      At that meeting we discussed openly the possibility that even if Swiss Re extended (which we felt that had no choice about) that the real challenge would be Wachovia. I guess that you should discuss this with Lanius and LaGuardia.

      With respect to the sale of Bowden; we feel that we should ALL recognize that we have a busted auction, that we should declare that ALH is NO longer for sale and that we need to project both internally and externally that ALH is here to stay (at least for now) as we think that a great deal of momentum has been lost in this process.The longer we continue to project a "sale mode" the more ALH will be viewed as "shop worn" and make financing, which is its life blood, all the more difficult to achieve, at competitive rates.

11/1/2004

With respect to the Bowden litigation, as I explained on our phone call, management needs to consider options available . The Bowden plaintiffs are unsecured and should be treated as such.

With regard to the a purchase of the A interests, I had thought that Avie had made the B position very clear. We had no concern about Swiss Re, as we knew full well, and we assume that you too realized, that Swiss Re had no choice, since they hardly have need for control of a homebuilding operation. On a liquidation scenario, the equity is worthless, as are the investor loans. Even absent the Bowden litigation, ALH needs working capital to survive and to clean up its balance sheet, which we suspect as part of the '02 audit, might well be imposed, which will, as a consequence of the new accounting rules on "asset impairment"  result in a wipe-out of the balance sheet retained earnings, making operating financing even more difficult. The As who control, have indicated that they do NOT want to make further investment and in fact, want to exit. Hence, the Bs, are faced with only two choices. Take a write off, as a result of decisions made by others OR step to the plate and invest "more" and to do so alone. In our phone conference, your pricing was based on an a "go forward" scenario rather than a liquidation one. Our suggestion of a $3 Million payment to the As, while a very significant loss against the investment, is a very significant premium from what a liquidation will produce. Your pricing concept is simply inappropriate to our current circumstances.

Regardless, we need to meet to hopefully forge a consensus on  either a "go forward" or "buy out", but to allow ALH to continue to "flounder" in this failed attempt to sell it will only lead to a self fulfilling liquidation.

I still think that we need to meet as soon as possible.

-----Original Message-----
From: Gene Krieger [mailto:gkrieger@shamrock.com]
Sent: Thursday, December 19, 2002 12:26 AM
To: 'Arenson Avie'
Cc: Michael G. Jesselson (E-mail); Michel Konig (E-mail); Isaac M. Neuberger; George Buchler
Subject: RE: ALHII

Dear Avie:

We are, of course, very pleased that Swiss Re has agreed to the extension, and they have already signed a document to that effect. I am a bit puzzled by your comment regarding Wachovia.  Bill Lanius has been our focal point on the Wachovia relationship, and we understand that the relationship is fine and we fully expect that they will extend the loan now that the Swiss Re surety bond has been extended.  First Union was involved in last year's extension, and although it made things a little cumbersome, everything worked out fine.  If you have some information regarding our Wachovia relationship, please share it with us as soon as possible.

I understand your view on the sale of Bowden (BBC).  Since we have been unable to reach a settlement with the Bowdens, the sale process of BBC to Walter Industries is on hold.  If the B investors want to buy out the As and retain BBC as part of ALH, that option is currently available.  But,  time is of the essence.  We are still trying to reach a settlement with the Bowdens that would allow us to sell  BBC.

In our last conversation on this subject about two weeks ago, you said you would get back to us with a counter-offer. Now that the Swiss Re situation has improved considerably and we haven't yet sold BBC, I hope you and your A partners will see this as an opportunity to move this along more quickly.

Best regards.

Gene

11/1/2004

-----Original Message-----
From: Arenson Avie [mailto:avie@arenson.co.il]
Sent: Wednesday, December 18, 2002 12:08 AM
To: Gene Krieger; George Buchler
Cc: Michael G. Jesselson (E-mail); Michel Konig (E-mail); Isaac M.
Neuberger
Subject: ALHII

Dear George and Gene:
Since our last conference call, (Gene, George, Isaac and me) the meeting
with Swiss Re occurred and I know that you were gratified (as were we) to
hear of the extension. Obviously, we now need to get Wachovia to accept the
Swiss Re "bond" or find a different bank that will. There is real doubt on
our part that Wachovia will not see this as an opportunity to force us out
of the Bank. Wachovia is in fact First Union (in the merger, First Union
bought Wachovia and changed their name) and they have shown NO interest in
continuing their relationship with ALH.

In that connection and in connection with expanding the Ohio Savings Bank
facilities, we remain gravely concerned that the sale of Bowden will
seriously impair the viability of ALH, as while it might serve some short
term end and may fund the Bowden litigation settlement, which we feel is not
a "priority", it will hinder and cripple ALH going forward. The "auction"
process is busted and it has made  ALH look even weaker.

The Bs are prepared to fund needed working capital. We appreciate that the
As have made a decision to exit and are NOT prepared to invest additional
amounts. Since we fear that we have been placed in a liquidation mode,  the
Bs, in an effort to save their investment and seize an opportunity (that
the As either do not believe is there or that they choose not to pursue)
have been willing to offer the As a limited sum to exit and it is that
amount that we need to agree upon.

What the Bs simply can not accept is to allow the As to liquidate ALH in a
piecemeal fashion.

That said, we need to conclude a buy-out of the As on mutually acceptable
terms or recommit ourselves to running ALH in a positive and forward looking
manner and abandon, for the time being, the notion of a sale.

I look forward to hearing from you.

Avie

**********************************
CONFIDENTIALITY NOTICE: This e-mail message from Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
contains CONFIDENTIAL INFORMATION for the use ONLY of the intended recipient and may constitute a
communication protected by the attorney-client privilege. If you are not the intended recipient or a person

responsible for delivering it to the intended recipient, you are hereby notified that any use, distribution, or copying of this communication or its contents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (410) 332-8550.
**********************************

11/1/2004

# EXHIBIT C-19

**George Buchler**

| | |
|---|---|
| **From:** | George Buchler |
| **Sent:** | Tuesday, January 21, 2003 4:03 PM |
| **To:** | 'Avie Arenson (E-mail)' |
| **Subject:** | Getting together |

It was good to speak with you last week. Gene and I feel just as strongly as you do that we need to continue to communicate and we value our relationship with you on both a personal, as well as professional basis.

The Board meeting is quickly approaching and we are looking at making travel arrangements. As I mentioned, Gene and I could stay over an additional day to discuss you and your fellow "B" investors buying the interests of the "A" investors. We'd like to know if such a meeting will take place as soon as possible, so we can make the appropriate airline and hotel arrangements.

We look forward to seeing you in Charlotte and hearing your observations of our homebuilders that you'll visit.

# EXHIBIT C-20

## George Buchler

**From:**    George Buchler
**Sent:**    Thursday, January 23, 2003 7:41 AM
**To:**      'Arenson Avie'
**Subject:** RE: ALH

FYI.

-----Original Message-----
**From:** Arenson Avie [mailto:avie@arenson.co.il]
**Sent:** Wednesday, January 22, 2003 11:21 PM
**To:** Bill Lanius
**Cc:** George Buchler; Shalom Lamm; John Laguardia
**Subject:** ALH

Hi Bill

With all that is going on, I know what your work load must be like, however it would be most helpful to me if I could get an updated version of the business plans for 2003 and, if you have one, a draft of the 2002 financial reports (even a tentative one)
thanks
Avie

11/10/2004

# EXHIBIT C-21

## George Buchler

**From:**   George Buchler
**Sent:**   Friday, January 24, 2003 11:01 AM
**To:**   'Arenson Avie'
**Subject:** RE: Getting together

Dear Avie,

Thanks for your note. Gene and I, along with Bill, are trying to schedule an Audit Committee meeting in the late afternoon of February 18. We could meet with you either at dinner or after dinner that evening. If that doesn't work, perhaps we could meet on the 20th as you suggest.

Gene and I are happy to discuss any and all issues regarding ALH with you. We respect and appreciate our relationship and have always found your views to be constructive to improving ALH. While we would also make ourselves available to Isaac as well, we don't believe it's appropriate to discuss ALH operating and governance issues with Isaac. Our interest with Isaac, and we assume his is similar, is in discussing price and terms for the "B" investors acquiring the "A" interests. Although we are not insisting of an indication of price ahead of the meeting, we do want discussions which Isaac attends to be limited to the purchase/sale negotiation.

If you would first like to meet with Gene and me alone before including Isaac, that would of course be fine with us. Let me know what works best for you (and Isaac) and we'll try our best to accommodate. Feel free to call me if you would like to discuss - I'm in the office most of today and you are welcome to call me at home either Saturday or Sunday - 818-716-2811 is my home number.

