# EXHIBIT R

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

--------------------------------------------------------------- x

ALH HOLDINGS LLC,                                    :

                              Plaintiff,             :

                                                     :

              - against -                            :          **AFFIDAVIT OF**
                                                     :          **CONFESSION OF**
                                                     :          **JUDGMENT**
                                                     :

LION & LAMM CAPITAL, LLC                             :
                                                     :
                                                     :
                                                     :
                              Defendant.             :

--------------------------------------------------------------- x

STATE OF NEW YORK      )
                              ss.:
COUNTY OF NEW YORK  )

       SHALOM E. LAMM being duly sworn, deposes and says:

       1.     I am the Chairman of LION & LAMM CAPITAL, LLC ("LION")

and am duly authorized by LION and by the laws of the State of Delaware to make on

LION's behalf the representations in this Affidavit of Confession of Judgment.

       2.     LION is a Delaware limited liability company whose principal office

is located at 489 Fifth Avenue, New York, New York.  On LION's behalf, I hereby

consent to jurisdiction and venue, and authorize entry of judgment against LION in the

Supreme Court of the State of New York, New York County, New York.

       3.     I hereby confess judgment on behalf of LION pursuant to CPLR

3218 in favor of ALH Holdings LLC ("Plaintiff") in the amount of $1,900,000, plus

interest and other costs and expenses and authorize Plaintiff, or Plaintiff's heirs,

representatives, assigns and successors in interest, to enter judgment in that amount

against LION only under the circumstances described below.

      4.    This confession of judgment is for a debt justly due to Plaintiff

pursuant to a certain Operating Agreement, Management Agreement and Promissory

Note, complete and accurate copies of which are appended hereto as Exhibits A, B and C,

respectively. The Management Agreement and Promissory Note provide that LION is

liable, jointly and severally with certain other persons, to the Plaintiff in the amount of

$1,900,000 plus interest on $1,400,000 thereof at the rate of 15% (and subject to

adjustment as set forth in the Promissory Note) from the date of the Management

Agreement and other costs and expenses set forth in the Promissory Note. LION

executed the Management Agreement and the Promissory Note as of July 1, 2001. LION

is therefore indebted to the Plaintiff in the amount of $1,900,000 plus interest and other

costs and expenses.

      5.    As of the date hereof, no portion of this obligation has been paid.

Judgment may be entered against LION for the full amount, or for such amount as

remains due and owing on the date this Affidavit of Confession of Judgment is filed with

the Court. In the event of any shortfall between amounts owing pursuant to the

Promissory Note and amounts collected pursuant to this Affidavit of Confession of

Judgment, LION agrees that nothing shall preclude Plaintiff from collecting such further

amounts as may be owing pursuant to the Promissory Note and related documents.

2

73206

6.    This confession of judgment is not for the purpose of securing Plaintiff against a contingent liability, and is not an installment loan within the meaning of CPLR 3201.

7.    LION has had legal advice by counsel of its own choosing in connection with this confession of judgment.  There are no other agreements or understandings which in any way limit, condition or alter its obligations hereunder.  On behalf of LION I understand, have considered and agree to each of the provisions hereof, and I am signing this Affidavit of Confession of Judgment without any coercion, force, pressure, or undue influence.

3

73206



_____

SHALOM E. LAMM
Chairman

STATE OF New York )
         ss.:
COUNTY OF New York )

On 8 b 7 2001, before me, Shalom E. Lamm, who, being by me duly sworn,

did depose and say that he resides at 330 Elm Street, West Hempstead, New York 11552;

that he is the Chairman of Lion & Lamm Capital, LLC; and that he signed his name to

the attached Affidavit of Confession of Judgment by authority of the board of directors of

that limited liability company.

_____

Signature of Notary

JONATHAN ZICH
Notary Public, State of New York
No. 31-4787443
Qualified in New York County
Commission Expires March 30, 19....
7/31/02

Notary Public or other Officer's Stamp or Title

4

73206

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------- x

ALH HOLDINGS LLC,                            :

                 Plaintiff,          :

                       :

         - against -              :    <u>AFFIDAVIT OF</u>

                       :    <u>CONFESSION OF</u>

                       :    <u>JUDGMENT</u>

                       :

LION ALH CAPITAL LLC,                        :

                       :

                       :

             Defendant.          :

------------------------------------------------------------- x

STATE OF NEW YORK    )

                     ss.:

COUNTY OF NEW YORK )

        SHALOM E. LAMM being duly sworn, deposes and says:

        1.     I am the Chairman of LION ALH CAPITAL LLC ("LION") and am

duly authorized by LION and by the laws of the State of Delaware to make on LION's

behalf the representations in this Affidavit of Confession of Judgment.

