## PROMISSORY NOTE

$26,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to The Shall Chemel Trust of 1994 ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Twenty-Six Thousand Dollars ($26,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.


By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$26,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Christopher Thompson ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Twenty-Six Thousand Dollars ($26,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.

By:   William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$26,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Gy Waldron ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Twenty-Six Thousand Dollars ($26,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$260,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Yorkin Family Limited Parnership ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Two Hundred Sixty Thousand Dollars ($260,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:    William R. Lanius
Title: Chief Financial Officer

## PROMISSORY NOTE

$35,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to The Roy and Judi Kaufman Living Trust ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Thirty-Five Thousand Dollars ($35,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$35,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Bernstein Trust of 1989 ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Thirty-Five Thousand Dollars ($35,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note.  Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower.  Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness; provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:   William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$8,600.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to David Bernstein ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Eight Thousand Six Hundred Dollars ($8,600.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:     William R. Lanius
Title: Chief Financial Officer

## PROMISSORY NOTE

$8,600.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Lori Bernstein ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Eight Thousand Six Hundred Dollars ($8,600.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$8,600.00                                                                    New, York, New York
                                                                              May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Bunny Wasser ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Eight Thousand Six Hundred Dollars ($8,600.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.

By:     William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$8,600.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Andrew Wasser ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Eight Thousand Six Hundred Dollars ($8,600.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:    William R. Lanius
Title: Chief Financial Officer

## PROMISSORY NOTE

$8,600.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Noah Fogelson ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Eight Thousand Six Hundred Dollars ($8,600.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.

By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$8,600.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Adam Fogelson ("Lender"), at Lender's address at 2049 Century Park East, Suite 2500, Los Angeles, California 90087, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Eight Thousand Six Hundred Dollars ($8,600.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$26,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Harold and Ruth Borden Trust ("Lender"), at Lender's address at 10580 Wilshire Blvd., Unit 73, Los Angeles, California 90024, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Twenty-Six Thousand Dollars ($26,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.

By: William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$52,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Harold Brown ("Lender"), at Lender's address at Gang, Tyre, Ramer & Brown, Inc., 132 S. Rodeo Drive, Beverly Hills, California 90212, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Fifty-Two Thousand Dollars ($52,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.

By:     William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$17,000.00
New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Ms. Hermione Brown ("Lender"), at Lender's address at Gang, Tyre, Ramer & Brown, Inc., 132 S. Rodeo Drive, Beverly Hills, California 90212, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Seventeen Thousand Dollars ($17,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

_____
By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$17,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Tom R. Camp, Esq. ("Lender"), at Lender's address at Gang, Tyre, Ramer & Brown, Inc., 132 S. Rodeo Drive, Beverly Hills, California 90212, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Seventeen Thousand Dollars ($17,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:   William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$26,000.00
New, York, New York<br>May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Hirsham Family Trust ("Lender"), at Lender's address at William Morris Agency, 151 El Camino Drive, Beverly Hills, California 90212, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Twenty-Six Thousand Dollars ($26,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.


By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$17,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Katz Family Trust ("Lender"), at Lender's address at 9607 Wendover Drive, Beverly Hills, California 90210, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Seventeen Thousand Dollars ($17,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

**THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).**

ALH II, INC.

By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$17,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Stephen M. Miller, M.D. ("Lender"), at Lender's address at 10594 N. 65th Street, Longmont, Colorado, 80503, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Seventeen Thousand Dollars ($17,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.


By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$8,600.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Mr. Alfred Stern ("Lender"), at Lender's address at Schroders, 10877 Wilshire Blvd., Suite 500, Los Angeles, California 90024, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Eight Thousand Six Hundred Dollars ($8,600.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.


By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$35,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to Dennis M. Wasser, Esq. ("Lender"), at Lender's address at Wasser, Rosenson & Carter, 2029 Century Park East, Suite 1200, Los Angeles, California 90067, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Thirty-Five Thousand Dollars ($35,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.

