# EXHIBIT NN

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC.; SHAMROCK CAPITAL ADVISORS, INC; EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, | : : : : : : Civil Action No.: 692-N |
| Plaintiff, | : : |
| v. | : : |
| AVIE ARENSON, SELK, LLC and LAUREL EQUITY GROUP, LLC | : : : |
| Defendant. | : |

**ENTRY OF APPEARANCE**

TO:     REGISTER IN CHANCERY

Kindly enter my appearance for Defendants, Avie Arenson, Selk, LLC and Laurel Equity Group, LLC, in the above-captioned matter.

NOTICE IS FURTHER GIVEN that Cozen O'Connor requests that all filings, correspondence and notices circulated or distributed in connection with the above-captioned case be served upon its counsel of record as listed below:

> Sean J. Bellew
> Cozen O'Connor
> Chase Manhattan Centre
> 1201 North Market Street, Suite 1400
> Wilmington, Delaware 19801

DATED: October 5, 2004

Respectfully submitted,
COZEN O'CONNOR

By:     */s/ Sean J. Bellew*
Sean J. Bellew (DE No. 4072)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2026
Facsimile: (302) 295-2013

WILM1\27583\1 099994.000

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC.; SHAMROCK CAPITAL ADVISORS, INC; EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, | : : : : : : | Civil Action No.: 692-N |
| Plaintiff, | : : | |
| v. | : : : | |
| AVIE ARENSON, SELK, LLC and LAUREL EQUITY GROUP, LLC | : : : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Sean J. Bellew, hereby certify under penalty of perjury that I am not less than 18 years of age and that, on this 5th day of October, 2004, a true and correct copy of the foregoing *Entry of Appearance* was served by the manner shown below upon the following counsel of record:

*Via LexisNexis File & Serve:*
A. Chilchrist Sparks, III, Esquire
S. Mark Hurd, Esquire
Samuel T. Hirzel, II, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

/s/ Sean J. Bellew
Sean J. Bellew (DE No. 4072)

WILM1\27583\1 099994.000