# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

S. Mark Hurd
302 351 9354
302 498 6202 Fax
shurd@mnat.com

September 14, 2005

**VIA ELECTRONIC FILING**

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
c/o Dr. Peter T. Dalleo, Clerk
844 North King Street
Wilmington, DE 19801

      Re:   *Shamrock Holdings of California, Inc. v. Arenson, et al.*, C.A. No. 04-1339

Dear Chief Judge Robinson:

      Defendants previously have requested that oral argument be scheduled with respect to Defendant Abraham Arenson's Motion to Dismiss, Defendants' Motion to Dismiss the First Amended Complaint for Declaratory Relief, and Defendants' Motion to Dismiss, or in the Alternative, for Stay of Proceedings (collectively, the "Motions"). Defendants filed their reply papers in support of the Motions on September 12, 2005. Pursuant to Local Rule 7.1.4, Plaintiffs also request that the Court schedule oral argument on the Motions.

      Respectfully,

      S. Mark Hurd (#3297)

SMH/dmd
cc:   Clerk of the Court (by efiling)
      Thomas M. Wood, IV, Esq. (by facsimile)
      David A. Felice, Esq. (by efiling)