# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Samuel T. Hirzel
302 575 5132
302 498 6201 Fax
shirzel@mnat.com

November 23, 2005

**VIA ELECTRONIC FILING**

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
c/o Dr. Peter T. Dalleo, Clerk
844 North King Street
Wilmington, DE 19801

        Re:    *Shamrock Holdings of California, Inc. v.*
                   *Arenson, et al.*, C.A. No. 04-1339

Dear Chief Judge Robinson:

        Enclosed please find a courtesy copy of an Order entered in the District Court for the Western District of North Carolina granting a motion to transfer the case pending before the North Carolina Court to this Court. The parties have a conference call scheduled for Monday, November 5, 2005 and Plaintiffs hope to discuss how best to move this case forward at that time. In light of the motions currently pending before Your Honor, we felt that it was appropriate that we notify the Court of this development at our earliest opportunity.

                                      Respectfully,

                                      Samuel T. Hirzel (#4415)

cc:    Clerk of the Court (by efiling)
         Thomas M. Wood, IV, Esq. (by facsimile)
         David A. Felice, Esq. (by efiling)