# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

S. Mark Hurd
302 351 9354
302 498 6202 Fax
shurd@mnat.com

December 9, 2005

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Shamrock Holdings of California, Inc. v. Arenson, et al.*,
      Civil Action No. 04-1339

Dear Chief Judge Robinson:

Pursuant to paragraph 3 of Your Honor's October 27, 2005 Order For Scheduling Conference, the parties submit the proposed discovery plan enclosed herewith, which I understand has been agreed to by out-of-state counsel for the parties. We look forward to discussing this matter with Your Honor on Tuesday morning.

Respectfully,

S. Mark Hurd (#3297)

SMH/dmd
Enclosure
cc:   Dr. Peter T. Dalleo, Clerk (w/encl; by hand)
      David A. Felice, Esq. (w/encl; by hand)
      Thomas M. Wood, IV, Esq. (w/encl; by fax)
      Pamela Jarvis, Esq. (w/encl; by email)