# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

S. Mark Hurd
302 351 9354
302 498 6202 Fax
shurd@mnat.com

December 13, 2005

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Shamrock Holdings of California, Inc. v. Arenson, et al.*,
            Civil Action No. 04-1339

Dear Chief Judge Robinson:

       As instructed by the Court during this morning's teleconference, enclosed is the parties' proposed final scheduling order. If Your Honor has any questions, counsel will make themselves available at the Court's convenience.

                          Respectfully,

                          S. Mark Hurd (#3297)

SMH/dmd
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (w/encl; by hand)
       David A. Felice, Esq. (w/encl; by hand)
       Thomas M. Wood, IV, Esq. (w/encl; by fax)
       Pamela Jarvis, Esq. (w/encl; by email)