IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCKCAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>    Plaintiffs,<br><br>v.<br><br>AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD., and D.A. GARDENS, LTD. ,<br><br>    Defendants. | Civil Action No. 04-1339-SLR |
| SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD., and D.A. GARDENS, LTD.,<br><br>    Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCKCAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>and<br><br>ALH HOLDINGS LLC,<br><br>    Third-Party Defendant. | |

**NOTICE OF SERVICE OF THIRD-PARTY SUMMONS, COMPLAINT**

PLEASE TAKE NOTICE that the undersigned has caused the Third-Party Summons and Complaint in this matter to be served upon ALH Holdings, LLC through its registered agent,

Nationwide Information Services, Inc., 3500 South DuPont Highway, Dover, DE  19901 on January 30, 2006.  An affidavit of service is attached hereto as Exhibit "A."

Dated:  February 3, 2006

/s/ David A. Felice
SEAN J. BELLEW (#4072)
DAVID A. FELICE (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013

Of Counsel:
THOMAS M. WOOD, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, MD  21202-3282
(410) 332-8523
tmw@nqgrg.com
   *Attorneys for Defendants/Counterclaim Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I, David A. Felice, do hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

        S. Mark Hurd , Esquire
        Morris, Nichols, Arsht & Tunnell
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899

        */s/ David A. Felice*
        David A. Felice (#4090)
        Cozen O'Connor
        1201 North Market Street, Suite 1400
        Wilmington, DE 19801
        Telephone: (302) 295-2000
        Facsimile: (302) 295-2013
        E-mail: dfelice@cozen.com