# *Exhibit A*

# *Exhibit A*

# UNITED STATES DISTRICT COURT
## District of Delaware

| | | |
|---|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD., and D.A. GARDENS, LTD., | : : : : | |
| Defendants. | : | |
| ----------------------------------------------------------------- | : | |
| SELK, LLC, LAUREL EQUITY GROUP, LLC J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD., and D.A. GARDENS, LTD., | : : : | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| Defendants/Counterclaim Plaintiffs, | : : | C.A. No. 04-1339-SLR |
| v. | : : | |
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, | : : : : | |
| Plaintiffs/Counterclaim Defendants, | : : | |
| and | : : | |
| ALH HOLDINGS LLC, | : : | |
| Third-Party Defendant. | : : | |

**TO:**   ALH Holdings, LLC
c/o Nationwide Information Services, Inc.
3500 South DuPont Highway
Dover, DE  19901

   **YOU ARE HEREBY SUMMONED** and required to serve upon DEFENDANTS/COUNTER-PLAINTIFFS' ATTORNEY (name and address)

| PLAINTIFF'S ATTORNEY | DEFENDANTS/COUNTERCLAIM PLAINTIFFS' ATTORNEY |
|---|---|
| A. Gilchrist Sparks, III, Esq. | Sean J. Bellew, Esquire |
| S. Mark Hurd, Esq. | David A. Felice, Esquire |
| Samuel T. Hirzel, II, Esq. | COZEN O'CONNOR |
| Morris, Nichols, Arsht & Tunnell | Chase Manhattan Centre |
| 1201 North Market Street | 1201 North Market Street, Suite 1400 |
| Wilmington, DE 19899 | Wilmington, Delaware  19801 |
| (302) 575-7276 | (302) 295-2000 |

WILM1\19490\1 099994.000

an answer to the third-party complaint which is served on you with this summons, within 20 days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the amended complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties tot his action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____    DATE  1/27/06
CLERK

_Monica Mosley_

(By) DEPUTY CLERK

---

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE January 30, 2006 |
|---|---|
| NAME OF SERVER  Edward Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Nationwide Information Service Inc Service Accepted by Katherine Jordon at 12:35 pm

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/30/06
             Date

_Edward J Jones_
Signature of Server

37 Lockerman St, Ste 109 Dover DE 19904
Address of Server