IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No.: 04-1339 – SLR |
| v. | ) ) | |
| AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD AND D.A. GARDENS, LTD, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD., D.A. GARDENS, LTD., | ) ) ) ) | |
| Defendants/Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, | ) ) ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| And | ) ) | |
| ALH HOLDINGS LLC, | ) ) | |
| Third-Party Defendant. | ) | |

**AMENDED STIPULATION AND ORDER REGARDING
AMENDED COUNTERCLAIMS AND AMENDED THIRD-PARTY COMPLAINT**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The time in which Plaintiffs/Counterclaim-Defendants and Third-Party Defendant shall move, plead or otherwise respond to the Amended Counterclaims and Amended Third-Party Complaint is extended through and including February 28, 2006, and any motion shall be accompanied by an opening brief;

2. In the event a motion is filed, Defendants/Counterclaim-Plaintiffs shall file their answering brief and related papers on or before April 4, 2006; and

3. Plaintiffs/Counterclaim-Defendants and Third-Party Defendant shall file their reply brief and related papers on or before April 25, 2006.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ S. Mark Hurd |
| OF COUNSEL: | A. Gilchrist Sparks, III (#467) |
| | S. Mark Hurd (#3297) |
| Gregory P. Joseph Law Offices LLC | Samuel T. Hirzel (#4415) |
| Gregory P. Joseph | 1201 N. Market Street |
| Pamela Jarvis | Wilmington, DE 19899 |
| 805 Third Avenue, 31st Floor | 302-658-9200 |
| New York, NY 10022 | *Attorneys for Plaintiffs/Counterclaim* |
| (212) 407-1200 | *Defendants* |
| | COZEN O'CONNOR |
| | /s/ Sean J. Bellew |
| OF COUNSEL: | Sean J. Bellew (#4072) |
| | David A. Felice (#4090) |
| Neuberger, Quinn, Gielen, Rubin & | 1201 N. Market Street |
| Gibber, P.A. | Wilmington, DE 19899 |
| Thomas M. Wood, IV | (302) 295-2000 |
| One South Street, 27th Floor | *Attorneys for Defendants/Counterclaim* |
| Baltimore, MD 21202 | *Plaintiffs* |
| (410) 332-8550 | |

February 22, 2006

SO ORDERED this \_\_\_\_ day of _____, 2006.

_____
Chief Judge Sue L. Robinson