IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Plaintiffs,<br>v.<br><br>AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD AND D.A. GARDENS, LTD,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 04-1339-SLR |
| A. ARENSON HOLDINGS, LTD., D.A. GARDENS, LTD., J12ALH ASSOCIATES, SELK, LLC, LAUREL EQUITY GROUP, LLC,<br><br>Plaintiffs,<br>v.<br><br>SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-62-SLR |

**DECLARATION OF PAMELA JARVIS IN SUPPORT OF
MOTION FOR JUDGMENT ON THE PLEADINGS
AND DISMISSAL OF THE COUNTERCLAIMS**

OF COUNSEL:

Gregory P. Joseph Law Offices LLC
Gregory P. Joseph
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY 10022
(212) 407-1200

February 28, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
Wilmington, DE 19899
302-658-9200
*Attorneys for Plaintiffs and Counterclaim
Defendants and Third-Party Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, <br><br> Plaintiffs, <br><br> v. <br><br> AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD. AND D.A. GARDENS, LTD., <br><br> Defendants. | Civ. No. 04-1339-SLR |

**DECLARATION OF PAMELA JARVIS IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSAL OF COUNTERCLAIMS**

**PAMELA JARVIS** declares pursuant to 28 U.S.C. § 1746 that:

1. I am a partner in the law firm of GREGORY P. JOSEPH LAW OFFICES LLC. I submit this declaration on behalf of Plaintiffs and Counterclaim Defendants Shamrock Holdings of California, Inc. ("Shamrock"), Shamrock Capital Advisors, Inc. ("SCA"), Eugene I. Krieger ("Krieger"), George J. Buchler ("Buchler") and Bruce J. Stein, in support of their motion judgment on the pleadings, or alternatively, for dismissal of the counterclaims for lack of subject matter jurisdiction and failure to state a claim. This declaration is also submitted on behalf of Third-Party Defendant ALH Holdings, LLC ("ALH"). I have personal knowledge of the matters set forth in this declaration

2. Annexed as Exhibit A hereto is a true and correct copy of a December 17, 2991 letter from Fried, Frank, Harris Shriver & Jacobson to ALH and Shamrock.

3. Annexed as Exhibit B hereto is a true and correct copy of an April 15, 2003 email from Buchler to Avie Arenson ("Arenson").

4. Annexed as Exhibit C hereto is a true and correct copy of a May 5, 2003 email from Isaac M. Neuberger, Esq. to Krieger and Buchler.

5. Annexed as Exhibit D hereto is a true and correct copy of an August 1, 2002 email from Arenson to Buchler and Krieger.

6. Annexed as Exhibit E hereto is a true and correct copy of an April 9, 2003 email from Buchler to Arenson.

7. Annexed as Exhibit F hereto is a true and correct copy of a September 12, 2003 email from Arenson to Buchler and Krieger.

8. Annexed as Exhibit G hereto is a true and correct copy of a December 18, 2002 email from Arenson to Krieger and Buchler.

9. The foregoing documents are relied on in the Counterclaims and Third-Party Complaint filed by the Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2006.

_____
PAMELA JARVIS

/580409v1

CERTIFICATE OF SERVICE

I, S. Mark Hurd, hereby certify that on February 28th, 2006 I electronically filed the DECLARATION OF PAMELA JARVIS IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSAL OF COUNTERCLAIMS which will send notification of such filing(s) to the following:

> Sean J. Bellew, Esq.
> David A. Felice, Esq.
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801

_____
S. Mark Hurd (#3297)