## CERTIFICATE OF SERVICE

I, Samuel T. Hirzel, hereby certify that on March 1, 2006 I electronically filed the ANSWER TO THIRD PARTY COMPLAINT which will send notification of such filing(s) to the following:

Sean J. Bellew, Esq.
David A. Felice, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

/s/*Samuel T. Hirzel*

Samuel T. Hirzel (#4415)