IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS OF CALIFORNIA, INC., SHAMROCK CAPITAL ADVISORS, INC., EUGENE I. KRIEGER, GEORGE J. BUCHLER and BRUCE J. STEIN, <br><br>    Plaintiffs, <br><br>    v. <br><br> AVIE ARENSON, SELK, LLC, LAUREL EQUITY GROUP, LLC, J12ALH ASSOCIATES, A. ARENSON HOLDINGS, LTD. and D.A. GARDENS, LTD. <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civ. No. 04-1339-SLR ) ) ) ) ) ) ) ) |

O R D E R

At Wilmington this 14th day of March, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion to dismiss or in the alternative for stay of proceedings (D.I. 40) is denied as moot.

2. Defendants' motion to dismiss the first amended complaint for declaratory relief (D.I. 43) is denied.

3. Defendant Arenson's motion to dismiss (D.I. 46) is denied.

 

_____
United States District Judge