IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339-SLR |

### SECOND AMENDED STIPULATION AND ORDER REGARDING AMENDED COUNTERCLAIMS AND AMENDED THIRD-PARTY COMPLAINT

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Defendants/Counterclaim-Plaintiffs shall file their answering brief and related papers in opposition to Plaintiffs/Counterclaim-Defendants' and Third-Party Defendant's Motion for Judgment on the Pleadings and Dismissal of the Counterclaims on or before April 7, 2006; and

2. Plaintiffs/Counterclaim-Defendants and Third-Party Defendant shall file their reply brief and related papers on or before April 28, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ S. Mark Hurd*
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
Wilmington, DE 19899
302-658-9200
  *Attorneys for Plaintiffs/Counterclaim Defendants*

OF COUNSEL:

Gregory P. Joseph Law Offices LLC
Gregory P. Joseph
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY 10022
(212) 407-1200

|  | COZEN O'CONNOR |
|---|---|

|  | /s/ Sean J. Bellew |
|---|---|
|  | Sean J. Bellew (#4072) |
|  | David A. Felice (#4090) |
| OF COUNSEL: | 1201 N. Market Street |
|  | Wilmington, DE  19899 |
| Neuberger, Quinn, Gielen, Rubin & | (302) 295-2000 |
|  Gibber, P.A. | *Attorneys for Defendants/Counterclaim* |
| Thomas M. Wood, IV | *Plaintiffs* |
| One South Street, 27th Floor |  |
| Baltimore, MD 21202 |  |
| (410) 332-8550 |  |

March 28, 2006

        SO ORDERED this _____ day of _____, 2006.

_____
  Chief Judge Sue L. Robinson