IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | ) |
| IN RE ALH HOLDINGS, LLC | ) Consol. C.A. No. 04-1339 – SLR |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 28th, 2006 copies of PLAINTIFF'S

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS were served, by hand delivery, on

the following attorneys of record:

> Sean J. Bellew, Esq.
> David A. Felice, Esq.
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs and Counterclaim Defendants*

OF COUNSEL:

GREGORY P. JOSEPH LAW OFFICES LLC
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY 10022

March 28, 2006

<u>CERTIFICATE OF SERVICE</u>

I certify that on March 28, 2006, I electronically filed the foregoing Notice of

Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s)

to the following:

> Sean J. Bellew, Esq.
> David A. Felice, Esq.
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801

S. Mark Hurd (#3297)