IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ALH HOLDINGS LLC | ) <br> ) C.A. No. 04-1339-SLR <br> ) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the undersigned has caused the *First Request for Production of Documents to Plaintiffs* in this matter to be served upon the following counsel of record, in the manner indicated:

**Via Hand Delivery**
S. Mark Hurd, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899.

Dated: April 28, 2006

*/s/ David A. Felice*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

Of Counsel:
Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, MD 21202-3282
(410) 332-8523
tmw@nqgrg.com
 *Attorneys for Defendants/Counterclaim Plaintiffs*

WILM1\34515\1157347.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on April 28, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>S. Mark Hurd, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

>/s/ David A. Felice
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>E-mail: dfelice@cozen.com

WILM1\34515\1157347.000