<u>CERTIFICATE OF SERVICE</u>

I, Samuel T. Hirzel, hereby certify that on April 28th, 2006 I electronically filed the REPLY BRIEF IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND DISMISSAL OF THE COUNTERCLAIMS which will send notification of such filing(s) to the following:

    Sean J. Bellew, Esq.
    David A. Felice, Esq.
    Cozen O'Connor
    1201 North Market Street, Suite 1400
    Wilmington, DE 19801

    /s/*Samuel T. Hirzel*
    Samuel T. Hirzel (#4415)