IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE ALH HOLDINGS LLC | ) <br> ) Consol. C.A. No. 04-1339-SLR <br> ) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, on May 11, 2006, true and correct copies of *Defendants' Responses to Plaintiffs' First Request for Production of Documents* were served upon the following counsel of record electronically via the manners indicated below:

**Via Hand Delivery**
S. Mark Hurd, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**Via First Class Mail**
Pamela H. Jarvis, Esquire
Gregory P. Joseph Law Offices LLC
805 Third Avenue, 31st Floor
New York, NY 10022

*David A. Felice*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Defendants*

Of Counsel
Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
Telephone: (410) 332-8523
Facsimile: (410) 332-8564

WILMINGTON\34710\1157347.000

## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on May 11, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> S. Mark Hurd, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
>
> Pamela H. Jarvis, Esquire
> Gregory P. Joseph Law Offices LLC
> 805 Third Avenue, 31st Floor
> New York, NY 10022

*/s/ David A. Felice*
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
E-mail: dfelice@cozen.com