# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

SAMUEL T. HIRZEL
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

June 19, 2006

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

Re:    *Shamrock Holdings of California, Inc. v. Arenson, et al.,*
       Civil Action No. 04-1339

Dear Chief Judge Robinson:

In reviewing the scheduling order entered on December 14, 2006 (D.I. 64) the parties have identified what appears to be an error in paragraph 2(g) of the current scheduling order, which reads: "Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by October 2, 2006. Rebuttal expert reports due by 30 days before November 1, 2006."

The parties agree that the underscored language was erroneously included in the form of order provided to Your Honor and that the second sentence of the quoted text should instead read: "Rebuttal expert reports due on November 1, 2006."

Enclosed is a revised form of order reflecting the agreed upon change for Your Honor's convenience. The parties request that Your Honor enter this proposed order and are available at the convenience of the Court should Your Honor have any questions.

Respectfully,

Samuel T. Hirzel (#4415)

SMH/dmd
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (w/encl; by hand)
       David A. Felice, Esq. (w/encl; by hand)
       Thomas M. Wood, IV, Esq. (w/encl; by fax)
       Pamela Jarvis, Esq. (w/encl; by email)

496979