IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| IN RE ALH HOLDINGS, LLC | ) ) ) ) | Consol. C.A. No. 04-1339 – SLR |
|---|---|---|

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs and Counterclaim Defendants, certifies that true and correct copies of Plaintiffs' Responses to Defendants' First Request for Production of Documents and this Notice of Service were served on June 20, 2006 on the following attorneys of record by Electronic Service:

Sean J. Bellew, Esq.
David A. Felice, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801


Copies were also sent by Federal Express & Electronic Mail to the following:

Thomas M. Wood, IV, Esq.
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3282

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/_____
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs and Counterclaim Defendants*

OF COUNSEL:

GREGORY P. JOSEPH LAW OFFICES LLC
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY  10022

June 20, 2006