# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Samuel T. Hirzel
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

June 27, 2006

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Shamrock Holdings of California, Inc. v. Arenson, et al.*,
            <u>Civil Action No. 04-1339</u>

Dear Chief Judge Robinson:

      Enclosed is the parties' proposed final scheduling order with the changes requested by Your Honor's staff. If Your Honor has any questions, counsel will make themselves available at the Court's convenience.

                                           Respectfully,

                                           Samuel T. Hirzel (#4415)

SMH/dmd
Enclosure
cc:     Dr. Peter T. Dalleo, Clerk (w/encl; by hand)
         David A. Felice, Esq. (w/encl; by email)
         Thomas M. Wood, IV, Esq. (w/encl; by email)
         Pamela Jarvis, Esq. (w/encl; by email)