IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| _____ ) | |
| IN RE ALH HOLDINGS, LLC       ) | Consol. C.A. No. 04-1339 – SLR |
| _____ ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD

The appearances of Pamela Jarvis and the law firm of Gregory P. Joseph Law Offices LLC are hereby withdrawn as counsel of record for plaintiffs and counterclaim defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein, and third-party defendant ALH Holdings, LLC. These parties will continue to be represented by the law firm of Morris, Nichols, Arsht & Tunnell LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
*Attorneys for Plaintiffs and Counterclaim Defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein, and Third-Party Defendant ALH Holdings, LLC*

July 28, 2006

CERTIFICATE OF SERVICE

I, S. Mark Hurd, hereby certify that on July 28th, 2006 I electronically filed the

NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD which will send notification of

such filing(s) to the following:

> Sean J. Bellew, Esq.
> David A. Felice, Esq.
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801

_____
S. Mark Hurd (#3297)