# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

S. MARK HURD
302 351 9354
302 498 6202 FAX
shurd@mnat.com

September 13, 2006

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *In re ALH Holdings, LLC.*, Consol. C.A. No. 04-1339-SLR

Dear Chief Judge Robinson:

      Following the scheduling conference with Your Honor on Thursday, September 7, 2006, we have prepared the enclosed form of Amended Scheduling Order. Mr. Wood, counsel for the defendants and counterclaim plaintiffs, has advised that he has no objection to the form of Amended Scheduling Order. If Your Honor has any questions, counsel will make themselves available at the Court's convenience.

      Respectfully,

      S. Mark Hurd (#3297)

SMH/dmd
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (w/encl; by hand)
       David A. Felice, Esq. (w/encl; by email)
       Thomas M. Wood, IV, Esq. (w/encl; by email)