IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMROCK HOLDINGS, SHAMROCK CAPITAL ADVISORS, EUGENE KRIEGER, GEORGE BUCHLER, and BRUCE STEIN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AVIE ARENSON, LAUREL EQUITY GROUP LLC, SELK LLC, A. ARENSON HOLDINGS LTD., D.A. GARDENS LTD., and J12ALH ASSOCIATES,<br><br>　　　　Defendants. | Civ. No. 04-1339-SLR |
| LAUREL EQUITY GROUP LLC, SELK LLC, A. ARENSON HOLDINGS LTD., D.A. GARDENS LTD., and J12ALH ASSOCIATES,<br><br>　　　　Counterclaim Plaintiffs and Third Party Plaintiffs,<br><br>　　v.<br><br>SHAMROCK HOLDINGS, SHAMROCK CAPITAL ADVISORS, EUGENE KRIEGER, GEORGE BUCHLER, and BRUCE STEIN,<br><br>　　　　Counterclaim Defendants,<br><br>　　and<br><br>ALH HOLDINGS LLC,<br><br>　　　　Third Party Defendant. | Civ. No. 06-62-SLR |

**O R D E R**

At Wilmington this 29th day of September, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion for judgment on the pleadings (D.I. 71) is granted in part and denied in part.

2. Plaintiffs' motion to dismiss defendants' counterclaim (D.I. 71) is denied.

                                                                          _____
                                                                     United States District Judge