# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

*In re ALH Holdings, LLC*
Consol. C.A. No. 04-1339-SLR

**SUBPOENA IN A CIVIL CASE**

TO: Swiss Reinsurance America Corporation
175 King Street
Armonk, New York 10504

Civil Action No. 04-1339 (SLR)
(D. DEL.)

| | |
|---|---|
| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
| PLACE OF TESTIMONY | COURTROOM |
| | DATE AND TIME |
| ☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case: | |
| PLACE OF DEPOSITION | DATE AND TIME |
| ☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): see Exhibit A hereto | |
| PLACE
175 King Street
Armonk, New York 10504 | DATE AND TIME
October 31, 2006 at 1:00pm |
| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
| PREMISES | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DEFENDANT
Attorney for Plaintiff | DATE
September 28, 2006 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Samuel T. Hirzel (#4415)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899 | TELEPHONE
(302) 658-9200 |

538482

UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

Index No. 04-1339-SLR

IN RE AIH HOLDINGS, LLC

State of New York      )
                       )  SS.:
County of Westchester  )

### AFFIDAVIT OF SERVICE

Gary Williams being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 10/05/2006 at 9:46 AM at:

    SWISS REINSURANCE AMERICA CORPORATION
    175 KING STREET
    ARMONK NY 10504

Deponent served the:

SUBPOENA IN A CIVIL CASE

on SWISS REINSURANCE AMERICA CORPORATION

a domestic and/or foreign corporation
by delivering thereat a true copy to KATHLEEN PRYCE personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the MANAGING AGENT and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 42   HEIGHT: 5'5''   WEIGHT: 120   HAIR: BROWN   RACE: BLACK   SEX: FEMALE
OTHER: GLASSES

$15.00 the authorized witness fee was tendered to the recipient.

SWORN TO BEFORE ME 10/6/06

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2006

Gary Williams       License #
OUR DOC# 15691
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899
302-658-9200
52039