IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                                  )        Consol. C.A. No. 04-1339-SLR
                                                        )
ALH HOLDINGS, LLC                                       )

## NOTICE OF SUBPOENA

Defendants and Counterclaim Plaintiffs, Abraham Arenson, A. Arenson Holdings, Ltd.,

D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group LLC hereby

notify Plaintiffs and Counterclaim Defendant, Shamrock Holdings of California, Inc., Shamrock

Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein that they have or

will serve the attached subpoena on **Daniel Palumbo** calling for his deposition on November 28,

2006 at 2:00 p.m. at the offices of Cozen O'Connor, 777 South Figueroa Street, Suite 2850, Los

Angeles, California 90017.


Dated: October 17, 2006                         _David A Felice_____
                                                Sean J. Bellew (#4072)
                                                David A. Felice (#4090)
                                                Cozen O'Connor
                                                Chase Manhattan Centre
                                                1201 N. Market Street, Suite 1400
                                                Wilmington, DE 19801
                                                Telephone: (302) 295-2000
                                                Facsimile: (302) 295-2013
                                                *Attorneys for Defendants/Counterclaim Plaintiffs*

Of Counsel:
Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, MD 21202-3282
Telephone: (410) 332-8523