IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Consol. C.A. No. 04-1339-SLR |
| ) | |
| ALH HOLDINGS, LLC ) | |

## NOTICE OF SUBPOENA

Defendants and Counterclaim Plaintiffs, Abraham Arenson, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group LLC hereby notify Plaintiffs and Counterclaim Defendant, Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein that they have or will serve the attached subpoena on **Lino J. Lauro** calling for his deposition on November 28, 2006 at 9:00 a.m. at the offices of Cozen O'Connor, 777 South Figueroa Street, Suite 2850, Los Angeles, California 90017.

Dated: October 17, 2006

                                         Sean J. Bellew (#4072)
                                         David A. Felice (#4090)
                                         Cozen O'Connor
                                         Chase Manhattan Centre
                                         1201 N. Market Street, Suite 1400
                                         Wilmington, DE 19801
                                         Telephone: (302) 295-2000
                                         Facsimile: (302) 295-2013
                                         *Attorneys for Defendants/Counterclaim Plaintiffs*

Of Counsel:
Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, MD 21202-3282
Telephone: (410) 332-8523

WILMINGTON\38982\1 157347.000