## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on October 17, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>S. Mark Hurd , Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

David A. Felice (#4090)

WILMINGTON\38982\1 157347.000