IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                              )      Consol. C.A. No. 04-1339-SLR
                                                    )
ALH HOLDINGS, LLC                                   )


## NOTICE OF SUBPOENA

Defendants and Counterclaim Plaintiffs, Abraham Arenson, A. Arenson Holdings, Ltd.,

D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group LLC hereby

notify Plaintiffs and Counterclaim Defendant, Shamrock Holdings of California, Inc., Shamrock

Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein that they have or

will serve the attached subpoena on **Laura Lynne Long** calling for her deposition on November

21, 2006 at 9:30 a.m. at the offices of Cohen & Grigsby, 11 Stanwix Street, 15th Floor,

Pittsburgh, Pennsylvania 15222.


Dated:  October 17, 2006

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
*Attorneys for Defendants/Counterclaim Plaintiffs*

Of Counsel:
Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, MD  21202-3282
Telephone:  (410) 332-8523


WILMINGTON\38982\1 157347.000