IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339 – SLR |
|---|---|---|

## NOTICE OF SUBPOENA (SWISS REINSURANCE AMERICA CORPORATION)

Plaintiffs and Counterclaim Defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein hereby notify Defendants and Counterclaim Plaintiffs Abraham Arenson, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group LLC that it will serve the attached subpoena on Swiss Reinsurance America Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/

A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
*Attorneys for Plaintiffs and Counterclaim Defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein, and Third-Party Defendant ALH Holdings, LLC*

October 25, 2006
533856

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Sean J. Bellew
>David A. Felice
>Cozen O'Connor
>1201 North Market Street
>Wilmington, Delaware 19801

_____
Samuel T. Hirzel (#4415)

539164

2