IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ALH HOLDINGS, LLC ) | Consol. C.A. No. 04-1339 – SLR |

## NOTICE OF DEPOSITION OF AVIE ARENSON

TO: Sean J. Bellew
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30 counsel for plaintiffs shall take the deposition by oral examination of Avie Arenson on November 16, 2006 at 9:00 a.m. at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801 and continuing from day to day until completed. The deposition will be recorded by stenographic means before a Notary Public or other officer authorized to administer oaths, and shall continue from day to day thereafter until completed, with such adjournments as to time and place as may be necessary. You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
*Attorneys for Plaintiffs and Counterclaim Defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein, and Third-Party Defendant ALH Holdings, LLC*

November 9, 2006