# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

*In re ALH Holdings, LLC*
Consol. C.A. No. 04-1339-SLR

### SUBPOENA IN A CIVIL CASE

**To:** Swiss Reinsurance America Corporation
175 King Street
Armonk, New York 10504

**Civil Action No. 04-1339 (SLR)**
**(D. DEL.)**

| | |
|---|---|
| ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
| PLACE OF TESTIMONY | COURTROOM |
| | DATE AND TIME |

| | |
|---|---|
| ☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case: | |
| PLACE OF DEPOSITION | DATE AND TIME |

| | |
|---|---|
| ☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): see Exhibit A hereto | |
| PLACE<br>175 King Street<br>Armonk, New York 10504 | DATE AND TIME<br>November 30, 2006 at 1:00pm |

| | |
|---|---|
| ☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
| PREMISES | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DEFENDANT<br><br>Attorney for Plaintiff        DE 4415 | DATE<br><br><br>October 25, 2006 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Samuel T. Hirzel (#4415)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 | TELEPHONE<br>(302) 658-9200 |

538482

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 04-1339 (SLR)

IN RE: ALH HOLDINGS, LLC

State of New York      )
                       )  SS.:
County of Westchester  )

AFFIDAVIT OF SERVICE

Gary Williams being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 11/02/2006 at  3:02 PM at:
    SWISS REINSURANCE AMERICAN CORPORATION
    175 KING STREET
    ARMONK NY 10504
Deponent served the:

SUBPOENA IN A CIVIL CASE

on SWISS REINSURANCE AMERICAN CORPORATION

a domestic and/or foreign corporation
by delivering thereat a true copy to LAWRENCE J. LICITRA
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
ASSOCIATE GENERAL COUNSEL and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 40 HEIGHT: 6'0''   WEIGHT: 200   HAIR: BLACK     RACE: WHITE   SEX: MALE
OTHER: GLASSES

$40.00 the authorized witness fee was tendered to the recipient.

_____
Gary Williams     License #

SWORN TO BEFORE ME 11/3/06

GAIL WILLIAMS
Notary Public, State of New York
No. 4865052
Qualified in Westchester County
Commission Expires September 30, 2010

OUR DOC# 15980
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899
302-658-9200