IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) ) | Consol. C.A. No. 04-1339 – SLR |

## NOTICE OF DEPOSITION OF SELK,LLC

TO:    Sean J. Bellew
       Cozen O'Connor
       1201 North Market Street, Suite 1400
       Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), counsel for plaintiffs shall take the deposition by oral examination of SELK, LLC by the person most knowledgeable regarding the topics set forth on Exhibit A on November 28, 2006 beginning at 9:00 a.m. at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801 and continuing from day to day until completed. The deposition will be recorded by stenographic means before a Notary Public or other officer authorized to administer oaths. You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
*Attorneys for Plaintiffs and Counterclaim
Defendants Shamrock Holdings of California,
Inc., Shamrock Capital Advisors, Inc., Eugene I.
Krieger, George J. Buchler and Bruce J. Stein,
and Third-Party Defendant ALH Holdings, LLC*

November 20, 2006

<u>EXHIBIT A</u>

1. The facts with respect to the Claims, Counterclaims and Defenses in this litigation.

2. The decision by SELK, LLC ("SELK") to invest in ALH Holdings, LLC or any of its affiliates ("ALH"), including any communications regarding such investment, and SELK's investment horizons and knowledge of other investors' investment horizons.

3. SELK's Capital Account, Unrecovered Class B Capital and Membership Interest in ALH.

4. The facts with respect to any capital contributions to ALH by the Class E Member, all payments made with respect to that portion of the American Debt owed to Eugene Elovic or that portion of the American Debt owed to Arbor National Commercial Mortgage, and SELK's performance or non-performance of its guarantee of the Class E Capital Contribution.