IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| IN RE ALH HOLDINGS, LLC | ) ) ) ) | Consol. C.A. No. 04-1339 – SLR |
|---|---|---|

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs and Counterclaim Defendants, certifies that true and correct copies of Plaintiffs' First Interrogatory Directed to SELK, LLC and this Notice of Service were served on November 20, 2006 on the following attorneys of record by Electronic Service:

>Sean J. Bellew, Esq.
>David A. Felice, Esq.
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801

Copies were also sent by Federal Express & Electronic Mail to the following:

>Thomas M. Wood, IV, Esq.
>Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
>One South Street, 27th Floor
>Baltimore, Maryland 21202-3282

                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                       */s/*

                       A. Gilchrist Sparks, III (#467)
                       S. Mark Hurd (#3297)
                       Samuel T. Hirzel (#4415)
                       1201 N. Market Street
                       P.O. Box 1347
                       Wilmington, DE 19899-1347
                       (302) 658-9200
                       *Attorneys for Plaintiffs and Counterclaim Defendants*

OF COUNSEL:

GREGORY P. JOSEPH LAW OFFICES LLC
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY  10022

November 20, 2006