# CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>S. Mark Hurd , Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

>*/s/ David A. Felice*
>Sean J. Bellew (#4072)
>David A. Felice (#4090)
>Cozen O'Connor
>Chase Manhattan Centre
>1201 N. Market Street, Suite 1400
>Wilmington, DE  19801
>Telephone:  (302) 295-2000
>Facsimile:  (302) 295-2013
>  *Attorneys for Defendants/Counterclaim Plaintiffs*