## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>A. Gilchrist Sparks, III, Esq.
>S. Mark Hurd, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

>/s/ David A. Felice
>Sean J. Bellew (#4072)
>David A. Felice (#4090)
>Cozen O'Connor
>Chase Manhattan Centre
>1201 N. Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>Email: dfelice@cozen.com
>*Attorneys for*
>*Defendants/Counterclaim Plaintiffs*