## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

A. Gilchrist Sparks, III, Esq.
S. Mark Hurd , Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899


Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email:  dfelice@cozen.com
*Attorneys for*
*Defendants/Counterclaim Plaintiffs*