IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **IN RE ALH HOLDINGS LLC** | ) ) ) | **Consol. C.A. No. 04-1339-SLR** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, on January 5, 2007, true and correct copies of *SELK's Answers to Plaintiffs' and Counterclaim Defendants' Interrogatories* were served upon the following counsel of record in the manner indicated.

**Hand Delivery**
S. Mark Hurd, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Sean J. Bellew (#4072)
David A. Felice (#4090)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
*Attorneys for Defendants*

Of Counsel
Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3201
Telephone:  (410) 332-8523
Facsimile:  (410) 332-8564