## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>S. Mark Hurd, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

>_____
>Sean J. Bellew (No. 4072)
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>E-mail: sbellew@cozen.com
>        dfelice@cozen.com