IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339 – SLR |

### NOTICE OF DEPOSITION OF SHALOM E. LAMM

TO: Sean J. Bellew
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, counsel for plaintiffs shall take the deposition by oral examination of Shalom E. Lamm on January 17, 2007 at 9:00 a.m. at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801. The deposition shall continue from day to day thereafter, with such adjournments as may be necessary, until completed. The deposition will be recorded by stenographic means before a Notary Public or other officer authorized to administer oaths. You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
*Attorneys for Plaintiffs and Counterclaim Defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein, and Third-Party Defendant ALH Holdings, LLC*

January 9, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

        Sean J. Bellew
        David A. Felice
        Cozen O'Connor
        1201 North Market Street
        Wilmington, Delaware 19801

        _____
        Samuel T. Hirzel (#4415)