IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ALH HOLDINGS, LLC | ) <br> ) Consol. C.A. No. 04-1339 – SLR <br> ) |

NOTICE OF DEPOSITION OF MICHAEL JESSELSON

TO:  Sean J. Bellew
　　　Cozen O'Connor
　　　1201 North Market Street, Suite 1400
　　　Wilmington, DE 19801

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, counsel for plaintiffs shall take the deposition by oral examination of Michael Jesselson on January 31, 2007 at 9:00 a.m. at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801. The deposition shall continue until completed, with such adjournments as may be necessary. The deposition will be recorded by stenographic means before a Notary Public or other officer authorized to administer oaths. You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/_
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
　*Attorneys for Plaintiffs and Counterclaim*
　*Defendants Shamrock Holdings of California,*
　*Inc., Shamrock Capital Advisors, Inc., Eugene I.*
　*Krieger, George J. Buchler and Bruce J. Stein,*
　*and Third-Party Defendant ALH Holdings, LLC*

January 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> Sean J. Bellew
> David A. Felice
> Cozen O'Connor
> 1201 North Market Street
> Wilmington, Delaware 19801

_____
Samuel T. Hirzel (#4415)