IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ALH HOLDINGS, LLC | ) <br> ) Consol. C.A. No. 04-1339 – SLR <br> ) |

**PLAINTIFFS' MOTION TO COMPEL THE CLASS B PARTIES TO PRODUCE DOCUMENTS CLAIMED AS PRIVILEGED OR FOR *IN CAMERA* INSPECTION AND TO CONTINUE CERTAIN DEPOSITIONS**

Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler, and Bruce J. Stein ("Plaintiffs") move the Court for an order compelling A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC, Laurel Equity Group, LLC and Shalom E. Lamm to produce certain documents claimed as privileged or for an *in camera* inspection and to continue certain depositions. The grounds for this motion are set forth in the accompanying brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
 *Attorneys for Plaintiffs & Counterclaim Defendants*

February 1, 2007

719958.1