IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ALH HOLDINGS, LLC | ) <br> ) Consol. C.A. No. 04-1339 – SLR <br> ) |

**PROPOSED ORDER**

This _____ day of _____, 2007, the Court having considered Plaintiffs' Motion to Compel the Class B Parties to Produce Documents Claimed as Privileged or for *in Camera* Inspection and to Continue Certain Depositions and the briefing related thereto:

IT IS HEREBY ORDERED that the Motion to Compel the Class B Parties to Produce Documents Claimed as Privileged or for *in Camera* Inspection and to Continue Certain Depositions is GRANTED.

1. Defendants and Counterclaim-Plaintiffs shall immediately produce all documents highlighted on Exhibit A to Plaintiffs' Opening Brief in Support of Their Motion to Compel the Class B Parties to Produce Documents Claimed as Privileged [for *in camera* inspection];

2. Plaintiffs and Counterclaim-Defendants may continue any depositions taken prior to the production of any documents hereby Ordered to be produced or Ordered to be produced after *in camera* inspection;

3. Defendants and Counterclaim-Plaintiffs shall bear any fees and costs associated with any *in camera* inspection or any special master.

_____
The Honorable Sue L. Robinson

719964.1