## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1.**

I hereby certify that counsel for plaintiff has made a reasonable effort to reach agreement with counsel for defendant regarding the subject matter of the foregoing motion.

Samuel T. Hirzel (# 4415)

February 1, 2007

435227