IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) | Consol. C.A. No. 04-1339 – SLR |
| | ) | |

**COMPENDIUM OF UNREPORTED CASES CITED IN PLAINTIFFS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO COMPEL THE CLASS B PARTIES TO PRODUCE DOCUMENTS CLAIMED AS PRIVILEGED OR FOR *IN CAMERA* INSPECTION AND TO CONTINUE CERTAIN DEPOSITIONS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiffs & Counterclaim Defendants*

February 1, 2007

## TABLE OF CONTENTS

**Tab**

**CASES**

*Applied Biosystems, Inc. v. Cruachem, Inc.*,
1990 WL 495458 (D. Del. Aug. 3, 1990) .................................................................. 1

*Applied Biosystems, Inc. v. Cruachem, Inc.*,
C.A. No. 89-579 (JJF), slip op. (D. Del. Oct. 16, 1991) ............................................ 2

*Chao v. Koresko*,
2005 WL 2521886 (3d Cir. Oct. 12, 2005) ................................................................ 3

*Grimes v. LCC International, Inc.*,
1999 WL 252381 (Del. Ch. 1999) ............................................................................. 4

*High Plains Corp. v. Summit Res. Mgmt., Inc.*,
1997 WL 109659 (D. Kan. 1997) .............................................................................. 5

*RCA Corp. v. Data Gen. Corp.*,
1986 WL 15693 (D. Del. 1986) ................................................................................. 6

*U.S. Bank Nat'l Ass'n v. U.S. Timberlands Klamath Falls*,
2005 Del. Ch. LEXIS 95 (Del. Ch. June 9, 2005) ..................................................... 7

*Union Pac. Res. Group, Inc. v. Pennzoil Co.*,
1997 U.S. Dist. LEXIS 24215 (D. Del. Aug. 12, 1997) ............................................ 8

720128.1