IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) | Consol. C.A. No. 04-1339 – SLR |
| | ) | |

**APPENDIX OF DISCOVERY MATERIAL CITED IN PLAINTIFFS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO COMPEL THE CLASS B PARTIES TO PRODUCE DOCUMENTS CLAIMED AS PRIVILEGED OR FOR *IN CAMERA* INSPECTION AND TO CONTINUE CERTAIN DEPOSITIONS**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiffs & Counterclaim Defendants*

February 1, 2007

# **TABLE OF CONTENTS**

|  | EXHIBIT |
|---|:---:|
| Current versions of the current privilege logs provided by the Class B Parties (Highlighted and Numbered) | A |
| Lamm Deposition Designations (pp. 17-20, 22-23, 279, 293-94, 412, 501, 606-11, 639-40) | B |
| Arenson Deposition Designations (pp. 18-19, 76-77, 241, 256-57) | C |
| Wood Letter dated Oct. 3, 2006 (attaching client matter form) | D |
| Hirzel Letter dated Sept. 23, 2006 (w/o enclosure) | E |
| Wood Email dated Nov. 10, 2006 | F |
| Hirzel Letter dated Nov. 10, 2006 | G |
| Examples of "Class B" documents previously withheld as privileged | H |
| Previously redacted document L 3610U | I |
| Previously withheld document L 14245 | J |
| Examples of "L" documents previously withheld as privileged | K |
| January 11, 2004 Email regarding retention of lawyer | L |

720130.1