# Exhibit A

# Privilege Log Key
# In re: ALH Holdings, LLC
# Consol. C.A. No. 04-1339-SLR

Class B Members
- Avie Arenson
- Michel Konig
- Michael Jesselson
- Benjamin Jesselson
- Menashe (Mark) Frankel
- Chesky Frankel

Lawyers and Employees of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
- Isaac Neuberger
- Thomas M. Wood, IV
- Hillel Tendler
- Michael Quinn
- Debbi McMullen (Tendler's secretary)
- Andri Theo (Neuberger's secretary)
- Kathy Schumann (Neuberger's secretary)

Lamm's Lawyers
- Jon Zich
- Samuel Zylberberg
- Jay Lobell
- Clifford Brandeis
- Maureen Raimond
- Tom Letsou
- Joe Capobianco
- Michael Winger

Jesselson's Lawyer
- Hilah R. Iaulus

# Exhibit A, Part 1

# Lamm Documents Privilege Log

| BATES | DATE | AUTHOR | RECIPIENT | REDACTED/ PRIVILEGE | DESCRIPTION | PRIVILEGE[1] |
|---|---|---|---|---|---|---|
| L2934-L2937 | 8/11/2002 | Neuberger | Arenson/M Jesselson/B. Jesselson/C. Frankel/M. Frankel/Konig/Lamm | P | Email re: ALH Board" Meeting/Response to Krieger re: opposition to sale of SBC | A/C |
| U111-L3185 | 7/17/2002 | Lamm | Neuberger | P | Email re: Ijmails to %e Forwarded to attorneys for consultation | A/C, W/P |
| L3275-L3276 | | PAST PRIVILEGE 0ATg | | | | :t |
| L3662-L3717 | 7/15/2002 | Neuberger | Lamra/J. Lobell | P | Email re: fèmails to be forwarded to attorneys for consultation | A/C, W/P |
| L12974 | 1/10/2003 | Lamm | Neuberger | P | Fax re: EflIèct f Bowoeri litigation on sale of entities | A/C |
| L12976 | 12/17/2002 | Lamm | Neuberger | P | Fax re: Effect of Bowden litigation on sale of entities | A/C |
| L13010 | 8/2/2002 | Lamm | J. Lobell | R | Fax re: Execution of unanimous consent for Walters exclusivity letter | A/C |
| L13026 | 9/25/2001 | Lamm | J. Zich | P | Draft of Narrative of Sstoryof Al.H prepared for counsel | A/C, W/P |
| L13027 | no date on doc | Lamm | Neuberger | P | Draft correspondence regarding Lion & Lamm's management issues with comments | A/C |
| L13028 | | Lamm | Neuberger | P | Correspondence re: Strategy for meeting with JMP, meeting with division presidents | A/C |
| L13029 | 4/27/2003 | Lamm | Neuberger | P | Fax correspondence re: ALH Sale of AJBI and impact of Lanius leaving | A/C |
| L13030-13031 | 2/26/2002 | Neuberger | Ajenson/J. Lobell | P | Email re: Representation of B Investors, Fried Frank conflict and sale of A.L.H. | |
| L13032-L13033 | 1/10/2003 | Lamm | Neuberger | P | Fax re: Effect of Bowden litigation on sale of entities | A/C |

