| | | | | | |
|---|---|---|---|---|---|
| L14163 | 11/10/2002 | Lamm | Neuberger | P | Email re: Strategy for potential B buyout | A/C |
| L14164 | 9/18/2002 | Lanjin | J. Lobell | P | Email re: Strategy for potential B buyout | A/C |
| L14169 | 7/17/2002 | Lamm | Neuberger | P | Email re: Response to potential sale of BB¢C and strategy for potential B buyout | A/C |
| L14171 | 6/27/2003 | Lamm | Neuberger/Arenson | P | Email re: ALH Board Meeting regarding sale of AB1, Shamrock's fee and strategy moving forward | A/C |
| L14172 | 5/13/2003 | Lamm | Neuberger | P | Email re: Strategy for ALH Board Meeting | A/C |
| L14176 | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| L14185 | 1/14/2002 | Neuberger | Lamm | P | Email re: Financing Strategies for B buyout | A/C |
| L14235 | 1/13/2002 | Lamm | Neuberger | P | Email re: Financing Strategies for B buyout | A/C |
| L14236 | 5/9/2003 | Lamm | Neuberger | P | Email re: Representation at Board Meeting | A/C |
| L14237 | 11/26/2002 | Lamm | Neuberger | P | Email re: Strategy for potential B buyout | A/C |
| L14242 | 4/17/2002 | Lamm | Neuberger | P | Email re: Class B participation in ALH Loan and Fried Frank conflict of interest | A/C |
| L14257 | 3/14/2004 | G. Lastra | Neuberger/Arenson | P | Email re: Response to proposed sale of BBC | A/C |
| L14275 | 1/18/2002 | Lamm | Lamm/J. Zich/M.Haddad/D. Herman/S. Zylberberg S.Zylberberg/J. Zich | P | Email re: Draft Response Letter to Buchler | A/C |
| L14275 | 3/21/2002 | Lamm | | P | Email re: Dispute with ALH re: Arbor debt | A/C |
| L14275 | 3/21/2002 | S. Zylberberg | Lamm | P | Email re: Dispute with ALH re: Arbor debt | A/C |
| L14278-L14279 | 4/14/2002 | Lamm | Neuberger | P | Email re: Class B participation in additional loan to ALH and response to Krieger re: same. | A/C |

| | | | | |
|---|---|---|---|---|
| | 4/14/2002 | Neuberger | Lamm | P | Email re: Class B participation in additional loan to ALH and response to Krieger re: same. | A/C |
| L14280-L14281 | 4/12/2002 | Lamm | Neuberger | P | Email re: Class B participation in ALH Loan and response to Krieger re: same. | A/C |
| | 4/17/2002 | Lamm | Neuberger | P | Email re: Class "B" participation in ALH Loan and Fried Frank conflict of interest | A/C |
| | 4/17/2002 | Neuberger | Lamm | P | Email re: Class B participation in ALH Loan and Fried Frank conflict of interest | A/C |
| L14283-L14284 | 4/19/2002 | Lamm | Neuberger | P | Email re: Draft response to Krieger's questions | A/C |
| L14294 | 3/21/2002 | Lamm | J. Zich/S. Zylberberg | P | Email re: Dispute with ALH re: Arbor debt | A/C |
| L14308 | 4/17/2002 | Lamm | Neuberger | P | Email re: Fried Frank potential conflict of interest | A/C |
| L14310 | 1/24/2002 | D. Herman | Lamm/J. Zich/S. Zylberberg | P | Email re: Draft response to Buchler | A/C |
| L14312 | 4/17/2002 | Lamm | Neuberger | P | Email re: Draft of letter Shamrock re: audit rep letters | A/C |
| L14313 | 3/21/2002 | Lamm | S. Zylberberg | P | Email re: Dispute with ALH re: Arbor debt | A/C |
| L14335-L14336 | 8/4/2004 | J. Lobell | Neuberger/Lamm | P | Email re: Status of dispute with Shamrock | A/C, W/P |
| L14336 | 8/6/2004 | Neuberger | Lamm/J. Lobell | p | Email re: Status of dispute with Shamrock | A/C |
| | 8/5/2004 | Lamm | Neuberger | P | Email re: J. Zich's Conversation with Counsel for Swiss Re | A/C |
| L14337-L14338 | 8/6/2004 | Neuberger | Lamm/J. Lobell | P | Email re: Status of dispute with Shamrock | A/C |
| | 8/6/2004 | Lamm | Neuberger | P | Email re: Status of dispute with Shamrock | A/C |
| | 8/5/2004 | Lamm | Neuberger | P | Email re: J. Zich's Conversation with Counsel for Swiss Re | A/C |

