# Exhibit A, Part 2

Lamm Documents
Redacted Log

| BATES | DATE | AUTHOR | RECIPIENT | REDACTED/ PRIVILEG | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| L3049-L3051 | 9/11/2002 | Lamm | J. Lobell | R | Email re: Strategy for responding to ALH Meeting in Memphis | A/C |
| | 9/11/2002 | J. Lobell | Lamm | R | Email re: Strategy for responding to ALH Meeting in Memphis | A/C, W/P |
| | 9/11/2002 | Lamm | | R | Email re: Strategy for responding to ALH Meeting in Memphis | A/C |
| | 9/11/2002 | J. Lobell | | R | Email re: Strategy for responding to ALH Meeting in Memphis | A/C |
| | 9/11/2002 | Lamm | | R | Email re: Strategy for responding to ALH Meeting in Memphis | A/C, W/P |
| | 9/11/2002 | Lamm | Arenson/M. Jesselson/ Neuberger/M. Frankel/Konig | R | Email re: Strategy for responding to ALH Meeting in Memphis | A/C |
| L3038-L3041 | 5/13/2003 | Arenson | Neuberger/Lamm/Konig/ M. Jesselson | R | Email re: Response to Shamrock's refusal to allow Neuberger to participate in Telephonic Board Meeting | A/C |
| L2926 | 7/30/2003 | Arenson | Neuberger/Lamm | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| | 10/2/2003 | Lamm | Arenson/Neuberger | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| | 10/2/2003 | Arenson | Neuberger/Lamm | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| L3052-L3058 | 10/3/2003 | Lamm | Neuberger | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |

| | Date | From | To | | Description | |
|---|---|---|---|---|---|---|
| | 10/3/2003 | Neuberger | Lamm | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| L2919 | 4/2/2004 | Arenson | Neuberger | R | Email re: Response to Buchler letter dated 4/2/05 | A/C |
| L3059-L3064 | 4/4/2004 | Neuberger | Arenson/Lamm | R | Email re: Response to Buchler letter re: Fried Frank conflict | A/C, W/P |
| L3065-L3070 | 10/2/2003 | Lamm | Arenson/Neuberger | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| | 10/2/2003 | Arenson | Neuberger/Lamm | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| | 10/2/2003 | Lamm | Arenson/Neuberger | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| | 10/2/2003 | Arenson | Neuberger/Lamm | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| L3085-L3086 | 8/5/2002 | Lamm | J.Lobell | R | Email re: Response to e-mail from Krieger re: Execution of Bowden LOI | A/C |
| | 8/5/2002 | J. Lobell | Lamm | R | Email re: Response to e-mail from Krieger re: Execution of Bowden LOI | A/C, W/P |
| | 8/5/2002 | Lamm | J.Lobell | R | Email re: Response to e-mail from Krieger re: Execution of Bowden LOI | A/C |
| L3087-L3088 | 10/23/2002 | Lamm | Arenson/M. Jesselson/Konig/Neuberger/C. Frankel | R | Email re: Lamm conversation with Buchler re: potential B buyout | A/C |
| L3089-L3091 | 3/19/2003 | Lamm | Arenson/Neuberger | R | Email re: Engagement Letter Extension and Elovic correspondence | A/C |
| | 3/19/2003 | Arenson | Neuberger/Lamm | | Email re: Engagement Letter Extension and Elovic correspondence | A/C |

