# Exhibit A, Part 3

**PRIVILEGE LOG**
**(PRIVILEGE ONLY)**
**IN RE ALH HOLDINGS LLC**
**Consol. C.A. No. 04-1339-SLR**

| BATES | DATE | AUTHOR | RECIPIENT | PRIVILEGED/REDACTED | DESCRIPTION | PRIVILEGE[1] |
|---|---|---|---|---|---|---|
| ClassB 1415 | 8/6/2002 | Neuberger | Arenson/M. Jesselson/Konig/M. Frankel/Lamm | | Email re: Draft of letter to Shamrock | A/C |
| ClassB 1418-1419 | 8/4/2002 | Arenson | Lamm/Neuberger/M. Jesselson/Konig/M. Frankel/ J. Zich | | Email re: Walter Industries deal and conversation with Buchler and Krieger re: Sale of Bowden | A/C |
| | 8/2/2002 | Lamm | Arenson/Neuberger/M. Jesselson/Konig/M.Frankel/J.Zich | | Email re: Walter Industries deal and conversation with Buchler and Krieger re: Sale of Bowden | A/C |
| ClassB 1420 | 8/2/2002 | Lamm | Arenson/Neuberger/M. Jesselson/Konig/M.Frankel/J.Zich | P | Email re: Walter Industries deal and conversation with Buchler and Krieger re: Sale of Bowden | A/C |
| ClassB 1424 | 7/31/2002 | Neuberger | Lamm/Arenson/Konig/M. Frankel/M. Jesselson | P | Email re: Fried Frank legal fees | A/C |
| ClassB 1425 | 7/31/2002 | Lamm | Neuberger/Arenson | P | Email re: Fried Frank legal fees | A/C |
| ClassB 1427 | 7/29/2002 | Neuberger | Arenson/M. Frankel/M. Jesselson/Konig | P | Email re: Draft letter regarding sale of Bowden | A/C |
| ClassB 1432 | 7/24/2002 | Neuberger | Neuberger/Arenson/M. Jesselson/M. Frankel/Konig/Lamm | P | Email re: Options for ALH Investment | A/C |
| ClassB 1438 | 7/15/2002 | Neuberger | M. Frankel/Arenson/M. Jesselson/Konig/H.Laulus | P | Email re: Email to Shamrock's counsel | A/C |
| ClassB 1447-1448 | 7/11/2004 | Neuberger | Wood/Arenson/M. Jesselson/M. Frankel/ Konig/B. Jesselson/C. Frankel | P | Email re: Discussions regarding draft letter to Shamrock | A/C, W/P |
| ClassB 1458 | 5/9/2004 | Neuberger | Konig/Arenson/M. Jesselson | P | Email re: Conversation with Lamm re: Swiss Re | A/C, W/P |

| | | | | |
|---|---|---|---|---|
| ClassB 1469 | 7/27/2004 | Neuberger | Arenson/Konig/M. Jesselson/M. Frankel/B. Jesselson/T. Wood/C. Frankel | P | Email re: Draft of letter to Shamrock's counsel | A/C, W/P |
| ClassB 1471 | 7/21/2004 | Neuberger | Konig/Arenson/M. Jesselson/M. Frankel/B. Jesselson/C. Frankel | P | Email re: Call from Jarvis | A/C, W/P |
| ClassB 1483-1484 | 7/8/2004 | Neuberger | Arenson/Konig/M. Jesselson/M. Frankel/C. Frankel/TMW | P | Email re: Draft of letter to Krieger and Buchler | A/C, W/P |
| ClassB 1492 | 12/4/2002 | Neuberger | Lamm/Arenson/Konig/M. Jesselson | P | Email re: Walter deal and mediation in Bowden litigation | A/C |
| ClassB 1495 | 12/4/2002 | Lamm | Neuberger | P | Email re: Walter deal and mediation in Bowden litigation | A/C |
| | 12/19/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| ClassB 1497-1498 | 12/19/2002 | Arenson | Neuberger/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| | 12/22/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| | 12/19/2002 | Arenson | Neuberger/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| | 12/19/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| ClassB 1499-1500 | 12/19/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| | 12/22/2002 | Arenson | Neuberger/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| | 12/22/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| | 12/19/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |

