# Exhibit A, Part 4

*LUU Ut* REDACTED

UULIMEJNIS

IN RE ALH HOLDINGS

LLC

ConsoL. C.A. No. 04-1339-SLR

| BATES | DATE | AUTHOR | RECIPIENT | REDACTED/ PRIVILEGED | DESCRIPTION | PRIVILEGE[1] |
|---|---|---|---|---|---|---|
| ClassB1-3 | 11/11/2002 | Neuberger | Arenson | R | Email re: Responses to Krieger email | A/C |
| ClassB 75 | 4/4/2004 | Meuberger | Arenson/Lamn | R | Email re: Response to Buchler letter re: Fried Frank conflict waiver | A/C, W/P |
| ClassB 75 | 4/2/2004 | Arenson | Meuberger | R | Email re: Letter Fried Frank conflict waiver | A/C |
| ClassB 82 | 4/2/2004 | Arenson | Neuberger | R | Email re: Letter Fried Frank conflict waiver | A/C |
| ClassB 99-100 | 3/25/2004 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revised SPA | A/C |
| | 3/24/2004 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C |
| | 3/24/2004 | Arenson | Neuberger | R | Email re: Legal strategy for response to Bowden-revised SPA | A/C |
| | 3/24/2004 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C, W/P |
| ClassB 101-103 | 3/24/2004 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C |
| | 3/24/2004 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C |
| | 3/24/2004 | M. Jesselson | Neuberger/Konig/Arenson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C |
| | 3/24/2004 | Neuberger | M.Jesselson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C |
| | 3/24/2004 | Arenson | Neuberger | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C |
| | 3/24/2004 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C, W/P |
| | 3/24/2004 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C |
| ClassB 104 | 3/24/2004 | M. Jesselson | Neuberger/Konig/Arenson | R | **Email re: Legal strategy for response to Bowden-revisedSPA** | A/C |
| | 3/24/2004 | Neuberger | M.Jesselson | R | Email re: Legal strategy for response to Bowden-revised SPA | A/C |
| | 3/24/2004 | Arenson | Neuberger | R | Email re: Legal strategy for response to Bowden-revised SPA | A/C |
| ClassB 105 | 3/24/2004 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C, W/P |
| ClassB 105 | 3/24/2004 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revised SPA | A/C |
| ClassB 106 | 3/24/2004 | VI. Jesselson | Sfeuberger/Konig/ Arenson | R | Email re: Legal strategy for response to Bowden-revised SPA | A/C |

| ID | Date | Author | Recipient | R | Description | Priv |
|---|---|---|---|---|---|---|
| | 3/24/2004 | Arenson | STeuberger/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden- revisedSPA | A/C |
| ClassB 107-108 | 3/24/2004 | Arenson | Meuberger | R | Email re: Summary of conference with Shamrock re: sale of BBC | A/C |
| | 3/24/2004 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden- revised SPA | A/C, W/P |
| ClassB 109 | 3/24/2004 | Arenson | Sfeuberger/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden- revised SPA | A/C |
| | 3/24/2004 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden- revised SPA | A/C |
| | 3/24/2004 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden- revised SPA | A/C, W/P |
| ClassB 133-137 | 10/3/2003 | Lamm | Neuberger/Arenson | R | Email re: Legal strategy for response to Bowden- revised SPA | A/C |
| ClassB 138-141 | 10/2/2003 | Arenson | Neuberger/Arenson | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| | 10/2/2003 | Lamm | Neuberger/Arenson | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| ClassB 273-279 | 10/2/2003 | Arenson | Neuberger/Arenson | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| | 10/2/2003 | Lamm | Neuberger/Arenson | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| ClassB 280-283 | 10/2/2003 | Arenson | Neuberger/Arenson | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| | 10/2/2003 | Arenson | Neuberger/Lamm | R | Email re: Strategy for meeting between Arenson and Buchler to discuss ALHII | A/C |
| ClassB 287 | 9/16/2003 | Neuberger | Lamm/Arenson/M.Jesselson/Konig | R | Email Re: Response to Buchler email | A/C |
| | 9/15/2003 | Lamm | Neuberger/Konig/M. Jesselson/Arenson/M. Frankel/C. Frankei | R | Email Re: Response to Buchler email | A/C |
| ClassB 288-290 | 9/9/2003 | Neuberger | Lamm/Arenson/M.Jesselson/Konig | R | Email re: Response to Shamrock position on | A/C |
| | 9/9/2003 | Lamm | Meuberger/Konig/M. resselson/Arenson/Frankel/Hesky | R | Email re: Response to Shamrock position on Ohio Savings Bank | A/C |
| Class B 323-325 | 8/8/2003 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Response to Shamrock position on Ohio Savings Bank | A/C |
| | 8/6/2003 | Lamm | Neuberger | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| ClassB 328-333 | 8/8/2003 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| | 8/7/2003 | Lamm | Neuberger | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| ClassB 335-337 | 7/30/2003 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| | 7/30/2003 | Lamm | Neuberger | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| | 7/30/2003 | Neuberger | Arenson/Konig/M. Jesselson/Lamm | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C, W/P |
| | 7/30/2003 | Arenson | Neuberger/Lamm | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |

