# Exhibit D

LAW OFFICES
# NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
www.nqgrg.com
(410) 332-8550

THOMAS M. WOOD, IV
(410) 332-8523

FAX NO.
(410) 332-8564
E-MAIL ADDRESS:
TMW@NQGRG.COM

October 3, 2006

**VIA FEDERAL EXPRESS**

S. Mark Hurd, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Re:   *In re ALH Holdings, LLC*
      C.A. No: 04-1399-SLR

Dear Mark:

This letter is in response to your correspondence of September 25, 2006 raising various discovery issues.

I.   **Document Production Issues**

A.   **Shamrock's Production**

After re-reviewing all the documents Shamrock produced, we found documents Bates numbered Shamrock 000001 through 01208. They were produced as part of Shamrock's Fed. R. Civ. P. 26(a)(1)(B) disclosure. If there are other documents with those same Bates numbers, we did not receive them, as box 1 began with Bates number 01209.

B.   **Privilege Log/Redacted Documents**

It is unclear from your letter whether the revised privilege log that you produced is the final log. Your letter states "We have enclosed a revised privilege log to you in the near future". Does that mean the log you provided is the revised log or that additional documents will be added to the revised log and that log will be provided in the near future. We are reserving comment on the revised log until a later date.

239873.3/3804.3

Client No. __1060__   Matter No. __3__   Bill Format _____

ent Name __Michel Konig__
(30 Characters-Please Use Proper Name)

tter Name __American Landmark Homes__
(30 Characters)

ing Address __Meir 26B-2000__
__Antwerpen, Belgium__

ent Sort Name _____
(30 Characters)

Basis Type (select one) __2__   Regular = 2   Other = **

New Client _____
New Matter __XX__
Updated Date _____
Date Opened __12/16/97__
Orig. Atty __IMN__
Billing Atty __IMN__
Area of Law _____
Dept Code _____
Billing Freq. __M__
Monthly-M   Quarterly-Q   Other-**
Prepared By __IMN/at__

sponsible Atty _____   Other Attys _____

rt _____   Code _____
se Name _____   Case No. _____
se Description _____

### CONFLICTS INFORMATION

| CLIENT PRINCIPALS AND AFFILIATES (Last Name, First Name) | Relation Code** | ADVERSE INTERESTS (Last Name, First Name) | Relation Code** |
|---|---|---|---|
| | | American Landmark Homes Corporation | OP |
| | | John D. Hourihan | |
| | | Lion & Lamm Development, Inc. | |

CLIENT NO. __1060__
MATTER NO. __3__
BILLING ATTY INIT. __IMN__
BILL FORMAT __M__
DATE OPENED __12/16/97__
PREPARED BY __IMN/at__

SORT NAME (Maximum 30 Characters) __Michel Konig__
CLIENT NAME (Maximum 30 Characters) _____
MATTER NAME (Maximum 30 Characters) __American Landmark Homes__
CLIENT ADDRESS __Meir 26B-2000   Antwerpen, Belgium__
CLIENT MAILING ADDRESS IF DIFFERENT FROM BILLING ADDRESS

DATE  MO. / DAY
ATTORNEY

** FOR CODES SEE REVERSE SIDE