# Exhibit F

**Hirzel, Samuel**

---

| | |
|---|---|
| **From:** | Thomas M. Wood [TMW@NQGRG.com] |
| **Sent:** | Tuesday, September 26, 2006 9:32 AM |
| **To:** | Hirzel, Samuel |
| **Subject:** | Shamrock letter |

Got your letter. We are working on the priv. log and are reconsidering some priv. issues. Hope to be able to formally respond to your letter by the end of the week.

---

**Thomas M. Wood IV**

Direct: (410) 332-8523
Fax: (410) 332-8564
tmw@nqgrg.com
www.nqgrg.com

**NQGRG**
Neuberger • Quinn • Gielen • Rubin • Gibber • P.A.
*Attorneys at Law*
**One South Street, 27th Floor
Baltimore, Maryland 21202**

12/18/2006