# Exhibit I

| | |
|---|---|
| From: | Shalom Lamm [slamm@lionlamm.com] |
| Sent: | Thursday, May 01, 2003 10:37 PM |
| To: | Jon Zich |
| Subject: | FW: Upcoming B of D Meeting |

Do you believe the chutzpah of this fucking guy.

He treats me like his fucking secretary.

I'm going to respond that he has a phone just as well as I do.

--
Shalom Lamm
Phone: 516-565-0868
fax: 516-565-1819
cell: 917-282-7375

---

**From:** George Buchler <gbuchler@shamrock.com>
**Date:** Thu, 1 May 2003 14:27:11 -0700
**To:** "'Shalom Lamm (slamm@lionlamm.com)'" <slamm@lionlam=.com>
**Subject:** Upcoming B of D Meeting

As you know, the Board meeting is schedul=d for NY on June 4. A midtown location for the meeting would probably=be best for everyone. One suggestion is the Sofitel Hotel, near your =ld office. Apparently, we used their conference room once before and =t worked out OK. Could you make the necessary arrangements for us to =se those facilities and reserve the appropriate number of rooms - please ch=ck with Bill and/or John as to who's coming and if they need a room. Some p=ople may just be flying in for the day.

Most likely the Shamrock guys will not re=uire hotel rooms - don't reserve anything for us at the present time. =If you have a better suggestion (let's not do the Algonquin again), let me =now.

Thanks.

L3610 U