# Exhibit J

**From:** Shalom Lamm [slamm@lionlamm.com]
**Sent:** Sunday, May 04, 2003 11:12 PM
**To:** jzich@burakorganization.com
**Subject:** Re: Upcoming B of D Meeting

This flaming asshole sent me a curt follow up e-mail directi=g me to follow up with Kerry Heapes at ALH.

He is an arrogant jerk.

--
Shalom Lamm
Phone: 516-565-0868
fax: 516-565-1819
cell: 917-282-7375


**From:** Jonathan Zich <burak3@earthlink.net>
**Reply-To:** jzich@burakorganization.com
**Date:** Sun, 4 May 2003 18:38:32 -0500 (EST)
**To:** Shalom Lamm <slamm@lionlamm.com>
**Subject:** Re: Re: Upcoming B of D Meeting


```
He is unbelievable. They have a staff at SCA - they can do =t. The
telephone is no harder to use 3000 miles away.


Jonathan Zich
Principal
The Burak Organization
36 West 44th Street
New Yrok, New York 10036
212-391-7700
212-391-7545 (fax)
```

L14245