# Exhibit L

**From:**      Shalom Lamm [slamm@cannondev.com]
**Sent:**      Sunday, January 11, 2004 9:30 AM
**To:**        Jon Zich
**Subject:**   Isaac/Michel

Jon:

I met with Isaac and Michel in Brussels today.  15 hours of travel to meet for an hour and half.  Life is strange to stay the least.  The big breakthrough was that Michel wants his principal back on Dublin and ALH.  If he gets those, he'll forgive all interest.  If not he will sue.  Great, eh?

Dublin:  Wants to get out ASAP as long as he gets his principal out.  He has in about $1.8MM.  I might have someone interested in the land at $2.5MM or so as is.

ALH:  The B's are, indeed, going to sue Shamrock.  They are retaining is a super-powerful lawyer in DC by the name of Dale Kooter.  Apparently, he is a paid assassin.  It is possible he will take the case on contingency.

Isaac's only concern is that SCA may try to turn this whole thing back on us -- because of the stupid management agreement.  I've told Jay Lobell I would like to talk with him about this.

-Shalom
--
Shalom E. Lamm
Cannon Development, LLC
Toll Free Phone & Fax: 1-877-869-6465
http://www.cannonhq.com/

L13937