# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

SAMUEL T. HIRZEL
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

February 1, 2007

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *In re ALH Holdings, LLC.*, Consol. C.A. No. 04-1339-SLR

Dear Chief Judge Robinson:

      We enclose for Your Honor's consideration courtesy copies of Plaintiff's Motion to Compel the Class B Parties to Produce Documents Claimed as Privileged or for *In Camera* Inspection and to Continue Certain Depositions and briefing and appendices and other papers relating thereto. Exhibit A (Defendants' Privilege Logs) to the Appendix of Discovery Material Cited in Plaintiffs' Opening Brief in Support of Their Motion to Compel the Class B Parties to Produce Documents Claimed as Privileged or for *In Camera* Inspection and to Continue Certain Depositions is a color document. We would need to break this exhibit into 36 parts to file it electronically. Instead, we e-filed a black and white copy and are sending color hard copies to Your Honor and opposing counsel. We appreciate Your Honor's consideration of this matter.

      Respectfully,

      Samuel T. Hirzel (#4415)

Enclosures
cc:    Dr. Peter T. Dalleo, Clerk (w/encl; by Hand)
      David A. Felice, Esq. (w/encl; by Hand)
      Thomas M. Wood, IV, Esq. (w/encl; by Fed Ex)