IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE ALH HOLDINGS LLC | ) ) Consol. C.A. No. 04-1339-SLR ) |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE that, on February 5, 2007, true and correct copies of *Defendants' First Interrogatories Directed to Plaintiffs* were served upon the following counsel of record in the manner indicated.

**Hand Delivery**
A. Gilchrist Sparks, III, Esq.
S. Mark Hurd, Esq.
Samuel T. Hirzel, II, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Defendants*

Of Counsel
Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202-3201
Telephone: (410) 332-8523
Facsimile: (410) 332-8564