## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on February 5, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>A. Gilchrist Sparks, III, Esq.
>S. Mark Hurd, Esq.
>Samuel T. Hirzel, II, Esq.
>MORRIS, NICHOLS, ARSHT & TUNNELL
>1201 North Market Street
>Wilmington, DE 19801

>/s/ David A. Felice
>David A. Felice (#4090)
>Cozen O'Connor
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>E-mail: dfelice@cozen.com