IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339 – SLR |

NOTICE OF SUBPOENA (ARBOR COMMERCIAL MORTGAGE LLC)

Plaintiffs and Counterclaim Defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein hereby notify Defendants and Counterclaim Plaintiffs Abraham Arenson, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group LLC that they will serve the attached subpoena on Arbor Commercial Mortgage LLC.

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                /s/ [signature]

                                A. Gilchrist Sparks, III (#467)
                                S. Mark Hurd (#3297)
                                Samuel T. Hirzel (#4415)
                                1201 N. Market Street
                                P.O. Box 1347
                                Wilmington, DE 19899-1347
                                Telephone: (302) 658-9200
                                *Attorneys for Plaintiffs and Counterclaim Defendants Shamrock Holdings of California, Inc., Shamrock Capital Advisors, Inc., Eugene I. Krieger, George J. Buchler and Bruce J. Stein, and Third-Party Defendant ALH Holdings, LLC*

February 8, 2007
533856

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Sean J. Bellew
>David A. Felice
>Cozen O'Connor
>1201 North Market Street
>Wilmington, Delaware 19801

_____
Samuel T. Hirzel (#4415)

539164