# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

S. MARK HURD
302 351 9354
302 498 6202 Fax
shurd@mnat.com

February 9, 2007

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Shamrock Holdings of California, Inc. v. Arenson, et al.,*
              Civil Action No. 04-1339

Dear Chief Judge Robinson:

      We enclose for Your Honor's consideration a proposed Third Amended Scheduling Order which is identical in all respects to the current Second Amended Scheduling Order, except with respect to the dates for discovery contained in paragraph 2(b) and expert reports contained in paragraph 2(g). These changes result from the need to accommodate the schedule of two deposition witnesses. Mr. Wood, counsel for the defendants and counterclaim plaintiffs, has agreed to this modification. If Your Honor has any questions, counsel will make themselves available at the Court's convenience.

                                  Respectfully,

                                  S. Mark Hurd (#3297)

SMH/dmd
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (w/encl; by hand)
       David A. Felice, Esq. (w/encl; by email)
       Thomas M. Wood, IV, Esq. (w/encl; by email)