IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339-SLR |

**STIPULATION AND ORDER REGARDING
BRIEFING ON PLAINTIFFS' MOTION TO COMPEL THE CLASS B PARTIES TO
PRODUCE DOCUMENTS CLAIMED AS PRIVILEGED OR FOR *IN CAMERA*
INSPECTION AND TO CONTINUE CERTAIN DEPOSITIONS**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1.  Defendants/Counterclaim-Plaintiffs shall file their answering brief and related papers in opposition to PLAINTIFFS' MOTION TO COMPEL THE CLASS B PARTIES TO PRODUCE DOCUMENTS CLAIMED AS PRIVILEGED OR FOR *IN CAMERA* INSPECTION AND TO CONTINUE CERTAIN DEPOSITIONS (D.I. 116) on or before March 1, 2007; and

2.  Plaintiffs/Counterclaim-Defendants shall file their reply brief and related papers on or before March 12, 2007.

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      /s/ Samuel T. Hirzel
                               A. Gilchrist Sparks, III (#467)
                               S. Mark Hurd (#3297)
                               Samuel T. Hirzel (#4415)
                               1201 N. Market Street
                               Wilmington, DE 19899
                               302-658-9200
                                  *Attorneys for Plaintiffs/Counterclaim Defendants*

                               COZEN O'CONNOR

                                     /s/ Sean J. Bellew
OF COUNSEL:                     Sean J. Bellew (#4072)
                               David A. Felice (#4090)
Neuberger, Quinn, Gielen, Rubin &     1201 N. Market Street
   Gibber, P.A.                           Wilmington, DE 19899
Thomas M. Wood, IV             (302) 295-2000
One South Street, 27th Floor        *Attorneys for Defendants/Counterclaim Plaintiffs*
Baltimore, MD 21202
(410) 332-8550

February 9, 2007

        SO ORDERED this _____ day of February, 2007.

                                          _____
                                          Chief Judge Sue L. Robinson