IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Consol. C.A. No. 04-1339-SLR |
| | ) | |
| ALH HOLDINGS, LLC | ) | |

**NOTICE OF DEPOSITION**

TO:  S. Mark Hurd
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, counsel for Defendants and Counterclaim Plaintiffs, Abraham Arenson, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group LLC, shall take the deposition upon oral examination of Gene Krieger on February 14, 2007 beginning at 9:00 a.m. at the offices of Cozen O'Connor, 1201 North Market Street, Suite 1400, Wilmington, Delaware 19801 and will continue from day to day until completed. The deposition will be taken before a certified court reporter.

Dated: February 13, 2007

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Defendants/Counterclaim Plaintiffs*

Of Counsel:
Thomas M. Wood, IV
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, MD 21202-3282
Telephone: (410) 332-8523

WILMINGTON\49893\1 157347.000