# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

*In re ALH Holdings, LLC*
Consol. C.A. No. 04-1339-SLR

**SUBPOENA IN A CIVIL CASE**

To: Arbor Commercial Mortgage LLC
333 Earle Ovington Blvd.
Uniondale, New York 11553

Civil Action No. 04-1339 (SLR)
(D. DEL.)

| ☐ | YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case. | |
|---|---|---|
| PLACE OF TESTIMONY | | COURTROOM |
| | | DATE AND TIME |
| ☒ | YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case: | |
| PLACE OF DEPOSITION | | DATE AND TIME |
| | 333 Earle Ovington Blvd.<br>Uniondale, New York 11553 | March 16, 2007 at 1:00pm |
| ☒ | YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): see Exhibit A hereto | |
| PLACE | | DATE AND TIME |
| | 333 Earle Ovington Blvd.<br>Uniondale, New York 11553 | March 9, 2007 at 1:00pm |
| ☐ | YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. | |
| PREMISES | | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DEFENDANT<br><br>Attorney for Plaintiff | DATE<br><br>February 8, 2007 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br><br>Samuel T. Hirzel (#4415)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899 | TELEPHONE<br>(302) 658-9200 |

538482

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Index No. 04-1339(SLR)(D.DEL)

IN RE ALH HOLDINGS, LLC

State of New York     )
                      )  SS.:
County of Nassau      )

## AFFIDAVIT OF SERVICE

Lauren Eisenberg being duly sworn, deposes and says that she is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 02/08/2007 at 12:00 PM at:

    ARBOR COMMERCIAL MORTGAGE LLC
    333 EARLE OVINGTON BLVD.
    SUITE 900
    UNIONDALE NY 11553

Deponent served the:

SUBPOENA IN A CIVIL CASE

on ARBOR COMMERCIAL MORTGAGE LLC

a domestic and/or foreign corporation
by delivering thereat a true copy to Ann-Marie Pozzini personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be the Legal Co-ordinator and who stated that they were authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 43   HEIGHT: 5'5''   WEIGHT: 190   HAIR: BLONDE   RACE: WHITE   SEX: FEMALE
OTHER: Glasses

                                                        Lauren Eisenberg     License #

1219283

SWORN TO BEFORE ME 2/12/07

MARK C. EISENBERG
Notary Public, State of New York
No. 01EI4958331
Qualified in Nassau County
Commission Expires November 30, [illegible]

OUR DOC# 17013
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899
302-658-9200