# Exhibit D

# Privilege Log Key
## In re: ALH Holdings, LLC
## Consol. C.A. No. 04-1339-SLR

Class B Members
- Avie Arenson
- Michel Konig
- Michael Jesselson
- Benjamin Jesselson
- Menashe (Mark) Frankel
- Chesky Frankel
- Shalom Lamm (as managing member of SELK)

Lawyers and Employees of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
- Isaac Neuberger
- Thomas M. Wood, IV
- Hillel Tendler
- Michael Quinn
- Debbi McMullen (Tendler's secretary)
- Andri Theo (Neuberger's secretary)
- Kathy Schumann (Neuberger's secretary)

Lamm's Lawyers
- Jon Zich
- Samuel Zylberberg
- Jay Lobell
- Clifford Brandeis
- Maureen Raimond
- Tom Letsou
- Joe Capobianco
- Michael Winger
- George Lastra
- Mitchell Haddad

Jesselson's Lawyer
- Hilah R. Iaulus