# Exhibit E

**IN RE ALH HOLDINGS, LLC**

Civil Action No. 04-1339-SLR

## PLAINTIFFS' PRIVILEGE LOG

| DOC. NO. | DATE | BATES (IF ANY) | AUTHOR | RECIPIENT | COPIES | DESCRIPTION | APPLICABLE PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 1 | 06/05/2001 | | David Robbins, Esq. | Eugene Krieger, George Buchler | | Confidential e-mail memorandum with legal advice/Corporate Opportunity Doctrine under Delaware law | ACP |
| 2 | 06/05/2001 | | David Robbins, Esq. | Eugene Krieger, George Buchler | | Confidential e-mail memorandum with legal advice/Corporate Opportunity Doctrine under Delaware law | ACP |
| 3 | 11/05/2003 | SHAMROCK 47661 | George Buchler | Gene Krieger Bruce Stein | | Confidential e-mail communication (REDACTED) including attorney comments regarding preference issues and Swiss Re: extension | ACP |
| 4 | 04/01/2004 | | Gene Krieger | George Buchler, David Robbins, Esq. | Bruce Stein | Confidential e-mail communication reflecting legal advice and forwarding e-mail exchange dated 04/01/04 regarding Avie Arenson's comments concerning the sales of BBC and ABI | ACP |
| 5 | 04/01/2004 | | George Buchler | Gene Krieger, Bruce Stein, David Robbins, Esq. | | Confidential e-mail communication reflecting legal advice, requesting legal advice and forwarding e-mail exchange dated 04/01/04 regarding Avie Arenson's comments concerning the sales of BBC and ABI | ACP |
| 6 | 04/05/2004 | | Gene Krieger | George Buchler, David Robbins, Esq. | Laura Long, Esq., Bruce Stein | Confidential e-mail communication requesting legal advice and forwarding e-mail exchange dated 04/01/04 regarding responding Avie Arenson's comments concerning legal representation | ACP |
| 7 | 02/06/03 | | David Robbins, Esq. | Stephen Alexander, Lino Lauro, Esq. | | Email communication (REDACTED) forwarding request for legal advice re: negotiation with the "B" investors | ACP |
| 8 | 04/09/2002 | | David Robbins, Esq. | Lino Lauro, Esq. | | Email Communication forwarding email exchange requesting legal advice concerning Avie Arenson concerns about funding | ACP |
| 9 | 08/31/2004 | SHAMROCK 47859 | George Buchler | Gene Krieger, Bruce Stein, Pamela Jarvis, Esq., Gregory Joseph, Esq. | | E-mail communication forwarding board update memo requesting legal advice re: Swiss Re & Wachovia Financing | ACP/WP |

| DOC. NO. | DATE | BATES (IF ANY) | AUTHOR | RECIPIENT | COPIES | DESCRIPTION | APPLICABLE PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 10 | 08/17/04 | SHAMROCK 47872 | Gene Krieger | George Buchler | | Confidential e-mail communication re: teleconference on management issues | ACP |
| 11 | 08/17/04 | SHAMROCK 47873 | Gene Krieger | George Buchler | Gregory Joseph, Esq, Pamela Jarvis, Esq., Bruce Stein | Confidential e-mail communication re: teleconference on management issues | ACP |
| | | | INTENTIONALLY | OMITTED | | | |
| 13 | 04/01/04 | SHAMROCK 48045-48 | Gene Krieger | David Robbins, Esq. | Gregory Joseph, Esq, Pamela Jarvis, Esq., Bruce Stein | Confidential e-mail communication re: request for legal advice and forwarding e-mail exchange dated 04/01/04 regarding Avie Arenson's comments concerning the sales of BBC and ABI | ACP |
| 14 | 04/01/04 | SHAMROCK 48049-52 | David Robbins, Esq. | Gene Krieger | | Confidential e-mail communication requesting legal advice and forwarding e-mail exchange dated 04/01/04 regarding Avie Arenson's comments concerning the sales of BBC and ABI | ACP |
| 15 | 04/01/04 | SHAMROCK 48053-55 | Gene Krieger | George Buchler, David Robbins, Esq. | | Confidential e-mail communication requesting legal advice and forwarding e-mail exchange dated 04/01/04 regarding Avie Arenson's comments concerning the sales of BBC and ABI | ACP |
| 16 | 04/01/04 | SHAMROCK 48056-58 | George Buchler | Gene Krieger, Bruce Stein, David Robbins, Esq. | Bruce Stein | Confidential e-mail communication requesting legal advice and forwarding e-mail exchange dated 04/01/04 regarding Avie Arenson's comments concerning the sales of BBC and ABI | ACP |
| 17 | 11/05/03 | SHAMROCK 48402 | George Buchler | Gene Krieger, Bruce Stein | | Confidential e-mail communication (REDACTED) re: legal advice regarding preference issues and Swiss Re | ACP |
| | | | INTENTIONALLY | OMITTED | | | |
| 19 | 05/05/03 | SHAMROCK 48991-92 | George Buchler | Gene Krieger | | Confidential e-mail communication re: discussion with counsel regarding email exchange with Isaac Neuberger re: B Investors | ACP |
| 20 | 1/23/06 | SHAMROCK 32773-78 | Pamela Jarvis, Esq. | | | Summary of comments on Shamrock Complaint marked to show Class B Answer | ACP/WP |
| 21 | 2/14/06 | SHAMROCK 32833-78 | Pamela Jarvis, Esq. | | | Summary of comments on Amended Counterclaims and Amended Third Party Claims | ACP/WP |
| 22 | 4/20/05 | SHAMROCK 33081-83 | Pamela Jarvis, Esq. | George Buchler | | Confidential email communication regarding comments on draft amended complaint | ACP/WP |
| 23 | 1/28/05 | SHAMROCK 33084-99 | Pamela Jarvis, Esq. | George Buchler | | Confidential email communication regarding court's decision on motion to remand | ACP/WP |

