# Exhibit F

Terry Meyers
_____

| | |
|---|---|
| From: | Shalom Lamm |
| Sent: | Tuesday, December 24, 2002 10:28 PM |
| To: | Arenson Avie; Menashe Frankel; Michael Jesselson; Michel Konig; Isaac Neuberger; Hesky |
| Cc: | Jon Zich |
| Subject: | Wachovia Meeting |

Gentleman:

I traveled to Charlotte, North Carolina yesterday to meet with Wachovia Bank. The subject, of course, was an extension of the loan backed by the Swiss Re bond.

As you know the Swiss Re meeting went well and they have signed a letter agreement that they will extend the bond, at no fee, until the end of 2004.

At the Wachovia meeting were Bill Lanius from ALH, and Ken Harris a senior officer on the corporate lending side. Ken has been involved with Mulvaney/ALH from the very beginning. I have a particularly warm relationship with Ken. In addition, there were two senior people from the credit side of the bank (the non-Wachovia side).

Bill and I made a presentation for about 45 minutes, which was followed by a lengthy discussion. We emphasized that the bank had hurt us substantially last year by taking nearly five months to process the extension. It was agreed, that if the bank decides to extend the loan, that the brain damage of last year's protracted paperwork would not have to be repeated. Still, it is a large and bureaucratic bank, so at best we can hope for much quicker turnaround but it will not be instantaneous.

Leaving the meeting after an hour and a half, Bill felt very confident that they would extend the loan. We both expect that in order to prove they are doing their jobs, they will ask a number of questions and require file-stuffer documents.

My own feeling is that in the end, they probably will extend the loan but unlike Bill, I think there is also a real risk that they will find a reason to say no, and see what happens. The First Union Credit women (the most unpleasant of the bunch) took pains to say that they would never do this deal were it to come up as new business. She was clearly taking a dig at the Wachovia side.

I think we will hear from them in a fairly definitive way right after the first of the year.

Regards,

-Shalom


--
Shalom Lamm
Phone: 516-565-0868
Fax: 516-565-1819
Cell: 917-282-7375

1

CLASSB01501