# Exhibit G

| | |
|---|---|
| From: | Andri Theo [ANDRI@NQGRG.com] on behalf of Isaac M. Neuberger [IMN@NQGRG.com] |
| Sent: | Tuesday, August 06, 2002 2:24 PM |
| To: | George J. Buchler (E-mail); Eugene Krieger (E-mail) |
| Cc: | Avie Arenson (E-mail); Michael G. Jesselson (E-mail); Michel Konig (E-mail); Mark Frankel (E-mail) |
| Subject: | ALH |

DEPOSITION EXHIBIT Buchler 118
KAH 12/7/06

> As you might remember from prior communications, I represent SELK LLC, =ne of the Class B Members of ALH II.
> As I know Avie Arenson has advised you, all of the Class B Members =et together in London last week and have had a number of telephonic =onferences both before and after the London meetings.
>
> The Class Bs have discussed among themselves and have consulted with
> =xperts of note in the homebuilding industry the future prospects of
> =LH, as a going concern; the advisability of selling Memphis alone
> NOW; =he impact that such a sale will have on both ALH's continuing
> =perations and whether it will reduce the aggregate sales value of
> ALH =s a going concern. We also have discussed with these same
> =nowledgeable people whether there are in fact others who might be
> =nterested in Memphis as a stand alone, assuming that Walter
> Industries =ould not agree to a delay in the entry of the LOI, as
> proposed. Lastly =e feel it essential that we explore gaining a
> further extension of the =wiss Re-Wachovia facility now. All of these
> discussions and =onsideration take into account and recognize
> Shamrock's decision to =xit this particular investment and the need
> for the Bs to move quickly =o

L9043

> We understand that in large part your desire to exit this investment =s driven by the management demands made on you by other investments and =hat appears to be a concern that with Swiss Re- Wachovia facility can =OT be extended. Obviously the Bs feel that the "control" of ALH owes =hem a duty to try and maximize their return, not to speak of the loss =hat the current situation portends.
>
> As Avie has advised you, it is the considered opinion of the Bs, that =f you proceed NOW with the exit that you are directing that Shamrock =nd each of the Bs will face a significant loss that we think can be =voided and that the business as a going concern could at the right time =rovide a significant return.
>
> The Bs have been exploring forming a Joint Venture with several
> =xtremely knowledgeable tract home building experts to acquire the A position in ALH. We would =ntend to explore the other issues identified above at the very same =ime. We think that this can be accomplished in weeks. We feel that a =ale of Memphis would cause irreversible injury and doom ALH to a nearly =omplete loss. If this could be avoided, it would serve everyone's =nterest and allow Shamrock an exit with any further involvement with =LH.
>
> The geographical locations of the Bs coupled with August vacation =chedules make this task all the more difficult. However we are ALL =ommitted to see this through.
>
> If Shamrock is willing we would like to propose a face to face meeting =where some of the Bs might have to participate by phone) to explore the =arameters of an arrangement. Please let me know if Shamrock is willing =o meet with the Bs and their counsel.
>
>

****************************
CONFIDENTIALITY NOTICE: This e-mail message from Neuberger, Quinn, =ielen, Rubin & Gibber, P.A. contains CONFIDENTIAL INFORMATION for the =se ONLY of the intended recipient and may constitute a communication =rotected by the attorney-client privilege. If you are not the intended =ecipient or a person responsible for delivering it to the intended =ecipient, you are hereby notified that any use, distribution, or =opying of this

communication or its contents is strictly prohibited.  =f you have received this
communication in error, please notify us =mmediately by telephone at (410) 332-8550.
**********************************

L9044