## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on March 1, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

        A. Gilchrist Sparks, III, Esq.
        S. Mark Hurd , Esquire
        Morris, Nichols, Arsht & Tunnell
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899

        /s/ David A. Felice
        Sean J. Bellew (#4072)
        David A. Felice (#4090)
        Cozen O'Connor
        Chase Manhattan Centre
        1201 N. Market Street, Suite 1400
        Wilmington, DE  19801
        Telephone:  (302) 295-2000
        Facsimile:  (302) 295-2013
        Email:  dfelice@cozen.com

        *Attorneys for Defendants Abraham Arenson, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group, LLC*