IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| IN RE ALH HOLDINGS, LLC | ) ) ) ) | Consol. C.A. No. 04-1339 – SLR |
|---|---|---|

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs and Counterclaim Defendants, certifies that true and correct copies of Plaintiffs' Response to Defendants' First Set of Interrogatories and this Notice of Service were served on March 7, 2007 on the following attorneys of record by Electronic Service:

    Sean J. Bellew, Esq.
    David A. Felice, Esq.
    Cozen O'Connor
    1201 North Market Street, Suite 1400
    Wilmington, DE 19801

Copies were also sent by Federal Express & Electronic Mail to the following:

    Thomas M. Wood, IV, Esq.
    Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
    One South Street, 27th Floor
    Baltimore, Maryland 21202-3282
    tmw@nqgrg.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ S. Mark Hurd*

A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs and Counterclaim Defendants*

OF COUNSEL:

GREGORY P. JOSEPH LAW OFFICES LLC
Pamela Jarvis
805 Third Avenue, 31st Floor
New York, NY  10022

March 7, 2007