# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ALH HOLDINGS, LLC.

Consol. CA No. 04-1339-SLR

---

VOLUME I

Pages 1 through 234

Deposition of WILLIAM R. LANIUS, taken on behalf of the Defendants/Counterclaim Plaintiffs herein, pursuant to Notice of Subpoena, at Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Duval County, Florida, on Tuesday, March 6, 2007, at 10:15 a.m., before Denice C. Taylor, Notary Public in and for the State of Florida at Large.

EXCERPT OF THIS TRANSCRIPT HAS BEEN DECLARED CONFIDENTIAL AND IS SEALED UNDER SEPARATE COVER.

Page 178

1 attended in person, or was anybody on a conference
2 call?
3   A   There may have been some on a conference
4 call. I think all those people were there, but I
5 really can't recall.
6   Q   How do you remember the meeting beginning?
7 What can you tell me about the meeting? What do you
8 remember?
9   A   I don't think I can tell you much about the
10 meeting. Nothing comes to mind about it. I know it
11 was interesting to meet some of these people, you
12 know, that are big investors that I hadn't had the
13 opportunity to meet before. I looked forward to
14 that. But in terms of the meeting, I can't remember
15 much on the substance of it.
16   Q   Who did most of the talking?
17   A   Well, I think I did a lot. I think -- I
18 think, you know, they were picking my brain a lot
19 about the company and, you know, the capital needs and
20 that kind of thing. I think I would say the leader of
21 the meeting, as I recall, with Mr. Neuberger.
22   Q   What did Mr. Neuberger say?
23   A   I just don't remember specifically what he
24 was saying, but, you know, I recall that he took more
25 of a leadership -- he was more or less leading or

Page 179

1 facilitating the meeting.
2   Q   Your cover note indicates that you provided
3 the participants in the meeting with page No. 4. If I
4 understand right, that's the page with the Bates stamp
5 ALH-6238; is that right?
6   A   Yes.
7   Q   And that's a consolidated forecast for
8 fiscal years 2002 and 2003. What was discussed about
9 that forecast?
10   A   I don't remember specifics.
11   Q   Do you remember anything in general that was
12 discussed about the forecast?
13   A   No, I don't.
14   Q   Is there anything else I could show you that
15 might help you remember anything more about this
16 meeting?
17   A   Could be, could be. I'm sorry. Anything
18 you have in mind?
19   Q   Fortunately, no. Mr. Lanius, I'm going to
20 hand you --
21   A   Are you done with this thing?
22   Q   You can leave it open to that one page, Page
23 4. I've handed you what we've had marked as Exhibit
24 No. 39. Take a look at that for a moment. I guess my
25 first question is, does this document look like

Page 180

1 something that you would prepare?
2       (Exhibit No. 39 was marked for
3 identification.)
4   A   Yes, it does.
5   Q   If you would turn to Page 3 of this
6 document. And then if you could turn in Exhibit No.
7 38 to the page I had you leave open, which was the
8 schedule that you distributed in the November
9 meeting. Do you remember that?
10   A   Uh-huh.
11   Q   And the schedule in Exhibit 38 is dated
12 November 22nd, 2002; is that right?
13   A   Yes.
14   Q   And the schedule we're looking at, Page 3 in
15 Exhibit 39, is dated December 9th, 2002; is that
16 right?
17   A   Right.
18   Q   Now, when I look at the forecast for the
19 three months ending 12/31/03 -- do you see that column
20 in both of these two documents?
21   A   Uh-huh.
22   Q   It looks like as between Exhibit No. 38 and
23 39, you're now indicating that the income or loss from
24 land lot sales is increasing by a hundred thousand
25 dollars. Do you see that?

