# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
302 658 9200
302 658 3989 Fax

Samuel T. Hirzel
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

March 12, 2007

**BY ELECTRONIC FILING**

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *In re ALH Holdings, LLC.*, Consol. C.A. No. 04-1339-SLR

Dear Chief Judge Robinson:

    Briefing on Plaintiffs' Motion to Compel the Class B Parties to Produce Documents Claimed as Privileged or for *In Camera* Inspection and to Continue Certain Depositions (the "Motion") is now complete. Pursuant to Local Rule 7.1.4, Plaintiffs hereby request oral argument on the motion.

    Respectfully,

    Samuel T. Hirzel (#4415)

cc:    Dr. Peter T. Dalleo, Clerk (via electronic filing)
        David A. Felice, Esq. (via electronic filing)