

## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 1400    CHASE MANHATTAN CENTRE    1201 NORTH MARKET STREET    WILMINGTON, DE 19801-1147
302.295.2000    888.207.2440    302.295.2013 FAX    www.cozen.com

March 13, 2007

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax   866.776.8911
dfelice@cozen.com

**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   In re ALH Holdings LLC; Consol. C.A. No. 04-1339-SLR

Dear Judge Robinson:

We enclose for Your Honor's consideration a proposed Fourth Amended Scheduling Order which is identical to the current Third Amended Scheduling Order, except with respect to the dates for discovery contained in paragraph 2(b), expert reports contained in paragraph 2(g), and motions in limine contained in paragraph 7. Mr. Hurd, counsel for plaintiffs and counterclaim defendants, has agreed to this modification. If your Honor has any questions, counsel will make themselves available at the Court's convenience

Respectfully,

David A. Felice

David A. Felice (#4090)

DAF:mm
cc:   Clerk of the Court (*via ECF*)
      S. Mark Hurd, Esq. (*via ECF*)
      Thomas M. Wood, IV, Esq.

WILMINGTON\50574\1  157347.000