IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE ALH HOLDINGS LLC | ) <br> ) Consol. C.A. No. 04-1339-SLR <br> ) |

## FOURTH AMENDED SCHEDULING ORDER

At Wilmington this _____ day of March, 2007, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1.  **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.  **Discovery.**

    (a) Discovery will be needed on the following subjects: the formation, initial funding and subsequent funding of ALH Holdings, LLC, ALH H, Inc. and subsidiaries (hereafter "ALH"); the business, operations, management, financing and financial condition (including litigation liabilities) of ALH; the governance and affairs of ALH and the parties' participation therein; consulting and other services provided by the parties to ALH and payments in connection therewith; the sale of ALH and use of proceeds thereof; the possible purchase of the Class A equity of ALH by the holders of the Class B equity of ALH; the legal and financial advisors of ALH; the indemnification rights of certain parties in connection with ALH; the March 15, 1999 SELK Guarantee; the July 1, 2001 Lion LLC Settlement Agreement; and the December 17, 2004 Settlement Agreement and Mutual Releases.

WILMINGTON\50576\1 157347.000

(b)     All discovery shall be commenced in time to be completed by April 12, 2007.

(c)     Maximum of 30 interrogatories by each side to the other side.

(d)     Maximum of 50 requests for admission by each side to the other side. The parties agree that requests for admission will be served not less than 60 days before the deadline of completion of all discovery.

(e)     Maximum of 20 deposition s by plaintiffs and 20 depositions by defendants. The parties anticipate that there will be significant overlap in the individuals deposed by plaintiffs and defendants.

(f)     Each deposition, other than of George J. Buchler, Eugene I. Krieger, Bruce J. Stein, Avie Arenson, Shalom Lamm, Michel Konig, William R. Lanius and John Laguardia, shall be limited to a maximum of seven (7) hours unless extended by agreement of parties.

(g)     Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by March 23, 2007. Rebuttal expert reports due on April 6, 2007.

(h)     **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.  **Joinder of other Parties, Amendment of Pleadings, and Class Certification.**  All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before January 20, 2006.

4.  **Settlement Conference.**  Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5.  **Applications by Motion.**  Any application to the court shall be by written motion filed with the clerk.  Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers.  **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

6.  **Motions in Limine.**  All motions in limine shall be filed on or before April 16, 2007.  All responses to said motions shall be filed on or before April 18, 2007.

7.  **Pretrial Conference.**  A pretrial conference will be held on April 23, 2007 at 4:30 p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

8.  **Trial.**  This matter is scheduled for a ten day bench trial commencing on May 7, 2007 in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties should plan on being allocated an equal total number of hours in which to present their respective cases.

---

Sue L. Robinson
United States District Judge