IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE ALH HOLDINGS, LLC | ) <br> ) Consol. C.A. No. 04-1339 – SLR <br> ) |

**PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD WITH DEPOSITION TESTIMONY TAKEN AFTER THE CLOSE OF BRIEFING ON PLAINTIFFS' MOTION TO COMPEL THE CLASS B PARTIES TO PRODUCE DOCUMENTS CLAIMED AS PRIVILEGED OR FOR *IN CAMERA* INSPECTION AND TO CONTINUE CERTAIN DEPOSITIONS**

Plaintiffs hereby move to supplement the record with deposition testimony taken after the close of briefing on Plaintiff's Motion to Compel the Class B Parties to Produce Documents Claims as Privileged or For In-Camera Inspection and to Continue Certain Depositions (D.I. 116, the "Motion").

On March 12, 2007, the parties completed briefing on the Motion. On March 13, 2007, plaintiffs took the deposition of Isaac M. Neuberger, whose communications are the subject of the Motion.

Relevant excerpts of Mr. Neuberger's deposition are attached hereto as Exhibit A. Plaintiffs submit that the attached excerpts from Mr. Neuberger's deposition speak for themselves and supplement the evidence and arguments provided in support of the Motion that Defendants and Shalom E. Lamm may not assert privilege over their communications with Mr. Neuberger because Mr. Neuberger was the individual responsible for the decisions of Class B Member SELK, LLC ("SELK") and because his communications with Mr. Lamm were *not in Mr. Lamm's capacity as managing member of SELK*, as Mr. Lamm (according to Mr. Neuberger) was not authorized to make decisions for SELK and because Mr. Neuberger was rendering advice at times when there was no decision to be made by SELK.

Defendants have now also supplemented their privilege logs (yet again) and have included documents that, on their face, are not privileged. See Exhibit B.

WHEREFORE, Plaintiffs request leave to supplement the record on the Motion and that the Court consider the designations from Mr. Neuberger's deposition attached hereto as Exhibit A and the supplemental privilege logs attached hereto as Exhibit B in connection with the Motion.

                                                 MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                 /s/

                                                 A. Gilchrist Sparks, III (#467)
                                                 S. Mark Hurd (#3297)
                                                 Samuel T. Hirzel (#4415)
                                                 1201 N. Market Street
                                                 P.O. Box 1347
                                                 Wilmington, DE 19899-1347
                                                 (302) 658-9200
                                                   *Attorneys for Plaintiffs &*
                                                   *Counterclaim Defendants*

March 23, 2007

768347.2

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Sean J. Bellew
>David A. Felice
>Cozen O'Connor
>Chase Manhattan Centre
>1201 North Market Street, Suite 1400
>Wilmington, DE 19801

>/s/ Samuel T. Hirzel
>_____
>Samuel T. Hirzel (#4415)