## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on March 30, 2007, I electronically filed the

foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to

the following counsel of record:

A. Gilchrist Sparks, III, Esq.
S. Mark Hurd , Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

David A. Felice

Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: dfelice@cozen.com

*Attorneys for Defendants Abraham Arenson,*
*A. Arenson Holdings, Ltd., D.A. Gardens,*
*Ltd., J12ALH Associates, SELK, LLC and*
*Laurel Equity Group, LLC*