# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

S. Mark Hurd
302 351 9354
302 498 6202 Fax
shurd@mnat.com

April 4, 2007

Chief Judge Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *In re ALH Holdings, LLC,*
<u>Consol. Civil Action No. 04-1339-SLR</u>

Dear Chief Judge Robinson:

      I submit for Your Honor's consideration a proposed Fifth Amended Scheduling Order, the form of which has been agreed to by the parties. The enclosed order is identical to the prior scheduling order, except with respect to paragraphs 2(b) and 2(g) (which have been revised primarily for purposes of expert discovery), paragraph 7 (which now provides that the parties will not file motions *in limine*) and paragraph 8 (which now requires that a pretrial order be submitted on April 19, 2007).

      The parties request that Your Honor enter this proposed order and are available at the convenience of the Court should Your Honor have any questions.

Respectfully,

S. Mark Hurd (#3297)

SMH/dmd
Enclosure
cc: Dr. Peter T. Dalleo, Clerk
     David A. Felice, Esquire