IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ALH HOLDINGS, LLC | ) Consol. C.A. No. 04-1339 – SLR ) ) |

## NOTICE OF DEPOSITIONS OF HOLLAND & KNIGHT AND ARBOR COMMERCIAL MORTGAGE LLC

TO:   Sean J. Bellew
      Cozen O'Connor
      1201 North Market Street, Suite 1400
      Wilmington, DE 19801

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30 and 45 counsel for plaintiffs shall take the telephonic deposition by oral examination of the witnesses identified below at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801 at the date and time referenced below:

| Witness | Date and Time |
|---|---|
| Holland & Knight | April 17, 2007 at 1 p.m. Eastern time |
| Arbor Commercial Mortgage, LLC | April 19, 2007 at 4:30 p.m. Eastern time |

The depositions will be recorded by stenographic means before a Notary Public or other officer authorized to administer oaths. You are invited to attend and cross examine.

                                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                     */s/*

A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
  *Attorneys for Plaintiffs and Counterclaim*
  *Defendants Shamrock Holdings of California,*
  *Inc., Shamrock Capital Advisors, Inc., Eugene I.*
  *Krieger, George J. Buchler and Bruce J. Stein,*
April 12, 2007                      *and Third-Party Defendant ALH Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

    Sean J. Bellew
    David A. Felice
    Cozen O'Connor
    1201 North Market Street
    Wilmington, Delaware 19801

_____
Samuel T. Hirzel (#4415)