IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves the admission *pro hac vice* of Nichole M. Galvin to represent Defendant Abraham (Avie) Arenson and Defendants, Counterclaim Plaintiffs and Third Party Plaintiffs A. Arenson Holdings, Ltd., D. A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group, LLC in this matter.

Dated: April 17, 2007

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Attorneys for Defendants Abraham Arenson, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group, LLC*

WILMINGTON\51599\1 157347.000