IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re: ALH Holdings, LLC        ) Consol. Civ. No. 04-1339-SLR

ORDER

At Wilmington this 18th day of April, 2007, having reviewed plaintiffs' motion to compel and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 116) is granted to the following extent: On or before April 19, 2007, plaintiffs shall identify a total of 36 documents listed in the Class B Parties' privilege logs. On or before 12:00 p.m. on April 23, 2007, unredacted copies of such documents shall be provided to the court by the Class B Parties for *in camera* inspection. If the court determines from a review of this sample of documents that the claim of privilege has been inappropriately asserted, the court shall grant further relief.

_____
United States District Judge