IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE ALH HOLDINGS, LLC ) Consol. C.A. No. 04-1339 – SLR

PLAINTIFFS' IDENTIFICATION OF DOCUMENTS PURSUANT
TO APRIL 18, 2007 ORDER ON PLAINTIFFS' MOTION TO COMPEL

In accordance with the Court's Order dated April 18, 2007 (D.I. 145) (the "Order"), Plaintiffs hereby identify 36 documents listed in the Class B Parties' privilege logs for *in camera* inspection.

In Defendants' Answering Brief in Opposition to Plaintiffs' Motion to Compel the Class B Parties to Produce Documents Claimed as Privileged or for *In Camera* Inspection and to Continue Certain Depositions (the "Answering Brief"), Defendants represented that the disputed documents could be summarized as:

- Class B redacted log: 43 email trails, 1 fax cover letter and 1 internal chart.
- Class B privilege log: 42 email trails.
- Lamm privilege log: 127 email trails, 2 fax correspondence, 1 draft narrative and 4 memos.
- Lamm redacted log: 42 email trails, 2 memos, 1 fax correspondence and 1 fax with handwritten notes.

In light of Defendants' representation that these documents are properly characterized as email trails rather than individual emails, and Plaintiffs' inability to identify the most recent email trails from Defendants' privilege logs, Plaintiffs have identified the email trails as single documents by reference to the descriptions reflected in Plaintiffs' privilege log and request that Defendants produce the longest and most recent email trail for *in camera* inspection.[1]

---

[1] Where bates numbers are provided on Defendants privilege logs for emails within an email trail, they are provided in Plaintiffs' list herein. By providing such bates numbers, Plaintiffs do not intend to exclude from the email trails non-bates numbered documents identified in the descriptions below.

Plaintiffs identify the following documents for *in camera* inspection:

A. <u>Documents From The Lamm Privilege Log</u>:

1. Undated email from Lamm to Neuberger described as Correspondence re: Strategy for meeting with JMP, meeting with division presidents;

2. January 13, 2002 email from Lamm to Neuberger described as Email re: Financing Strategies for B buyout;

3. February 25, 2002 email from Lamm to Neuberger described as Email re: Strategy for dealing with Shamrock (L13775);

4. April 18, 2002 email from Neuberger to Lamm described as Email re: Draft of Letter to Board Members re: Audit Rep Letter (L14604);

5. May 27, 2002 email from Lamm to Neuberger described as Email re: Strategy for Dealing with Shamrock (L13919);

6. July 17, 2002 email from Lamm to Neuberger described as Email re: Response to potential sale of BBC and strategy for potential B buyout (L14169);

7. July 21, 2002 email from Lamm to Neuberger described as Email re: Strategy for class B future of ALH (L13330-31);

8. July 29, 2002 memo from Lamm to Neuberger described as Memo re: ALH/Heathrow Airport 7/29 Meeting-agenda and strategy (L13041);

9. August 30, 2002 email from Neuberger to Arenson, Jesselson, Frankel, Frankel, Lamm and Konig described as Email re: Management Meeting and B buyout strategy (L13691);

10. September 3, 2002 email trail between Lamm, Neuberger, Arenson, Jesselson, Frankel, and Konig described as Email re: Miami Meeting with Landstar and strategy for B-buyout (L14491-92);

11. December 12, 2002 email from Neuberger to Lamm, Arenson, Jesselson and Konig described as Email re: Opposition to sale of BBC;

12. December 17, 2002 fax from Lamm to Neuberger described as Fax re: Effect of Bowden litigation on sale of entities (L12976);[2]

---

[2] This document was later produced in redacted form.

13. February 7, 2003 email from Lamm to Neuberger, Arenson, Frankel, Frankel, Jesselson, and Konig described as Memo re: Summary of meeting with LaGuardia and Lanius and strategy for potential B buy-out (L13044-47);

14. February 19, 2003 email trail between Lamm to Neuberger described as Email re: Strategy for dealing with Shamrock (L14027-28; L13772; 14425);

15. March 19, 2003 email trail between Lamm, Neuberger and Arenson described as Email re: Execution of JMP Engagement Letter Extension (L14058-59; L14413-14);

16. May 13, 2003 email trail between Lamm, Arenson and Neuberger described as Email re: Strategy for ALH Board Meeting (L14078-79; L14172; L14411-12);

17. June 27, 2003 email trail among Lamm, Arenson, Konig, Jesselson, Neuberger, Frankel and Frankel described as Email re: ALH Board Meeting regarding sale of ABI, Shamrock's fee and strategy moving forward (L14080-81; L14171; L14407-08);

18. March 5, 2004 email trail between Lamm and Neuberger described as Email re: Strategy for negotiations re: dispute with Shamrock (L14176; L14385);

19. March 14, 2004 email trail between Lamm, Neuberger and Arenson described as Email re: Response to proposed sale of BBC (L14242; L14384; L14032-33; L14380-81; L14020);

20. August 8, 2004 email from Lamm to Neuberger described as Email re: J. Zich's Conversation with Counsel for Swiss Re;

21. August 8, 2004 email trail between Lamm, Neuberger and Lobell described as Email re: Status of dispute with Shamrock (L14337-38).

