IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339-SLR |

## ORDER

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Brian M. Boyle is granted.

Date: _____, 2007

_____
Sue L. Robinson
Chief, United States District Judge