## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on April 23, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>A. Gilchrist Sparks, III, Esq.
>S. Mark Hurd, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

>/s/ Sean J. Bellew
>Sean J. Bellew (#4072)
>David A. Felice (#4090)
>Cozen O'Connor
>Chase Manhattan Centre
>1201 N. Market Street, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 295-2000
>Facsimile: (302) 295-2013
>Email: dfelice@cozen.com
>
>*Attorneys for Defendants Abraham Arenson, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group, LLC*