

# COZEN
## O'CONNOR
### ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

April 23, 2007

**David A. Felice**
Direct Phone 302.295.2011
Direct Fax   866.776.8911
dfelice@cozen.com

**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   In re ALH Holdings LLC; Consol. C.A. No. 04-1339-SLR

Dear Judge Robinson:

Pursuant to the Court's order dated April 18, 2007 (D.I. 145), enclosed for Your Honor's *in camera* inspection are the thirty-six documents listed in the Class B Parties' privilege logs.

Should Your Honor have any questions or concerns about this matter, counsel is available at Your Honor's convenience.

Respectfully,

David A. Felice

David A. Felice (#4090)

DAF/ssl
cc:   Clerk of the Court (*via ECF, w/o enclosures*)
      S. Mark Hurd, Esquire (*via ECF, w/o enclosures*)
      Thomas M. Wood, IV, Esquire

WILMINGTON\51723\1   157347.000