IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: ALH HOLDINGS, LLC        ) Civ. No. 04-1339-SLR

**ORDER**

At Wilmington this 24th day of April, 2007, having reviewed *in camera* the documents identified by plaintiffs and produced by defendants;

IT IS ORDERED that said documents shall be produced to plaintiffs, as the contents of said documents relate to business, not legal, matters. I note in this regard the following: First, some of the documents were redacted, making the *in camera* inspection rather senseless. Second, because of the redactions, I chose not to further redact the few sentences I found which arguably did relate to legal advice. Finally, aside from the lack of any language indicating that the matters being discussed had a specific legal significance (as opposed to very real business concerns), I note that on Bates page numbered L14058, an email from Mr. Lamm to Messrs. Arenson and Neuberger, Mr. Lamm indicated that he would "consult with his attorney" about a certain matter, confirming to me plaintiffs' position, that is, that Mr. Neuberger was acting as a business partner, not a lawyer, in connection with these many communications. If further relief is requested by plaintiffs in this regard, plaintiffs shall contact my chambers via my chambers email to schedule a telephone conference.

_____
United States District Judge