IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339 – SLR |

NOTICE OF DEPOSITION OF JOSEPH CAPOBIANCO

TO:  Sean J. Bellew
     Cozen O'Connor
     1201 North Market Street, Suite 1400
     Wilmington, DE 19801

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30 counsel for plaintiffs shall take the telephonic deposition by oral examination of Joseph Capobianco, Esquire on May 2, 2007 at 2:00 p.m. at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801.  The deposition will be recorded by stenographic means before a Notary Public or other officer authorized to administer oaths, and shall continue from day to day until completed, with such adjournments as to time and place as may be necessary.  You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Samuel T. Hirzel*
_____
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone:  (302) 658-9200
  *Attorneys for Plaintiffs and Counterclaim*
  *Defendants Shamrock Holdings of California,*
  *Inc., Shamrock Capital Advisors, Inc., Eugene I.*
  *Krieger, George J. Buchler and Bruce J. Stein,*
  *and Third-Party Defendant ALH Holdings, LLC*

May 1, 2007
815610.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Sean J. Bellew, Esq.
>David A. Felice, Esq.
>Cozen O'Connor
>1201 North Market Street
>Suite 1400
>Wilmington, Delaware  19801

>*/s/ Samuel T. Hirzel*
>_____
>Samuel T. Hirzel (#4415)