IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ALH HOLDINGS, LLC | ) Consol. C.A. No. 04-1339 – SLR |

**PROPOSED ORDER
ON PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS**

WHEREAS, the Court granted Plaintiffs' Motion to Compel the Class B Parties to Produce Documents Claimed as Privileged or for In Camera Inspection and to Continue Certain Depositions (D.I. 116, the "Motion");

WHEREAS, the Court reviewed a sample of the 36 documents submitted for *in camera* inspection and concluded that they were not privileged;

IT IS HEREBY ORDERED THAT:

1. Defendants shall produce immediately the remainder of the documents on their privilege log (D.I. 312, Ex. A) with the exception of (a) documents *solely* between Lamm and his personal attorney Jay Lobell (b) documents dated after January 11, 2004 for which a claim of work-product protection is asserted; and (c) internal emails solely between Neuberger, other members of his firm and Moses Victor Konig (i.e., Class B 5121-22).

2. Messrs. Arenson and Lamm shall sit for an additional two hours of deposition testimony in Delaware on a date convenient to Plaintiffs' counsel and no less than two days before they are called as witnesses at trial;

3. Defendants shall pay Plaintiffs' expenses and reasonable attorneys' fees in connection with the Motion. If the parties cannot resolve the amount of fees and

expenses amongst themselves, Plaintiffs' counsel shall submit an affidavit stating their fees and expenses in connection with the Motion and the Court shall award amounts in its discretion.

4. The Pre-Trial Order (D.I. 146) is hereby amended to include the issue of whether Plaintiffs' are entitled to attorneys fees on the grounds that Defendants prosecuted their counterclaims in bad faith.

_____
United States District Court Judge
Sue L. Robinson