## CERTIFICATE OF SERVICE

I, David A. Felice, do hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>
> A. Gilchrist Sparks, III, Esq.
> S. Mark Hurd, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899

>
> /s/ David A. Felice
> David A. Felice (#4090)
> Cozen O'Connor
> Chase Manhattan Centre
> 1201 N. Market Street, Suite 1400
> Wilmington, DE 19801
> Telephone: (302) 295-2000
> Facsimile: (302) 295-2013
> *Attorneys for Defendants*