## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> Sean J. Bellew
> David A. Felice
> Cozen O'Connor
> Chase Manhattan Centre
> 1201 North Market Street, Suite 1400
> Wilmington, DE  19801

> /s/ Samuel T. Hirzel
> _____
> Samuel T. Hirzel (#4415)