IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| ALH HOLDINGS, LLC. | ) Civ. No. 04-1339-SLR |
| | ) |

ORDER

At Wilmington this 26th day of July, 2007, having conferred with the parties;

IT IS ORDERED that a bench trial shall commence on **Monday, April 7, 2008**, at 9:30 a.m. for nine days in courtroom 6B on the 6th floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge