IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ALH HOLDINGS, LLC. | )<br>) Civ. No. 04-1339-SLR<br>) |

# ORDER

At Wilmington this 13th day of November, 2007, having reviewed various pending motions;

IT IS ORDERED that plaintiffs' counsel shall produce to the court, on or before November 16, 2007, the transcript of the deposition of Isaac M. Neuberger.

                                                                                                                   _____<br>
                                                                                             United States District Judge