# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

S. Mark Hurd
302 351 9354
302 498 6202 Fax
shurd@mnat.com

November 15, 2007

The Honorable Sue L. Robinson
United States District Court for the
District of Delaware
844 North King Street
Wilmington, DE  19801

   Re: *In re ALH Holdings, LLC*,
     <u>Consol. Civil Action No. 04-1339-SLR</u>

Dear Judge Robinson:

  Pursuant to the Court's Order, enclosed please find a copy of the deposition transcript of Isaac M. Neuberger taken on March 13, 2007. If Your Honor would like copies of the exhibits marked at Mr. Neuberger's deposition, please let us know and we will provide them as well.

              Respectfully,

              S. Mark Hurd (#3297)

SMH/dmd
Enclosure
cc: Dr. Peter T. Dalleo, Clerk (w/o encl)
   David A. Felice, Esquire (w/o encl)