IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  ALH HOLDINGS, LLC          ) Civ. No. 04-1339-SLR

**O R D E R**

At Wilmington this 31st day of March, 2008, having reviewed the various pending motions in the above captioned litigation;

IT IS ORDERED that:

1. Plaintiffs' motion to supplement the record (D.I. 138) has been made moot by virtue of the court's order of November 13, 2007 (D.I. 163), requiring the production of the complete transcript of the deposition of Isaac M. Neuberger.

2. Plaintiffs' motion for further relief (D.I. 153) is granted, as the court concludes that defendants' privilege log was not compiled with substantial justification.  (See D.I. 158)  Therefore, it is appropriate for defendants to pay plaintiffs their attorney fees and expenses related to their motion to compel, pursuant to Fed. R. Civ. P. 37(a)(5)(A), and to make both Arenson and Lamm available for further deposition in Delaware on **Monday, April 7, 2008** (unless the parties agree to a more convenient location and date).

THEREFORE, IT IS FURTHER ORDERED that:

1. The court shall conduct a telephonic status conference on **Thursday, April 3, 2008 at 3:00 p.m..**  Plaintiffs' counsel shall organize the telephone call.

2. On or before **April 15, 2008**, plaintiffs shall submit for the court's review (with copies to defendants) the underlying documentation for the attorney fees and costs

claimed by plaintiffs. Defendants may respond to such submission on or before **May 9, 2008.** Plaintiffs may reply to defendants' submission on or before **May 19, 2008.**

_____
United States District Judge