IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  ALH HOLDINGS, LLC            ) Civ. No. 04-1339-SLR

## ORDER

At Wilmington this 4th day of April, 2008, having conferred with counsel;

IT IS ORDERED that:

1. Trial in the above captioned matter shall commence on Monday, April 7, 2008.  Trial days shall start at 9:30 a.m. and end at 4:30 p.m., except that on Friday, April 11 and Friday, April 18, the trial day shall end at 12:00 p.m..

2. Plaintiffs (collectively) and defendants (collectively) each shall have 27 hours in which to present their evidence.

3. On Monday, April 7, 2008, before opening statements, plaintiffs and defendants each shall submit to me, in the courtroom, their complete trial exhibit lists, using the form available on my website.  All trial exhibits must be premarked before presentation in court.  The parties shall maintain custody of the admitted trial exhibits until submission of such with post-trial briefing.  I do not want binders of potential trial exhibits on the bench.  After an exhibit has been admitted, I may request a copy for my use.  Absent further order, an exhibit must be admitted before a witness may testify about it.

_____
United States District Judge