IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: ALH HOLDINGS, LLC    ) Civ. No. 04-1339-SLR

**O R D E R**

At Wilmington this 18th day of April, 2008, having conducted a bench trial in the above captioned case;

IT IS ORDERED that:

1. The parties shall submit for the court's approval a stipulated post-trial briefing schedule, consistent with the court's guidelines for such.

2. The parties shall maintain custody of the exhibits admitted at trial. Upon submission of the opening brief, the parties shall submit to the court all of the admitted exhibits, organized as follows:

   a. The exhibits shall be organized in chronological, not numerical, order, to expedite the finding of facts.

   b. If a document was admitted under multiple exhibit designations, the parties shall submit to the court only one copy of the document which has affixed to it a notation of all the exhibit designations under which the document was admitted.

   c. With respect to email chains, one exhibit per chain should be admitted (to the extent practicable), with that one document (the complete chain) having affixed to it a notation of all the exhibit designations under which parts of the email chain were

admitted.

                                                  _/s/ Sue L. Robinson_
                                                  United States District Judge