IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: ALH HOLDINGS, LLC            )   Civ. No. 04-1339-SLR

**DECLARATION OF SAMUEL T. HIRZEL, ESQUIRE,
IN SUPPORT OF PLAINTIFFS' APPLICATION
FOR ATTORNEYS' FEES INCURRED IN CONNECTION WITH
PLAINTIFFS' MOTION FOR FURTHER RELIEF ON PLAINTIFFS'
<u>MOTION TO COMPEL AND FOR SANCTIONS</u>**

1. I am an associate with the law firm of Morris, Nichols, Arsht & Tunnell LLP (the "Firm"), counsel to plaintiffs in the above captioned action.

2. I am familiar with the facts and proceedings herein and respectfully submit this declaration pursuant to the Court's Order dated March 31, 2008 (D.I. 165) regarding the attorneys' fees and costs incurred by Plaintiffs in connection with Plaintiffs' Motion to Compel the Class B Parties to Produce Documents Claimed as Privileged or for In Camera Inspection and to Continue Certain Depositions (D.I. 116) and Plaintiffs' Motion for Further Relief on Plaintiffs' Motion to Compel and for Sanctions (D.I. 153) (together, the "Motion").

3. Attached hereto as Exhibit A are computer print-outs of the detailed work logs (the "Time Sheets") dated August 2, 2006 through April 14, 2008 underlying the attorneys' fees and costs incurred by Plaintiffs in connection with the Motion. The rates reflected in the Time Sheets are the rates at which the Firm billed its services to Plaintiffs.

4. Attached hereto as Exhibit B are documents reflecting the disbursements that have been billed to Plaintiffs.

5. Exhibits A and B were redacted to eliminate entries unrelated to the Motion.

6. Where unrelated tasks that were not associated with the Motion are included on a Time Sheet within a time entry reflecting time spent on the Motion, I have conferred with the other attorneys working on the matter and made a good faith allocation of time spent on each task as reflected in the margins of the individual time entries.

7. Plaintiffs have incurred attorneys' fees of $80,785.00 and costs of $3,749.45 to date in connection with the Motion.

8. Plaintiffs' have paid all invoices due to date.

Declared under penalty of perjury this 22nd Day of April, 2008.

---
Samuel T. Hirzel, Esquire (#4415)

2293331

## CERTIFICATE OF SERVICE

I, Samuel T. Hirzel, hereby certify that on April 22, 2008 I electronically filed the Declaration of Samuel T. Hirzel, Esquire, in Support of Plaintiffs' Application for Attorneys' Fees Incurred in Connection with Plaintiffs' Motion for Further Relief on Plaintiffs' Motion to Compel and For Sanctions, which will send notification of such filing(s) to the following:

Sean J. Bellew, Esq.
David A. Felice, Esq.
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801


/s/ *Samuel T. Hirzel*
Samuel T. Hirzel (#4415)