All the best.

George

-----Original Message-----
**From:** Arenson Avie [mailto:avie@arenson.co.il]
**Sent:** Wednesday, January 22, 2003 11:09 PM
**To:** George Buchler
**Cc:** Isaac M. Neuberger
**Subject:** Re: Getting together

Hello George

We think it would be a good idea to meet before the Board Meeting. We could be meet in Charlotte on 18 Feb and whatever we decide, we'll all be wiser for the board meeting. If you don't agree, we could meet on 20 Feb as you suggested. Please advise. I would like Isaac present, representing Michel and Michael and advising me.

Avie

11/10/2004

----- Original Message -----
**From:** George Buchler
**To:** Avie Arenson (E-mail)
**Sent:** Wednesday, January 22, 2003 2:02 AM
**Subject:** Getting together

It was good to speak with you last week.  Gene and I feel just as strongly as you do that we need to continue to communicate and we value our relationship with you on both a personal, as well as professional basis.

The Board meeting is quickly approaching and we are looking at making travel arrangements. As I mentioned, Gene and I could stay over an additional day to discuss you and your fellow "B" investors buying the interests of the "A" investors.  We'd like to know if such a meeting will take place as soon as possible, so we can make the appropriate airline and hotel arrangements.

We look forward to seeing you in Charlotte and hearing your observations of our homebuilders that you'll visit.

# EXHIBIT C-22

## George Buchler

| | |
|---|---|
| **From:** | George Buchler |
| **Sent:** | Tuesday, February 04, 2003 8:48 AM |
| **To:** | 'Arenson Avie' |
| **Cc:** | Gene Krieger |
| **Subject:** | RE: Wachovia/SwissRe Term Loan |

We are also similarly relieved and pleased that this critical piece of ALH financing is now in place. A great job by Bill to get this done so quickly which should help his position with our construction lenders. The new lowered interest rate will save ALH approximately $1MM during the coming year. Bill has also told me that he's optimistic that he will be able to obtain increased construction lines of credit to allow us to meet or exceed the Business Plan.

Gene and I look forward to meeting with you and Isaac on February 18 at 6:30 p.m. I suggest we meet at the hotel - Bill will inform you of which one we're staying at - and we can then walk a short distance to an Italian restaurant which Bruce says is quite good. Apparently, the hotel doesn't have much of a restaurant. I would hope that the restaurant could accommodate Isaac with a kosher meal, but I agree with Isaac that I doubt they can do that in Charlotte.

Our meeting that day will be at the end of a long day of travel for all of us, and as I have written in previous e-mails, I'm hoping that the meeting, along with Isaac's trip to Charlotte, will not be in vain. We want very much to confine the discussion to the purchase of the "A" interests and are hopeful that the previous indications of price can be substantially increased - especially now since the Swiss Re/Wachovia financing has been concluded on such favorable terms.

Looking forward to seeing you soon.

George

> -----Original Message-----
> **From:** Arenson Avie [mailto:avie@arenson.co.il]
> **Sent:** Monday, February 03, 2003 11:14 PM
> **To:** Bill Lanius; John Laguardia (John Laguardia (Orl)); Bruce Stein (Bruce Stein); George J. Buchler (George Buchler); Eugene I. Krieger (Gene Krieger); Shalom Lamm (Shalom Lamm)
> **Subject:** Re: Wachovia/SwissRe Term Loan
>
> thanks to all. that's a relief.
>
> Avie
>
> > ----- Original Message -----
> > **From:** Bill Lanius
> > **To:** John Laguardia (John Laguardia (Orl)) ; Bruce Stein (Bruce Stein) ; Avie Arenson (Avie Arenson) ; George J. Buchler (George Buchler) ; Eugene I. Krieger (Gene Krieger) ; Shalom Lamm (Shalom Lamm)
> > **Sent:** Monday, February 03, 2003 5:27 PM
> > **Subject:** Wachovia/SwissRe Term Loan
> >
> > FYI, we have executed the documents to extend the Wachovia term loan (secured by surety bonds from SwissRe) to ALH II through 6/30/04. In conjunction w/ this extension, the principal balance of the loan has been reduced by $1 million to $26.5 million. Please let me know if you have any questions or need more information concerning the status of the loan.
> >
> > Thanks.... WRL

**Bill Lanius**
e-mail: wrlanius@bellsouth.net
mobile: 904-219-8460

11/10/2004

# EXHIBIT C-23

# Gene Krieger

| | |
|---|---|
| **From:** | Arenson Avie [avie@arenson.co.il] |
| **Sent:** | Tuesday, March 18, 2003 4:12 AM |
| **To:** | George Buchler; Shalom Lamm (E-mail) |
| **Cc:** | Gene Krieger; Bruce Stein |
| **Subject:** | Re: JMP |

Dear George

I concur

Avie Arenson

---

----- Original Message -----
**From:** George Buchler
**To:** 'avie@arenson.co.il' ; Shalom Lamm (E-mail)
**Cc:** Gene Krieger ; Bruce Stein
**Sent:** Monday, March 17, 2003 8:48 PM
**Subject:** JMP

Our retention of JMP as investment banker for ALH expires at the end of this month (3/31/03). As we are now in the midst of marketing ABI with strong indications of success, and potentially would thereafter market Bowden after concluding the associated litigation, we need to extend the JMP engagement.

After some negotiation, we have settled on a six month extension (through September 30). We have also shortened the "tail" (the period after the engagement ends in which a transaction is consummated to an investor JMP identified) from the current nine months to six months.

Assuming your concurrence, I would ask Shalom to execute the extension letter agreement which I will send to him electronically, and then to forward executed copies to all of the appropriate parties.

Please give this your prompt attention and let me know if I can answer any questions.

# EXHIBIT C-24

## George Buchler

**From:** George Buchler
**Sent:** Wednesday, April 09, 2003 8:13 AM
**To:** 'Arenson Avie'
**Cc:** Gene Krieger
**Subject:** RE: Summary of Proposals for ABI

Let me try to respond to your concerns --

    1. The Bill Lanius requirement is contained in one of the three offers that we are currently negotiating. At this point, since we don't even know which offer will be accepted, it is premature to debate this issue.

    2. As you know, ALH has a severe liquidity crisis - pending litigation, inability to take down huge land positions in Florida, Swiss Re/Wachovia debt, etc. To provide some liquidity, ABI is being sold. If you or any of the other "B" investors can propose an alternative solution, as always, we're ready to listen. As we were unsuccessful in selling the company intact, selling it piecemeal appears to be the only other alternative to meet ALH's obligations.

As we get closer to accepting one of the offers, we'll keep you informed.

-----Original Message-----
From: Arenson Avie [mailto:avie@arenson.co.il]
Sent: Tuesday, April 08, 2003 1:50 AM
To: George J. Buchler (George Buchler)
Subject: Fw: Summary of Proposals for ABI


----- Original Message -----
From: "Arenson Avie" <avie@arenson.co.il>
To: "Shalom Lamm" <slamm@lionlamm.com>

Sent: Tuesday, April 08, 2003 10:48 AM
Subject: Re: Summary of Proposals for ABI


> Hello Shalom:
>
> Any deal which involves losing Bill Lanius is absolutely
> unacceptable.
An
> improved Toll is probably the best offer of the three bad offers.. If
> the majority of the Board decides so. Personally I think that it is
> not in the best interests of ALHII to sell itself piecemeal.
>
> Avie
> ----- Original Message -----
> From: "Shalom Lamm" <slamm@lionlamm.com>
> To: "Arenson Avie" <avie@arenson.co.il>
> Sent: Monday, April 07, 2003 6:19 PM
> Subject: FW: Summary of Proposals for ABI
>
>
> > Please read below. Any thoughts?
> >
> > --
> > Shalom Lamm
> > Phone: 516-565-0868
> > fax: 516-565-1819
> > cell: 917-282-7375