        2.     LION is a Delaware limited liability company whose principal office

is located at 489 Fifth Avenue, New York, New York.  On LION's behalf, I hereby

consent to jurisdiction and venue, and authorize entry of judgment against LION in the

Supreme Court of the State of New York, New York County, New York.

        3.     I hereby confess judgment on behalf of LION pursuant to CPLR

3218 in favor of ALH Holdings LLC ("Plaintiff") in the amount of $1,900,000, plus

interest and other costs and expenses and authorize Plaintiff, or Plaintiff's heirs,

representatives, assigns and successors in interest, to enter judgment in that amount

against LION only under the circumstances described below.

4.     This confession of judgment is for a debt justly due to Plaintiff

pursuant to a certain Operating Agreement, Management Agreement and Promissory

Note, complete and accurate copies of which are appended hereto as Exhibits A, B and C,

respectively.  The Management Agreement and Promissory Note provide that LION is

liable, jointly and severally with certain other persons, to the Plaintiff in the amount of

$1,900,000 plus interest on $1,400,000 thereof at the rate of 15% (and subject to

adjustment as set forth in the Promissory Note) from the date of the Management

Agreement and other costs and expenses set forth in the Promissory Note.  LION

executed the Management Agreement and the Promissory Note as of July 1, 2001.  LION

is therefore indebted to the Plaintiff in the amount of $1,900,000 plus interest and other

costs and expenses.

5.     As of the date hereof, no portion of this obligation has been paid.

Judgment may be entered against LION for the full amount, or for such amount as

remains due and owing on the date this Affidavit of Confession of Judgment is filed with

the Court.  In the event of any shortfall between amounts owing pursuant to the

Promissory Note and amounts collected pursuant to this Affidavit of Confession of

Judgment, LION agrees that nothing shall preclude Plaintiff from collecting such further

amounts as may be owing pursuant to the Promissory Note and related documents.

2

73061

6.      This confession of judgment is not for the purpose of securing Plaintiff against a contingent liability, and is not an installment loan within the meaning of CPLR 3201.

7.      LION has had legal advice by counsel of its own choosing in connection with this confession of judgment.  There are no other agreements or understandings which in any way limit, condition or alter its obligations hereunder.  On behalf of LION I understand, have considered and agree to each of the provisions hereof, and I am signing this Affidavit of Confession of Judgment without any coercion, force, pressure, or undue influence.

3

73061



—————————————————————
SHALOM E. LAMM
Chairman

STATE OF N̲e̲w̲ ̲Y̲o̲r̲k̲  )
                          ss.:
COUNTY OF N̲e̲w̲ ̲Y̲o̲r̲k̲)

On  8|27 2001, before me, Shalom E. Lamm, who, being by me duly sworn,

did depose and say that he resides at 330 Elm Street, West Hempstead, New York 11552;

that he is the Chairman of Lion ALH Capital LLC; and that he signed his name to the

attached Affidavit of Confession of Judgment by authority of the board of directors of

that limited liability company.

—————————————————————
Signature of Notary

JONATHAN ZICH
Notary Public, State of New York
No. 31-4707443
Qualified in New York County
Commission Expires March 23, 19—
7|13|02

Notary Public or other Officer's Stamp or Title

4

73061

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------- x

ALH HOLDINGS LLC,                              :
                                               :
                        Plaintiff,             :
                                               :
            - against -                        :      AFFIDAVIT OF
                                               :      CONFESSION OF
                                               :      JUDGMENT
                                               :
SHALOM E. LAMM,                                :
                                               :
                                               :
                                               :
                        Defendant.             :
------------------------------------------------------------- x

STATE OF NEW YORK      )
                            ss.:
COUNTY OF NEW YORK  )

      SHALOM E. LAMM being duly sworn, deposes and says:

      1.    I reside at 330 Elm Street, West Hempstead, New York 11552. I hereby consent to jurisdiction and venue, and authorize entry of judgment against me in the Supreme Court of the State of New York, New York County, New York.

      2.    I hereby confess judgment pursuant to CPLR 3218 in favor of ALH Holdings LLC ("Plaintiff") in the amount of $1,900,000, plus interest and other costs and expenses and authorize Plaintiff, or Plaintiff's heirs, representatives, assigns and successors in interest, to enter judgment in that amount against me only under the circumstances described below.