By:    William R. Lanius
Title: Chief Financial Officer

## PROMISSORY NOTE

$312,500.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to D.A. Gardens, Ltd. ("Lender"), at Lender's address at 5 Hashita Street, P.O. Box 3566, Caesera, Israel, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Three Hundred Twelve Thousand Five Hundred Dollars ($312,500.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

**ALH II, INC.**

By:    William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$312,500.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to The Erica Jesselson 1994 CLAT ("Lender"), at Lender's address at 450 Park Avenue, Suite 2603, New York, New York 10022, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Three Hundred Twelve Thousand Five Hundred Dollars ($312,500.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.

By:   William R. Lanius
Title: Chief Financial Officer

# PROMISSORY NOTE

$625,000.00

New, York, New York
May, 7, 2002

FOR VALUE RECEIVED, the undersigned, ALH II, Inc., a Delaware corporation ("Borrower"), HEREBY PROMISES TO PAY to SELK, LLC, a Delaware limited liability company ("Lender"), at Lender's address at c/o Shalom E. Lamm, 489 Fifth Avenue, New York, New York 10017, or at such other place as Lender may designate from time to time in writing, in lawful money of the United States of America and in immediately available funds, the principal amount of Six Hundred Twenty-Five Thousand Dollars ($625,000.00) or, if less, the aggregate principal amount of such Lender's advances made to Borrower under the Loan Agreement (as defined below), together with all interest thereon at the rate of 18% (or, as applicable, the default rate of interest set forth therein), and other amounts owing in connection therewith in accordance with the terms of the "Loan Agreement" (as hereinafter defined). All capitalized terms used but not otherwise defined herein have the meanings given to them in the Loan Agreement.

This Promissory Note is one of the Notes issued pursuant to that certain Loan Agreement, dated as of May 7, 2002, by and among Borrower and each of the Lenders from time to time party thereto (the "Loan Agreement") and is entitled to all of the benefits of the Loan Agreement. Reference is hereby made to the Loan Agreement for a statement of all of the terms and conditions under which the loans evidenced hereby are made and are to be repaid. The date and amount of each advance made by Lender to Borrower, the rates of interest applicable thereto and each payment made on account of the principal thereof, shall be recorded by Lender on its books; provided that the failure of Lender to make any such recordation shall not affect the obligations of Borrower to make a payment when due of any amount owing under the Loan Agreement or this Promissory Note in respect of advances made by Lender to Borrower.

The principal amount of the indebtedness evidenced hereby shall be payable in the amounts and on the dates specified in the Loan Agreement, the terms of which are hereby incorporated herein by reference. Interest thereon shall be paid until such principal amount is paid in full at such interest rates and at such times, and pursuant to such calculations, as are specified in the Loan Agreement.

If any payment on this Promissory Note becomes due and payable on a day other than a Business Day, the maturity thereof shall be extended to the next succeeding Business Day and, with respect to payments of principal, interest hereon shall be payable at the then applicable rate during such extension.

Upon and after the occurrence of any Event of Default, this Promissory Note may, as provided in the Loan Agreement, and without demand, notice or legal process of any kind, be declared, and immediately shall become, due and payable.

Time is of the essence of this Promissory Note. Demand, presentment, protest and notice of nonpayment and protest are hereby waived by Borrower. Except as expressly provided in the Loan Agreement, this Note may not be assigned by Lender to any Person.

This Promissory Note is deemed to be subordinate in all respects, whether in right of payment, priority or otherwise, to any indebtedness for borrowed money of Borrower existing as of the date of the Loan Agreement (together with any refinancings or replacements of such existing indebtedness, provided that any refinancings or replacements of such existing indebtedness shall be approved by the board of directors of Borrower in accordance with applicable law).

THIS NOTE AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES UNDER THIS NOTE SHALL BE GOVERNED BY AND SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK (WITHOUT REFERENCE TO THE CONFLICT OF LAW RULES THEREOF WHICH COULD CAUSE THE LAW OF ANY OTHER STATE TO APPLY).

ALH II, INC.