| Bates | Date | From | To | P | Description | Privilege |
|---|---|---|---|---|---|---|
| L13041 | 7/29/2002 | Lamm | Neuberger | P | Memo re: ALH/Heathrow Airport 7/29 Meeting-agenda and strategy | A/C |
| L13042-L13043 | 10/8/2002 | Lamm | Neuberger/Class B Member | P | Memo re: strategy for potential B buyout | A/C |
| L13044-L13047 | 2/7/2003 | Lamm | Neuberger/Arensdhn/M. Franjkel/M. Jesselson/Konig/C. Frankel | P | Memo re: Summary of meeting with LaGuardia and Lamus and strategy for potential B buy-out | A/C |
| U3053-U3054 | 2/6/2003 | Lamm | Neuberger | P | Email re: Strategy for a potential B buyout | A/C |
| L13Q57-U3G58 | 9/25/2001 | Lamm | J. Zich | P | Eetter re: pVaft of Narrative of ALH prepared for Lobell | W/P |
| L13061-L13070 | 9/17/2003 | Lamm | l Lobell | P | Email re: Praft repsonse to Bernstei | A/C |
| L13071-L13097 | 2/16/2003 | Lamm | J. Lobell | P | Email re: forward documents for Lobell to review to develop strategy for ALH Board Meeting (and attachments) | A/C |
|  | 2/15/2003 | J. Lobell | Lamm | P | Email re: Strategy for ALH Board Meeting | A/C |
| L13098-L131G4 | 6/9/2002 | Lamm | J. Lobell | P | Email re: Narrative of ALH History and relationship with Shamrock | A/C, W/P |
| L13123-L13129 | 1/26/2004 | Lamm | J. Zich | P | Email re: Narrative of ALH History and relationship with Shamrock prepared for Lobell | W/P |
| L13130-L13132 | 9/11/2002 | Lamm | J. Lobell | P | Email re: 0raft of letter from Neuberger to Shamrock | A/C, W/P |
| H3308-L13314 | 1/25/2004 | Lamm | Neuberger | P | Email re: Narrative of ALH History and relationship with Shamrock | A/C, W/P |
| L13315-L13318 | 7/28/2004 | Lamm | J. Lobell | P | Email re: Confession of Judgment Narrative | A/C, W/P |
| L13319-U3321 | 2/17/2003 | Lamm | J. Lobell | p | Email re: Strategy for ALH Board Meeting | A/C, W/P |
| L1322 |  | PAST PRIVILEGE DATE |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| L13323-L13325 | 12/12/2002 | Lamm | Konig/Neuberger | P | Email re: Estimate of proceeds of a sale of ALH | A/C |
| L13326-L13329 | 12/12/2002 | Lamm | Neuberger | P | Email re: Estimate of proceeds of a sale of ALH | A/C |
| | 9/12/2002 | Neuberger | Lamm | P | Email re: Estimate of proceeds of a sale of ALH | A/C |
| | 9/12/2002 | Lamm | Neuberger/Konig | P | Email re: Estimate of proceeds of a sale of ALH | A/C |
| L1333Q-L13331 | 7/21/2002 | Lamm | Neuberger | P | Email re: Strategy for class B future of ALH | A/C |
| L13334-L13335 | 3/13/2003 | Lamm | M. Jesselson/Neuberger | P | Email re: Summary of meeting with Neuberger re: strategy for class B investors future at ALH | A/C, W/P |
| U3343-L13345 | 7/29/2003 | Lamm | Neuberger/Arenson | P | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| L13594 | | PAST PRIVILEGE DATE | | | | |
| LI 36(33 | | Past Privilege datb | | | | |
| L13620-L13627 | | PAST PRIVILEGE 0AfE | | | | |
| L13665-L13668 | 2/12/2004 | J. Zich | Lamm | P | Email re: Narrative of ALH History and relationship with Shamrock prepared for Neuberger | W/P |
| L13669-L13670 | 1/22/2004 | Neuberger | lamin/J. Zich/Arenson/Konig/M. Jesseison/C. FrankeV M. Frankel | P | Email re: NC Counsel Recommendation | A/C, W/P |
| L13671-L13676 | 2/8/2003 | Neuberger | J. Lobeli/Laram | P | Email re: Documents needed for meeting to discuss ALH strategy | A/C, W/P |
| | 2/7/2003 | Lamm | Arenson/M. Frankel/M. Jesseison/Konig/Neuberger/C-Frankel | P | Memo re: Summary of meeting with LaGuardia and Lanius and strategy for potential B buy-out | A/C |
| | 2/6/2003 | Lamm | Neuberger | P | Email re: * Strategy for a potential B buyout | A/C |
| L13691 | 8/30/2002 | Neuberger | Arenson/M. Jesselson/C. Frankel/M. Frankel/Lamm/Konig | P | Email re: Management Meeting and B buyout strategy | A/C, W/P |

| Bates | Date | Author | Recipient | P/W | Description | Privilege |
|---|---|---|---|---|---|---|
| L13695 | 7/15/2002 | Neuberger | | P | Email re: Compilation of pertinent emails in anticipation of litigation | W/P |
| L13696 | 7/15/2002 | Neuberger | | P | Email re: Compilation of pertinent emails in anticipation of litigation | W/P |
| L13699 | 7/17/2002 | Neuberger | Lamm | P | Email re: Compilation of pertinent emails in anticipation of litigation | W/P, A/C |
| L13700 | 7/15/2002 | Neuberger | "Lamm/Lobell" | P | Email re: Cfompjiation of pertinent emails in anticipation of litigation | W/P, A/C |
| L13701 | 7/15/2002 | Neuberger | Neuberger | P | Email re: Compilation of pertinent emails in anticipation of litigation | W/P |
| L137Q2-L13704 | 7/15/2002 | Neuberger | M. Frankel/Arenson/M. Jesselson/Konig/H. Iautus | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| L13767 | 7/23/2002 | Lamm | Neuberger/J. Lobell | P | Email re: Execution of Walter Industries Purchase of Bowden | A/C |
| L13768 | 8/9/2002 | Lamm | J. Lobell | P | Email re: Strategy for meeting with Shamrock | A/C |
| L13770 | PAST PRIVILEGE DATE | | | | | |
| L13771 | 6/25/2002 | Lamm | J. Lobell | P | Email re: Strategy for meeting with Krieger | A/C |
| L13772 | 2/19/2003 | Lamm | Neuberger | P | Email re: Strategy for dealing with Shamrock | A/C |
| L13774 | PAST PRIVILEGE DATE | | | | | |
| L13775 | 2/25/2002 | Lamm | Neuberger | P | Email re: Strategy for dealing with Shamrock | A/C, W/P |
| L13776 | 1/11/2004 | Lamm | J. Lobell | P | Email re: Summary of meeting with Konig and Neuberger | A/C |
| L13779 | 7/5/2004 | Lamm | J. Zich | P | Email re: Supplemental documents for narrative that Zich prepared for Lobell | W/P |