| | | | | | |
|---|---|---|---|---|---|
| L14339 | 8/5/2004 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection |
| L14341-L14342 | 7/20/2004 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection |
| | 7/19/2004 | Lamm | J. Lobell | P | Email re: Lamm narrative of the history of ALH |
| L14346 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Lamm narrative of the history of ALH |
| | 6/27/2004 | Lamm | J. Lobell | P | Email re: Execution of management rep letter for ALH Financials |
| L14347 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Execution of management rep letter for ALH Financials |
| | 6/27/2004 | Lamm | J. Lobell | p | Email re: Terms of Lamm's note to ALH re: Attorney's Fees |
| L14348 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Terms of Lamm's note to ALH re: Attorney's Fees |
| | 6/27/2004 | Lamm | J. Lobell | P | Email re: Summary of ALH Operating Agreement |
| L14349 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Summary of ALH Operating Agreement |
| | 6/27/2004 | Lamm | J. Lobell | P | Email re: Statute of limitations for filing a Confession Judgment |
| | 6/27/2004 | Lamm | J. Lobell | P | Email re: Statute of limitations for filing a Confession Judgment |
| L14351 | 6/27/2004 | Lamm | J. Lobell | P | Email re: Shamrock request for personal financial statements |
| | 6/27/2004 | J. Lobell | Lamm | P | Email re: Shamrock request for personal financial statements |

| |
|---|
| A/C, W/P |
| A/C |
| A/C, W/P |
| A/C, W/P |
| A/C |
| A/C, W/P |
| A/C, W/P |
| A/C, W/P |
| A/C, W/P |
| A/C, W/P |
| A/C |
| A/C, W/P |
| A/C |
| A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| L14353 | 6/27/2004, | J. Lobell | Lamm | Email re: Terms and amount of Confession | A/C, W/P |
| L14354 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Terms and amount of Confession | A/C, W/P |
| L14355 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Terms and amount of Confession | A/C, W/P |
| L14356 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Terms of Lamm's note to ALH re: Attorney's Fees | A/C, W/P |
| L14357 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Status of Cousy | A/C, W/P |
| L14358 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Summary of Operating Agreement | A/C, W/P |
| L14359 | 6/27/2004 | J. Lobell | Lamm/M. Winger | | Email re: Execution of management rep letter for ALH Financials | A/C, W/P |
| U4360 | 6/27/2004 | J. Lobell | Lamm | P | Email re: Shamrock request for personal financial statements | A/C, W/P |
| L14374-L14375 | 6/4/2004 | J. Lobell | Lamm | P | Email re: Strategy for reaction to Shamrock Legal Actions | A/C, W/P |
| L14376 | 6/4/2004 | J. Lobell | Lamm | P | Email re: Strategy for reaction to Shamrock Legal Actions | A/C |
| | 6/4/2004 | Lamm | J. Lobell | P | Email re: Strategy for reaction to Shamrock Legal Actions | A/C, W/P |
| | 6/4/2004 | Lamm | J. Lobell | P | Email re: Strategy for reaction to Shamrock Legal Actions | A/C, W/P |
| L14377-L14378 | 3/29/2004 | Neuberger | Lamm | P | Email re: Strategy for reaction to Shamrock Legal Actions | A/C |
| | 3/25/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiating with Shamrock | A/C |
| | 3/25/2004 | Neuberger | Lamm | P | Email re: Strategy for negotiating with Shamrock | A/C, W/P |
| L14380-L14381 | 3/16/2004 | Arenson | Lamm/Neuberger | P | Email re: Response to proposed sale of BBC | A/C |