| | | | | | |
|---|---|---|---|---|---|
| | 3/18/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| L3092-L3093 | 3/18/2003 | Lamm | Neuberger | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 3/18/2003 | Lamm | Neuberger | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 3/18/2003 | Lamm | Neuberger/J. Lobell | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 3/18/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| L3102-L3104 | 3/18/2003 | Lamm | Neuberger | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 7/30/2003 | Lamm | Neuberger | R | Email re: Sweeney and LaGuardia's invoivement with potential buyer for Bowden | A/C |
| | 7/30/2003 | Neuberger | Arenson/Lamm/K.onig/ M. Jesselson | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| | 7/30/2003 | Arenson | Neuberber/Lamm | R | Email re: Sweeney and LaGuardia's invoivement with potential buyer for Bowden | A/C |
| L3187-3188 | 6/23/2002 | Lamm | J. Lobell | | Email re: Email Correspondence with ALH Board | A/C |
| L3192 | 10/8/2003 | Lamm | J. Lobell | R | Email re: Response to email from Howard Bernstein | A/C |
| L3193 | 9/24/2003 | Lamm | J. Lobell | R | Email re: Response to email from Howard Bernstein | A/C |
| L3194 | 9/26/2002 | Lamm | Neuberger/J. Lobell | R | Email re: Response to email from Fried Frank and potential Fried Frank conflict | A/C |
| L3199-L3200 | 5/5/2003 | Lamm | J. Lobell | R | Email re: Lamm's potential liability of continuing his role at ALH | A/C |
| L3201-L3202 | 6/27/2004 | Lamm | J. Lobell | R | Email re: Execution of Audit Confirmation | A/C |
| | 4/3/2003 | J. Lobell | Lamm | | Email re: Execution of Audit Confirmation | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| L3205-L3206 | 4/3/2003 | Lamm | J. Lobell | R | Email re: Execution of Audit Confirmation | A/C |
| L3208-L3209 | 8/9/2002 | Lamm | J. Lobell | R | Email re: Analysis of agenda for ALH Board Meeting | A/C |
| L3212-L3213 | 7/21/2002 | Lamm | J.Lobell | R | Email re: Response to email from Buchler | A/C |
| L3217-L3218 | 6/21/2002 | Lamm | J. Lobell | R | Email re: Response to Email from Krieger | A/C |
| L3219-L3220 | 7/24/2002 | Lamm | J. Lobell | R | Email re: Response to Email from Buchler | A/C |
| L3222-L3223 | 7/14/2002 | Lamm | J. Lobell | R | Email re: Response to Email from Buchler | A/C |
| L3224-L3225 | 6/27/2004 | Lamm | J. Lobell | R | Email re: Strategy for meeting with Krieger | A/C |
| L3226-L3227 | 7/10/2003 | Lamm | J. Lobell | R | Email re: Effect a sale of ABI has on Lamm's Management Agreement | A/C |
| L3231-L3232 | 6/27/2002 | Lamm | J. Lobell | R | Email re: Response to Email from Krieger | A/C |
| L3233-L3235 | PAST PRIVILEGE DATE | | | | | |
| L3236-L3237 | 7/2/2002 | Lamm | Neuberber/J. Lobell | R | Email re: Strategy for potential buyout of Shamrock and resolution of Lamm dispute with Shamrock/ALH | A/C |
| L3244-L3245 | 10/10/2003 | Lamm | J. Lobell | R | Email re: Response to Bernstein and Lamm potential liability as Chairman of the Board of ALH | A/C |
| | 10/10/2003 | J. Lobell | Lamm | R | Email re: Suggested response to Bernstein | A/C, W/P |
| | 10/10/2003 | J. Lobell | J. Lobell | R | Email re: Draft of response to Ber | A/C |
| L3249-L3250 | 4/3/2003 | Lamm | J. Lobell | R | Email re: Execution of Audit Confirmation | A/C |
| | 4/3/2003 | J. Lobell | Lamm | R | Email re: Execution of Audit Confirmation | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| | 4/3/2003 | Lamm | J. Lobell | R | Email re: Execution of Audit Confirmation | A/C |
| L3251-L3253 | 7/24/2002 | Lamm | J. Lobell | R | Email re: Response to SCA plan to sell BBC | A/C |
| | 7/23/2002 | J. Lobell | Lamm | R | Email re: Response to SCA plan to sell BBC | A/C, W/P |
| L3254-L3258 | 8/15/2003 | Neuberger | Neuberger/J. Lobell | R | Email re: Response to SCA plan to sell BBC | A/C |
| | 8/14/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 8/15/2003 | Lamm | Neuberger/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 8/15/2003 | Lamm | Lamm/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| L3259-L3262 | 8/15/2003 | Lamm | J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 8/14/2003 | J. Lobell | Neuberger/Lamm | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C, W/P |
| | 8/14/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C, W/P |
| L3263-L3266 | 8/14/2003 | Lamm | Neuberger | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 8/15/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 8/15/2003 | Lamm | Neuberger/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C, W/P |
| L3267-L3269 | 8/14/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 8/15/2003 | Lamm | Neuberger/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 8/14/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C, W/P |