| | | | | | |
|---|---|---|---|---|---|
| | 12/19/2002 | Arenson | Neuberger/Konig/M. Jesselson | | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| | 12/19/2002 | Neuberger | Arenson/Konig/M. Jesselson | | P | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| ClassB 1515-1516 | 2/26/2002 | Neuberger | Arenson/J. Lobell | | P | Email re: Representation of B Investors, Fried Frank conflict and sale of ALH | A/C |
| ClassB 1521-1522 | 4/24/2002 | Neuberger | Konig/Tendler/Quinn | | P | Email re: ALH loan and SELK amendment | A/C |
| | 4/24/2002 | Neuberger | Konig/Tendler/Quinn | | P | Email re: ALH loan and SELK amendment | A/C |
| | 4/24/2002 | Neuberger | Konig/Tendler/Quinn | | P | Email re: ALH loan and SELK amendment | A/C |
| | 4/24/2002 | Neuberger | Konig/Tendler/Quinn | | P | Email re: ALH loan and SELK amendment | A/C |
| ClassB 1523-1542 | 4/23/2004 | Neuberger | Konig/Tendler/Quinn | | P | Draft Loan Agreement (as an attachment to email) | A/C |
| ClassB 1554-1555 | 3/16/2004 | Arenson | Lamm/Neuberger | | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| | 3/15/2004 | Lamm | Arenson/Neuberger | | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| | 3/14/2004 | Arenson | Lamm/Neuberger | | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| | 3/14/2004 | Lamm | Neuberger/Arenson | | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| ClassB 1559-1560 | 3/14/2004 | Neuberger | Arenson/Lamm/Konig/M. Jesselson | | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| | 3/14/2004 | Arenson | Lamm/Neuberger | | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| ClassB 1561 | 3/14/2004 | Arenson | Lamm/Neuberger | | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| ClassB 1562 | 3/14/2004 | Lamm | Neuberger/Arenson | | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| ClassB 1563 | 3/7/2004 | STeuberger | K-onig/M. Jesselson/Arenson | | P | Email re: Strategy for negotiations with Shamrock | A/C |
| | 3/5/2004 | Lamm | Nfeuberger | | P | Email re: Strategy for negotiations with Shamrock | A/C |
| | 3/5/2004 | Neuberger | Lamm | | P | Email re: Strategy for negotiations with Shamrock | A/C |

| | Date | From | To | Priv | Description | Type |
|---|---|---|---|---|---|---|
| ClassB 1564 | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations with Shamrock. | A/C |
| | 3/5/2004 | Neuberger | Lamm | P | Email re: Strategy for negotiations with Shamrock. | A/C |
| ClassB 1566-1567 | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations with Shamrock. | A/C |
| ClassB 1568 | 1/22/2004 | Neuberger | Konig/Arenson/M. Jesselson | P | Email re: Retaining North Carolina lawyer for purposes of litigation | W/P |
| ClassB 1572 | 12/8/2003 | Neuberger | Lamm/J. Zich/Arenson/Konig/M. Jesselson/M. Frankel/C. Frankel | P | Email re: Retaining North Carolina lawyer for purposes of litigation | A/C, W/P |
| ClassB 1576 | 11/9/2003 | Neuberger | Arenson/M. Jesselson/Konig | P | Email re: Shamrock's decision to sell Bowden, use of proceeds and strategy regarding same. | A/C |
| ClassB 1577 | 11/9/2003 | Arenson | Lamm/Arenson/M. Jesselson/Konig | P | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| ClassB 1581 | 9/19/2003 | Arenson | Lamm/M. Jesselson/Konig/Neuberger | P | Email re: Agenda for LA meeting with Shamrock and issues to be addressed | A/C |
| ClassB 1582 | 9/11/2003 | Lamm | Neuberger/Arenson | P | Email re: Swiss Re extension and sale of Bowden | A/C |
| ClassB 1592-1593 | 6/27/2003 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of letter to Krieger | A/C |
| ClassB 1594-1595 | 6/27/2003 | Lamm | Arenson/Konig/M. Jesselson/Neuberger/C. Frankel/M. Frankel | P | Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward | A/C |
| | 6/27/2003 | Arenson | Neuberger/Arenson | P | Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward | A/C |
| | 6/27/2003 | Lamm | E Konig/M. Jesselson/Neuberger/Lamm | P | Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward | A/C |
| | 6/27/2003 | Arenson | Neuberger/Arenson | P | Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward | A/C |
| ClassB 1596 | 6/25/2003 | Lamm | Arenson/Neuberger | P | Email re: Waiver for notice requirement for Board Meeting | A/C |
| ClassB 1611 | 3/19/2003 | Lamm | Arenson/Neuberger | | Email re: Engagement Letter Extension and Elovic correspondence | A/C |