| Bates | Date | Author | Recipient(s) | | Description | Claim |
|---|---|---|---|---|---|---|
| ClassB 338-339 | 7/30/2003 | Neuberger | Arenson/Konig/M. Jesselson/Lamm | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C, W/P |
| ClassB 340 | 7/30/2003 | Arenson | Neuberger/Lamm | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| ClassB 354-355 | 6/26/2003 | Arenson | Neuberger/Lamm | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| ClassB 356-357 | 6/26/2003 | Arenson | Neuberger | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB 358 | 6/26/2003 | Arenson | Neuberger | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB 365-366 | 6/25/2003 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Proposed settlement agreement with Bowden family | A/C |
| ClassB 367-368 | 6/25/2003 | Neuberger | Lamm/Arenson | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| | 6/25/2003 | Neuberger | Arenson/Neuberger | R | Email re: Shamrock fee for sale of ABI | A/C |
| | 6/25/2003 | Lamm | Arenson/Neuberger | R | Email re: Shamrock fee for sale of ABI | A/C, W/P |
| | 6/25/2003 | Arenson | Neuberger/Lamm | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| | 6/25/2003 | Arenson | Neuberger/Konig/M. Jesselson/Lamm | R | Email re: Shamrock fee for sale of ABI | A/C |
| ClassB 369 | 6/25/20p3 | Arenson | Neuberger/Lamm | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB 370 | 6/25/2003 | Arenson | Neuberger/Lamm | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| | 6/25/2003 | Lamm | Neuberger | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB 373-374 | 6/24/2003 | Neuberger | Lamm/Konig/Arenson/M. Jesselson | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| | 6/24/2003 | Lamm | Neuberger/Konig/M. Jesselson/Lamm | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB 377 | 6/24/2003 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Shamrock fee for sale of ABI | A/C |
| ClassB 378-379 | 6/24/2003 | Neuberger | Arenson/Lamm/Konig/M. Jesselson | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| | 6/24/2003 | Lamm | Neuberger | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB 380-382 | 5/13/2003 | Lamm | Neuberger/Arenson | R | Email re: Response to Shamrock's refusal to allow Neuberger to participate in Telephonic Board Meeting | A/C |
| | 5/13/2003 | Arenson | Neuberger/Arenson | R | Email re: Response to Shamrock's refusal to allow Neuberger to participate in Telephonic Board Meeting | A/C |
| ClassB 386 | 5/9/2003 | Neuberger | M. Jesselson/Konig/Arenson | R | Email re: Representation of Class B interests at Board Meeting | A/C |
| ClassB 387-389 | 5/8/2003 | M. Jesselson | Neuberger | R | Email re: Representation of Class B interests at Board meeting | A/C |
| | 5/9/2003 | M. Jesselson | Neuberger/Konig/Arenson | R | Email re: Representation of Class B interests at Board meeting | A/C |
| | 5/9/2003 | Neuberger | Konig/Arenson/M. Jesselson | R | Email re: Representation of Class B interests at Board meeting | A/C |
| | 5/8/2003 | M. Jesselson | Neuberger | R | Email re: Representation of Class B interests at Board meeting | A/C |