525328

2

| DOC. NO. | DATE | BATES (IF ANY) | AUTHOR | RECIPIENT | COPIES | DESCRIPTION | APPLICABLE PRIVILEGE |
|---|---|---|---|---|---|---|---|
| 24 | 2/23/05 | SHAMROCK 33100-01 | Pamela Jarvis, Esq. | George Buchler | | Confidential email communication regarding Defendants' supplemental submission regarding diversity | ACP/WP |
| 25 | 8/17/04 | SHAMROCK 33179-81 | Pamela Jarvis, Esq. | Gregory P. Joseph, Esq. | George Buchler, Gene Krieger, Bruce Stein | Confidential email communication regarding IMN comments regarding banks | ACP/WP |
| 26 | 8/17/04 | SHAMROCK 33182-85 | Pamela Jarvis, Esq. | Gregory P. Joseph, Esq. | George Buchler, Gene Krieger, Bruce Stein | Confidential email communication regarding Arenson's representation of the Class B investors | ACP |
| 27 | 8/4/04 | SHAMROCK 33186-89 | Pamela Jarvis, Esq. | George Buchler | | Engagement Letter | ACP/WP |
| 28 | 10/22/04 | SHAMROCK 41341-42 | Pamela Jarvis, Esq. | George Buchler, Gene Krieger | | Confidential email communications (REDACTED) requesting and providing legal advice regarding process for approval of Mattany's purchase of MHI | ACP/WP |
| 29 | 10/22/04 | SHAMROCK 41343 | Pamela Jarvis, Esq. | George Buchler, Gene Krieger, Bruce Stein | | Confidential email communications (REDACTED) requesting and providing legal advice regarding process for approval of Mattany's purchase of MHI | ACP/WP |
| 30 | 4/10/2002 | SHAMROCK 46054-55 | David K. Robbins, Esq., Lino J. Lauro, Esq. | File | | Confidential memorandum to file regarding conversation with George Buchler and Eugene Krieger and reflecting legal advice regarding a possible loan to ALH II, Inc. by certain Class A and Class B Members of ALH Holdings LLC | ACP |

**Key:**

David Robbins, Esq.                Attorney – Formerly with Fried, Frank, Harris, Shriver & Jacobson LLP
Stephen Alexander, Esq.            Attorney – Formerly with Fried, Frank, Harris, Shriver & Jacobson LLP
Lino J. Lauro, Esq.                Attorney – Formerly with Fried, Frank, Harris, Shriver & Jacobson LLP
Gregory P. Joseph, Esq.            Attorney – Gregory P. Joseph Law Offices, LLC
Pamela Jarvis, Esq.                Attorney – Gregory P. Joseph Law Offices, LLC
Eugene I. Krieger                  Vice Chairman and Chief Operating Officer of Shamrock Holdings
George J. Buchler                  Managing Director of Shamrock Capital Advisors
Bruce Stein                        Managing Director of Shamrock Capital Advisors

525328

3