Page 181

1   A   Yes, I do.
2   Q   And that results in your forecast for EBITDA
3 also falling by a hundred dollars thousand; is that
4 right?
5   A   Yes.
6   Q   What happened in this period that led you to
7 increase the size of the projected loss from land lot
8 sales?
9   A   I'm sorry. I can't recall. I don't think
10 these schedules show. So it's probably -- it's all in
11 Charlotte, so . . .
12   Q   I'm sorry, Mr. Lanius. Can you tell me what
13 page you're looking at?
14   A   I'm looking at -- is this a Bates stamp? Is
15 that what you call it?
16   Q   Yes.
17   A   The one that ends in 2751. If you go to
18 that schedule, you can see it's attributable to
19 Mulvaney Homes in Charlotte, and so I believe that
20 would have been the loss on lots at Heritage Green.
21   Q   What happened at Heritage Green?
22   A   Where we were selling the lots back to the
23 developer.
24   Q   And that resulted in this increased loss?
25   A   Yes.

# Exhibit B

konig022007kf.txt

                                                              1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


```
--------------------------)
IN RE:  ALH HOLDINGS LLC  ) Consol. Civil Action
--------------------------)    No. 04-1339-SLR
```

        Deposition of MOZES VICTOR KONIG taken pursuant
to notice at the Mandarin Oriental Hotel Du Rhone,
Dalcroze Conference Room, Gevena, Switzerland,
beginning at 10:30 a.m. on Tuesday, February 20, 2007,
before Kurt A. Fetzer, Registered Dipolmate Reporter
and Notary Public.

APPEARANCES:

        ALAN J. STONE, ESQUIRE
        MORRIS NICHOLS ARSHT & TUNNELL
          1201 North Market Street - 18th Floor
          Wilmington, Delaware  19899
          for the Plaintiff and Counterclaim
          Defendants

        ISAAC M. NEUBERGER, ESQUIRE
        THOMAS M. WOOD, IV, ESQUIRE
        NEUBERGER QUINN GIELEN RUBIN GIBBER, P.A.
          One South Street - 27th Floor
          Baltimore, Maryland  21202-3282
          for the Defendants and Counterclaim
          Plaintiffs


------------------------------------------------------
              WILCOX & FETZER, LTD.
   1330 King Street - Wilmington, Delaware 19801
                (302) 655-0477
                www.wilfet.com

                                                              2


    1                 MOZES VICTOR KONIG,

    2            the witness herein, having first

                        Page 1

konig022007kf.txt
```
23    invested in, do you recall where the homes were being
24    built when the investment was first made?
                    Mozes Victor Konig                    7


 1       A.   As I understood -- as I told you before, I'm an
 2    advisor to the trust.  So when people come with a
 3    proposal, I propose to the trust.  They take the
 4    decision and they follow up.
 5       Q.   Okay.  Let me see if I understand that.
 6            So you make certain recommendations to the
 7    trust.  Is that correct?
 8       A.   Correct.
 9       Q.   And the trust either makes the investment or
10    they don't?
11       A.   Correct.
12       Q.   Once the investment is made, the trust actually
13    follows up on the investment and monitors it?
14       A.   I have a look from far, yes, but not...
15       Q.   Not real detailed involvement?
16       A.   That's right.
17       Q.   Who is it that you deal with at the trust?
18       A.   The trust has a trustee and he's the trustee of
19    the trust.
20       Q.   Who is the trustee?
21       A.   Mr. Neuberger.
22       Q.   What is Mr. Milberger's first name?
23       A.   Neuberger.
24       Q.   I'm sorry.  Mr. Neuberger.  I apologize.
                    Mozes Victor Konig                    8


 1            That's Isaac Neuberger sitting next to
                            Page 6
```

konig022007kf.txt

5   A. I know of a Frankel who lived in Belgium. I
6   don't know if he was called Mark or not.
7   Q. And the Frankel you know in Belgium, to your
8   knowledge was that Frankel an investor in ALH?
9   A. I don't know.
10  Q. I'm handing you SELK's answers to plaintiffs'
11  and counterclaim defendants' interrogatories in this
12  action. Again, I'm not going to mark them because
13  they're already part of the record.
14  A. Yes.
15  Q. Mr. Konig, have you seen this document before?
16  A. No, not that I remember.
17  Q. You see in the answer to interrogatory number 1
18  it states that the members of SELK are Mr. Lamm and
19  NACA. Is that true?
20  A. As far as I know, yes.
21  Q. And the answer further states that NACA owns
22  70 percent residual profits interest and Lamm owns a
23  30 percent residual profits interest in SELK.
24              Is that also true to your understanding?