B. <u>Documents From The Class B Privilege Log</u>:

1. August 11, 2002 email from Neuberger to Lamm, Arenson, Jesselson, Jesselson, Frankel, Frankel, and Konig described as Email re: Strategy for ALH Board Meeting and response to Krieger (ClassB1698-1700);

2. September 9, 2002 email trail between Lamm, Neuberger, Arenson, Frankel, Jesselson and Konig described as Email re: Valuation of ALH (ClassB1693-94);

3. March 5, 2004 email trail between Lamm and Neuberger described as Email re: Strategy for negotiations re: dispute with Shamrock (ClassB1742-43; ClassB1740; ClassB1741);

    4.    March 8, 2004 dictation of voicemail from Frankels by K. Schumann to Neuberger described as Email re: Update on Status of ALH (ClassB1747)

    5.    June 4, 2004 email from Lamm to Neuberger described as Email re: Confession of Judgment.

C.    <u>Documents From The Lamm Redaction Log</u>:

    1.    June 24, 2003 email trail between Lamm, Neuberger, Arenson, Konig and Jesselson described as Email re: Timing of request for Execution of Unanimous Written Consent and Contribution Agreement (L3617-18); June 24, 2003 email trail between Lamm and Neuberger described as Execution of Unanimous Written Consent and Contribution Agreement (L3619-20); June 24, 2003 email trail between Arenson, Lamm, Neuberger, Konig and Jesselson described as Email re: Execution of Unanimous Written Consent and Contribution Agreement (L3621-22; L3623-24);[3]

    2.    June 25, 2003 email from Arenson to Lamm and Neuberger described as Email re: Inquiry about executing Unanimous Written Consent and Contribution Agreement;[4]

    3.    October 2, 2003 email trail between Arenson, Lamm and Neuberger described as Email re: Strategy for meeting between Arenson and Buchler to discuss ALH II (L3059-64; L3065-70; L3459-64; L3465-70; L4035-41; L3052-58; L3471-76);

    4.    October 2, 2003 memo from Lamm to Neuberger and Arenson described as Memo re: Conversation with Lanius (as email attachment) (L4042-43)

    5.    March 17, 2004 email trail between Neuberger and Lamm described as Email re: Execution of proposed resolutions (L3482-83; L3652-53).

D.    <u>Documents From The Class B Redaction Log</u>:

    1.    December 12, 2002 email from Neuberger to Lamm, Arenson, Jesselson, Konig described as Email re: Class B position regarding Bowden sale and impact on Swiss Re;[5]

---

[3] From a review of the redacted documents, it appears that although these documents are described differently, they are part of the same email trail.

[4] Although this document appears on the redaction log, no bates number is identified in the redaction log and Plaintiffs were unable to identify it in the production on the basis of the description provided.

2. February 14, 2003 email trail between Lamm and Neuberger described as Email re: Strategy for BOD Meeting on 2/10/04 [or 2/10/03] (ClassB434-35);

3. March 18-19, 2003 email trail between Lamm, Neuberger, Arenson & Lobell described as Email re: Effect of execution of JMP Engagement Letter Extension (ClassB1607-08; ClassB430-31; ClassB432-33; ClassB1609-10);

4. June 25, 2003 email trail between Lamm, Arenson, Neuberger, Konig and Jesselson described as Email re: Shamrock fee for sale of ABI (ClassB 370; ClassB377);

5. March 25, 2004 email from Neuberger to Lamm described as Email re: Conversation with Lanius and Class B strategy (ClassB1544-45; ClassB1764; ClassB1765).[6]

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Samuel T. Hirzel*

A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
Wilmington, DE 19899
302-658-9200
*Attorneys for Plaintiffs/Counterclaim Defendants*

April 19, 2007
803347

---

Continued from previous page ...

[5] Although this document appears on the redaction log, no bates number is identified in the redaction log and Plaintiffs were unable to identify it in the production on the basis of the description provided.

[6] Although this document appears on the redaction log, no bates number is identified in the redaction log and Plaintiffs were unable to identify it in the production on the basis of the description provided.