1

```
> >
> > ----------
> > From: "Anthony Avila" <tavila@jmpsecurities.com>
> > Reply-To: "Anthony Avila" <tavila@jmpsecurities.com>
> > Date: Mon, 7 Apr 2003 11:33:00 -0400
> > To: slamm@lionlamm.com
> > Cc: shaynes@jmpsecurities.com
> > Subject: Summary of Proposals for ABI
> >
> > Gentlemen,
> >
> > Here is the summary of proposals from 3 interested parties:
> >
> > Mattamy: $16mm at closing, 50pct of premium allocated to goodwill,
> retention
> > of Holt and Lanius by Mattamy (Lanius retention is unusual). We have
> > not
> yet
> > countered. Initially, Mattamy verbally told me $20mm for the equity.
Also,
> > we must confirm that they are stopping negotiations with another
> > Jacksonville builder.
> >
> > MDC: $13.5mm at closing plus the after tax profits from Jan 1 to
closing.
> > Should be around $1.5mm additional. Plus they are offering $3000 per
home
> > for 1000 homes starting with closings in 2006. A very delayed
> > earnout.
> >
> > Toll: $14mm at closing plus 50pct of EBITDA above $6.5mm in year 1,
$7.5mm
> > in year 2 and $8.5mm in year 3 capped at $2mm per year.
> >
> > MDC appears firm on price. Toll could move up by $500k on the up
> > front
and
> a
> > slight lowering of ebitda hurdles. This should garner us another
> > $1mm
> total
> > consideration. Mattamy has not been countered yet and I assume they
> > will
> pay
> > $18 or $19mm up front.
> >
> > Of course, any one person could walk on the deal after detail due
> diligence.
> > The challenge is to pick the most likely closer. Mdc is offering to
> > move
> the
> > fastest but has the likely lowest consideration.
> >
> > Let's discuss today.
> > Tony Avila
> > Managing Director
> > JMP Securities
> > One Embarcadero, Suite 2100
> > San Francisco, CA 94111
> > Phone: 415.835.8924
> > Mobile: 415.720.8503
> >
>
```

2

## George Buchler

**From:** George Buchler
**Sent:** Wednesday, April 09, 2003 8:13 AM
**To:** 'Arenson Avie'
**Cc:** Gene Krieger
**Subject:** RE: Summary of Proposals for ABI

Let me try to respond to your concerns --

    1. The Bill Lanius requirement is contained in one of the three offers that we are currently negotiating. At this point, since we don't even know which offer will be accepted, it is premature to debate this issue.

    2. As you know, ALH has a severe liquidity crisis - pending litigation, inability to take down huge land positions in Florida, Swiss Re/Wachovia debt, etc. To provide some liquidity, ABI is being sold. If you or any of the other "B" investors can propose an alternative solution, as always, we're ready to listen. As we were unsuccessful in selling the company intact, selling it piecemeal appears to be the only other alternative to meet ALH's obligations.

As we get closer to accepting one of the offers, we'll keep you informed.

-----Original Message-----
From: Arenson Avie [mailto:avie@arenson.co.il]
Sent: Tuesday, April 08, 2003 1:50 AM
To: George J. Buchler (George Buchler)
Subject: Fw: Summary of Proposals for ABI


----- Original Message -----
From: "Arenson Avie" <avie@arenson.co.il>
To: "Shalom Lamm" <slamm@lionlamm.com>

Sent: Tuesday, April 08, 2003 10:48 AM
Subject: Re: Summary of Proposals for ABI


> Hello Shalom:
>
> Any deal which involves losing Bill Lanius is absolutely
> unacceptable.
An
> improved Toll is probably the best offer of the three bad offers.. If
> the majority of the Board decides so. Personally I think that it is
> not in the best interests of ALHII to sell itself piecemeal.
>
> Avie
> ----- Original Message -----
> From: "Shalom Lamm" <slamm@lionlamm.com>
> To: "Arenson Avie" <avie@arenson.co.il>
> Sent: Monday, April 07, 2003 6:19 PM
> Subject: FW: Summary of Proposals for ABI
>
>
> > Please read below. Any thoughts?
> >
> > --
> > Shalom Lamm
> > Phone: 516-565-0868
> > fax: 516-565-1819
> > cell: 917-282-7375

1

```
> >
> > ----------
> > From: "Anthony Avila" <tavila@jmpsecurities.com>
> > Reply-To: "Anthony Avila" <tavila@jmpsecurities.com>
> > Date: Mon, 7 Apr 2003 11:33:00 -0400
> > To: slamm@lionlamm.com
> > Cc: shaynes@jmpsecurities.com
> > Subject: Summary of Proposals for ABI
> >
> > Gentlemen,
> >
> > Here is the summary of proposals from 3 interested parties:
> >
> > Mattamy: $16mm at closing, 50pct of premium allocated to goodwill,
> retention
> > of Holt and Lanius by Mattamy (Lanius retention is unusual). We have
> > not
> yet
> > countered. Initially, Mattamy verbally told me $20mm for the equity.
Also,
> > we must confirm that they are stopping negotiations with another
> > Jacksonville builder.
> >
> > MDC: $13.5mm at closing plus the after tax profits from Jan 1 to
closing.
> > Should be around $1.5mm additional. Plus they are offering $3000 per
home
> > for 1000 homes starting with closings in 2006. A very delayed
> > earnout.
> >
> > Toll: $14mm at closing plus 50pct of EBITDA above $6.5mm in year 1,
$7.5mm
> > in year 2 and $8.5mm in year 3 capped at $2mm per year.
> >
> > MDC appears firm on price. Toll could move up by $500k on the up
> > front
and
> a
> > slight lowering of ebitda hurdles. This should garner us another
> > $1mm
> total
> > consideration. Mattamy has not been countered yet and I assume they
> > will
> pay
> > $18 or $19mm up front.
> >
> > Of course, any one person could walk on the deal after detail due
> diligence.
> > The challenge is to pick the most likely closer. Mdc is offering to
> > move
> the
> > fastest but has the likely lowest consideration.
> >
> > Let's discuss today.
> > Tony Avila
> > Managing Director
> > JMP Securities
> > One Embarcadero, Suite 2100
> > San Francisco, CA 94111
> > Phone: 415.835.8924
> > Mobile: 415.720.8503
> >
>
```

2

# EXHIBIT C-25

## George Buchler

**From:** Arenson Avie [avie@arenson.co.il]
**Sent:** Monday, July 07, 2003 12:32 AM
**To:** George Buchler
**Subject:** ALHII vote

Dear George:

I was taken aback by your letter of 27 June. In my opinion, ALH should have been provided the funds it needs to keep working and developing. The Bowden settlement too could have been funded with some help from the shareholders. These opinions of mine have been known to you and to the other 'B's for some time. I could have been firmer. I should have been more persuasive. I did not convince you nor all the 'B's, but that was and is my opinion. My vote for the Bowden settlement, and against the sale of Atlantic, is consistent with this opinion. This doesn't mean that I do not appreciate your efforts. I do. This difference of opinion does not affect my regard for you, Gene and the ALH management. It was and is of the highest.

regards

Avie

# EXHIBIT C-26

## George Buchler

| | |
|---|---|
| **From:** | Arenson Avie [avie@arenson.co.il] |
| **Sent:** | Friday, July 11, 2003 12:13 AM |
| **To:** | George Buchler; slamm@lionlamm.com |
| **Cc:** | Gene Krieger |
| **Subject:** | Re: Sale of ABI |

Good morning George:

My personal congratulations to all of you. As Shalom mentioned, he and I both agree that Shamrock is entitled to the bonus you suggested. We have no objections from the other 'B's, so please consider it a thank you of sorts from all of us.

Avie

> ——— Original Message ———
> **From:** George Buchler
> **To:** Shalom Lamm (slamm@lionlamm.com) ; Avie Arenson (avie@arenson.co.il)
> **Cc:** Gene Krieger
> **Sent:** Friday, July 11, 2003 4:07 AM
> **Subject:** Sale of ABI
>
> The sale, as outlined in recent ALH Supervisory Board meetings closed this morning. All cash has been remitted to ABI. WE will immediately pay the remaining $4.21MM of the Bowden settlement, as required by the Settlement Agreement. Bill Lanius will shortly make payments to the shareholders who have advanced funds to ALH. Bill will be available, through a transition period, to help clean-up documentation and other matters related to the sale. He will then also assist in having others perform the functions which he has so capably performed for ALH for the past several years. I am confident that we will be able to carry on efficiently without Bill's full-time involvement.
>
> Gene and I, along with lawyers, labored long and hard to accomplish this transaction. More than ever, we believe that it is without question, in the best interests of ALH. We will shortly move ahead with the sale of Bowden, and will of course keep you informed of that as well. We ask that both of you in your respective capacities, notify the other "B" investors of what has been accomplished, and to the extent that they have advanced shareholder loans, they should expect repayment in the coming weeks.
>
> As always, Gene and I are available to answer any questions you have.