73207

3.    This confession of judgment is for a debt justly due to Plaintiff pursuant to a certain Operating Agreement, Management Agreement and Promissory Note, complete and accurate copies of which are appended hereto as Exhibits A, B and C, respectively. The Management Agreement and Promissory Note provide that I am liable, jointly and severally with certain other persons, to the Plaintiff in the amount of $1,900,000 plus interest on $1,400,000 thereof at the rate of 15% (and subject to adjustment as set forth in the Promissory Note) from the date of the Management Agreement and other costs and expenses set forth in the Promissory Note. I executed the Management Agreement and the Promissory Note as of July 1, 2001. I am therefore indebted to the Plaintiff in the amount of $1,900,000 plus interest and other costs and expenses.

4.    As of the date hereof, no portion of this obligation has been paid. Judgment may be entered against me for the full amount, or for such amount as remains due and owing on the date this Affidavit of Confession of Judgment is filed with the Court. In the event of any shortfall between amounts owing pursuant to the Promissory Note and amounts collected pursuant to this Affidavit of Confession of Judgment, I agree that nothing shall preclude Plaintiff from collecting such further amounts as may be owing pursuant to the Promissory Note and related documents.

5.    This confession of judgment is not for the purpose of securing Plaintiff against a contingent liability, and is not an installment loan within the meaning of CPLR 3201.

2

73207

6.      I have had legal advice by counsel of my own choosing in connection with this confession of judgment.  There are no other agreements or understandings which in any way limit, condition or alter my obligations hereunder.  I understand, have considered and agree to each of the provisions hereof, and I am signing this Affidavit of Confession of Judgment without any coercion, force, pressure, or undue influence.

3

73207

_____

SHALOM E. LAMM


STATE OF ___New York___ )
                              ss.:
COUNTY OF ___New York___ )

On __8/2/__2001, before me, Shalom E. Lamm, personally appeared and

acknowledged to me that he executed the attached Affidavit of Confession of Judgment.


_____
Signature of Notary

JONATHAN ZICH
Notary Public, State of New York
No. 31-4787443
Qualified in New York County
Commission Expires March 31, 19___

7/31/02

Notary Public or other Officer's Stamp or Title


4

73207

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------- x

ALH HOLDINGS LLC,                                   :
                                                    :
                          Plaintiff,                :
                                                    :
              - against -                           :        **AFFIDAVIT OF**
                                                    :        **CONFESSION OF**
                                                    :        **JUDGMENT**
                                                    :
JONATHAN ZICH,                                      :
                                                    :
                                                    :
                          Defendant.                :

-------------------------------------------------------------- x

STATE OF NEW YORK    )
                         ss.:
COUNTY OF NEW YORK   )

       JONATHAN ZICH being duly sworn, deposes and says:

       1.    I reside at 180 Riverside Drive, New York, New York 10024. I hereby consent to jurisdiction and venue, and authorize entry of judgment against me in the Supreme Court of the State of New York, New York County, New York.

       2.    I hereby confess judgment pursuant to CPLR 3218 in favor of ALH Holdings LLC ("Plaintiff") in the amount of $1,900,000, plus interest and other costs and expenses and authorize Plaintiff, or Plaintiff's heirs, representatives, assigns and successors in interest, to enter judgment in that amount against me only under the circumstances described below.

3.    This confession of judgment is for a debt justly due to Plaintiff pursuant to a certain Operating Agreement, Management Agreement and Promissory Note, complete and accurate copies of which are appended hereto as Exhibits A, B and C, respectively.  The Management Agreement and Promissory Note provide that I am liable, jointly and severally with certain other persons, to the Plaintiff in the amount of $1,900,000 plus interest on $1,400,000 thereof at the rate of 15% (and subject to adjustment as set forth in the Promissory Note) from the date of the Management Agreement and other costs and expenses set forth in the Promissory Note.  I executed the Management Agreement and the Promissory Note as of July 1, 2001.  I am therefore indebted to the Plaintiff in the amount of $1,900,000 plus interest and other costs and expenses.

4.    As of the date hereof, no portion of this obligation has been paid. Judgment may be entered against me for the full amount, or for such amount as remains due and owing on the date this Affidavit of Confession of Judgment is filed with the Court.  In the event of any shortfall between amounts owing pursuant to the Promissory Note and amounts collected pursuant to this Affidavit of Confession of Judgment, I agree that nothing shall preclude Plaintiff from collecting such further amounts as may be owing pursuant to the Promissory Note and related documents.