By:    William R. Lanius
Title: Chief Financial Officer

EXHIBIT 3

# A L H  II, Inc.

| | |
|---|---|
| **DATE:** | May 29, 2002 |
| **TO:** | Shamrock Holdings of California, Inc. |
| **ATTENTION:** | George Buchler |
| **FROM:** | Bill Lanius |
| **RE:** | 2nd and Final Loan Draw |

The following is notice of our request for the 2nd and final draw on your the loan to ALH II. Please wire the funds or send a check in the amount of $785,920 as follows:

| Wire funds to: | Mail checks payable to ALH II, Inc. to: |
|---|---|
| AmSouth Bank | ALH II, Inc. |
| 9421 Baymeadows Road | c/o William R. Lanius |
| Jacksonville, Florida, USA 32256 | 7800 Belfort Parkway |
| (904) 281-2720 | Suite 200 |
| to account of ALH II, Inc. | Jacksonville, FL 32556 |
| Account# 3283372148 | |
| ABA# 062000019 | |

The following is a summary of your loan funding as of this date:

| | Draw #1 | Draw #2 | Total |
|---|---|---|---|
| **Loan Commitment Amount** | | | |
| Total Loan Commitment | $1,178,880 | $785,920 | $1,964,800 |
| Less: Closing Fee | (58,944) | 0 | (58,944) |
| Net Loan Commitment | $1,119,936 | $785,920 | $1,905,856 |

*Note: The closing fee equal to 3% of the total
loan commitment was deducted from Draw #1.*

| | Draw #1 | Draw #2 | |
|---|---|---|---|
| **Loan Funding History** | | | |
| Amount Requested | $1,119,936 | $785,920 | ⇐ |
| Less: Amount Received | (1,119,936) | *requested* | |
| Balance to Fund (or Amount Refunded) | $0 | $785,920 | |

Please call me at (904) 279-9506 if you have any questions concerning this loan draw request. Thank you.

■ Atlantic Builders (Jacksonville, FL)  ■ Bowden Building (Memphis, TN)  ■ Mulvaney Homes (Charlotte, NC)

# ALH II, Inc.

7800 Belfort Parkway, Suite 200
Jacksonville, FL 32256

Phone: (904) 279-9506
Fax: (904) 279-9556

## BORROWER'S NOTICE
May 29, 2002

I, William R. Lanius, the chief financial officer of ALH II, Inc., a Delaware corporation ("Borrower"), am delivering this Borrower's Notice to Shamrock Holdings of California, Inc. ("Addressee Lender") pursuant to the Loan Agreement, dated May 7, 2002 (the "Loan Agreement"), by and among Borrower and each of the Lenders from time to time signatory thereto. Capitalized terms used in this Borrower's Notice but not defined herein shall have the meanings ascribed to them in the Loan Agreement.

Borrower hereby gives irrevocable notice, pursuant to Section 1.01(a) of the Loan Agreement, of its request for a Subsequent Advance in the amount of $1,750,000 to be made on June 11, 2002. The Pro Rata Share of Addressee Lender for such Subsequent Advance is $785,920.

On behalf of Borrower, I hereby certify that each of the following are true and correct as of the date hereof:

(1) The Borrower has not received an executed counterpart of the Loan Agreement from all Lenders; however, each of the Lenders has fully funded their proportionate share of the initial loan draw. Except as described in the foregoing sentence, the conditions set forth in Section 3.02 of the Loan Agreement have been satisfied as of the date hereof.

(2) All of the representations and warranties of the Borrower set forth in the Loan Agreement are true and correct as of the date hereof and shall be true and correct immediately prior to and upon giving effect to the Subsequent Advance requested hereunder.

(3) No event has occurred and no condition exists which, but for the passage of time or providing notice, constitutes or would constitute an Event of Default under the Loan Agreement, or which could have a Material Adverse Effect on the Borrower.

ALH II, INC.

By: _____
William R. Lanius
Chief Financial Officer

■ Atlantic Builders (Jacksonville, FL)    ■ Bowden Building (Memphis, TN)    ■ Mulvancy Homes (Charlotte, NC)