| | | | | | |
|---|---|---|---|---|---|
| L13781 | 6/4/2004 | Lamm | J. Lobell | P | Email re: Strategy for reaction to Shamrock Legal Actions | A/C, W/P |
| L13782 | 8/23/2002 | Lamm | J. Lobell | P | Email re: Procedure to object to accuracy of ALH financial statements | A/C, W/P |
| L13784 | 8/9/2004 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock enforcement of confession judgement | A/C |
| L13785-L13787 | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| L13788 | 6/6/2004 | Lamm | Neuberger | P | Email re: Potential SELK losses on ALH and other investments | A/C, W/P |
| | 6/6/2004 | Neuberger | Lamm | P | Email re: Potential SELK losses on ALH and other investments | A/C |
| U3799-L13800 | 6/27/2004 | Lamm | J. Lobell | P | Email re: Summary of ALH Operating Agreement | A/C |
| L13801 | 6/27/2004 | Lamm | J. Lobell | P | Email re: Summary of ALH Operating Agreement | A/C, W/P |
| | 6/27/2004 | J. Lobell | Lamm | P | Email re: Summary of ALH Operating Agreement | A/C, W/P |
| L13802 | 6/27/2004 | Lamm | J. Lobell | P | Email re: Summary of ALH Operating Agreement | A/C |
| | 6/27/2004 | J. Lobell | Lamm | p | Email re: Summary of ALH Operating Agreement | A/C |
| | 6/27/2004 | J. Lobell | Lamm | P | Email re: Summary of ALH Operating Agreement | A/C |
| | | PAST PRIVILEGE DATE | | | | |

| | | | | | |
|---|---|---|---|---|---|
| U3803 | 6/27/2004 | Lamm | J. Lobell | P | Email re: Timing of Confession Judgments | A/C |
| | 6/27/2004 | J. Lobell | Lamm | P | Email re: Timing of Confession Judgments | A/C |
| L13806 | 7/8/2002 | Lamm | J. Lobell/Neuberger | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| L13807 | 7/8/2002 | J. Lobell | Neuberger/Lamm | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| | 7/8/2002 | Neuberger | Lamm/J. Lobell | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| L13808-L13809 | 6/9/2002 | Lamm | J. Lobell | P | Email re: Narrative of ALH History and relationship with Shamrock | A/C, W/P |
| | 6/9/2002 | Lobell | Lamm | P | Email re: Narrative of ALH History and relationship with Shamrock | A/C, W/P |
| | 6/9/2002 | Lamm | J. Lobell/J. Zich | P | Email re: Narrative of L&L history with Shamrock | A/C, W/P |
| L13810 | 6/7/2002 | Lamm | J. Lobell | P | Email re: Strategy for communicating with Shamrock | A/C |
| | 6/13/2002 | J. Lobell | Lamm | P | Email re: Strategy for communicating with Shamrock | A/C, W/P |
| L13811 | 6/9/2002 | Lamm | J. Lobell | P | Email re: Narrative of ALH History and relationship with Shamrock | A/C, W/P |
| | 6/7/2002 | J. Lobell | Lamm/J. Zich | P | Email re: Narrative of ALH History and relationship with Shamrock | A/C, W/P |
| | 6/7/2002 | Lamm | J. Lobell/J. Zich | P | Email re: Narrative of ALH History and relationship with Shamrock | A/C, W/P |
| L13813-L13814 | 2/26/2002 | Lamm | Neuberger/J. Zich | P | Email re: Draft letter to Arenson re: representation of B investors | A/C |