| | | | | | |
|---|---|---|---|---|---|
| | 3/15/2004 | Lamm | Arenson/Neuberger | P | Email re: Response to proposed sale of BBC | A/C |
| L14384 | 3/14/2004 | Lamm | Lamm/Neuberger | P | Email re: Response to proposed sale of BBC | A/C |
| | 3/14/2004 | Arenson | Lamm/Neuberger | P | Email re: Response to proposed sale of BBC | A/C |
| | 3/14/2004 | Lamm | Neuberger/Arenson | P | Email re: Response to proposed sale of BBC | A/C |
| | 3/14/2004 | Arenson | Lamm/Neuberger | P | Email re: Response to proposed sale of BBC | A/C |
| L14385 | 3/14/2004 | Lamm | Neuberger/Arenson | P | Email re: Response to proposed sale of BBC | A/C |
| | 3/5/2004 | Neuberger | Lamm | p | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/5/2004 | Lamm | Neuberger | p | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| L14388 | 1/28/2004 | J. Zich | Lamm/Neuberger | P | Email re: Narrative of ALH History and relationship with Shamrock | W/P |
| L14389 | 11/9/2003 | M. Jesselson | Neuberger/Arenson/ M. Jesselson/Lamm/ Konig/B. Jesselson | P | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| | 11/9/2003 | Neuberger | Arenson/M. Jesselson/ Lamm/Konig | p | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| L14390 | 11/9/2003 | Arenson | Lamm/M. Jesselson/ Konig/Neuberger | P | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| | 11/9/2003 | Neuberger | Arenson/M. Jesselson/ Lamm/Konig | P | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| L14391 | 11/9/2003 | Arenson | Lamm/M. Jesselson/ Konig/Neuberger | P | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| | 10/9/2003 | Arenson | Lamm/Konig/ M. Jesselson/Neuberger | p | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| L14394 | | Arenson | Lamm/Konig/ Jesselson/Neuberger | | Email re: teleconference with Büchler and Krieger | A/C |

| | | | | |
|---|---|---|---|---|
| L14399-L14400 | 9/3/2003 | Neuberger | Lamm/J. Lobell | P | Email re: Draft Letter to Shamrock and Class B members re: Ohio Savings | A/C |
| | 9/2/2003 | Lamm | Neuberger/J. Lobell | P | Email re: Draft Letter to Shamrock and Class B members re: Ohio Savings | A/C |
| L14406 | 7/22/2003 | Neuberger | | P | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| | 7/21/2003 | Lamm | Neuberger | P | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| L14407-L14408 | 6/27/2003 | Arenson | Konig/M. Jesselson/ Neuberger/Lamm | P | Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward | A/C |
| | 6/27/2003 | Lamm | Neuberger/Arenson | P | Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward | A/C |
| L144H-U4412 | 5/13/2003 | Neuberger | Lamm/Arenson | P | Email re: Strategy for ALH Board Meeting | A/C; W/P |
| | 5/13/2003 | Lamm | Neuberger | P | Email re: Strategy for ALH Board Meeting | A/C |
| L14413-L14414 | 3/19/2003 | Neuberger | Lamm/Arenson | P | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 3/19/2003 | Lamm | Arenson/Neuberger | P | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 3/19/2003 | Arenson | Neuberger/Lamm | P | Email re: Execution of JMP Engagement Letter Extension | A/C |
| L14420-L14421 | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C; W/P |
| | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C; W/P |
| | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C |

| Bates | Date | Author | Recipient | | Description | Privilege |
|---|---|---|---|---|---|---|
| L14422 | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| L14423 | 3/7/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| | 3/7/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| L14424 | 2/19/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock collection | A/C, W/P |
| L14425 | 2/19/2003 | Lamm | J. Lobell | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| | 2/19/2003 | Neuberger | Neuberger | P | Email re: Strategy for dealing with Shamrock collection | A/C |
| L14426-L14427 | 2/17/2003 | J. Lobell | Lamm | P | Email re: Strategy for dealing with Shamrock Meeting | A/C, W/P |
| L14428 | 2/16/2003 | Lamm | J. Lobell | P | Email re: Strategy for ALH Board Meeting | A/C |
| L14429-L1443G | 2/16/2003 | J. Lobell | Lamm | P | Email re: Strategy for ALH Board Meeting | A/C, W/P |
| | 2/16/2003 | J. Lobell | Lamm | P | Email re: Strategy for ALH Board Meeting | A/C, W/P |
| | 2/15/2003 | J, Lobell | Lamm | P | Email re: Strategy for ALH Board Meeting | A/C |
| | 2/15/2003 | Lamm | J. Lobell | P | Email re: Strategy for ALH Board Meeting | A/C |