| | | | | |
|---|---|---|---|---|
| L3272-L3274 | 8/14/2003 | Lamm | Neuberger | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 7/8/2002 | Lamm | J. Lobell | R | Email re: Timing of response to email from Krieger | A/C |
| | 6/28/2002 | J. Lobell | Lamm | R | Email re: Draft response to email from Krieger | A/C, W/P |
| L3282-L3883 | 6/27/2002 | Lamm | J. Lobell | R | Email re: Response to email from Krieger | A/C |
| | 1/15/2002 | Lamm | J.Zick/S. Zylberberg/D. Herman | R | Email re: Response to email from Buchler | A/C |
| L3286-L3287 | 1/15/2002 | Lamm | J.Zick/S. Zylberberg/D. Herman | R | Email re: Response to email from Buchler | A/C |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Response to Krieger re: Class B participation in ALH Loan | A/C |
| L3323-L3324 | 4/23/2002 | Neuberger | Lamm | R | Email re: Response to Krieger re: Class B participation in ALH Loan | A/C |
| | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents | A/C |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents | A/C, W/P |
| | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents | A/C |
| L3326-L3329 | 6/5/2002 | J. Lobell | Lamm | R | Email re: Draft response to email from Krieger and ALH narrative | A/C, W/P |
| | 6/5/2002 | Lamm | J.Lobell/J.Zich | R | Email re: Response to email from Krieger and ALH narrative | A/C (common interest), W/P |
| L3330-L3331 | 6/21/2002 | J. Lobell | Lamm | R | Email re: Draft response to email from Krieger | A/C |
| | 6/20/2002 | Lamm | J. Lobell/J. Zich | R | Email re: Response to email from Krieger | A/C (common interest) |