| | | | | | |
|---|---|---|---|---|---|
| | 3/19/2003 | Arenson | Neuberger/Lamm | P | Email re: Engagement Letter Extension and Elovic correspondence | A/C |
| ClassB 1616-1617 | 2/9/2003 | Neuberger | Arenson/ Lamm | P | Email re: Class A decision to market ABI and stratey re: same | A/C |
| | 2/7/2003 | Arenson | Lamm/Neuberger | P | Email re: Class A decision to market ABI and stratey re: same | A/C |
| | 2/7/2003 | Lamm | Neuberger/Arenson | P | Email re: Class A decision to market ABI and stratey re: same | A/C |
| ClassB 1619 | 2/7/2003 | Arenson | Lamm/Neuberger | P | Email re: Class A decision to market ABI and stratey re: same | A/C |
| | 2/7/2003 | Lamm | Neuberger/Arenson | P | Email re: Class A decision to market ABI and stratey re: same | A/C |
| ClassB 1627 | 1/19/2003 | Arenson | Neuberger/Konig/M. Jesselson | P | Email re: Conversation with Buchler | A/C |
| ClassB 1628 | 1/9/2003 | Lamm | Arenson/Neuberger | P | Email re: Future of ALH | A/C |
| ClassB 1629-1630 | 1/2/2003 | Neuberger | Lamm | P | Email re: Impact of Bowden litigation on B-buyout and Konig's loan | A/C |
| | 1/2/2003 | Lamm | Neuberger | P | Email re: Impact of Bowden litigation on B-buyout and Konig's loan | A/C |
| ClassB 1642-1643 | 12/22/2002 | Nfeuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHIII financing and problems with sale process | A/C |
| | 12/22/2002 | Arenson | Neuberger/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHIII financing and problems with sale process | A/C |
| | 12/19/2002 | Neuberger | K.onig/Arenson/M. Jesselson | P | Email re: Email to Krieger | A/C |
| | 12/19/2002 | Arenson | Neuberger/Konig/M. Jesselson | P | Email re: Email to Krieger | A/C |
| ClassB 1644-1645 | 12/19/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHIII financing and problems with sale process | A/C |
| | 12/19/2002 | Arenson | Neuberger/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHIII financing and problems with sale process | A/C |
| | 12/19/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHIII financing and problems with sale process | A/C |
| ClassB 1647 | 12/19/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Draft of email to Krieger re: ALHIII financing and problems with sale process | A/C |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 12/19/2002 | Arenson | Neuberger/Konig/M. Jesselson | | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| ClassB 1653 | 12/19/2002 | Neuberger | Konig/Arenson/M. Jesselson | | Email re: Draft of email to Krieger re: ALHII financing and problems with sale process | A/C |
| ClassB 1654 | 12/19/2002 | Neuberger | Lamm/Arenson/M. Jesselson/Konig | P | Email re: Walter deal and mediation in Bowden litigation | A/C |
| ClassB 1655 | 12/4/2002 | Lamm | Neuberger | | Email re: Walter deal and mediation in Bowden litigation | A/C |
| ClassB 1656 | 12/1/2002 | Arenson | Neuberger | P | Email re: Response to Krieger | A/C |
| ClassB 1658 | 11/29/2002 | Arenson | Neuberger | P | Email re: Response to Krieger | A/C |
| ClassB 1666-1670 | 12/1/2002 | Neuberger | Arenson/Konig/M. Jesselson | P | Email re: Response to Krieger | A/C |
| ClassB 1673 | 11/12/2002 | Neuberger | <Conig/M. Jesselson/B. Jesselson/Arenson | P | Fax re: Execution of Walter letter of intent and impact on Class B interest | A/C |
| ClassB 1676 | 10/31/2002 | Steunberger | Lamm/Arenson/M. Frankel/M. Jesselson/Konig/C.Frankel | P | Email re: Potential 'B' Buyout | A/C |
| ClassB 1689 | 10/22/2002 | Lamm | Arenson/M. Frankel/M. Jesselson/Konig/Neuberger/CFrank el | P | Email re: Lamm conversation with Buchler re: potential B buyout | A/C |
| ClassB 1693-1694 | 9/18/2002 | Lamm | Arenson/M.Frankel/M. Jesselson/Konig/Neuberger | P | Email re: Walter industries | A/C |
| ClassB 1696 | 9/9/2002 | Lamm | Neuberger/Arenson/M. Frankel/M. Jesselson/Konig | P | Email re: Valuation of ALH | A/C |
| ClassB 1697 | 9/9/2002 | Neuberger | Arenson/M. Frankel/M. Jesselson/Konig/Lamm | P | Email re: Valuation of ALH | A/C |
| | 9/9/2002 | Lamm | Arenson/M. Frankel/M. Jesselson/Konig/Neuberger | P | Email re: Valuation of ALH | A/C |
| | 9/3/2002 | Lamm | Arenson/M. Frankel/ M. Jesselson/Konig/Neuberger | P | Email re: Miami Meeting with Landstar and strategy for B-buyout | A/C |
| ClassB 1698-1700 | 8/30/2002 | Neuberger | Arenson/M. Jesselson/C.Frankel/M. Frankel/Konig | P | Email re: Management Meeting and B buyout strategy | A/C |
| ClassB 1717-1718 | 8/11/2002 | Neuberger | Arenson/M. Jesselson/B. Jesselson/C. Frankel/M. Frankel/Konig/Lamm | P | Email re: Strategy for ALH Board Meeting and response to Krieger | A/C |
| | 3/19/2003 | Lamm | Neuberger/Arenson | P | Email re: Strategy for B-buyout | A/C |
| | 3/19/2003 | Neuberger | Lamm/Arenson | P | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | | | | | Email re: Execution of JMP Engagement Letter Extension | A/C |