| ClassB | Date | Author | Recipient(s) | Description | Claim |
|---|---|---|---|---|---|
| ClassB 391 | 5/7/2003 | Neuberger | Arenson/Konig/M. Jesselson/Lamm | Email re: Representation of Class B interests at Board meeting | A/C |
| ClassB 412-414 | 4/4/2003 | Neuberger | Arenson/Konig/M. Jesselson | Email re: Sale of ABI, discussions with Class A for potential buy-out and status of Bowden litigation | A/C, W/P |
| ClassB 415-416 | 4/4/2003 | Arenson | Konig/MJesselson/Neuberger | Email re: Sale of ABI, discussions with Class A for potential buy-out and status of Bowden litigation | A/C |
| ClassB 430 | 4/4/2003 | Arenson | Neuberger/Konig/M. Jesselson | Email re: Sale of ABI, discussions with Class A for potential buy-out and status of Bowden litigation | A/C |
| ClassB 432-433 | 3/18/2003 | Neuberger | Lamm/Jay Lobell | Email re: Effect of execution of JMP Engagement | A/C, W/P |
| ClassB 434-435 | 3/18/2003 | Lamm | Lamm/Jay Lobell | Email re: Effect of execution of JMP Engagement | A/C, W/P |
|  | 3/18/2003 | Neuberger | Lamm/Jay Lobell | Email re: Effect of execution of JMP Engagement | A/C |
|  | 3/18/2003 | Lamm | Neuberger | Letter Extension | A/C |
|  | 2/16/2003 | Neuberger | Lamm/Arenson | Letter Extension | A/C |
|  | 2/14/2003 | Lamm | Neuberger | Email re: Strategy for BOD Meeting on 2/10/03 | A/C |
| ClassB 469-471 | 1/27/2003 | Neuberger | Neuberger | Email re: Neuberger attendance at BOD meeting in Charlotte | A/C |
|  | 1/27/2003 | Arenson | Neuberger | Email re: Neuberger attendance at BOD meeting in Charlotte | A/C |
| ClassB 475-476 | 12/19/2002 | Arenson | Neuberger | Email re: Draft e-mail to Krieger re: Sale of ALH and potential "B" buyout | A/C |
| ClassB 477-478 | 12/19/2002 | Neuberger | Arenson/Konig/M.Jesselson | Email re: Draft e-mail to Krieger re: Sale of ALH and potential "B" buyout | A/C |
| ClassB 479 | 12/19/2002 | Arenson | Neuberger/Konig/M.Jesselson | Email re: Draft e-mail to Krieger re: Sale of ALH and potential "B" buyout | A/C |
| ClassB 480-482 | 12/19/2002 | Neuberger | Vl.Jesselson/Konig/Arenson | Email re: Strategy for conference call with Shannock | A/C |
|  | 12/19/2002 | Arenson | Neuberger/Konig/M. Jesselson | Email re: Draft e-mail to Krieger re: Sale of ALH and potential "B" buyout | A/C |
|  | 12/19/2002 | Neuberger | Neuberger/Konig/M. Jesselson | Email re: Strategy for potential "B" Buyout | A/C |
|  | 12/19/2002 | Arenson | Neuberger/Konig/M.Jesselson | Email re: Potential "B" Buyout offer | A/C |
| ClassB 490-492 | 11/5/2002 | Arenson | Meuberger | Email re: Response to Krieger email | A/C |
| ClassB 493-494 | 11/3/2002 | Sfeuberger | Meuberger | Email re: Response to Krieger email | A/C |
| ClassB 495-496 | 11/3/2002 | Arenson | Arenson | Email re: Response to Krieger email | A/C |
|  | 11/3/2002 | NTeuberger | Neuberger | Email re: Response to Krieger email | A/C |
|  | 11/3/2002 | Arenson | Arenson | Email re: Response to Krieger email | A/C |
|  | 11/3/2002 | Neuberger | N Teuberger | Email re: Response to Krieger email | A/C |
|  | 11/3/2002 | Arenson | Arenson | Email re: Response to e-mail from Buchler re: Shannock | A/C |
| ClassB 512 | 8/7/2002 | Lamm | Neuberger/Jay Lobell | Email re: Potential "B" Buyout offer | A/C, W/P |
| ClassB 515 | 8/8/2002 | Arenson | Neuberger/Lamm | Email re: Response to Krieger email | A/C |
| Class B 702-704 | 11/11/2002 | Neuberger | Neuberger/M. Jesselson/Konig | ALH Board Meeting | A/C |
|  |  | Arenson | Arenson | Email re: Draft response to Buchler email | A/C |
|  |  | Neuberger | Neuberger/M. Jesselson/Konig | Email re: Response to e-mail from Buchler re: ALH Board Meeting | A/C |
| Class B 786-787 | 7/2/2004 | Arenson | Neuberger/M. Jesselson/Konig | ALH/Mulvaney Homes Update | A/C |