                    Mozes Victor Konig              16


1   A. If it's been written by Mr. Neuberger, probably
2   it is.
3   Q. But you're not personally aware of whether it
4   is?
5   A. I don't remember.
6   Q. With respect to the trust's investment in ALH,
7   how did you go about monitoring the investment, if at
8   all?
9   A. Very vague, I would say.

konig022007kf.txt
```
10   Q.   What do you mean by "very vague"?
11   A.   It's like a remote control, I would call it.
12   It's far, not knowing the details.
13   Q.   How did you get information about the
14   investment?
15   A.   Through Mr. Neuberger.
16   Q.   Did you have any other sources of information
17   about the investment other than Mr. Neuberger?
18   A.   Once in a while with Mr. Lamm, yes.
19   Q.   How often do you think you spoke to Mr. Lamm
20   during the course of this investment?
21   A.   Seldom, I would say.
22   Q.   Do you have any recollection of how it was that
23   you became aware of the potential to invest in ALH?
24   A.   Mr. Lamm proposed it.
                    Mozes Victor Konig               17


1    Q.   Do you remember when that was?
2    A.   A long time ago.
3    Q.   Do you recall what Mr. Lamm told you about the
4    investment?
5    A.   He said there was an opportunity to create a
6    home building company.
7    Q.   Did he give you any more details?
8    A.   The idea was to buy small homes all over the
9    States, small companies and to create one big holding
10   company.
11   Q.   Did he give you any documentation with respect
12   to the potential investment?
13   A.   I don't remember.
14   Q.   You had not had any business dealings with
                            Page 14
```

konig022007kf.txt

6    A.   No.

7    Q.   I think we spoke before about the dispute
8  between Mr. Lamm and the people at Shamrock. You said
9  much later you became aware that there was a dispute.
10        What do you recall about that? What did
11  you become aware of?

12    A.   There was a misunderstanding. I mean the
13  details never went into it.

14    Q.   You never went into the details?

15    A.   No.

16    Q.   You just understood generally that there were
17  misunderstandings?

18    A.   There were misunderstandings.

19    Q.   Who informed you about that?

20    A.   Mr. Neuberger did.

21    Q.   What about Mr. Lamm? Did he ever speak
22  directly to you about those misunderstandings?

23    A.   I don't remember.

24    Q.   Were you aware of any discussions between

Mozes Victor Konig      35

1  Mr. Lamm and Mr. Neuberger about Mr. Lamm hiring a
2  lawyer?

3    A.   (Witness shakes head).

4        No.

5    Q.   You're getting better.

6    A.   Okay.

7        MR. STONE: Why don't we just take a short
8  break, if you don't mind?

9        MR. NEUBERGER: That's fine.

10       (A brief recess was taken.)

konig022007kf.txt

20   Q.   Mr. Konig, the reporter has placed before you a
21   document that's been marked as Exhibit 20 and it's a
22   letter, a piece of correspondence in this litigation.
23   And I want to focus on the exhibit to this letter
24   which is a client/matter master form which you

Mozes Victor Konig                              63


1    probably haven't seen before.
2    A.   No.
3    Q.   However, the document says that Mr. Neuberger
4    opened a matter at his law firm for you in connection
5    with American Landmark Homes in December of 1997.
6         Does this document refresh your
7    recollection about when it is that you first hired
8    Mr. Neuberger as a lawyer?
9    A.   As a lawyer?  Yes.  Previously.
10   Q.   Previously?
11   A.   Un-huh.
12   Q.   It was previous to this?  When was the trust
13   set up?
14   A.   A long time ago.  I can't give you an exact
15   date.
16   Q.   As far as you know, Mr. Neuberger has always
17   been the trustee?
18   A.   In the '80s, probably.  I don't know.
19            MR. STONE:  I have no further questions.
20            MR. WOOD:  I have no questions.
21            Thank you, Mr. Konig.
22            THE WITNESS:  Thank you very much.
23            MR. STONE:  Thank you for your time.
24            THE WITNESS:  Thank you very much.

Page 53