11/10/2004

# EXHIBIT C-27

**George Buchler**

| | |
|---|---|
| **From:** | George Buchler |
| **Sent:** | Tuesday, July 29, 2003 5:32 PM |
| **To:** | 'Avie Arenson (avie@arenson.co.il)'; 'Shalom Lamm (slamm@lionlamm.com)'; Gene Krieger; Bruce Stein |
| **Cc:** | David Robbins; 'Lino Lauro' |
| **Subject:** | FW: Scanned Document |

   

Scanned_.pdf (90    ALH FILE.doc (43
KB)                 KB)

           Attached you will find a letter from John LaGuardia detailing his involvement with a potential buyer for Bowden Building Corporation.  John recognizes the inherent conflicts with his position at ALH and has asked the ALH Board to allow him to try and negotiate the sale.  Please recognize that both John and Jeff would have some equity participation if John's buyer is successful in acquiring Bowden.

Also attached is a draft response to John which has been prepared with the assistance of our attorneys at Fried Frank.  I believe that having John and Jeff execute this document vastly reduces the risks of having them involved in the transaction, and gives us the benefit of another viable potential purchaser of Bowden.

I am asking for the Board to approve the draft letter to John and allow John to move ahead with generating a bid for BBC.  I need a very speedy response - if I don't hear from you by 9:00 a.m. this Thursday (Los Angeles time), I will move ahead by sending John and Jeff the letter.

Thank you for your immediate consideration.

1

# EXHIBIT C-28

## George Buchler

**From:** Bill Lanius [BLanius@atlanticmailbox.com]

**Sent:** Friday, August 15, 2003 5:00 AM

**To:** Avie Arenson (Avie Arenson); George Buchler; Gene Krieger; Shalom Lamm (Shalom Lamm); Bruce Stein; John Laguardia (John Laguardia (Orl))

**Subject:** FY2004 Forecast - ALH II

As requested, attached is a forecast of ALH II's operations for FY2004. In reviewing these schedules, please note the following:

1. I view the income projections for MHI (both Charlotte and Triad combined) as achievable but optimistic. With 321 units closed thru July and a backlog of 248 units at 7/31/03, MHI will need to sell/close a significant portion of its spec inventory to reach 688 closings. As compared to actual results for the six months ended 6/30/03, the projection for the last six months also reflects increases in both average sales price and an increase in profit margins. The backlog reports support these increases with a considerable boost coming from the Dominion Trace project (backlog of approximately 40 units, most of which have already been started to date).

2. The $2.1 million of Misc. Income (Parent level) represents an estimate of income from the ABI asset sale (net of related expenses) and some post-closing activity. This amount is net of the goodwill write-off of $6.4 million. The gain is presented at the Parent level to separate ABI's pre-acquisition operating income.

Please let me know if you have any questions or need more information. Thank you.... WRL

Bill Lanius
e-mail: wrlanius@bellsouth.net
phone: 904-219-8460
fax: 904-279-9556

11/10/2004

EXHIBIT C-29

## George Buchler

**From:** Arenson Avie [avie@arenson.co.il]
**Sent:** Friday, September 05, 2003 1:11 AM
**To:** George Buchler
**Subject:** Fw: Ohio Savings Bank

Good morning George:

We had anticipated something like this. Even if it is exaggerated now, it will only become more acute in the immediate future. What are your thoughts?

regards

Avie
—— Original Message ——
**From:** Shalom Lamm
**To:** George Buchler
**Cc:** Bill Lanius
**Sent:** Thursday, September 04, 2003 5:28 AM
**Subject:** Ohio Savings Bank

Gentleman:

I received a troubling call yesterday from Frank Balogna at Ohio Savings Bank. Our line at OSB is up for renewal. Bill Lanius called me last week to tell me that I might get such a call.

Frank expressed in clear terms that he saw the company (ALH) as a "ship without a head." With Bill at Mattamy, he did not have a sense that anyone was in charge and was most concerned that no plan has been articulated to him.

He asked what the game-plan was in dealing with Wachovia-Swiss Re, how were we dealing with the management of MHI, and other similar concerns. He said he could foresee serious banking problems at these companies if ALH did not start articulating and acting on a game plan.

With Bill Lanius gone as our full time employee, we seem to have a serious void here. Bill has been feeding OSB with the technical information they need. But OSB recognizes that he is wearing two hats, and they cannot see how we can run an operation of this size, complexity, and with these challenges, with a part time CFO.

Because no plan has been articulated to me on all of the issues above, I could not be of much help.

I told him that for quite some time now I have been out of the management loop, and would be sure to pass along these concerns immediately.

The opinions expressed by the bank should be real concerns. What is the

11/10/2004

game-plan? Who will take the lead with Swiss Re? What is the status of BBC? What is the continued viability of MHI? Who is taking the lead with the banks?

I told Mr. Balogna that this discussion was proceeding at the company and that either I, or someone closer to day to day management, would get back to him.

Please let me know who will be getting back to Frank. As well, I, along with many others, would like to know the game plan.

-Shalom

--
Shalom Lamm
Phone: 516-565-0868
fax: 516-565-1819
cell: 917-282-7375

# EXHIBIT C-30

## George Buchler

**From:**    Arenson Avie [avie@arenson.co.il]
**Sent:**    Wednesday, October 01, 2003 4:44 AM
**To:**    George Buchler
**Cc:**    Gene Krieger; Shalom Lamm
**Subject:**    Re: ALHII

Dear George:

I don't expect to be in the States in the coming weeks so a phone call would be fine. I could take it at 7:00 PM Israeli time or even a little later. Why not set out an agenda so we could organize our thoughts before-hand and advise a date.Tomorrow would be a good day, or after Yom Kippur, on Tuesday or Wednesday.
I wish us all a healthy, fruitful, and peaceful year. Hatima Tova.

Avie


----- Original Message -----
**From:** George Buchler
**To:** Avie Arenson (avie@arenson.co.il)
**Sent:** Wednesday, October 01, 2003 6:11 AM
**Subject:** FW: ALHII

I hope this one goes through - the prior attempt failed.

-----Original Message-----
**From:** George Buchler
**Sent:** Tuesday, September 30, 2003 9:09 PM
**To:** 'Arenson Avie'
**Cc:** Gene Krieger; Bruce Stein
**Subject:** RE: ALHII

Avie--

Hope the New Year finds you and your family in good health. If you're traveling to the U.S., perhaps we could arrange a face-to-face meeting. Gene has some travel planned to the East Coast, and maybe that would work. I'll get some specific dates from him. If not, we could perhaps coordinate a phone call - perhaps 9:00 a.m. in Los Angeles, which I believe is 7 p.m. in Tel Aviv. Let me know when you'd like to have such a call, if you're not going to be traveling in the near future. There is certainly much to discuss, including some recent developments on the Swiss Re issue.

I look forward to your response.

George

        -----Original Message-----
        **From:** Arenson Avie [mailto:avie@arenson.co.il]
        **Sent:** Friday, September 26, 2003 2:04 AM
        **To:** George Buchler
        **Subject:** Re: ALHII

        Dear George:

11/10/2004

I agree that a meeting, or a video/audio conference call is overdue. Please set one up. I point out again that the great appreciation I have for Shamrock people efforts does not mean I agree with everything that has been done.
Unfortunately, other than the bi-weekly ( I) WAR reports I have no knowledge of the day-to-day activities and cannot offer an alternative general plan of action.
My concerns were specifically directed to the points I mentioned, in particular the drop in sales in Memphis.
Let's talk.

Avie

   —9–0— Original Message —
   From: George Buchler
   To: 'avie@arenson.co.il'
   Sent: Monday, September 15, 2003 8:38 PM
   Subject: FW: ALHII

Somehow, the first transmission was returned - let's see if this works.

   —Original Message—
   From: George Buchler
   Sent: Monday, September 15, 2003 11:34 AM
   To: 'Arenson Avie'; Gene Krieger; Bruce Stein
   Cc: Shalom Lamm
   Subject: RE: ALHII

Dear Avie,

   To answer your concerns, I believe we need a meeting - either telephonic or in person. We would be happy to discuss your and the other "B" investors' concerns.
Let us know your preference for a time and place for a meeting, and we will try to accommodate.

   When we meet, propose a plan to solve the issues you and your colleagues perceive. The plan must be concrete and include a program for implementation - who, how, when, etc. The Board will of course give it serious consideration.

   ALH continues to experience significant operating and financial issues. Shamrock - Bruce, Gene and I - literally spend time **every single day** dealing with these issues on behalf of all the investors. This week Bruce is traveling to Memphis and Charlotte to attend to their operating issues, while Gene and I work on the Bowden sale and finalizing the ABI closing. It is disturbing and frustrating that there appears to be no understanding or recognition of the Shamrock efforts to try and keep ALH moving in the right direction for everyone's benefit.