5.    This confession of judgment is not for the purpose of securing Plaintiff against a contingent liability, and is not an installment loan within the meaning of CPLR 3201.

2

6.      I have had legal advice by counsel of my own choosing in connection with this confession of judgment.  There are no other agreements or understandings which in any way limit, condition or alter my obligations hereunder.  I understand, have considered and agree to each of the provisions hereof, and I am signing this Affidavit of Confession of Judgment without any coercion, force, pressure, or undue influence.

3

73209

_____

JONATHAN ZICH


STATE OF New York )
                          ss.:
COUNTY OF New York )

On 8 22 2001, before me, Jonathan Zich, personally appeared and

acknowledged to me that he executed the attached Affidavit of Confession of Judgment.

Signature of Notary

RICHARD DODGE
Notary Public, State of New York
No. 01DO6046004
Qualified in New York County
Commission Expires Oct. 2, 20__


Notary Public or other Officer's Stamp or Title


4

73209

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------- x
ALH HOLDINGS LLC,                                    :
                                                     :
                              Plaintiff,             :
                                                     :
               - against -                           :       **AFFIDAVIT OF**
                                                     :       **CONFESSION OF**
                                                     :       **JUDGMENT**
                                                     :
JOHN D. HOURIHAN,                                    :
                                                     :
                                                     :
                                                     :
                              Defendant.             :
--------------------------------------------------------------- x

STATE OF NEW YORK      )
                                    ss.:
COUNTY OF NEW YORK  )

       JOHN D. HOURIHAN being duly sworn, deposes and says:

       1.    I reside at 15 East Green Cay, Christiansted, St. Croix, USVI. I hereby consent to jurisdiction and venue, and authorize entry of judgment against me in the Supreme Court of the State of New York, New York County, New York.

       2.    I hereby confess judgment pursuant to CPLR 3218 in favor of ALH Holdings LLC ("Plaintiff") in the amount of $1,900,000, plus interest and other costs and expenses and authorize Plaintiff, or Plaintiff's heirs, representatives, assigns and successors in interest, to enter judgment in that amount against me only under the circumstances described below.

73208

3.     This confession of judgment is for a debt justly due to Plaintiff pursuant to a certain Operating Agreement, Management Agreement and Promissory Note, complete and accurate copies of which are appended hereto as Exhibits A, B and C, respectively.  The Management Agreement and Promissory Note provide that I am liable, jointly and severally with certain other persons, to the Plaintiff in the amount of $1,900,000 plus interest on $1,400,000 thereof at the rate of 15% (and subject to adjustment as set forth in the Promissory Note) from the date of the Management Agreement and other costs and expenses set forth in the Promissory Note.  I executed the Management Agreement and the Promissory Note as of July 1, 2001.  I am therefore indebted to the Plaintiff in the amount of $1,900,000 plus interest and other costs and expenses.

4.     As of the date hereof, no portion of this obligation has been paid. Judgment may be entered against me for the full amount, or for such amount as remains due and owing on the date this Affidavit of Confession of Judgment is filed with the Court.  In the event of any shortfall between amounts owing pursuant to the Promissory Note and amounts collected pursuant to this Affidavit of Confession of Judgment, I agree that nothing shall preclude Plaintiff from collecting such further amounts as may be owing pursuant to the Promissory Note and related documents.

5.     This confession of judgment is not for the purpose of securing Plaintiff against a contingent liability, and is not an installment loan within the meaning of CPLR 3201.

2

73208

6.     I have had legal advice by counsel of my own choosing in connection with this confession of judgment.  There are no other agreements or understandings which in any way limit, condition or alter my obligations hereunder.  I understand, have considered and agree to each of the provisions hereof, and I am signing this Affidavit of Confession of Judgment without any coercion, force, pressure, or undue influence.

3

73208

_____

JOHN D. HOURIHAN

STATE OF New York    )

                                    ss.:

COUNTY OF New York

On 4 22 2001, before me, John D. Hourihan, personally appeared and

acknowledged to me that he executed the attached Affidavit of Confession of Judgment.

_____

Signature of Notary

RICHARD DODGE
Notary Public, State of New York
No. 01DO6049004
Qualified in New York County
Commission Expires Oct. 2, 20_02_

Notary Public or other Officer's Stamp or Title

4

73208