| Bates | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| | 2/26/2002 | Neuberger | Lamm/J. Zich | Email re: Draft letter to Arenson re: representation of B investors | A/C |
| L13816-L13817 | 6/4/2004 | Lamm | J. Lobell | Email re: Strategy for reaction to Shamrock Legal Actions | A/C |
| | 6/4/2004 | J. Lobell | Lamm | Email re: Strategy for reaction to Shamrock Legal Actions | A/C, W/P |
| | 6/4/2004 | Lamm | J. Lobell | Email re: Strategy for reaction to Shamrock Legal Actions | A/C |
| L13824 | 7/28/2004 | Lamm | J. Lobell | Email re: Modified Draft of document to exclude litigation strategy | A/C, W/P |
| L13825 | 7/29/2004 | Lamm | J. Lobell | Email re: Modified Draft of document to exclude litigation strategy | A/C, W/P |
| | 7/28/2004 | J. Lobell | Lamm | Email re: Modified Draft of document to exclude litigation strategy | A/C, W/P |
| | 7/28/2004 | Lamm | J. Lobell | Email re: Modified Draft of document to exclude litigation strategy | A/C, W/P |
| L13826 | 6/27/2004 | J. Lobell | Lamm | Email re: Strategy for Meeting with Krieger | A/C, W/P |
| | 6/27/2004 | Lamm | J. Lobell | Email re: Strategy for Meeting with Krieger | A/C, W/P |
| | 6/27/2004 | J. Lobell | Lamm | Email re: Strategy for Meeting with Krieger | A/C |
| L13827 | 6/26/2002 | J. Lobell | Lamm | Email re: Krieger Response to email from Lamm | A/C |
| | 6/26/2002 | Lamm | J. Lobell | Email re: Krieger Response to email from Lamm | A/C, W/P |
| | 5/23/2002 | Lamm | Neuberger | Email re: Response to Krieger Mem | A/C, W/P |
| L13828-L13829 | 5/23/2002 | Neuberger | Lamm | Email re: Response to Krieger Mem | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| | 5/22/2002 | Lamm | Neuberger | P | Email re: Response to memo from Krieger | a/c, w/p |
| L13832-L13833 | 6/6/2004 | Lamm | J. Lobell | P | Email re: Lamm confession of judgment | A/C, W/P |
| | 6/6/2004 | J. Lobell | Lamm | P | Email re: Lamm confession of judgment | A/C, W/P |
| | 6/6/2004 | Neuberger | Neuberger/Lamm | P | Email re: Lamm confession of judgment | A/C, W/P |
| | 6/6/2004 | Neuberger | J. Lobell/Lamm | P | Email re: Lamm confession of judgment | A/C, W/P |
| | 6/4/2004 | Lamm | Neuberger/J. Lobell | P | Email re: Lamm confession of judgment | A/C, W/P |
| L13834-H3835 | 6/6/2004 | Lamm | J. Lobell | P | Email re: Lamm confession of judgment | A/C, W/P |
| | 6/6/2004 | J. Lobell | Lamm | P | Email re: Lamm confession of judgment | A/C, W/P |
| | 6/6/2004 | Neuberger | J. Lobell/Lamm | P | Email re: Lamm confession of judgment | A/C, W/P |
| | 6/6/2004 | Neuberger | J. Lobell/Lamm | P | Email re: Lamm confession of judgment | A/C, W/P |
| | 6/6/2004 | Lamm | Neuberger/J. Lobell | P | Email re: Lamm confession of judgment | A/C, W/P |
| L13836-L13838 | 6/30/2002 | Lamm | J. Lobell | P | Email re: Neuberger Letter to Shamrock | A/C |
| | 6/30/2002 | J Lobell | Lamm | P | Email re: Neuberger Letter to Shamrock | A/C, W/P |
| | 6/30/2002 | J. Lobell | Lamm | P | Email re: Neuberger Letter to Shamrock | A/C |
| | 6/29/2002 | Lamm | J. Lobell | P | Email re: Neuberger Letter to Shamrock | A/C, W/P |
| | 6/28/2002 | J. Lobell | Lamm | P | Email re: Neuberger Letter to Shamrock | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| L13839-L13840 | 6/27/2002 | Lamm | J. Lobell | P | Email re: Neuberger Letter to Shamrock | A/C |
| | 6/30/2002 | Lamm | J. Lobell | P | Email re: Neuberger Letter to Shamrock | A/C |
| | 6/30/2002 | J. Lobell | Lamm | P | Email re: Neuberger Letter to Shamrock | A/C, W/P |
| | 6/29/2002 | J. Lobell | Lamm | P | Email re: Neuberger Letter to Shamrock | A/C |
| | 6/29/2002 | Lamm | J. Lobell | P | Email re: Neuberger Letter to Shamrock | A/C, W/P |
| | 6/28/2002 | J. Lobell | Lamm | P | Email re: Neuberger Letter to Shamrock | A/C |
| L13841-L13842 | 6/28/2002 | Lamm | J. Lobell | P | Email re: Neuberger Letter to Shamrock | A/C, W/P |
| | 6/27/2002 | Lamm | J. Lobell | P | Email re: Neuberger Letter to Shamrock | A/C |
| L13843 | 8/5/2004 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 8/5/2004 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| L13844 | 8/7/2002 | Lamm | J. Lobell | P | Email re: Fried Frank legal bills and potential conflict of interest | A/C, W/P |
| | 8/7/2002 | J. Lobell | Lamm | P | Email re: Fried Frank legal bills and potential conflict of interest | A/C |
| L13846-L13847 | 7/21/2002 | J. Lobell | J. Lobell | P | Email re: Neuberger letter to Shamrock and meeting with Shamrock | A/C |
| | 7/21/2002 | J. Lobell | Lamm | P | Email re: Neuberger letter to Shamrock and meeting with Shamrock | A/C, W/P |
| | 7/21/2002 | Lamm | J. Lobell | P | Email re: Neuberger letter to Shamrock and meeting with Shamrock | A/C |