| Bates | Date | Author | Recipient | Type | Description | Privilege |
|---|---|---|---|---|---|---|
| L14431 | 2/15/2003 | J. Lobell | Lamm | P | Email re: Strategy for ALH Board Meeting | A/C; W/P |
| L14439 | 2/15/2003 | Lamm | J. Lobell | P | Email re: Strategy for ALH Board Meeting | A/C |
| | 2/7/2003 | Arenson | Lamm/Neuberger | P | Email re: Shamrock decision to market ABI and stratey re: same | A/C |
| L14446-L14447 | 2/7/2003 | Lamm | Neuberger/Arenson | P | Email re: Shamrock decision to market ABI and stratey re: same | A/C |
| L14448-L14449 | 1/3/2003 | Neuberger | Lamm | P | Email re: Impact of Bowden litigation on B-buyout and Konig's loan | A/C |
| | 1/2/2003 | Lamm | Neuberger | P | Email re: Impact of Bowden litigation on B-buyout and Konig's loan | A/C |
| | 1/2/2003 | Neuberger | Lamm | P | Email re: Impact of Bowden litigation on B-buyout and Konig's loan | A/C |
| L14455 | 12/17/2002 | Lamm | Neuberger | P | Email re: Impact of Bowden litigation on B-buyout and Konig's loan | A/C |
| L14459 | 12/12/2002 | Neuberger | Konig/M. Jesselson/Arenson | P | Email re: Draft of letter to Kreger and Buchler | A/C |
| L14460 | 12/12/2002 | Neuberger | Arenson/M. Jesselson/ Konig/Lamm | P | Email re: Class B position regarding Bowden sale and impact on Swiss Re | A/C |
| | 12/4/2002 | Neuberger | Lamm/Arenson/ M. Jesselson/Konig | P | Email re: Lamm Phone Call re: SwissRe Meeting | A/C |
| | 12/4/2002 | Lamm | Neuberger | P | Email re: Walter deal and mediation in Bowden litigation | A/C; W/P |
| L14471 | 10/31/2002 | Neuberger | Lamm/Arenson/ Frankel/M. Jesselson Konig/ C. Frankel | P | Email re: Walter deal and mediation in Bowden litigation | A/C; W/P |
| L14474-L14475 | 10/8/2002 | Arenson | Lamm/Konig/M. Jesselson/M. Frankel/ Neuberger | P | Email re: Strategy for potential B buyout | A/C; W/P |
| | | | | | Letter re: Strategy for potential B buyout | A/C |