| | | | | | | |
|---|---|---|---|---|---|---|
| L3333-L3334 | 6/24/2002 | J. Lobell | Lamm | | R | Email re: Email Correspondence with ALH Board | A/C, W/P |
| | 6/23/2002 | Lamm | J. Lobell | | R | Email re: Email Correspondence with ALH Board | A/C |
| L3335-L3336 | 6/28/2002 | J. Lobell | Lamm | | R | Email re: Draft response to email from Krieger | A/C, W/P |
| L3337-L3338 | 6/27/2002 | Lamm | J. Lobell | | R | Email re: Response to email from Krieger | A/C |
| | 7/15/2002 | J. Lobell | Lamm | | R | Email re: Draft response to email from Buchler | A/C, W/P |
| L3339-L3340 | 7/14/2002 | Lamm | J. Lobell | | R | Email re: Response to email from Buchler | A/C, W/P |
| | 7/19/2002 | J. Lobell | Lamm | | R | Email re: Draft response to email from Buchler | A/C, W/P |
| L3343-L3344 | 7/18/2002 | Lamm | Neuberger/J. Zich/J. Lobell | | R | Email re: Response to email from Buchler | A/C |
| | 7/22/2002 | Lamm | J.Lobell | | R | Email re: Response to email from Buchler | A/C, W/P |
| L3345-L3347 | 7/23/2002 | J. Lobell | Lamm | | R | Email re: Required procedure for sale of BBC | A/C, W/P |
| L3348-L3350 | 7/23/2002 | Lamm | Neuberger/J. Lobell | | R | Email re: Required procedure for sale of BBC | A/C |
| | 7/24/2002 | J. Lobell | Lamm | | R | Email re: Required procedure for sale of BBC | A/C, W/P |
| | 7/24/2002 | Lamm | J. Lobell | | R | Email re: Required procedure for sale of BBC | A/C |
| | 7/23/2002 | J. Lobell | Lamm | | R | Email re: Required procedure for sale of BBC | A/C, W/P |
| L3351-L3352 | 7/23/2002 | Lamm | Neuberger/J. Lobell | | R | Email re: Required procedure for sale of BBC | A/C |
| | 7/24/2002 | J. Lobell | Lamm | | R | Email re: Response to email from Buchler | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| L3358-LL3359 | 7/24/2002 | Lamm | J. Lobell | R | Email re: Response to email from Buchler |
| | 8/5/2002 | J. Lobell | Lamm | R | Email re: Draft response to email from Buchler |
| L3360 | 8/5/2002 | Lamm | J. Lobell | R | Email re: Response to email from Buchler |
| L3361 | 8/8/2002 | Arenson | Neuberger/Lamm | R | Email re: Response to email from Buchler |
| | 8/8/2002 | Arenson | Neuberger/Lamm | R | Email re: Response to email from Buchler |
| L3362-L3363 | 8/9/2002 | J. Lobell | Lamm | R | Email re: Response to email from Buchler |
| | 8/9/2002 | Lamm | J. Lobell | R | Email re: Response to email from Buchler |
| L3364 | 8/28/2002 | J. Lobell | Lamm | R | Email re: Strategy for meeting with Shamrock |
| L3365 | 10/23/2002 | Lamm | Arenson/M.Frankel/M. Jesselson /Konig/Neuberger/C. Frankel | R | Email re: Lamm conversation with Buchler re: potential B buyout |
| L3380-L3381 | 2/16/2003 | Neuberger | Lamm/Arenson | R | Email re: Analysis of JMP initiati |
| | 2/14/2003 | Lamm | Neuberger | R | Email re: Strategy for BOD Meeting on 2/10/04 |
| L3382-L3383 | 3/18/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Execution of JMP Engagement Letter Extension |
| | 3/18/2003 | Lamm | Neuberger | R | Email re: Execution of JMP Engagement Letter Extension |
| L3384-L3385 | 4/3/2003 | J. Lobell | Lamm | R | Email re: Execution of Audit Confirmation |
| | 4/3/2003 | Lamm | J. Lobell | R | Email re: Execution of Audit Confirmation |
| L3386-L3387 | 4/3/2003 | Lamm | J. Lobell | R | Email re: Execution of Audit Confirmation |
| | 4/3/2003 | J. Lobell | Lamm | R | Email re: Execution of Audit Confirmation |
| | 4/3/2003 | Lamm | Lamm | | Email re: Execution of Audit Confirmation |

Privilege column (rightmost): A/C; A/C, W/P; A/C; A/C; A/C, W/P; A/C; A/C, W/P; A/C; A/C; A/C; A/C; A/C; A/C, W/P; A/C; A/C, W/P; A/C; A/C, W/P

| | | | | | |
|---|---|---|---|---|---|
| L3388-L3389 | 4/3/2003 | Lamm | J. Lobell | R | Email re: Execution of Audit Confirmation |
| | 4/3/2003 | J. Lobell | Lamm | R | Email re: Execution of Audit Confirmation |
| | 4/3/2003 | Lamm | J. Lobell | R | Email re: Execution of Audit Confirmation |
| L3392 | 5/7/2003 | Neuberger | Konig/M. Jesselson/Lamm | R | Email re: Execution of Audit Confirmation |
| L3397 | 5/11/2003 | Arenson | Lamm/Neuberger | R | Email re: Representation of Class B interests at Board meeting |
| | 5/9/2003 | Lamm | Neuberger/Arenson | R | Email re: Representation of Class B interests at Board meeting |
| L3400-L3402 | 5/13/2003 | Arenson | Lamm/Neuberger/Konig/ M. Jesselson | R | Email re: Representation of Class B interests at Board meeting |
| L3403-L3405 | 5/13/2003 | Arenson | Lamm/Neuberger/Konig/ M. Jesselson | R | Email re: Response to Shamrock's refusal to allow Neuberger to participate in Telephonic Board Meeting |
| L3406-L3407 | 5/13/2003 | Neuberger | Lamm/Arenson | R | Email re: Legal strategy for telephonic board meeting |
| | 5/13/2003 | Lamm | Neuberger/Arenson | R | Email re: Response to Shamrock's refusal to allow Neuberger to participate in Telephonic Board Meeting |
| | 5/13/2003 | Arenson | Lamm/Neuberger/Konig/ M. Jesselson | R | Email re: Response to Shamrock's refusal to allow Neuberger to participate in Telephonic Board Meeting |
| L3410 | 6/25/2003 | Arenson | Neuberger/Konig/ M. Jesselson | R | Email re: Shamrock fee for sale of |