| | Date | From | To | P | Description | Privilege |
|---|---|---|---|---|---|---|
| | 3/19/2003 | Lamm | Arenson/Neuberger | P | Email re: Execution of JMP Engagement Letter Extension | A/C |
| ClassB 1719-1720 | 3/19/2003 | Arenson | Lamm/Neuberger | P | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 3/19/2003 | Neuberger | Lamm/Arenson | P | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 3/19/2003 | Lamm | Neuberger/Arenson | P | Email re: Execution of JMP Engagement Letter Extension | A/C |
| | 3/19/2003 | Arenson | Neuberger/Lamm | P | Email re: Execution of JMP Engagement Letter Extension | A/C |
| ClassB 1727-1728 | 1/22/2004 | Neuberger | Lamm/J. Zich/Arenson/Konig/M. Jesselson/C. Frankel/M. Frankel | P | Email re: Retaining North Carolina lawyer for purposes of litigation | W/P |
| ClassB 1729-1730 | 1/22/2004 | Neuberger | Konig/Arenson/M. Jesselson | P | Email re: Retaining North Carolina lawyer for purposes of litigation | A/C, W/P |
| ClassB 1735 | 1/29/2004 | K. Schumann | Konig/Neuberger | P | Email re: Jesselson contact with Stanley Gold/matters unrelated to ALH | A/C |
| | 1/28/2004 | Konig | Neuberger | P | Email re: Jesselson contact with Stanley Gold/matters unrelated to ALH | A/C, W/P |
| ClassB 1736-1739 | 2/25/2004 | J. Zich | Neuberger | P | Email re: History of ALH prepared for Neuberger | W/P |
| | 2/12/2004 | J. Zich | Lamm | P | Email re: History of ALH prepared for Neuberger | W/P |
| ClassB 1740 | 3/5/2004 | Neuberger | Lamm | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| ClassB 1741 | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| ClassB 1742-1743 | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/5/2004 | Neuberger | Lamm | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| ClassB 1744-1745 | 3/5/2004 | Neuberger | Konig/M.Jesselson/Arenson | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/7/2004 | Neuberger | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/5/2004 | Neuberger | Lamm | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |

| | | | | | |
|---|---|---|---|---|---|
| ClassB 1746 | 3/8/2004 | Neuberger | M. Frankel/ C. Frankel | P | Email re: Update on status of ALH | A/C |
| ClassB 1747 | 3/8/2004 | K. Schumann (dictation of voicemail from Frankels) | Neuberger | P | Email re: Update on status of ALH | A/C |
| ClassB 1748-1749 | 3/8/2004 | K. Schumann (dictation of voicemail from Frankels) | Neuberger | P | Email re: Update on status of ALH | A/C |
| | 3/7/2004 | M. Jesselson | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/7/2004 | Neuberger | Konig/M.Jesselson/Arenson | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/5/2004 | Neuberger | Lamm | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| | 3/5/2004 | Lamm | Neuberger | P | Email re: Strategy for negotiations re: dispute with Shamrock | A/C |
| ClassB 1753-1754 | 3/15/2004 | Lamm | Arenson/Neuberger | P | Email re: Response to proposed sale of BBC | A/C |
| | 3/14/2004 | Arenson | Lamm/Neuberger | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| ClassB 1760-1762 | 3/14/2004 | Lamm | Arenson/Neuberger | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| | 3/16/2004 | Arenson | Lamm/Neuberger | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| | 3/15/2004 | Lamm | Arenson/Neuberger | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| | 3/14/2004 | Arenson | Lamm/Neuberger | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| | 3/14/2004 | Lamm | Neuberger/Arenson | P | Email re: Proposal for sale of BBC and response to proposal | A/C |
| ClassB 1773-1774 | 6/6/2004 | J. Lobell | Neuberger/Lamm | P | Email re: Confession of Judgment | A/C |
| | 6/6/2004 | Neuberger | Lamm/J Lobell | P | Email re: Confession of Judgment | A/C |
| ClassB 1775-1776 | 6/4/2004 | Lamm | Neuberger | P | Email re: Confession of Judgment | A/C |
| | 7/11/2004 | Neuberger | Wood/Arenson/ M. Frankel/ Konig/B. Jesselson/ C. Frankel | P | Email re: Discussions regarding draft letter to Shamrock | A/C, W/P |
| | | OUTSIDE PRIVILEGE DATE | | | | |
| ClassB 4486-4488 | 3/18/1999 | Michael Quinn | J. Zich | P | Letter re: Amendment to SELK Operating Agreement | A/C |
| ClassB 4489 | | | | | | |

| | PRIVILEGE DATE | | | | | | |
|---|---|---|---|---|---|---|---|
| ClassB 4490-4491 | 3/24/2004 | Neuberger | Arenson/M. Jesselson/B. Jesselson/C. Frankel/M. Frankel/Konig/Lamm | | P | Email re: Sale of BBC, dispute with Shamrock | A/C, W/P |
| ClassB 4493-4494 | | | OUTSIDE PRIVILEGE DATE | | | | |
| ClassB 4495-4497 | | | OUTSIDE PRIVILEGE DATE | | | | |
| ClassB 4498-4499 | | | PAST PRODUCTION DATE | | | | |
| ClassB 4500-4501 | 3/20/2004 | Neuberger | Arenson/M. Jesselson/B. Jesselson/C. Frankel/M. Frankel/Konig/Lamm | | P | Email re: sale of BBC, dispute with Shamrock | A/C,W/P |