| Bates No. | Date | From | To | R | Description | Privilege |
|---|---|---|---|---|---|---|
| ClassB 790 | | Arenson | Neuberger | R | Email re: Lion & Lamm Confession of Judgment | A/C |
| ClassB 794 | 5/20/2004 | Lamm | Neuberger | R | Fax Cover Letter re: Effect of execution of Wafler exclusivity letter on potential B buyout | A/C |
| ClassB 799-800 | 11/11/2002 | Lamm | Neuberger | R | Email re: Strategy for conference call with Shamrock | A/C |
| ClassB 845 | 12/3/2002 | Neuberger | M. Jesselson/Konig/Arenson | R | Email re: Response to e-mail from Bucher re: ALH Board Meeting | A/C |
| ClassB 921-922 | 8/8/2002 | Arenson | Neuberger/Lamm | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB 929-930 | 6/24/2003 | Neuberger | Lamm/Neuberger/Konig/M. Jesselson | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB 938-939 | 6/24/2003 | Lamm | Neuberger/Arenson | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB 940-941 | 6/25/2003 | Arenson | Lamm/Konig/Arenson/M. Jesselson | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement and Shamrock request for fee for sale of ABI | A/C |
| | 6/26/2003 | Lamm | Neuberger | R | Email re: Timing of request for Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| | 6/24/2003 | Neuberger | Neuberger | R | Email re: Execution of Unanimous Written Consent and Contribution Agreement | A/C |
| ClassB1105 | 3/17/2004 | Lamm | Neuberger | R | Email re: Execution of proposed resolutions | A/C |
| ClassB 1106-1107 | 3/24/2004 | M. Jesselson | Neuberger/Arenson/Konig | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C |
| | 3/24/2004 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Legal strategy for response to Bowden-revisedSPA | A/C |
| ClassB 1126 | 4/27/2004 | Konig | Neuberger | R | Email re: Legal strategy for Class B response to sale of Bowden | A/C |
| ClassB 1127-1128 | 4/27/2004 | Konig | Neuberger | R | Email re: Legal strategy for Class B response to sale of Bowden | A/C |
| ClassB 1129-1130 | 4/28/2004 | Konig | Neuberger | R | Email re: Legal strategy for Class B response to sale of Bowden | A/C |
| ClassB 1147 | 5/5/2004 | Arenson | Neuberger/M. Jesselson/Konig | R | Email re: Legal strategy for proposed recapitalization of ALHII | A/C |
| ClassB 1157 | 5/20/2004 | Arenson | Neuberger | R | Email re: Response to proposed recapitalization of ALHII | A/C |
| ClassB 1267-1268 | 9/9/2004 | Neuberger | Arenson/Konig/M. Jesselson/B. Jesselson/M. Frankel/S. Wood | R | Email re: Lion & Lamm Confession of Judgment | A/C, W/P |
| | 9/9/2004 | Arenson | Neuberger | R | Email re: Effect of Wachovia forbearance agreement on Class B interest | A/K |
| ClassB 1349 | 7/29/2003 | Lamm | Neuberger/Arenson | R | Email re: Effect of Wachovia forbearance agreement on Class B interest | A/C |
| | | Neuberger | Neuberger/Arenson | R | Email re: Sweeney and LaGuardia's involvement with potential buyer for Bowden | A/C |
| ClassB 1354-1355 | 5/13/2003 | Lamm | Arenson/Lamm | R | Email re: Response to Shamrock's refusal to allow Neuberger to participate in Telephonic Board Meeting | A/C, W/P |
| | 5/13/2003 | Neuberger | Neuberger/Arenson | R | Email re: Response to Shamrock's refusal to allow Neuberger to participate in Telephonic Board Meeting | A/C |