   We look forward to our meeting.

George

   —Original Message—
   From: Arenson Avie [mailto:avie@arenson.co.il]
   Sent: Friday, September 12, 2003 2:13 AM
   To: George Buchler; Eugene I. Krieger (Gene Krieger)
   Cc: Shalom Lamm

**Subject:** ALHII

I have followed with great interest the recent exchange between Shalom and George on the pressing issues facing us.

There are a number of issues that are of grave concern to me and the other B investors.

* Swiss Re- We fear that contacting Swiss Re without Jon Zich, who clearly has the relationship that has proven productive, is a serious misstep ...Moreover, to do so without a comprehensive plan that makes sense is fraught with risk. Both John and Bill are fine people, but in light of their individual circumstances neither can represent ALH with Swiss Re, Wachovia or Ohio, in a meaningful way. We need a management plan that is credible, before we approach any lender.

* Ohio Savings Bank- We discussed this potential issue, when we met in Charlotte. You discounted our concern. We fear that LaGuardia's current efforts to buy Memphis, hardly makes him the appropriate person to gain Ohio's confidence for North Carolina. We suspect that Ohio might know about LaGuardia's efforts, as they are very connected to the home building industry, where this is not a secret.

* Memphis - The fall off in July and August results is very troubling, especially since the results of other homebuilders has been so robust. The pale of a potential sale seems to be affecting us severely.

We have limited input and no actual control over your decisions on how ALH is to be run.. We think that the piecemeal sale approach was inappropriate and appears to be leading to ominous results. We again ask you to reconsider what you are doing and to take steps to remedy the matters referred to above

Avie Arenson

11/10/2004

# EXHIBIT C-31

**George Buchler**

From:     Arenson Avie [avie@arenson.co.il]
Sent:     Thursday, October 02, 2003 9:32 AM
To:       George Buchler
Subject:  Re: ALHII

Hello George:

I am okay with an informal talk without Shalom.
The time is fine. Daylight saving ends this evening, so it will be 7:30 P.M. which is fine. Advise the conference call numbers please.

Avie

> ----- Original Message -----
> From: George Buchler
> To: 'Arenson Avie'
> Cc: Gene Krieger
> Sent: Thursday, October 02, 2003 5:13 AM
> Subject: RE: ALHII
>
> I'm trying to coordinate schedules and have found that 10:30 a.m. L.A. time next Wednesday (October 8) works for us - that's 8:30 p.m. in Israel - that might be a bit late, but would that still work OK for you? If not, we may have to postpone it until the following week, due to travel schedules.
>
> In your note, you copied Shalom. Unless you feel strongly to the contrary, I'd like this conversation to be between just the three of us - (Gene, you and I). It's not a Board meeting - just an opportunity to bring you up to date on what's happening at ALH.
>
> We're happy to answer any questions you have on ALH. Some of the topics which bear discussions are as follows:
>
> 1. Construction lines at both MHI and Bowden.
> 2. Swiss Re extension
> 3. Final settlement of ABI purchase
> 4. Bowden management issues re Sweeney
> 5. Bowden sale process
> 6. Financial performance - MHI & Bowden
> 7. Shamrock involvement with all of the above
>
> If there are other topics that you'd like to include, just let me know. I hope Yom Kippur brings you an easy fast.
>
> George
>
> -----Original Message-----
> From: Arenson Avie [mailto:avie@arenson.co.il]
> Sent: Wednesday, October 01, 2003 4:44 AM
> To: George Buchler
> Cc: Eugene I. Krieger (Gene Krieger); Shalom Lamm
> Subject: Re: ALHII
>
> Dear George:
>
> I don't expect to be in the States in the coming weeks so a phone call would be fine. I could take it at 7:00 PM Israeli time or even a little later. Why not set out an agenda so we could organize our thoughts

11/10/2004

before-hand and advise a date.Tomorrow would be a good day, or after Yom Kippur, on Tuesday or Wednesday.
I wish us all a healthy, fruitful, and peaceful year.  Hatima Tova.

Avie

----- Original Message -----
**From:** George Buchler
**To:** Avie Arenson (avie@arenson.co.il)
**Sent:** Wednesday, October 01, 2003 6:11 AM
**Subject:** FW: ALHII

I hope this one goes through - the prior attempt failed.

-----Original Message-----
**From:** George Buchler
**Sent:** Tuesday, September 30, 2003 9:09 PM
**To:** 'Arenson Avie'
**Cc:** Gene Krieger; Bruce Stein
**Subject:** RE: ALHII

Avie—

Hope the New Year finds you and your family in good health.  If you're traveling to the U.S., perhaps we could arrange a face-to-face meeting.  Gene has some travel planned to the East Coast, and maybe that would work.  I'll get some specific dates from him.  If not, we could perhaps coordinate a phone call - perhaps 9:00 a.m. in Los Angeles, which I believe is 7 p.m. in Tel Aviv.  Let me know when you'd like to have such a call, if you're not going to be traveling in the near future.  There is certainly much to discuss, including some recent developments on the Swiss Re issue.

I look forward to your response.

George

-----Original Message-----
**From:** Arenson Avie [mailto:avie@arenson.co.il]
**Sent:** Friday, September 26, 2003 2:04 AM
**To:** George Buchler
**Subject:** Re: ALHII

Dear George:

I agree that a meeting, or a video/audio conference call is overdue.  Please set one up. I point out again that the great appreciation I have for Shamrock people efforts does not mean I agree with everything that has been done.
Unfortunately, other than the bi-weekly (!) WAR reports I have no knowledge of the day-to-day activities and cannot offer an alternative general plan of action.
My concerns were specifically directed to the points I mentioned, in particular the drop in sales in Memphis.
Let's talk.

Avie

--9 -0-- Original Message -----
**From:** George Buchler
**To:** 'avie@arenson.co.il'
**Sent:** Monday, September 15, 2003 8:38 PM

11/10/2004

**Subject:** FW: ALHII

Somehow, the first transmission was returned - let's see if this works.

-----Original Message-----
**From:** George Buchler
**Sent:** Monday, September 15, 2003 11:34 AM
**To:** 'Arenson Avie'; Gene Krieger; Bruce Stein
**Cc:** Shalom Lamm
**Subject:** RE: ALHII

Dear Avie,

    To answer your concerns, I believe we need a meeting - either telephonic or in person. We would be happy to discuss your and the other "B" investors' concerns. Let us know your preference for a time and place for a meeting, and we will try to accommodate.

    When we meet, propose a plan to solve the issues you and your colleagues perceive. The plan must be concrete and include a program for implementation - who, how, when, etc. The Board will of course give it serious consideration.

    ALH continues to experience significant operating and financial issues. Shamrock - Bruce, Gene and I - literally spend time every single day dealing with these issues on behalf of all the investors. This week Bruce is traveling to Memphis and Charlotte to attend to their operating issues, while Gene and I work on the Bowden sale and finalizing the ABI closing. It is disturbing and frustrating that there appears to be no understanding or recognition of the Shamrock efforts to try and keep ALH moving in the right direction for everyone's benefit.

    We look forward to our meeting.

George

-----Original Message-----
**From:** Arenson Avie [mailto:avie@arenson.co.il]
**Sent:** Friday, September 12, 2003 2:13 AM
**To:** George Buchler; Eugene I. Krieger (Gene Krieger)
**Cc:** Shalom Lamm
**Subject:** ALHII

I have followed with great interest the recent exchange between Shalom and George on the pressing issues facing us.
There are a number of issues that are of grave concern to me and the other B investors.
* Swiss Re- We fear that contacting Swiss Re without Jon Zich, who clearly has the relationship that has proven productive, is a serious misstep ....Moreover, to do so without a comprehensive plan that makes sense is fraught with risk. Both John and Bill are fine people, but in light of their individual circumstances neither can represent ALH with Swiss Re, Wachovia or Ohio, in a meaningful way. We need a management plan that is

11/10/2004

credible, before we approach any lender.

* Ohio Savings Bank- We discussed this potential issue, when we met in Charlotte. You discounted our concern. We fear that LaGuardia's current efforts to buy Memphis, hardly makes him the appropriate person to gain Ohio's confidence for North Carolina. We suspect that Ohio might know about LaGuardia's efforts, as they are very connected to the home building industry, where this is not a secret.

* Memphis - The fall off in July and August results is very troubling, especially since the results of other homebuilders has been so robust. The pale of a potential sale seems to be affecting us severely.