| Bates | Date | From | To | P | Description | Privilege |
|---|---|---|---|---|---|---|
| | 7/20/2002 | J. Zich | Lamm | P | Email re: Neuberger letter to Shamrock and meeting with Shamrock | A/C |
| L13850-L13851 | 2/12/2004 | Lamm | J. Lobell | P | Email re: Lamm's role as Chairman of ALH | A/C |
| | 2/12/2004 | Lamm | J. Lobell | P | Email re: Lamm's role as Chairman of ALH | A/C, W/P |
| | 2/12/2004 | J. Lobell | Lamm | P | Email re: Lamm's role as Chairman of ALH | A/C, W/P |
| L13859 | 2/17/2003 | Lamm | J. Lobell | P | Email re: Strategy for ALH Board Meeting | A/C |
| | 2/16/2003 | J. Lobell | Lamm | P | Email re: Strategy for ALH Board Meeting | A/C, W/P |
| L13860 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Terms of Lamm's note to ALH re: Attorney's Fees | A/C, W/P |
| | 6/27/2004 | Lamm | J. Lobell | P | Email re: Terms of Lamm's note to ALH re: Attorney's Fees | A/C |
| L13863-L13864 | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| L13865 | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| L13872-L13874 | 2/27/2002 | Lamm | Neuberger | P | Email:re: Representation of Class B members | A/C, W/P |
| | 2/27/2002 | Neuberger | Lamm/J. Lobell | P | Email re: Representation of Class B members | A/C, W/P |
| | 2/27/2002 | Arenson | Neuberger | P | Email re: Representation of Class B members | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| L13879 | 2/27/2002 | Neuberger | Arenson/J. Lobell | P | Email re: Representation of Class B members | A/C, W/P |
| L13880 | 6/27/2004 | Lamm | J. Lobell | P | Email re: Execution of management rep letter for ALH Financials | A/C |
| L13883 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Execution of management rep letter for ALH Financials | A/C, W/P |
| | 6/27/2004 | Lamm | J. Lobell | P | Email re: Shamrock request for personal financial statements | A/C |
| | 6/27/2004 | J. Lobell | Lamm | P | Email re: Shamrock request for personal financial statements | A/C |
| | 6/27/2004 | Lamm | J. Lobell | P | Email re: Execution of management rep letter for ALH Financials | A/C, W/P |
| L13889-L13890 | 7/20/2004 | J. Lobell | Lamm | P | Email re: Lamm narrative of the history of ALH | A/C, W/P |
| | 7/19/2004 | Lamm | J. Lobell | p | Email re: Lamm narrative of the history of ALH | A/C, W/P |
| L13891-L13895 | 6/30/2002 | Lamm | J. Lobell/Neuberger | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| | 6/30/2002 | J. Lobell | Neuberger/Lamm | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| | 6/30/2002 | Neuberger | Lamm/J. Lobell | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| | 6/28/2002 | J. Lobell | Neuberger/Lamm | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| | 6/27/2002 | Neuberger | Lamm/J. Lobell | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| L13903 | 6/29/2004 | Lamm | J. Lobell | P | Emailre: Docs for Meeting Preparations | A/C, W/P |
| L13904 | 7/30/2002 | Lamm | J. Lobell | P | Email re: Neuberger Advice re: Shamrock | A/C |
| L13906 | PAST PRIVILEGE DATE | | | | | |