| Bates | Date | From | To | P | Description | Privilege |
|---|---|---|---|---|---|---|
| L14483-L14484 | 9/18/2002 | Neuberger | Lamm/Arenson?/ M. Frankel/M.Jesselson/ Konig | P | Email re: Effect of Walter Industries offer on a potential B buy-out | A/C |
| | 9/18/2002 | Lamm | Arenson/M. Frankel/ M. Jesselson/Konig/ Neuberger | P | Email re: Effect of Walter Industries offer on a potential B buy-out | A/C |
| L14488 | 9/10/2002 | Neuberger | Lamm/Konig | P | Email re: Response to call from bank re: SELK Loan | A/C |
| | 9/9/2002 | Lamm | Neuberger | P | Email re: Response to call from bank re: SELK Loan | A/C |
| L14491-L14492 | 9/3/2002 | Neuberger | Arenson/M, Frankel/ M. Jesselson/Konig/ Jesselson | P | Email re: Miami Meeting with Landstar and strategy for B-buyout | A/C |
| L14495 | 9/3/2002 | Lamm | Lamm/Arenson/ M. Frankel/Konig/ J. Jesselson | * | Email re: Miami Meeting with Landstar and strategy for B-buyout | A/C, W/P |
| L14496 | 8/7/2002 | J. Lobell | Lamm | P | Email re: Fried Frank potential conflict of interest | A/C |
| | 8/7/2002 | Lamm | J. Lobell | P | Email re: Fried Frank potential conflict of interest | A/C |
| | 8/6/2002 | Lamm | Arenson/M. Frankel/ M. Jesselson/Konig/Neuberger/ J. Zich | P | Email re: Meeting with Bob Goldberg re: potential investors for a B-buyout | A/C |
| L14500-L14501 | 8/6/2002 | J. Lobell | Lamm | P | Email re: Meeting with Bob Goldberg re: potential investors for a B-buyout | A/C, W/P |
| L14502-L14503 | 8/6/2002 | Lamm | J. Lobell | P | Email re: Draft of Letter to Shamrock | A/C, W/P |
| | 8/6/2002 | J. Lobell | Lamm | P | Email re: Draft of Letter to Shamrock | A/C, W/P |
| | 8/6/2002 | Neuberger | Arenson/M.Jesselson/ Konig/M. Frankel/Lamm | p | Email re: Draft of Letter to Shamrock | A/C, W/P |
| | 8/6/2002 | Lamm | J. Lobell | P | Email re: Draft of Letter to Shamrock | A/C, W/P |
| | 8/6/2002 | Lamm | Arenson/M. Jesselson/Konig/M. Frankel/Lamm | P | Email re: Draft of Letter to Shamrock | A/C, W/P |
| L14504-L14505 | 8/6/2002 | Arenson | Neuberger/M. Jesselson/Konig/Lamm/M. Frankel | P | Email re: Draft of Letter to Shamrock | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| L14506-L14507 | 8/6/2002 | Neuberger | Arenson/M. Jesselson/Konig/M. Frankel/Lamm | P | Email re: Draft of Letter to Shamrock | A/C, W/P |
| L14508 | 8/6/2002 | Neuberger | Arenson/M, Jesselson/Konig/M. Frankel/Lamm | P | Email re: Draft of Letter to Shamrock | A/C, W/P |
| L14517 | 8/5/2002 | Neuberger | Lamm | P | Email re: Agenda for meeting with Goldberg | A/C |
| L14526 | 8/4/2002 | Lamm | Neuberger | P | Email re: Agenda for meeting with Goldberg | A/C |
| L14527 | 7/31/2002 | Neuberger | Lamm/Xrenson/Konig/M. Frankel/M. Jesselson | P | Email re: Fried Frank Legal Fees and potential conflict of interest | A/C |
| L14528 | 7/31/2002 | Neuberger | Neuberger/Aienson | P | Email re: Fried Frank Legal Fees and potential conflict of interest | A/C |
| L14541 | 7/24/2002 | Neuberger | Lamm/J. Lobell | P | Email re: Response for request to execute Walter Industries Purchase Agreement | A/C, W/P |
| L14543-L14544 | 7/23/2002 | Lamm | Neuberger/J. Lobell | P | Email re: Response for request to execute Walter Industries Purchase Agreement | A/C |
| L14545 | 7/22/2002 | J. Lobell | Lamm | P | Email re: Draft of response letter to Buchler | A/C, W/P |
| L14546-L14550 | 7/22/2002 | Lamm | J. Lobell | P | Email re: Timing of class B letter to Shamrock | A/C |
| | 7/21/2002 | J. Lobell (on behalf of Lamm) | Neuberger | P | Email re: Draft of email to Buchler | A/C, W/P |
| | 7/12/2002 | J. Lobell | Lamm | P | Email re: Draft of email to Buchler | A/C, W/P |
| | 7/8/2002 | J. Lobell | Neuberger/Lamm | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| | 7/8/2002 | Neuberger | Lamrn/J. Lobell | P | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| | 7/8/2002 | Neuberger | Lamm/J. Lobell | p | Email re: Draft of Neuberger letter to Shamrock | A/C, W/P |
| | 7/4/2002 | Neuberger | J. Lobell/Lamm | p | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| | 7/3/2002 | J. Lobell | Neuberger/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| | 6/30/2002 | Neuberger | J. Lobell/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| | 6/28/2002 | J. Lobell | Neuberger/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| L14551-L14554 | 6/27/2002 | Neuberger | J. Lobell/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C |
| | 6/30/2002 | J. Lobell | Neuberger/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| | 6/30/2002 | Neuberger | Lamm/J. Lobell | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| | 6/28/2002 | J. Lobell | Neuberger/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| L14555-L14558 | 6/28/2002 | Neuberger | J. Lobell/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| | 6/30/2002 | J. Lobell | Neuberger/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| | 6/27/2002 | Neuberger | J. Lobell/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| | 6/27/2002 | Neuberger | J. Lobell/Lamm | P | Email re: Comments and Revisions to Neuberger's Draft Letter to Shamrock | A/C, W/P |
| L14559-L14561 | 6/30/2002 | J. Lobell | Lamm | P | Email re: Timing of letter to Shamrock re: collection against Lamm and Zich | A/C, W/P |
| | 6/30/2002 | Lamm | J. Lobell | P | Email re: Timing of letter to Shamrock re: collection against Lamm and Zich | A/C, W/P |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6/30/2002 | J. Lobell | Lamm | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| U4562-U4563 | 6/30/2002 | J. Lobell | Lamm | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| | 6/28/2002 | Lamm | J. Lobell | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| | 6/29/2002 | Lamm | J. Lobell | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| | 6/29/2002 | J. Lobell | Lamm | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| | 6/30/2002 | J. Lobell | Lamm | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| L14564 | 6/28/2002 | Lamm | J. Lobell | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| | 6/27/2002 | J. Lobell | Lamm | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| | 6/28/2002 | J. Lobell | Lamm | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| L14565-L14566 | 6/27/2002 | J. Lobell | Neuberger/Lamm | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| | 6/27/2002 | Neuberger | Lamm/J. Lobell | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |
| L14568 | 6/27/2002 | J. Lobell | Lamm | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C, W/P |