| |
|---|
| A/C |
| A/C |
| A/C, W/P |
| A/C |
| A/C |
| A/C |
| A/C |
| A/C |
| A/C |
| A/C |
| A/C |
| A/C |

| | | | | | |
|---|---|---|---|---|---|
| L3411-L3412 | 6/25/2003 | Arenson | Neuberger/Lamm | R | Email re: Inquiry about executing Unanimous Written Consent and Contribution Agreement | A/C |
| L3413-L3414 | 6/25/2003 | Neuberger | Lamm/Arenson | R | Email re: Inquiry about executing Unanimous Written Consent and Contribution Agreement | A/C |
| | 6/25/2003 | Lamm | Arenson/Neuberger | R | Email re: Shamrock fee for sale of | A/C |
| | 6/25/2003 | Arenson | Neuberger/Lamm | R | Email re: Shamrock fee for sale of | A/C |
| L3424-L3426 | 7/30/2003 | Neuberger | Arenson/Lamm/Konig/ M. Jesselson | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| | 7/30/2003 | Arenson | Neuberger/Lamm | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| L3428-L3429 | 8/8/2003 | Neuberger | Lamm | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden and Lamm's role as a director of ALH | A/C |
| | 8/6/2003 | Lamm | Neuberger | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden and Lamm's role as a director of ALH | A/C |
| L3430-L3431 | 8/14/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C, W/P |
| | 8/14/2003 | Lamm | Neuberger | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C, W/P |
| L3432-L3434 | 8/14/2003 | J. Lobell | Neuberger/Lamm | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C, W/P |
| | 8/14/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C, W/P |
| | 8/14/2003 | Lamm | Neuberger | R | Email re: Communication with LaGuardia, Lanius and BuchSer | A/C |

| | | | | | |
|---|---|---|---|---|---|
| L3435-L3436 | 8/14/2003 | J. Zich | Lamm | R | Email re: Communication with LaGuardia, Lanius and Buchler and Lamm's duty to report to investors under the LLC agreement |
| L3437-L3440 | 8/14/2003 | Lamm | Neuberger | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 8/15/2003 | Lamm | Neuberger/J. Lobell | R | Email re: Response to email from Buchler | A/C |
| L3443-L3445 | 8/14/2003 | Neuberger | Lamm/J. Lobell | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C, W/P |
| | 8/14/2003 | Lamm | Neuberger | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| | 9/9/2003 | Neuberger | Lamm/Arenson/M.Jesselson/Konig | R | Email re: Response to Shamrock position on Ohio Savings Bank | A/C |
| L3448-L3450 | 9/9/2003 | Lamm | Arenson/M. Frankel/M. Jesselson/Konig/Neuberger/C. Frankel | R | Email re: Response to Shamrock position on Ohio Savings Bank | A/C |
| | 9/16/2003 | Neuberger | Arenson/M.Frankel/M.Jesselson/Konig/ Neuberger/C. Frankel | R | Email re: Response to Buchler em | A/C |
| L3451-L3452 | 9/15/2003 | Lamm | Lamm/Arenson/M. Jesselson/Konig | R | Email re: Response to Buchler em | A/C |
| | 9/24/2003 | 3. Lobell | Lamm | R | Email re: Response to email from Bernstein | A/C |
| | 9/24/2003 | Lamm | J.Lobell | R | Email re: Response to email from Bernstein | A/C, W/P |
| L3459-L3464 | 10/2/2003 | Arenson | Neuberger/Lamm | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| L3465-L3470 | 10/2/2003 | Arenson | Neuberger/Lamm | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| L3471-L3476 | 10/3/2003 | Lamm | Arenson/Neuberger | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |

| | | | | | |
|---|---|---|---|---|---|
| L3477 | 10/2/2003 | Arenson | Neuberger/Lamm | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALH | A/C |
| L3482-L3483 | 10/10/2003 | J. Lobell | Lamm | R | Email re: Suggested response to Bernstein | A/C |
| | 10/10/2003 | Lamm | J. Lobell | R | Email re: Draft of response to Ber | A/C |
| L3488-L3489 | 3/17/2004 | Neuberger | Lamm | R | Email re: Execution of proposed resolutions | A/C |
| | 3/17/2004 | Lamm | Neuberger | R | Email re: Execution of proposed resolutions | A/C, W/P |
| L3490-L3491 | 6/27/2004 | J. Lobell | Lamm | R | Email re: Execution of Audit Confirmation | A/C, W/P |
| | 6/27/2004 | Lamm | J.Lobell | R | Email re: Execution of Audit Confirmation | A/C |
| | 4/3/2003 | J. Lobell | Lamm | R | Email re: Execution of Audit Confirmation | A/C, W/P |
| | 4/3/2003 | Lamm | J.Lobell | R | Email re: Execution of Audit Confirmation | A/C |
| L3492-L3493 | 6/27/2004 | Lamm | J.Lobell | R | Email re: Strategy for meeting with Krieger | A/C, W/P |
| L3494-L3495 | | PAST PRIVILEGE DATE | | | | A/C, W/P |
| L3496-L3497 | | PAST PRIVILEGE DATE | | | | A/C |
| L3504-L3506 | 4/17/2002 | Lamm | Neuberger | R | Email re: Response to email from Krieger | A/C |
| L3511-L3512 | 4/16/2002 | Lamm | Neuberger | R | Email re: Representation of Class B interests | A/C |
| L3518-L3519 | 1/15/2002 | Lamm | J.Zich/S. Zylberberg/ D. Herman | R | Email re: Response to email from Buchler | A/C |
| L3542-L3543 | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents | A/C |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents | A/C, W/P |
| | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents | A/C |

| | | | | | |
|---|---|---|---|---|---|
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents | A/C, W/P |
| L3544-L3545 | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents | A/C |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents | A/C, W/P |
| | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents | A/C |
| L3546-L3547 | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents | A/C |
| | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents | A/C, W/P |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents | A/C |
| L3548-L3549 | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents | A/C |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents | A/C, W/P |
| | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents | A/C, W/P |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Response to Krieger re: Class B participation in ALH Loan | A/C |
| L3550-L3551 | 4/23/2002 | Lamm | Neuberger | R | Email re: Response to Krieger re: Class B participation in ALH Loan | A/C, W/P |

| | | | | | |
|---|---|---|---|---|---|
| L3552-L3553 | 4/23/2002 | Lamm | Neuberger | R | Email re: Response to Krieger re: Class B participation in ALH Loan |
| | 4/23/2002 | Lamm | Neuberger | R | Email re: Review of ALH Loan Documents |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents |
| | 4/23/2002 | Neuberger | Lamm | R | Email re: Review of ALH Loan Documents |
| L3588 | 5/9/2003 | Lamm | Arenson/Neuberger | R | Email re: Fried Frank participation in telephonic Board meeting and potential conflict |
| L3617-L3618 | 6/24/2003 | Neuberger | Lamm/Konig/Arenson/ M. Jesse Ison | R | Email re: Timing of request for Execution of Unanimous Written Consent and Contribution Agreement |
| L3619-L3620 | 6/24/2003 | Lamm | Neuberger | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement |
| L3621-L3622 | 6/24/2003 | Arenson | Neuberger/Lamm/Konig/ M. Jesse Ison | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement |
| L3623-L3624 | 6/24/2003 | Arenson | Neuberger/Lamm/Konig/ M. Jesselson | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement |
| L3625-L3626 | 6/25/2003 | Lamm | Neuberger | R | Email re: Review of ABI Purchase Agreement |
| L3627-L3628 | 6/25/2003 | Lamm | M. Frankel | R | Email re: Review of ABI Purchase Agreement |