| Document | Date | Author | Recipient(s) | | Description | Privilege |
|---|---|---|---|---|---|---|
| ClassB 1380 | 5/13/2003 | Arenson | Neuberger/Lamm/Konig/M. Jesselson | R | Email re: Response to Shamrock's refusal to allow Neuberger to participate in Telephonic Board Meeting | A/C |
| ClassB 1397-1398 | 8/14/2002 | Arenson | Meuberger | R | Email re: Analysis of Walter letter of intent | A/C |
| ClassB 1399 | 11/14/2002 | Neuberger | Konig/Arenson/M. Jesselson | R | Email re: Summary of Class B conference call re: legal strategy for BOD meeting in Charlotte | A/C, W/P |
| ClassB 1400-1401 | 12/19/2002 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Potential "B" Buyout offer | A/C, W/P |
| ClassB 1405-1406 | 12/19/2002 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Draft e-mail to Krieger re: Sale of ALH and potential "B" buyout | A/C, W/P |
| ClassB 1407-1408 | 12/19/2002 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Draft e-mail to Krieger re: Sale of ALH and potential "B" buyout | A/C |
| ClassB 1409-1410 | 10/23/2002 | Lamm | Arenson/M. Frankel/M. Jesselson | R | Email re: Potential "B" buyout offer | A/C |
| ClassB 1439-1440 | 1/27/2003 | Neuberger | Arenson/M. Frankel/M. Jesselson/Konig/Neuberger/C. Frankel | R | Email re: Lamm conversation with Buchler re: potential B buyout | A/C |
| ClassB 1463-1464 | 1/27/2003 | Arenson | Arenson | R | Email re: Neuberger attendance at BOD meeting in Charlotte | A/C |
| ClassB 1465-1466 | 3/24/2004 | Neuberger | Neuberger | R | Email re: Neuberger attendance at BOD meeting in Charlotte | A/C |
| ClassB 1480-1482 | 3/24/2004 | Arenson | Neuberger | R | Email re: Neuberger attendance at BOD meeting in Charlotte | A/C |
| ClassB 1487 | 3/24/2004 | Neuberger | Neuberger | R | Email requesting Lamm to forward comments to Neuberger re: Class A's decision to exit the ALH investment | A/C |
| ClassB 1489 | 7/31/2002 | Arenson | Lamm | R | Email re: Draft of letter to Krieger and Buchler | A/C, W/P |
| ClassB 1493 | 4/27/2004 | Konig | Neuberger | R | Email re: Legal strategy for response to Bowden- revised SPA | A/C, W/P |
| ClassB 1494 | 4/28/2004 | Konig | Neuberger | R | Email re: Legal strategy for response to Bowden-revised SPA | A/C |
| ClassB 1544-1545 | 7/9/2004 | Neuberger | Arenson/Konig/M. Jesselson/M. Frankel/TMW/C. Frankel | R | Email re: Legal strategy for response to Bowden re: sale of BBC | A/C |
| ClassB 1546-1547 | 11/14/2002 | Neuberger | Konig/Arenson/Jesselson | R | Email re: Summary of conference with Shamrock | A/C, W/P |
| ClassB 1548-1549 | 11/14/2002 | Neuberger | Neuberger | R | Email re: Legal strategy for Class B response to sale of Bowden | A/C |
| | 12/12/2002 | Neuberger | Arenson/M. Jesselson/Konig/Lamm | R | Email re: Legal strategy for Class B response to sale of Bowden | A/C |
| | 12/12/2002 | Neuberger | Arenson/M. Jesselson/Konig/Lamm | R | Email re: Summary of Class B conference call re: legal strategy for BOD meeting in Charlotte | A/C |
| | 3/25/2004 | Neuberger | Lamm | R | Email re: Identity of "B" Investors and meeting with Shamrock | A/C |
| | 4/8/2004 | Neuberger | Arenson/Konig/M. Jesselson | R | Email re: Class B position regarding Bowden sale and impact on Swiss Re | A/C, W/P |
| | 4/7/2004 | Arenson | Neuberger/Konig/M. Jesselson | R | Email re: Class B position regarding Bowden sale and impact on Swiss Re | A/C |
| | 3/29/2004 | Neuberger | Arenson/Konig/M.Jesselson | R | Email re: Conversation with Lantis and Class B strategy | A/C |
| | | | | R | Email re: Response to Buchler email | A/C |
| | | | | R | Email re: Response to Buchler email | A/C |
| | | | | R | Email re: Response to Buchler email re: opposition to sale of ABI | A/C |