We have limited input and no actual control over your decisions on how ALH is to be run.. We think that the piecemeal sale approach was inappropriate and appears to be leading to ominous results. We again ask you to reconsider what you are doing and to take steps to remedy the matters referred to above

Avie Arenson

EXHIBIT C-32

**Bruce Stein**

| | |
|---|---|
| **From:** | Bruce Stein |
| **Sent:** | Tuesday, November 04, 2003 2:09 PM |
| **To:** | 'Shalom Lamm '; 'Avie Arenson '; George Buchler; Gene Krieger |
| **Cc:** | 'John Laguardia' |
| **Subject:** | Gary Shamp Pay |

Gentlemen:

John had mentioned to me at my last visit to Charlotte that he thought that Gary Shamp deserved a raise in salary to $200,000.  This was based on Shamp's hard work and achievements that he accomplished over the last year

Since this requires board approval, I asked John to prepare a memo to that fact which is attached.

If everyone agrees, I will have our attorney prepare a UWC. Please e-mail me back with your thoughts.

Bruce

# EXHIBIT C-33

## Gene Krieger

| | |
|---|---|
| **From:** | Arenson Avie [avie@arenson.co.il] |
| **Sent:** | Monday, November 10, 2003 8:29 AM |
| **To:** | George Buchler |
| **Cc:** | Gene Krieger; Bruce Stein |
| **Subject:** | Re: Getting together |

Thanks. I'll see you then. If you could fill me in on the present situation regarding Wachovia, Ohio State, Swiss Re relations and/or problems, and what is happening with Bill Linnius' replacement, I might be able to contribute some ideas. How do you feel about the fall-off in Memphis? Do you think it is related to the possibility of a sale at a lower price to a related party? What is happening in Charlotte? Is a salary raise justified? If there are other current concerns please advise and I would be happy to discuss them with you.

Avie

| ----- Original Message -----
| **From:** George Buchler
| **To:** 'avie@arenson.co.il'
| **Sent:** Sunday, November 09, 2003 6:26 PM
| **Subject:** Re: Getting together
|
| Address is 4444 Lakeside Drive in Burbank. The nearest intersection is Olive Avenue.
| ----------------------
| Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

11/1/2004

# EXHIBIT C-34

## George Buchler

**From:** Arenson Avie [avie@arenson.co.il]
**Sent:** Tuesday, November 18, 2003 10:30 PM
**To:** George Buchler
**Cc:** Gene Krieger; Bill Lanius
**Subject:** Re: Swiss Re Renewal

George,Bill and Gene:

I congratulate you.  Good work

Avie

> ----- Original Message -----
> **From:** George Buchler
> **To:** 'Arenson Avie' ; 'Shalom Lamm' ; John Laguardia
> **Cc:** Gene Krieger ; Bruce Stein ; 'Bill Lanius'
> **Sent:** Tuesday, November 18, 2003 10:04 PM
> **Subject:** Swiss Re Renewal

This past Friday, Bill, Gene and I met with Michael Beernaert and two of his colleagues at Swiss Re's offices in Stamford, Ct.  The meeting went well - Michael and his group asked direct questions of how they could recover their surety/guarantee of the Wachovia $26MM debt.  We demonstrated that it could only happen with an extension of the surety.  They fully understood that they needed to demonstrate ongoing support to allow the construction lenders, most importantly Ohio Savings Bank, to continue to loan money to MHI.  Only through a recovery by MHI could they expect to obtain an eventual release of their surety.

Swiss Re agreed to a two year extension of their surety, which currently expires in December 2004, making the new expiration December 2006.  The Wachovia note matures in June 2004, and Bill will be working with Wachovia to extend that maturity for two years as well.  Swiss Re has requested that we provide a letter stating how much of a repayment of the Wachovia note could be expected from a sale of Bowden.  Bill has already had discussions with Wachovia on this issue and has told Wachovia that we would repay at least $4MM.  We need to leave sufficient funds from a Bowden sale to allow MHI to have sufficient working capital to adequately fund their ongoing operations.  We will shortly provide the requested letter, and also allow for a larger repayment if net proceeds exceed a certain dollar amount.

In summary, a desirable result was achieved which should ALH sufficient financial flexibility for the near term.

11/10/2004

# EXHIBIT C-35

## George Buchler

| | |
|---|---|
| **From:** | George Buchler |
| **Sent:** | Thursday, December 18, 2003 5:21 PM |
| **To:** | 'Arenson Avie'; 'Shalom Lamm' |
| **Cc:** | David Robbins |
| **Subject:** | Bowden/ Levitt |

**Importance:** High



Bowden Stock
urchase Agreemen..

Gentlemen:

        Attached to this e-mail is the first draft of the Bowden Building Corporation (BBC)
Purchase/Sale Agreement. Please review it and furnish any comments you may have to myself
and David Robbins at Fried Frank.

        The deal that has been struck includes the following major economic terms:

        1. Purchase price is $7.25MM increased by $100,000 per month from 9/30/03 through
closing.  If the deal closes around January 31, 2004 as anticipated, the purchase
consideration will increase by $400,000.  Please note that the purchase price is decreased
for the payment of LaGuardia's contractual bonus of $900,000 and a $200,000 exit bonus for
Jeff Sweeney.  The Buyer is paying Jeff an additional $100,000.  Jeff and John wanted to
receive their funds directly from the Buyer.  Additionally, Buyer has agreed to reimburse
ALH for the tax liability generated between 9/30/03 and the closing.

        2. An escrow of $650,000 will be set-up to cover claims for an 18 month period - a
deductible of $50,000 will apply.

        3. The deal is a sale of stock which yields ALH an advantageous tax treatment -
there will be no taxes payable as a result of this transaction.

Please let myself or David Robbins know if you have any questions regarding the agreement.

1

EXHIBIT C-36

## George Buchler

| | |
|---|---|
| **From:** | Arenson Avie [avie@arenson.co.il] |
| **Sent:** | Tuesday, March 16, 2004 12:05 AM |
| **To:** | George Buchler; 'Shalom Lamm'; Gene Krieger; Bruce Stein |
| **Cc:** | tavila@bofasecurities.com; David Robbins; 'Laura Long'; alexast@ffhsj.com |

**Subject:** Re:

Dear George;

I have not been in the office the last few days.. I hope to have studied the various documents you have forwarded by tomorrow. I will not be in the office for tomorrow's call, but hope my cell phone will be up to it. When you send the conference call number send it to my home fax as well.
thanks
Avie
fax no. 972 4 6262674

----- Original Message -----
**From:** George Buchler
**To:** 'Arenson Avie' ; 'Shalom Lamm' ; Gene Krieger ; Bruce Stein
**Cc:** Anthony Avila (tavila@bofasecurities.com) ; David Robbins ; 'Laura Long' ; Steve Alexander
(alexast@ffhsj.com)
**Sent:** Saturday, March 13, 2004 1:46 AM
**Subject:**

We are very close to closing on the sale of Bowden Building Corporation ("BBC"). I am requesting a meeting of the Boards of ALH Holdings, LLC, ALH II, Inc., BBC and ALH Holding Tennessee Acquisition, Inc. - this coming Wednesday, March 17, 7:30 a.m. Pacific Coast Time to approve the transaction on terms similar to those contained in the attached draft of the Purchase Agreement. In an e-mail to follow shortly, I will be sending the requisite resolutions for your review.

Additionally, we will request an independent committee comprised of Shalom and Avie to approve an investment banking fee of $150,000 to Shamrock Capital Advisors as compensation for their role in the transaction. An appropriate consent to this is also included for signature, following the meeting and any further discussion deemed necessary between Avie and Shalom. For those individuals unable to attend the meeting in person, we will provide a conference call number as soon as we learn of everyone's availability.