| | | | | |
|---|---|---|---|---|
| L13907 | 7/1/2002 | Lamm | J. Lobell | Email re: Status of Neuberger Communications | A/C |
| L13908 | 7/11/2002 | Lamm | J. Lobell | P | Email re: Response to Krieger | A/C |
| L13909 | PAST PRIVILEGE DATE | | | | |
| L13914 | 4/21/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock demands | A/C |
| L13915 | 2/9/2003 | Lamm | J. Lobell | P | Email re: Preparation for ALH Board meeting | A/C |
| L13916 | 2/14/2003 | Lamm | J. Lobell | P | Email re: Preparation for ALH Board meeting | A/C |
| L13917 | 8/26/2003 | Lamm | J. Lobell | P | Email re: Response to LaGuardia conflict and reporting to investors | A/C |
| L13918 | 7/22/2002 | Lamm | J. Lobell | P | Email re: Draft of email to Buchler | A/C |
| L13919 | 5/27/2002 | Lamm | Neuberger | P | Email re: Strategy for dealing with Shamrock | A/C W/P |
| L13920 | 7/27/2004 | Lamm | J. Lobell | P | Email re: Lisman Meeting/preparation of ALH narrative | A/C |
| L13921 | 7/21/2002 | Lamm (forwarding Lobell's comments) | J. Zich | | Email re: Timing of letter to Shamrock re: collection against Lamm and Zich | A/C (common interest) |
| L13924 | PAST PRIVILEGE DATE | | | | |
| L13925 | 5/22/2002 | Lamm | Neuberger | P | Email re: Response to memo from Krieger | A/C |
| L13926 | 6/21/2002 | Lamm | J. Lobell | P | finnaf re: Response to memo from Krieger | A/C |
| L13928 | 7/24/2002 | Lamm | J. Lobell | P | Email re: Cancellation of Meeting with Krieger | A/C |
| L13929 | 2/19/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock | A/C |
| L13930 | PAST PRIVILEGE DATE | | | | |
| L13932 | 6/21/2002 | Lamm | J. Lobell | P | Email re: Teleconference with Jesselson | A/C |
| L13933 | 9/8/2002 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock | A/C |
| L13939 | 6/27/2002 | Lamm | J. Lobell | P | Ismail re: Neuberger Letter to Shamrock | A/C |

| | | | | | |
|---|---|---|---|---|---|
| L13941 | 7/19/2004 | Lamm | J. Lobell | P | Email re: Strategy for meeting with potential lenders | A/C |
| L13943 | 8/7/2002 | Lamm | J. Lobell | P | Email re: Fried "Frank legal bills and potential conflict of interest | A/C |
| L13965 | 6/27/2004 | Lamm | J. Lobell | p | Email re: "Reference to March 2003 email re: Lion & Lamm obligation to ALH | A/C |
| L13966 | 3/7/2003 | Lamm | J. Lobell | P | Email re: Lion & Lamm obligation to ALH | A/C |
| L13970 | | PAST PRIVILEGE DATE | | | | |
| L13971 | 7/19/2002 | Neuberger | M. Frankel/Arenson/M. Jesselson/Konig | P | Email re: Meeting with Arenson | A/C, W/P |
| L13972 | 6/24/2002 | Lamm | Neuberger | P | Email re: Strategy for potential B Buyout | A/C |
| L13973 | 7/19/2002 | Lamm | Neuberger | P | Email re: Meeting with Arenson | A/C |
| L13975 | 7/19/2002 | Lamm | J. Lobell | P | Email re: Draft of Letter to Buchler | A/C |
| L13977 | 2/12/2004 | Lamm | J. Lobell | P | Email re: Lamm's role as Chairman of ALH | A/C |
| L13979 | 6/27/2002 | Lamm | J. Lobeli | P | Email re: Agenda for Teleconference | A/C |
| L13985 | | PAST PRIVILEGE DATE | | | | |
| L13989 | 6/25/2004 | Lamm | J. Lobell | P | Email re: Response to collection attorney for ALH | A/C |
| L13990 | 6/29/2004 | Lamm | J. Lobell | P | Email re:Confession Judgment | A/C |
| L13991 | 2/15/2003 | Lamm | J. Lobell | P | Email re: Strategy for ALH Board Meeting | A/C |
| L13992 | 6/25/2003 | Lamm | J. Lobell | P | Email re: Sale of ALH and ALH enforcement of Management Agreement | A/C |
| L13993 | 3/7/2003 | Lamm | J. Lobell | P | Email re: Lion & Lamm obligation to ALH | A/C |
| L13994 | 7/8/2002 | Lamm | Neuberger | P | Email re: Strategy for dealing with ALH | A/C |
| L13995 | 9/30/2002 | Lamm | J. Lobell | P | Email re: Agenda for Teleconference | A/C |
| L13996 | 7/19/2004 | Lamm | J. Lobell | P | Email re: Narrative of ALH History | A/CW/P |
| | 9/19/2002 | Lamm | J. Lobell | P | Email re: Strategy for responding to confessed jugements | A/C |