| | | | | | | |
|---|---|---|---|---|---|---|
| L14569 | 6/27/2002 | Lamm | J. Lobell | | P | Email re: Comments to Neuberger's draft letter to Shamrock | A/C |
| L14570-U4571 | 6/27/2002 | Neuberger | J. Lobell/Lamm | | P | Email re: Draft of letter to Shamrock | A/C, W/P |
| L14572-L14573 | 6/26/2002 | J. Lobell | Lamm | | P | Email re: Krieger Response to email from Lamm | A/C, W/P |
| | 6/26/2002 | J. Lobell | Lamm | | P | Email re: Krieger Response to email from Lamm | A/C |
| | 6/26/2002 | Lamm | J. Lobell | | P | Email re: Krieger Response to email from Lamm | A/C, W/P |
| | 6/25/2002 | J. Lobell | Lamm | | P | Email re: Draft of Email to Krieger | A/C, W/P |
| U4574-L14575 | 6/25/2002 | Lamm | J. Lobell | | P | Email re: Strategy for dealing with Shamrock | A/C, W/P |
| | 6/25/2002 | J. Lobell | Lamm | | P | Email re: Strategy for dealing with Shamrock | A/C |
| L14580 | 6/17/2002 | Lamm | J. Lobell | | P | Email re: Strategy for potential meeting with Krieger | A/C, W/P |
| | 6/17/2002 | J. Lobell | Lamm | | P | Email re: Strategy for dealing with Shamrock | A/C |
| L14581-L14582 | 6/14/2002 | Lamm | J. Lobell | | P | Email re: Strategy for dealing with Shamrock | A/C, W/P |
| | 6/14/2002 | J. Lobell | Lamm | | P | Email re: Strategy for dealing with Shamrock | A/C |
| | 6/13/2002 | J. Lobell | Lamm | | P | Email re: Background information to form strategy to deal with Shamrock | A/C, W/P |
| L14583 | 6/13/2002 | J. Lobell | Lamm | | P | Email re: Background information to form strategy to deal with Shamrock | A/C, W/P |
| L14584 | 6/10/2002 | J. Lobell | Lamm | | P | Email re: Narrative of ALH History and relationship with Shamrock | A/C, W/P |
| | 6/9/2002 | Lamm | J. Lobell | | P | Email re: Narrative of ALH History and relationship with Shamrock | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| L14585-L14586 | 6/9/2002 | J. Lobell | Lamm | P | Email re: Narrative of ALH History and relationship with Shamrock |
| | 6/9/2002 | J. Lobell | | P | Email re: Narrative of ALH History and relationship with Shamrock |
| | 6/7/2002 | Lamm | J. Lobell | P | Email re: Narrative of ALH History and relationship with Shamrock |
| | 6/7/2002 | J. Lobell | Lamm/J. Zich | P | Email re: Narrative of ALH History and relationship with Shamrock |
| L14587 | 6/7/2002 | Lamm | J. Lobell/J. Zich | P | Email re: Narrative of ALH History and relationship with Shamrock |
| | 6/7/2002 | J. Lobell | Lamm/J. Zich | P | Email re: Narrative of ALH History and relationship with Shamrock |
| L14588 | 5/28/2002 | Neuberger | Lamm | P | Email re: Response to e-mail from Bucher |
| | 5/27/2002 | Lamm | Neuberger | P | Email re: Response to e-mail from Bucher |
| L14589 | 5/23/2002 | Neuberger | Lamm | P | Email re: Response to e-mail from Bucher |
| | 5/22/2002 | Lamm | Neuberger | P | Email re: Response to e-mail from Bucher |
| L14604 | 4/18/2002 | Neuberger | Lamm | P | Email re: Draft of Letter to Board Members re: Audit Rep Letter |
| | 4/17/2002 | Lamm | Neuberger | P | Email re: Draft of Letter to Board Members re: Audit Rep Letter |
| L14605 | 4/17/2002 | Neuberger | Lamm | P | Email re: Fried Frank Representation and potential conflict |
| | 4/17/2002 | Lamm | Neuberger | P | Email re: Fried Frank Representation and potential conflict |
| L14606-L14607 | 4/17/2002 | Neuberger | Lamm | P | Email re: Class B participation in ALH Loan and Pried Frank conflict of interest |