Privilege column (rightmost): A/C; A/C; A/C, W/P; A/C, W/P; A/C; A/C; A/C; A/C; A/C; A/C; A/C; A/C; A/C

| Bates | Date | From | To | Priv | Description | A/C |
|---|---|---|---|---|---|---|
| L3652-L3653 | 6/24/2003 | Arenson | Lamm/Neuberger/Konig/ M. Jesselson | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| L3661 | 3/17/2004 | Lamm | Neuberger | R | Email re: Execution of proposed resolutions | A/C |
| L3718-L3719 | 5/6/2003 | Lamm | Neuberger/J. Lobell | R | Email re: Strategy for telephonic Board meeting | A/C |
| | 6/25/2003 | Lamm | Neuberger | R | Email re: Shamrock fee for sale of | A/C |
| | 6/24/2003 | Neuberger | Lamm/Konig/Arenson/ M. Jesselson | R | Email re: Timing of request for Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| L3720-L3721 | 6/25/2003 | Lamm | Neuberger | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| | 6/25/2003 | Arenson | Neuberger/Lamm | R | Email re: Shamrock fee for sale of Contribution Agreement | A/C |
| L3722 | 6/30/2002 | Lamm | Arenson/Neuberger | R | Email re: Strategy for a potential B buyout | A/C |
| L3725-L3727 | 11/3/2002 | Lamm | Konig/Neuberger | R | Email re: Response to email from Krieger | A/C |
| L3742 | 2/17/2003 | Lamm | Neuberger | R | Email re: Effect of marketing ABI on a potential B buy-out | A/C |
| L3754-L3755 | 8/14/2003 | Lamm | Arenson/Neuberger | R | Email re: Communication with LaGuardia, Lanius and Buchler | A/C |
| L3756-L3758 | 3/19/2003 | Lamm | Neuberger | R | Email re: Response to fax from E | A/C |
| | 3/19/2003 | Arenson | Neuberger/Lamm | R | Email re: Response to fax from E | A/C |
| | 3/18/2003 | Neuberger | Lamm/J Lobell | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 3/18/2003 | Lamm | Neuberger | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| L3767 | 3/17/2003 | Lamm | Neuberger/J, Lobell | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| L3769 | 8/7/2002 | Lamm | Neuberger/J. Lobell | R | Email re: Potential "B" Buyout of Extension Letter | A/C |

| | | | | | |
|---|---|---|---|---|---|
| L3770-L3772 | 9/9/2003 | Neuberger | Lamm/ Arenson/M. Jesselson/Konig | R | Email re: Response to Shamrock position on Ohio Savings Bank |
| L3773-L3775 | 9/9/2003 | Lamm | Arenson/M. Frankel/M. Jesselson/Konig/ Neuberger/C. Frankel | R | Email re: Response to Shamrock position on Ohio Savings Bank |
| | 9/9/2003 | Lamm | Arenson/M. Frankel/M. Jesselson/Konig/C. Frankel | R | Email re: Response to Shamrock position on Ohio Savings Bank |
| | 9/9/2003 | Neuberger | Lamm/ Arenson/M. Jesselson/Konig | R | Email re: Response to Shamrock position on Ohio Savings Bank |
| L3778-L3780 | 9/9/2003 | Neuberger | Lamm/Arenson/M. Jesselson/Konig/Neuberger/C. Frankel | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden |
| | 7/30/2003 | Arenson | Neuberger/Lamm | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden |
| L3787-L3789 | 7/30/2003 | Neuberger | Arenson/Lamm/Konig/ M. Jesselson | R | Email re: Potential Fried Frank conflict of interest |
| | 5/13/2003 | Lamm | Neuberger/Arenson | R | Email re: Settlement Agreement and Mutual Release |
| L3846-L3847 | 5/13/2003 | Arenson | Neuberger/Lamm/Konig/ M.Jesselson | R | Telephonic Board Meeting |
| L3857-L3858 | 12/14/2004 | Lamm | Capobianco | R | Email re: Response to email from Krieger |
| L3883-L3884 | 6/20/2002 | Lamm | J.Lobell/J.Zich | R | Email re: Execution of Audit Confirmation |
| L3892 | 4/3/2003 | Lamm | J.Lobell | R | Email re: Draft of response to Ben |
| L3893-L3902 | 10/10/2003 | Lamm | J.Lobell | R | Email re: Draft of response to Bernstein (email attachment) |
| L4035-L4041 | 10/2/2003 | Lamm | Arenson/Neuberger | | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII |

(Rightmost column, privilege designations: A/C, A/C, A/C, A/C, A/C, A/C, A/C, A/C, A/C, A/C (common interest), A/C, A/C, A/C, A/C)

| | | | | | |
|---|---|---|---|---|---|
| L4042-L4043 | 10/2/2003 | Arenson | Neuberger/Lamm | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHH | A/C |
| L4044-L4045 | 10/2/2003 | Lamm | Neuberger/Arenson | R | Memo re: Conversation with Lanius (as email attachment) | A/C |
| L4050-L4051 | 8/6/2003 | Lamm | Neuberger | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| L4135-L4137 | 8/7/2003 | Lamm | Neuberger | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| L4228-L4229 | 3/18/2003 | Lamm | Neuberger | R | Email re: Execution of JMP Engagement Letter Extension | A/C |
| L4265 | 7/23/2002 | Lamm | Neuberger/J. Lobell | R | Email re: Required procedure for sale of Sale of BBC | A/C |
| L12959 | 2/14/2003 | Lamm | Neuberger | R | Email re: Strategy for BOD Meeting on 2/10/04 | A/C |
| L12969 | 4/27/2003 | Lamm | Neuberger | R | Fax re: Potential exit of Bill Lanius and its effect on the value of ALH | A/C |
| L13812 | 8/6/2002 | Lamm | Neuberger | R | Handwritten notes on fax re: Bowden debt | A/C |
| L13866 | 1/11/2004 | Lamm | J. Lobell | R | Email re: Summary of meeting in Brussels with Neuberger and the Class B members | A/C |
| L13867-L13869 | 6/25/2003 | Lamm | J. Lobell | R | Email re: ALH Sale and Enforcement of Agreement | A/C, W/P |
| L13870-L13871 | 6/25/2003 | Lamm | J. Lobell | R | Email re: ALH Sale and Enforcement of Agreement | A/C, W/P |
| L13954-L13955 | 6/25/2003 | Lamm | J. Lobell | R | Email re: ALH Sale and Enforcement of Agreement | A/C, W/P |
| L13958-L13959 | 7/21/2002 | Lamm | J. Lobell | R | Email re: Timing of letter to Shamrock re: collection against Lamm and Zich | A/C |
| | 4/16/2004 | Lamm | J. Lobell | R | Email re: Lamm's role as member of Board of ALH | A/C |

| | | | | | |
|---|---|---|---|---|---|
| L13999-L14003 | 2/7/2003 | Lamm | Arenson/M. Jesselson/Konig/ Neuberger/C. Frankel | R | Memo re: Summary of meeting with LaGuardia and Lanius and strategy for potential B buy-out | A/C |
| L14016-L14017 | 2/6/2003 | Lamm | Neuberger | R | Email re: Strategy for a potential B buyout | A/C |
| | 9/9/2002 | Lamm | Neuberger/Arenson/M. Frankel/M. | R | Email re: Conference with Goldberg | A/C |
| L14040-L14045 | 9/9/2002 | Neuberger | Arenson/M. Frankel/M. | R | Email re: Conference with Goldberg | A/C |
| | 2/7/2003 | Lamm | Arenson/M. Frankel/Konig/Neuberger/ C. Frankel | R | Memo re: Summary of meeting with LaGuardia and Lanius and strategy for potential B buy-out | A/C |
| | 2/6/2003 | Lamm | Neuberger | R | Email re: Strategy for a potential B buyout | A/C |
| L14052-L14053 | 8/6/2002 | Lamm | J. Lobell | R | Email re: Buchler's Response to Neuberger Letter | A/C |
| | 8/6/2002 | J. Lobell | Lamm | R | Email re: Buchler's Response to Neuberger Letter | A/C, W/P |
| L14061 | 3/10/2003 | Lamm | Neuberger | R | Email re: Strategy for negotiating a B buyout | A/C, W/P |
| L14139-L14141 | 6/27/2003 | Arenson | Konig/M. Jesselson/ Neuberger/Lamm | R | Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward | A/C |
| | 6/27/2003 | Lamm | Neuberger/Arenson | | Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward | A/C |