| Bates No. | Date | Author | Recipient(s) | Priv. | Description | Basis |
|---|---|---|---|---|---|---|
| ClassB 1570 | 12/9/2003 | Neuberger | M. Frankel/Arenson/Konig/M. Jesselson | R | Email re: Report on LA meeting; legal strategy regarding Shamrock's decision to sell Bowden to LaGuardia | A/C |
| ClassB 1571 | 12/8/2003 | Neuberger | Arenson/M. Jesselson/Konig | R | Email re: Report on LA meeting; legal strategy regarding Shamrock's decision to sell Bowden to LaGuardia | A/C |
| ClassB 1574 | 11/9/2003 | Neuberger | Lamm/M. Jesselson/Konig/Neuberger | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| ClassB 1575 | 11/9/2003 | Arenson | Arenson/M. Jesselson/Lamm/Konig | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| ClassB 1607-1608 | 11/9/2003 | Neuberger | Lamm/M. Jesselson/Konig/Neuberger | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| ClassB 1609-1610 | 11/9/2003 | Arenson | Lamm/M. Jesselson/Konig | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| ClassB 1648 | 3/19/2003 | Lamm | Neuberger/Arenson | R | Email re: Effect of execution of TMP Engagement Letter Extension | A/C |
| ClassB 1649 | 3/19/2003 | Neuberger | Neuberger/Arenson | R | Email re: Engagement Letter Extension and Elovic correspondence | A/C |
| ClassB 1650 | 3/19/2003 | Lamm | Lamm/Arenson | R | Email re: Engagement Letter Extension and Elovic correspondence | A/C |
|  | 3/19/2003 | Neuberger | Arenson/Neuberger | R | Email re: Engagement Letter Extension and Elovic correspondence | A/C |
|  | 3/19/2003 | Lamm | Neuberger/Arenson | R | Email re: Effect of execution of TMP Engagement Letter Extension | A/C |
| ClassB 1659 | 12/12/2002 | Lamm | Lamm/Arenson | R | Email re: Class B position regarding Bowden sale and impact on Swiss Re | A/C |
|  | 12/12/2002 | Neuberger | Neuberger/Arenson | R | Email re: Class B position regarding Bowden sale and impact on Swiss Re | A/C |
|  | 12/12/2002 | S'teuberger | Arenson/M. Jesselson/C.Frankel/M. Frankel | R | Email re: Class B position regarding Bowden sale and impact on Swiss Re | A/C |
| ClassB 1661 | 11/14/2002 | Meuberger | Neuberger/Arenson/M. Jesselson/C.Frankel/M. Frankel | R | Email re: Summary of Class B conference call re: legal strategy for BOD meeting in Charlotte | A/C |
|  | 11/14/2002 |  | Arenson/M. Jesselson/Konig/Lamm | R | Email re: Summary of Class B conference call re: legal strategy for BOD meeting in Charlotte | A/C |
|  | 11/14/2002 |  | Konig/Arenson/Jesselson | R | Email re: Summary of Class B conference call re: legal strategy for BOD meeting in Charlotte | A/C |
| ClassB 1672 | 10/27/2002 | Neuberger | Konig/Arenson/Jesselson | R | Email re: Potential "B" Buyout | A/C |
| ClassB 1688 | 9/18/2002 | Lamm | Arenson/M. Jesselson/Konig/Lamm/M. Frankel/C. Frankel | R | Email re: Response to offer from Walter Industries | A/C |
| ClassB 1707-1708 | 8/6/2002 | Neuberger | Arenson/M Frankel/M. Jesselson/Konig/Neuberger | R | Email re: Draft of letter to Shamrock | A/C |
| ClassB 1721-1722 | 1/22/2004 | Neuberger | Lamm/J. Zich/Arenson/Konig/M.Jesselson/C.Frankel/M Frankel | R | Email re: Retaining North Carolina lawyer for litigation | W/P |
| ClassB 1723-1725 | 1/22/2004 | Neuberger | Lamm/J. Zich/Arenson/Konig/M. Jesselson/C.Frankel/M. Frankel | R | Email re: Retaining North Carolina lawyer for litigation | W/P |