11/10/2004

EXHIBIT C-37

## George Buchler

**From:**  Arenson Avie [avie@arenson.co.il]
**Sent:**  Saturday, April 24, 2004 11:25 PM
**To:**  George Buchler; Gene Krieger; Bruce Stein; slamm@lionlamm.com
**Subject:** Re: Caruso Litigation

I agree with you all

Avie

> ----- Original Message -----
> **From:** George Buchler
> **To:** Gene Krieger ; Bruce Stein ; Avie Arenson (avie@arenson.co.il) ; Shalom Lamm (slamm@lionlamm.com)
> **Sent:** Friday, April 23, 2004 5:00 PM
> **Subject:** Caruso Litigation
>
> You may recall hearing of this lawsuit which was filed several years ago in Florida. The case has seen some settlement attempts in the past which were unsuccessful, and the case would now shortly go to trial, if not settled before.
>
> During current settlement negotiations, the parties have agreed to ALH paying Caruso a one-time payment of $200,000 in exchange for appropriate releases. Florida counsel, together will Bill Lanius, and oversight from Fried Frank, all strongly recommend making this settlement, as do I after spending a great deal of time listening to all sides of the issue. The case centered on two issues - one being an undisputed claim by Caruso for roughly $50,000 of executive recruiter fees (which claim would now total roughly $100,000 when including statutory interest and attorneys' fees) and a strongly disputed claim for making an introduction of Mulvaney Homes to ALH. The claim for this service is many hundreds of thousands of dollars. The lawyers feel that although we may prevail on this portion of the lawsuit, there are enough unclear facts and conflicting timelines that we also could lose on this issue.
>
> Florida counsel estimated that it will cost roughly $100,000 to defend ALH at trial. This of course would not include any subsequent appeals. Since we certainly owe the $100,000 for the recruiting fees, and we know the lawyers would charge another $100,000 to defend ALH, the least cost to ALH would be $200,000 - and then only if we prevailed 100% at trial. For these reasons, the $200,000 figure is a very favorable settlement for ALH.
>
> If you have any conflicting views or wish additional information, please let me know. Otherwise, we will go forward with finalizing the settlement agreement.

11/10/2004

# EXHIBIT C-38

## George Buchler

| | |
|---|---|
| **From:** | Arenson Avie [avie@arenson.co.il] |
| **Sent:** | Tuesday, May 25, 2004 12:13 AM |
| **To:** | George Buchler |
| **Cc:** | Gene Krieger; Bruce Stein |
| **Subject:** | Re: Lion & Lamm - Confession of Judgment |

Hello George:

I was not available yesterday, and today I can be reached on my mobile between 14:00 and 19:00 Israeli time as I am very busy today as well.  If we could talk then that would be fine.  If we do not make contact, I agree that we should attempt to recover Shalom's debts in an agressive manner, but only if there is a chance of actally collecting. I am sure that none of us is interested in vegeance or even justice, for itself. So if you think that way too, go ahead.

Avie
mobile: 972 54 335128

> ----- Original Message -----
> **From:** George Buchler
> **To:** Avie Arenson (avie@arenson.co.il)
> **Cc:** Gene Krieger ; Bruce Stein
> **Sent:** Monday, May 24, 2004 8:22 PM
> **Subject:** Lion & Lamm - Confession of Judgment

Dear Avie,

I wrote you last week regarding the L & L issues enumerated below.  We'd like to chat with you about this issue and a couple of other ALH issues --- please let me know if you can speak with us later today or tomorrow - perhaps later morning L.A. time.

I hope this e-mail finds you well. I'm traveling to Charlotte with Bruce early Wednesday morning and will then be unavailable the rest of the week.

George

> -----Original Message-----
> **From:** George Buchler
> **Sent:** Wednesday, May 19, 2004 8:02 AM
> **To:** Avie Arenson (avie@arenson.co.il)
> **Cc:** Gene Krieger; Bruce Stein
> **Subject:** Lion & Lamm - Confession of Judgment

Dear Avie,

You will recall that long ago, when we negotiated a Settlement Agreement with Lion & Lamm (including Shalom, Jon and John, individually), we obtained from them a Confession of Judgment which would give us the ability to quickly and efficiently go forward to legally enforce collection of the promissory note signed by L & L and its principals. Unfortunately, the "Ink was barely dry" from their promises to pay, when the note went into default.  On a number of occasions we tried to obtain financial information from Shalom and figure out a way to perhaps restructure the note, but these attempts were never in any way successful.  Shalom has always

claimed to be financially destitute and has told us that his partners also have no significant assets.

On a few occasions, after Lion & Lamm and its principals defaulted on this obligation of roughly $2 million, you, Gene and I discussed that one day we would have to pursue L & L through the courts. We have waited as long as possible to do this and must now move forward. Shortly, the Confession of Judgment which we all worked so hard to obtain will no longer be in force, due to the passage of time. Also, ALH has taken a deduction for the uncollectibility of the note on its tax return, and in order for that deduction to be valid, the law requires that payment of the note must be pursued. Certainly, allowing the Confession of Judgment to lapse would put this significant deduction in jeopardy.

L & L made many mistakes in their management of ALH - they were also dishonest and negligent as well. The Settlement Agreement was a way for the organization to move forward and have ALH accept less than full restitution of what they cost the company. Now this reduced amount remains unpaid (including a great deal of interest thereon) and we need to pursue our legal remedies.

I will today be executing appropriate affidavits which Fried Frank will file on behalf of ALH which will initiate the judicial collection process of this obligation. I will shortly be traveling to the East Coast and be unavailable for the balance of the week. However, Gene and I would like very much to talk to you at the beginning of next week. Are you available on either Monday or Tuesday (May 24 and 25) to have a call?

I hope that you are well and that we can speak next week,

George

11/10/2004

EXHIBIT C-39

## George Buchler

**From:** George Buchler

**Sent:** Wednesday, June 02, 2004 10:26 AM

**To:** 'Arenson Avie'

**Cc:** Gene Krieger

**Subject:** RE: Discussion of ALH Business

We will call you tomorrow (Thursday) morning on your mobile phone.  Look forward to speaking with you.

George

-----Original Message-----
**From:** Arenson Avie [mailto:avie@arenson.co.il]
**Sent:** Wednesday, June 02, 2004 12:16 AM
**To:** George Buchler
**Cc:** Gene Krieger
**Subject:** Re: Discussion of ALH Business

Good morning George:

Either Thursday 18:30  Israel  time ( 8:30 A.M. LA) or Monday at the same time.  My mobile is the best bet.  972 54 335128.
Please let me know  which you prefer. Looking forward too.

Avie

-----Original Message -----
**From:** George Buchler
**To:** Avie Arenson (avie@arenson.co.il)
**Cc:** Gene Krieger
**Sent:** Wednesday, June 02, 2004 7:40 AM
**Subject:** Discussion of ALH Business

If it works with your schedule, Gene and I would like to talk to you either Thursday, Friday or next Monday.  We could call you in the morning (Los Angeles time) wherever you wish.  We'd like to update you on several matters relating to ALH including the following:

1.  Discussions with Wachovia and Ohio Savings Bank regarding renewal of their construction lines.
2.  Potential Buyers of Mulvaney - Mike Mulvaney and Leavitt are both interested
3.  Collection efforts from Shalom, Hourihan, etc.
4.  A fee for Lanius in appreciation of his past and continuing help well beyond his obligation to ALH
5.  Anything else that you would like to know about.

Please let me know what day, time and phone number works best for you and we'll schedule accordingly.  We both look forward to speaking with you soon.

11/10/2004

# EXHIBIT C-40

## George Buchler

| | |
|---|---|
| **From:** | George Buchler |
| **Sent:** | Thursday, July 01, 2004 9:32 AM |
| **To:** | 'Arenson Avie' |
| **Cc:** | Bruce Stein; Gene Krieger |
| **Subject:** | ALH/Mulvaney Homes (MHI) Update |

Dear Avie –

There's quite a bit going on in ALH which has continued to use lots of Shamrock executive time. Here's where we are on a number of different issues:

1.  We have received a proposal (Letter of Intent) from Levitt Homes to purchase MHI. Basically their proposal would pay down the current $22 million loan to Wachovia, backed by a Swiss Re surety bond, to $15 million and Swiss Re would then suffer a loss for the remaining $15 million. Offsetting the $15 million would be funds coming out of the escrows from the sale of ABI and Bowden. ALH shareholders would receive a 15% interest in the new entity, and the ability to force an exit at fair market value 2-3 years into the future. We have also received an offer from George Sella/Mike Mulvaney which isn't workable. I will fax you the Levitt LOI for your review.

2.  The ability to sustain the construction lines of credit has been a huge issue. Both Wachovia and Ohio Savings have lines which expired yesterday (6/30) and we have just now received a 30 day extension of these lines to allow the company to continue operations. Obtaining this short-term extension has been a very time-consuming undertaking, particularly for Bill Lanius and me. Had we not been able to obtain the extension, we would have had to shut down operations.

3.  When you, Gene and I last spoke, we told you of the dire straits of MHI, its financing issues, etc. We also asked whether the "B" investors have any interest in acquiring MHI and taking on this asset; otherwise our only alternative is to continue to go forward with Levitt. As you can see, time is very short and we'd like your feedback on both the LOI as well as any other issues regarding ALH.

I look forward to hearing from you as soon as possible.