| Bates | Date | Author | Recipient | | Description | Privilege |
|---|---|---|---|---|---|---|
| L14009 | 1/26/2003 | Lamm | Neuberger/J. Lobell | P | Email re: Status of potential B buyo | A/C |
| L14012 | 2/6/2003 | Lamm | Neuberger/Arenson | P | Email re: Strategy for reponding to marketing of A[i] | A/C |
| L14018-L14019 | 11/9/2003 | Lamm | Neuberger/Arenson/M. Jesselson/Konig | P | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| | 11/9/2003 | Neuberger | Arenson/Lamm/M. Jesselson/Konig | P | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| | 11/9/2003 | Arenson | Lamm/M. Jesselson/Konig/Neuberger | P | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | |
| L14020 | 3/25/2004 | Lamm | Neuberger | P | Email re: Strategy for dealing with Shamrock | A/C |
| | 3/25/2004 | Neuberger | Lamm | P | Email re: Strategy for negotiating with Shamrock | A/C |
| L14027-L14028 | 2/19/2003 | Laram | Neuberger | P | Email re: Strategy for dealing with Shamrock | A/C |
| | 2/19/2003 | Neuberger | Lamm | P | Email re: Strategy for dealing with Shamrock | A/C |
| | 2/19/2003 | Lamm | Neuberger | p | Email re: Strategy for dealing with Shamrock | A/C, W/P |
| L14031 | 12/12/2002 | Lamm | Neuberger/Arenson/M. Jesselson/C. Frankel/M. Frankel | P | Email re: Effect of Swiss Re meeting on potential B buy-out | A/C |
| | 12/12/2002 | Neuberger | Arenson/M. Jesselson/Konig/Lamm | P | Email re: Opposition to sale of BBC | A/C, W/P |
| L14032-L14033 | 3/15/2004 | Lamm | Arenson/Neuberger | P | Email re: Response to proposed sale of BBC | A/C |
| | 3/14/2004 | Arenson | Lamm/Neuberger | P | Email re: Response to proposed sale of BBC | A/C |
| | 3/14/2004 | Lamm | Neuberger/Arenson | P | Email re: Response to proposed sale of BBC | A/C |
| L14034-L14035 | 9/3/2003 | Lamm | Neuberger/J. Lobell | P | Email re: Draft Letter to Shamrock and Class B members re: Ohio Savings | A/C |
| | 9/3/2003 | Neuberger | Lamm/J. Lobell | P | Email re: Draft Letter to Shamrock and Class B members re: Ohio Savings | A/C, W/P |

| Bates | Date | From | To | P | Description | Privilege |
|---|---|---|---|---|---|---|
| L14048-L14049 | 9/2/2003 | Lamm | Neuberger/J. Lobell | p | Email re: Draft Letter to Shamrock and Class B members re: Ohio Savings | A/C |
| | 9/10/2002 | Lamm | Neuberger | p | Email re: Shamrock/JMP handling of ALH marketing | A/C |
| | 9/10/2002 | Neuberger | Lamm/Konig | p | Email re: Shamrock/JMP handling of ALH marketing | A/C |
| L14058-L14059 | 9/9/2002 | Lamm | Neuberger | p | Email re: Response to call from bank re: SELK Loan | |
| | 3/19/2003 | Neuberger | Neuberger | p | Engagement Letter Extension | A/C |
| | 3/19/2003 | Lamm | LammVArenson | p | Email re: Execution of JMP | A/C |
| | 3/19/2003 | Lamm | Neuberger/Arenson | p | Engagement Letter Extension | A/C |
| | 3/19/2003 | Arenson | Arenson/Neuberger | p | Engagement Letter Extension | A/C |
| U4065-L14066 | 3/19/2003 | Lamm | Lamm/Neuberger | p | Email re: JMP Engagement Letter Extension and Elovic correspondence | A/C |
| | 1/3/2003 | Lamm | Neuberger | p | Email re: impact of Bowden litigation on B-buyout and Konig's loan | A/C, W/P |
| | 1/3/2003 | Neuberger | Lamm | p | Email re: impact of Bowden litigation on B-buyout and Konig's loan | A/C, W/P |
| L14067-L14068 | 1/2/2003 | Lamm | Neuberger | p | Email re: impact of Bowden litigation on B-buyout and Konig's loan | A/C, W/P |
| | 8/5/2002 | Lamm | Neuberger | p | Email re: Execution of BBC Letter of Intent and Fried Frank representation of ALH | A/C |
| | 8/5/2002 | Neuberger | Lamm | p | Email re: Agenda for meeting with Goldberg | A/C |
| | 8/4/2002 | Neuberger | Neuberger | p | Email re: Agenda for meeting with Goldberg | A/C |
| L14078-L14079 | 5/13/2003 | Lamm | Neuberger | p | Email re: Strategy for ALH Board Meeting | A/C |
| | 5/13/2003 | Neuberger | Lamm/Arenson | p | Email re: Strategy for ALH Board Meeting | A/C |