Rightmost column (A/C designations): A/C, W/P; A/C, W/P; A/C, W/P; A/C, W/P; A/C, W/P; A/C, W/P; A/C; A/C; A/C; A/C; A/C; A/C; A/C; A/C; A/C, W/P

| | | | | | |
|---|---|---|---|---|---|
| L14614-L14615 | 4/17/2002 | Lamm | Neuberger | P | Email re: Class B participation in ALH Loan and Fried Frank conflict of interest | A/C |
| | 4/14/2002 | Neuberger | Lamm | P | Email re: Class B participation in additional loan to ALH and response to Krieger re: same. | A/C |
| | 4/14/2002 | Lamm | Neuberger | P | Email re: Class 0 participation in additioanl loan to ALH and response to Krieger re: same. | A/C |
| | 4/14/2002 | Neuberger | Lamm | P | Email re: Class B participation in additioanl loan to ALH and response to Krieger re: same. | A/C |
| L14616 | 4/14/2002 | Neuberger | Lamm | P | Email re: Class B participation in additioanl loan to ALH and response to Krieger re: same. | A/C |
| | 4/12/2002 | Lamm | Neuberger | P | Email re: Class B participation in additioanl loan to ALH and response to Krieger re: same. | A/C |
| L14618 | 4/8/2002 | Neuberger | Lamm | P | Email re: Draft of Responses to Buchler email | A/C |
| | 4/8/2002 | Lamm | Neuberger/J. Zich | P | Email re: Responses to Buchler email | A/C |
| L14621 | 3/21/2002 | J. Zich | Lamm | P | Email re: Dispute with ALH re: Arbor debt | A/C |
| | 3/21/2002 | Lamm | S. Zylberberg | P | Email re: Dispute with ALH re: Arbor debt | A/C |
| L14622 | 3/21/2002 | S. Zylberberg | Lamm | P | Email re: Dispute with ALH re: Arbor debt | A/C |
| L14623 | 3/21/2002 | S. Zylberberg | Lamm | P | Email re: Dispute with ALH re: Arbor debt | A/C |
| L14624 | 3/21/2002 | Lamm | J. Zich/S. Zylberberg | P | Email re: Krieger's Response to Dispute over Arbor Debt | A/C |

| | | | | | |
|---|---|---|---|---|---|
| L14641-L14642 | 2/27/2002 | Neuberger | Lamm/J. Lobell | P | Email re: Representation of B Investors, Fried Frank conflict and sale of ALH. |
| | 2/27/2002 | Arenson | Neuberger | P | Email re: Representation of B Investors, Fried Frank conflict and sale of ALH. |
| | 2/27/2002 | Neuberger | Arenson/J. Lobell | P | Email re: Representation of B Investors, Fried Frank conflict and sale of ALH. |
| L14643-L14644 | 2/26/2002 | Neuberger | Arenson/J. Lobell | p | Email re: Representation of B Investors, Fried Frank conflict and sale of ALH. |
| | 1/20/2002 | J. Zich | Lamm/S. Zylberberg | P | Email re: Treatment of the Arbor Debt on ALH financials |
| L14660 | 1/14/2002 | Neuberger | Lamm | P | Email re: Status of potential B buyo[ut] |
| L14662 | 1/13/2002 | Lamm | Neuberger | P | Email re: Status of potential B buyo[ut] |

Column (rightmost, shaded): A/C, W/P; A/C, W/P; A/C, W/P; A/C, W/P; A/C; A/C; A/C