| | | | | | | |
|---|---|---|---|---|---|---|
| ClassB 1731-1732 | 1/22/2004 | Neuberger | Konig/Arenson/M. Jesselson | R | Email re: Retaining North Carolina lawyer for litigation | A/C, W/P |
| ClassB 1750-1752 | 3/14/2004 | Arenson | Lamm/Neuberger | R | Email re: Strategy for reaction to proposed sale of BBC | A/C |
| | 3/14/2004 | Lamm | Arenson/Neuberger | R | Email re: Strategy for reaction to proposed sale of BBC | A/C |
| ClassB 1755-1756 | 3/14/2004 | Arenson | Lamm/Neuberger | R | Email re: Strategy for reaction to proposed sale of BBC | A/C |
| ClassB 1755-1756 | 3/14/2004 | Lamm | Neuberger/Arenson | R | Email re: Strategy for reaction to proposed sale of BBC | A/C |
| ClassB 1764 | 3/25/2004 | Neuberger | Lamm | R | Email re: Conversation with Lamus and Class B strategy | A/C |
| ClassB 1765 | 3/25/2004 | Neuberger | Lamm | R | Email re: Conversation with Lamus and Class B strategy | A/C |
| ClassB 1779-1780 | 11/9/2003 | Neuberger | Lamm/M. Jesselson/Arenson/Konig | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| ClassB 1781-1782 | 11/9/2003 | Neuberger | Lamm/M. Jesselson/Konig/Neuberger | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| | 11/9/2003 | Arenson | Lamm/M. Jesselson/Konig/Neuberger | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| ClassB 1783 | 11/9/2003 | Neuberger | Arenson/M.Jesselson/Lamm/Konig | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| ClassB 1783 | 11/9/2003 | Arenson | Lamm/M. Jesselson/Konig/Neuberger | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| | 11/9/2003 | Arenson | Lamm/M. Jesselson/Konig/Neuberger | R | Email re: Legal strategy for meeting with Shamrock | A/C |
| ClassB 4502 | 11/11/1999 | Arenson | Internal Document | R | Chart showing A. Arenson Holdings and D.A. interest in various entities | Irrelevant Info. |
| ClassB 4507 | 11/12/2002 | Lamm | Neuberger | R | Fax Cover Letter re: Execution of Walter Industries documents | A/C |