George

11/10/2004

# EXHIBIT C-41

## Gene Krieger

**From:**  Gene Krieger
**Sent:**  Friday, April 26, 2002 10:52 AM
**To:**  'Arenson Avie'
**Cc:**  George Buchler
**Subject:** RE: ALH

Dear Avie:

We will follow through with the original draw of 60%.

We were surprised, confused and upset by the sudden request to increase the advance to 100%. We had been advising the other Class A investors of the 60% draw, and this was based on our ongoing conversations and in full reliance on Shalom's request. We knew nothing of this proposed change throughout the last couple of weeks of trying to get this facility in place. Late on Thursday afternoon we received a voicemail message from the lawyers advising us of the request for 100%. Considering all the communications we have had with Shalom and Lanius via phone and email, we were surprised that this was proposed change was not mentioned. We never received a note from Shalom similar to the one he sent you.

While no doubt the company would be better off with more money (who wouldn't), this is not the objective. We are trying to maintain our performance in the short run to enhance the sale process and protect the investors' capital. Although we very well may have to call down the balance, we should try to get by with as little as possible.

Best regards.

Gene

-----Original Message-----
**From:** Arenson Avie [mailto:avie@arenson.co.il]
**Sent:** Friday, April 26, 2002 12:40 AM
**To:** George Buchler; Gene Krieger
**Subject:** Fw: ALH

Hello:

Shalom is answering me here  as to the change from 60%draw to 100%.  Do you agree with him?

Avie
----- Original Message -----
**From:** Shalom Lamm
**To:** Arenson Avie
**Sent:** Thursday, April 25, 2002 7:15 PM
**Subject:** Re: ALH

Avie:

In discussions with Bill Lanius and John Laguardia regarding the immediate cash needs at Mulvaney it became apparent that we would be

ramping up to the entire funding so quickly that it made sense to call it all from the initial funding.

To that end (I'm not sure if I already wrote this to you) Wachovia, in a new separate backstopped facility, and SouthTrust seem to be lining up as our lenders to get us the funds needed at MHI ASAP. Beyond that we have a good "feel" from Ohio Savings Bank (a national lender, despite their name) that they could step to the plate 45-60 days from now to possibly replace one of the backstopped lenders.

Interest in our company remains high. Today the Executive Summaries have begun to be distributed to the ten companies that have expressed serious interest and demonstrated ability to acquire us.

Lastly, thanks for seeing to the direction letter. It is appreciated.

Kind regards,

-Shalom


--
Shalom Lamm
Lion & Lamm Capital
Phone: 212.867.6363
or: 516-565-0868
Fax: 212.867.6303
or: 516-565-1819

> **From:** "Arenson Avie" <avie@arenson.co.il>
> **Date:** Thu, 25 Apr 2002 10:10:40 +0200
> **To:** "Shalom Lamm" <slamm@lionlamm.com>
> **Subject:** ALH
>
>
> Hello Shalom:
>
> The documentation looks good. I had understood however that there would be an initial draw of 60%. Why the sudden change?
> With regards the directional letter, Shilo is out of the country on holiday until the 3rd or 4th. I am sure he will look at it when he comes back.
>
> thank you
>
> Avie

# EXHIBIT C-42

## George Buchler

| | |
|---|---|
| **From:** | Arenson Avie [avie@arenson.co.il] |
| **Sent:** | Sunday, April 28, 2002 2:32 AM |
| **To:** | Shalom Lamm |
| **Cc:** | George Buchler; Gene Krieger |
| **Subject:** | fund draw |

Hello Shalom:

I suggest you go back to the 60% draw. I and the others has expected and planned for it . Thanks for your attention.

Best wishes

Avie

# EXHIBIT C-43

**Gene Krieger**

| | |
|---|---|
| **From:** | Gene Krieger |
| **Sent:** | Tuesday, August 06, 2002 3:09 PM |
| **To:** | 'Isaac M. Neuberger' |
| **Cc:** | George Buchler; 'Avie Arenson (E-mail)' |
| **Subject:** | RE: ALH |

Thank you for your email regarding the Class B members' interest in ALH. We appreciate and respect the views expressed in your message, and we would be pleased to work with the Class B members on the sale of the A's interest.

As you may know, and as we have explained to Avie, we have been in discussions with Walter Industries for some time and have reached a critical stage in these discussions. We had agreed to enter into an exclusivity arrangement with Walter for the purchase of the Memphis subsidiary (Bowden) when Avie asked us to entertain an offer by the Bs to purchase the A's interest. We agreed to postpone entering into the exclusivity arrangement with Walter until Tuesday, July 30th, on the understanding that Avie would provide us with an offer immediately following the Meeting in London on July 29th. George made it clear to Avie 1) that the timing of this process was very critical, and 2) the elements that were needed to allow us to abandon the discussions with Walter in favor of a deal with the Bs. When we heard from Avie in an email on July 30th, his message indicated an interest in exploring a buyout of the A's interest. In subsequent phone conversations, this message was repeated, but we have received no tangible offer or other evidence that a deal is forthcoming. By Wednesday and Thursday of last week, it became clear to us that any further delay with Walter would eliminate them as a potential buyer for Bowden (and as a possible buyer for Mulvaney). In order to preserve ALH's position, we have entered into the exclusivity arrangement with Walter. This arrangement does not preclude the Bs from pursuing an acquisition of the A's interest, and we encourage them to do so in an expedited manner.

We are happy to meet with the Bs in a face-to-face meeting; however, in order to make any such meeting productive, we would need, in advance, a clear indication of the proposed arrangement. If you have any questions, or would like to discuss this further, please do not hesitate call me or George at 818-973-4295 or 818-973-4222, respectively.


-----Original Message-----
From: Isaac M. Neuberger [mailto:IMN@NQGRG.com]
Sent: Tuesday, August 06, 2002 11:24 AM
To: George J. Buchler (E-mail); Eugene Krieger (E-mail)
Cc: Avie Arenson (E-mail); Michael G. Jesselson (E-mail); Michel Konig (E-mail); Mark Frankel (E-mail)
Subject: ALH


> As you might remember from prior communications, I represent SELK LLC,
> one of the Class B Members of ALH II. As I know Avie Arenson has
> advised you, all of the Class B Members met together in London last
> week and have had a number of telephonic conferences both before and
> after the London meetings.
>
> The Class Bs have discussed among themselves and have consulted with

1

> experts of note in the homebuilding industry the future prospects of ALH, as a going concern; the advisability of selling Memphis alone NOW; the impact that such a sale will have on both ALH's continuing operations and whether it will reduce the aggregate sales value of ALH as a going concern. We also have discussed with these same knowledgeable people. whether there are in fact others who might be interested in Memphis as a stand alone, assuming that Walter Industries would not agree to a delay in the entry of the LOI, as proposed. Lastly we feel it essential that we explore gaining a further extension of the Swiss Re-Wachovia facility now. All of these discussions and consideration take into account and recognize Shamrock's decision to exit this particular investment and the need .for the Bs to move quickly to
>
> We understand that in large part your desire to exit this investment is driven by the management demands made on you by other investments and what appears to be a concern that with Swiss Re-Wachovia facility can NOT be extended. Obviously the Bs feel that the "control" of ALH owes them a duty to try and maximize their return, not to speak of the loss that the current situation portends.
>
> As Avie has advised you, it is the considered opinion of the Bs, that
> if you proceed  NOW with the exit that you are directing that Shamrock
> and each of the Bs will face a significant loss that we think can be
> avoided and that the business as a going concern could at the right
> time provide a significant return.
>
> The Bs have been exploring forming a Joint Venture with several
> extremely knowledgeable  tract home building experts to acquire the A
> position in ALH. We would intend to explore the other issues
> identified above at the very same time. We think that this can be
> accomplished in weeks. We feel that a sale of Memphis would cause
> irreversible injury and doom ALH to a nearly complete loss. If this
> could be avoided, it would serve everyone's interest and allow
> Shamrock an exit with any further involvement with ALH.
>
> The geographical locations of the Bs coupled with August vacation
> schedules make this task all the more difficult. However we are ALL committed to see this through.
>
> If Shamrock is willing we would like to propose a face to face meeting
> (where some of the Bs might have to participate by phone) to explore
> the parameters of an arrangement. Please let me know if Shamrock is
> willing to meet with the Bs and their counsel.
>
>
***********************************

CONFIDENTIALITY NOTICE:  This e-mail message from Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. contains CONFIDENTIAL INFORMATION for the use ONLY of the intended recipient and may constitute a communication protected by the attorney-client privilege.  If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any use, distribution, or copying of this communication or its contents is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone at (410) 332-8550.
***********************************

2