| | | | | | |
|---|---|---|---|---|---|
| L14080-L14081 | 5/13/2003 | Lamm | Neuberger | P | Email re: Strategy for ALH Board Meeting |
| | 6/27/2003 | Lamm | Arenson/Konig/M. Jesselson/Neuberger/ C. Frarjcel/M. Frankel | P | Email re: AXH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward |
| | 6/27/2003 | Arenson | Konig/M. Jesselson/ Neuberger/Lamm | P | Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward |
| | 6/27/2003 | Lamm | Neuberger/Arenson | P | Email re: ALB Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward |
| | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock |
| L14094-U4095 | 3/29/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiating with Shamrock |
| | 3/29/2004 | Neuberger | Lamm | P | Email re: Strategy for negotiating with Shamrock |
| | 3/25/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiating with Shamrock |
| L14096 | 9/26/2002 | Lamm | Konig/Neuberger | P | Email re: Response to Cinciannino |
| L14099-L14100 | 9/2/2003 | Lamm | Neuberger/J. Lobell | P | Email re: Draft Letter to Shamrock and Class B members re: Ohio Savings |
| L14101 | 1/9/2003 | Lamm | Arenson/Neuberger | P | Email re: Startegy for moving forward at ALH and Class A and B Members Negotiations |
| L14103 | 7/24/2002 | Lamm | Neuberger | P | Email re: Strategy for potential Class B buy-out |
| L14104 | 7/18/2002 | Lamm | Neuberger | P | Email re: Strategy for potential Class B buy-out |
| L14105 | 8/12/2002 | Lamm | Neuberger | P | Email re: Strategy for ALH Board Meeting |
| L14107 | 8/7/2002 | Lamm | Neuberger | P | Email re: Execution of letter of inte |
| L14108 | 9/9/2002 | Lamm | Neuberger | | Email re: Response to call from bank re: SELK Loan |

(Rightmost column: A/C for all rows)

| | | | | | |
|---|---|---|---|---|---|
| L14109 | 7/31/2002 | Lamm | Neuberger/Arenson | P | Email re: Fried Frank conflict of interest | A/C |
| L14116 | 10/21/2002 | Lamm | Neuberger/J. Lobell | P | Email re: Strategy for a potential B buy-out | A/C |
| L14123-U4124 | 8/6/2002 | Lamm | J. Lobell | P | Email re: Draft of Letter to Shamrock | A/C, W/P |
| L14145 | 8/6/2002 | Neuberger | Arenson/M. Jesselson/Konig/ M. Frankel/Lamm | p | Email re: Draft of Letter to Shamrock | A/C, W/P |
| L14146 | 1/2/2003 | Lamm | Neuberger | P | | |
| L14147 | 8/9/2002 | Lamm | Neuberger | P | Email re: Fried, Frank Legal Fees and potential conflict of interest | A/C |
| L14149 | 6/25/2003 | Lamm | Arenson/Neuberger | P | Email re: Execution of waiver for notice requirement for Board Meeting | A/C |
| L14153 | 9/3/2003 | Lamm | Neuberger | P | Email re: Draft Letter to Shamrock and Class B members re: Ohio Savings | A/C |
| L14155 | 8/1/2002 | Lamm | Neuberger | P | Email re: Zich participation in Class B Teleconference | A/C |
| L14156-L14157 | 1/27/2003 | Lamm | Neuberger | P | Email re: Postponement of Bowden Summary Judgment and SwissRe/Wachoiva extension | A/C |
| L14158 | 1/2/2003 | Neuberger | Lamm | P | Email re: impact of Bowden litigation on B-buyout and Konig's loan | A/C, W/P |
| L14159 | 12/4/2002 | Lamm | Neuberger | P | Email re: impact of Bowden litigation on B-buyout and Konig's loan | A/C, W/P |
| L14160 | 7/21/2003 | Lamm | Neuberger | P | Email re: Bowden Litigation mediation | A/C |
| L14161 | 8/4/2002 | Lamm | Neuberger | P | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| | 8/18/2002 | Lamm | Neuberger | P | Email re: Agenda for meeting with Goldberg | A/C |
| | | | | P | Email re: Agenda for meeting with Goldberg | A/C |