# Exhibit A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/2/2006 | 896 | John P. DiTomo | 0.60 | 147.00 | Discuss motion to compel with S. Hirzel. | 52039 | 1461771 | $147 |
| 9/13/2006 | | Invoice=831923 | 0.60 | 147.00 | | | | |
| 8/2/2006 | 814 | Samuel T. Hirzel, II | 6.70 | 1,742.00 | Work on trans. memo, revise production for hot documents, organize B's hot documents, confer with John DiTomo re: meeting | 52039 | 1463111 | $156 |
| 9/13/2006 | | Invoice=831923 | 6.70 | 1,742.00 | | | | |

.6

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/5/2006 | 896 | John P. DiTomo | 2.00 | 490.00 | Legal research re motion to compel in district court; review standards for attorney client privilege; work product and scope of discovery. | 52039 | 1463100 | $490 |
| 9/13/2006 | | Invoice=831923 | 2.00 | 490.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/7/2006 | 896 | John P. DiTomo | 1.50 | 367.50 | Reviewed file including complaint; discovery; and memorandum concerning discovery issues. | 52039 | 1463831 | $367.5 |
| 9/13/2006 | | Invoice=831923 | 1.50 | 367.50 | | | | |

$1,160.5

| 8/8/2006 | 896 | John P. DiTomo | 2.50 | 612.50 | Review file; discuss discovery issues with | 52039 | 1464764 | $612.5 |
| 9/13/2006 | | 🖹 Invoice=831923 | 2.50 | 612.50 | STH. | | | |

| 8/9/2006 | 896 | John P. DiTomo | 0.50 | 122.50 | Review privileg log and possible objections. | 52039 | 1465197 | $122.5 |
| 9/13/2006 | | 🖹 Invoice=831923 | 0.50 | 122.50 | | | | |

$ 734

| Date | | | Hours | | Amount | Description | | |
|------|------|------|-------|------|--------|-------------|------|------|
| 8/14/2006 | 896 | John P. DiTomo | 0.50 | | 122.50 | Reviewed privilege log and identified | 52039 | 1471734 |
| 9/13/2006 | | Invoice=831923 | 0.50 | | 122.50 | objections thereto. | | |

*$122.50*

| 8/15/2006 | 896 | John P. DiTomo | 2.60 | | 637.00 | Review documents pertaining to opposing | 52039 | 1472413 |
| 9/13/2006 | | Invoice=831923 | 2.60 | | 637.00 | party's privilege log. | | |

*$637*

| 8/15/2006 | 814 | Samuel T. Hirzel, II | 1.80 | | 468.00 | Privilege document issues; call with Wood; | 52039 | 1473940 |
| 9/13/2006 | | Invoice=831923 | 1.80 | | 468.00 | confer with Mark Hurd, John DiTomo and Mary Muffley re: discovery motions. | | |

*$468*

| 8/16/2006 | 896 | John P. DiTomo | 4.00 | *2.0* | 980.00 | Document review; draft outline for production | 52039 | 1473261 |
| 9/13/2006 | | Invoice=831923 | 4.00 | | 980.00 | deficiencies. | | |

*$490*

| 8/17/2006 | 896 | John P. DiTomo | 4.00 | *2.0* | 980.00 | Document review; legal research concerning | 52039 | 1473647 |
| 9/13/2006 | | Invoice=831923 | 4.00 | | 980.00 | discovery. | | |

*$490*

| 8/18/2006 | 896 | John P. DiTomo | 3.00 | *2.0* | 735.00 | Document review; legal research concerning | 52039 | 1473652 |
| 9/13/2006 | | Invoice=831923 | 3.00 | | 735.00 | discovery. | | |

*$490*

*$2,697.50*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/22/2006 | 896 | John P. DiTomo | 8.00 _4.0_ | 1,960.00 | Production review; draft outline concerning | 52039 | 1475830 | $940 |
| 9/13/2006 | | 📄Invoice=831923 | 8.00 | 1,960.00 | privilege log deficiencies. | | | |
| 8/23/2006 | 896 | John P. DiTomo | 3.70 _2.0_ | 906.50 | Production review; Finalize drafting memorandum re legal | 52039 | 1476100 | $470 |
| 9/13/2006 | | 📄Invoice=831923 | 3.70 | 906.50 | standards to assess sufficiency of privilege log. | | | |
| 8/23/2006 | 219 | S. Mark Hurd | 7.50 | 3,562.50 | Document review; prepare for teleconference with opposing counsel; | 52039 | 1478520 | $950 |
| 9/13/2006 | | 📄Invoice=831923 | 7.50 _2.0_ | 3,562.50 | teleconference re discovery and related issues | | | |

$ 2420

| Date | | Timekeeper | Hours | | Amount | Description | | |
|---|---|---|---|---|---|---|---|---|
| 8/24/2006 | 814 | Samuel T. Hirzel, II | 1.40 | .7 | 364.00 | Meet and confer re: follow up letter and prepare for meeting with | 52039 | 1477830  $182 |
| 9/13/2006 | | Invoice=831923 | 1.40 | | 364.00 | **REDACTED** | | |
| 8/28/2006 | 219 | S. Mark Hurd | 0.10 | | 47.50 | Emails re discovery issues | 52039 | 1480792  $47.50 |
| 9/13/2006 | | Invoice=831923 | 0.10 | | 47.50 | | | |

$ 229.50

| Date | | Timekeeper | Hours | Amount | Description | | | |
|------|-----|------------|-------|--------|-------------|---|---|---|
| 9/8/2006 | 814 | Samuel T. Hirzel, II | 0.60 | 156.00 | Letter to Thomas Wood. | 52039 | 1484826 | $156 |
| 10/10/2006 | | Invoice=832968 | 0.60 | 156.00 | | | | |
| 9/9/2006 | 814 | Samuel T. Hirzel, II | 0.50 | 130.00 | Revise letter. Follow up production discovery. | 52039 | 1484834 | $130 |
| 10/10/2006 | | Invoice=832968 | 0.50 | 130.00 | | | | |

$7286

| Date | Code | Name | Hours | Amount | Description | | | |
|------|------|------|-------|--------|-------------|---|---|---|
| 10/2/2006 | 219 | S. Mark Hurd | 4.40 | 2,090.00 | Document review; review opinion; review and revise draft correspondence to opposing counsel; conference re ALH document production | 52039 | 1498438 | $2090 |
| 11/9/2006 | | Invoice=834308 | 4.40 | 2,090.00 | | | | |
| 10/2/2006 | 814 | Samuel T. Hirzel, II | 0.30 | 78.00 | Draft letter re: production. | 52039 | 1501114 | $78 |
| 11/9/2006 | | Invoice=834308 | 0.30 | 78.00 | | | | |
| 10/4/2006 | 219 | S. Mark Hurd | 1.00 | 475.00 | Document review; revising correspondence re discovery issues | 52039 | 1502110 | $475 |
| 11/9/2006 | | Invoice=834308 | 1.00 | 475.00 | | | | |
| 10/4/2006 | 814 | Samuel T. Hirzel, II | 1.40 | 364.00 | Discovery letter. | 52039 | 1501136 | $364 |
| 11/9/2006 | | Invoice=834308 | 1.40 | 364.00 | | | | |
| 10/4/2006 | 146 | A. Gilchrist Sparks III | 0.30 | 180.00 | Conference | 52039 | 1500433 | $180 |
| 11/9/2006 | | Invoice=834308 | 0.30 | 180.00 | | | | |

$3,187

| Date | | Timekeeper | Hours | Amount | Description | | | |
|------|-----|-----------|-------|---------|-------------|-----|---------|-----|
| 10/5/2006 | 219 | S. Mark Hurd | 2.40 | 1,140.00 | Document review; review and revise discovery letter; inter-office conference re discovery issues | 52039 | 1501953 | $1,140 |
| 11/9/2006 | | 📄 Invoice=834308 | 2.40 | 1,140.00 | | | | |
| 10/6/2006 | 219 | S. Mark Hurd | 3.50 | 1,662.50 | Document review; drafting and revising letter re discovery issues; conference with S Hirzel re same | 52039 | 1502180 | $1,662 |
| 11/9/2006 | | 📄 Invoice=834308 | 3.50 | 1,662.50 | | | | |
| 10/6/2006 | 814 | Samuel T. Hirzel, II | 2.50 | 650.00 | Revise letter and confer with Smith re: docs. | 52039 | 1501143 | 1650 |
| 11/9/2006 | | 📄 Invoice=834308 | 2.50 | 650.00 | | | | |

$ 3452.50

| Date | | ID | Timekeeper | Hours | | Amount | Description | | | |
|------|--|----|-----------|-------|--|--------|-------------|--|--|--|
| 10/11/2006 | | 219 | S. Mark Hurd | 7.00 | 2D | 3,325.00 | Document review; chronology; outline re open | 52039 | 1511858 | $950 |
| 11/9/2006 | | | Invoice=834308 | 7.00 | | 3,325.00 | discovery issues | | | |
| 10/11/2006 | | 814 | Samuel T. Hirzel, II | 6.50 | | 1,690.00 | Review GB documents for Hot Docs. Revise | 52039 | 1504612 | $950 |
| 11/9/2006 | | | Invoice=834308 | 6.50 | 2.0 | 1,690.00 | Privilege Log. Confer with SMT. Review new L. production. | | | |
| 10/12/2006 | | 814 | Samuel T. Hirzel, II | 6.20 | | 1,612.00 | Review new L production. Revise privilege | 52039 | 1504632 | $50 |
| 11/9/2006 | | | Invoice=834308 | 6.20 | 2.D | 1,612.00 | log. Send letter to Wood. | | | |
| 10/13/2006 | | 814 | Samuel T. Hirzel, II | 1.80 | | 468.00 | Production issues. Review new ALH Hot Docs. | 52039 | 1504652 | $260 |
| 11/9/2006 | | | Invoice=834308 | 1.80 | 1.0 | 468.00 | 1st draft of privilege letter. | | | |

$2,680

| 10/23/2006 | 814 | Samuel T. Hirzel, II | 0.20 | 52.00 | Read Wood letters. | 52039 | 1513825 | $52 |
| 11/9/2006 | | Invoice=834308 | 0.20 | 52.00 | | | | |

$52

| Date | ID | Name | Hours | | Amount | Description | | | |
|------|-----|------|-------|---|--------|-------------|---|---|---|
| 11/10/2006 | 219 | S. Mark Hurd | 7.80 | 4.0 | 3,705.00 | Review privilege logs; review and revise correspondence; emails re scheduling and other issues | 52039 | 1521930 | $1900 |
| 12/19/2006 | | 📄Invoice=835687 | 7.80 | | 3,705.00 | | | | |
| 11/10/2006 | 814 | Samuel T. Hirzel, II | 1.60 | | 416.00 | Motion to Compel. Research re: waiver of privilege. Send discovery letter. | 52039 | 1522835 | $416 |
| 12/19/2006 | | 📄Invoice=835687 | 1.60 | | 416.00 | | | | |
| 11/15/2006 | 516 | Carol N. Powell | 0.40 | | 70.00 | Conf. with MM re privilege log project; Instructions prepared and conf. with Brenda Grier | 52039 | 1523992 | $70 |
| 12/19/2006 | | 📄Invoice=835687 | 0.40 | | 70.00 | | | | |

$2386

| Date | | | Hours | | Amount | Description | | | |
|------|-----|-----------------|------|-----|--------|-------------|-------|---------|---------|
| 11/18/2006 | 814 | Samuel T. Hirzel, II | 1.50 | 1.0 | 390.00 | Review logs. Review ALH production. | 52039 | 1526084 | $200 |
| 12/19/2006 | | 📄 Invoice=835687 | 1.50 | | 390.00 | | | | |
| 11/19/2006 | 219 | S. Mark Hurd | 2.00 | | 950.00 | Document review; revise letter; emails re | 52039 | 1526521 | $950 |
| 12/19/2006 | | 📄 Invoice=835687 | 2.00 | | 950.00 | discovery issues | | | |

$1210

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/21/2006 | 814 | Samuel T. Hirzel, II | 6.50 | 4.0 | 1,690.00 | Draft Motion to Compel. Draft Lamm outline. | 52039 | 1528489 |
| 12/19/2006 | | ▤ Invoice=835687 | 6.50 | | 1,690.00 | | | |

71040

$1040

| Date | | | Hours | | Amount | Description | | | |
|------|---|---|-------|---|--------|-------------|---|---|---|
| 11/29/2006 | 814 | Samuel T. Hirzel, II | 9.00 | *2.0* | 2,340.00 | Review new Swiss Re documents. Incorporate Swiss Re documents into chron/Lamm outline. Continue drafting Motion to Compel. Begin Frankel outline. | 52039 | 1532777 | *$520* |
| 12/19/2006 | | Invoice=835687 | 9.00 | | 2,340.00 | | | | |
| 11/30/2006 | 814 | Samuel T. Hirzel, II | 7.50 | *5.0* | 1,950.00 | Finish reading Arenson deposition. Incorporate Arenson deposition into Motion to Compel/Lamm outline. Frankel deposition outline. Color code new privilege logs for Motion to Compel. Incorporate new log into Motion to Compel. | 52039 | 1532786 | *$1300* |
| 12/19/2006 | | Invoice=835687 | 7.50 | | 1,950.00 | | | | |

*$1,820*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/13/2006 | 814 | Samuel T. Hirzel, II | 10.10 | 2,626.00 | Review new Lamm documents. Revise Motion To | 52039 | 1541334 |
| 1/8/2007 | | Invoice=836301 | 10.10 | 2,626.00 | Compel with new "L" docs. | | |

$2,626

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/14/2006 | 814 | Samuel T. Hirzel, II | 8.00 | 2,080.00 | Revise Motion to Compel with new "L" | 52039 | 1541343 |
| 1/8/2007 | | Invoice=836301 | 8.00 | 2,080.00 | documents and log. Edit Lamm outline with new documents. Dictate chron of new "L" documents. | | |

4.0    $1,040

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/15/2006 | 814 | Samuel T. Hirzel, II | 6.50 | 1,690.00 | Finish dictation of new "L" Hot Docs. Revise | 52039 | 1541353 |
| 1/8/2007 | | Invoice=836301 | 6.50 | 1,690.00 | Motion to Compel. | | |

4.0    $1,040

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/16/2006 | 814 | Samuel T. Hirzel, II | 2.00 | 520.00 | Revise and edit Motion to Compel. | 52039 | 1541363 |
| 1/8/2007 | | Invoice=836301 | 2.00 | 520.00 | | | |

520

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/18/2006 | 814 | Samuel T. Hirzel, II | 3.50 | 910.00 | Revise and edit Motion to Compel and compile | 52039 | 1544913 |
| 1/8/2007 | | Invoice=836301 | 3.50 | 910.00 | exhibits. | | |

$910

$6136

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/19/2006 | 814 | Samuel T. Hirzel, II | 4.00 | | 1,040.00 | Finalize draft of Motion to Compel. Dictate additional production. | 52039 | 1544921 *1520* |
| 1/8/2007 | | Invoice=836301 | 4.00 *2.0* | | 1,040.00 | Incorporate "L" production into Lamm outline. Review SMH edits to logs. | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/21/2006 | 814 | Samuel T. Hirzel, II | 1.80 | *1.0* | 468.00 | Privilege log issues. Review and dictate new | 52039 | 1544938 *$260* |
| 1/8/2007 | | Invoice=836301 | 1.80 | | 468.00 | documents. | | |

*$760*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/17/2007 | 219 | S. Mark Hurd | 6.50 | *2.0* 3,250.00 | Document review for expert; conferences with AGS; review record; draft and revise motion to compel | 52039 | 1558669 | *1,000* |
| 2/8/2007 | | 📄 Invoice=837585 | 6.50 | 3,250.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/19/2007 | 814 | Samuel T. Hirzel, II | 5.30 | *3.0* 1,484.00 | Lamm deposition. Review motion to compel. | 52039 | 1561032 | *840* |
| 2/8/2007 | | 📄 Invoice=837585 | 5.30 | 1,484.00 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/20/2007 | 814 | Samuel T. Hirzel, II | 3.00 | 840.00 | Compile and edit motion to compel. | 52039 | 1561038 | *840* |
| 2/8/2007 | | 📄 Invoice=837585 | 3.00 | 840.00 | | | | |

*2,680*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/22/2007 | 219 | S. Mark Hurd | 0.20 | 100.00 | Emails re discovery issues | 52039 | 1562072 | $100 |
| 2/8/2007 | | Invoice=837585 | 0.20 | 100.00 | | | | |
| 1/23/2007 | 814 | Samuel T. Hirzel, II | 1.20 | 336.00 | Review Motion to Compel. Additional research. | 52039 | 1562430 | $336 |
| 2/8/2007 | | Invoice=837585 | 1.20 | 336.00 | | | | |
| 1/24/2007 | 814 | Samuel T. Hirzel, II | 5.80   3.0 | 1,624.00 | Motion to Compel. Jesselson outline. Begin reading Lamm II. | 52039 | 1562447 | $840 |
| 2/8/2007 | | Invoice=837585 | 5.80 | 1,624.00 | | | | |

$ 1,276

| Date | | | Hours | | Amount | Description | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1/28/2007 | 219 | S. Mark Hurd | 1.50 | | 750.00 | Review and revise motion to compel; | 52039 | 1567092 | *$750* |
| 2/8/2007 | | 📄 Invoice=837585 | 1.50 | *1.0* | 750.00 | transcript review | | | |
| 1/29/2007 | 146 | A. Gilchrist Sparks III | 0.60 | | 375.00 | Review motion | 52039 | 1565534 | *$375* |
| 2/8/2007 | | 📄 Invoice=837585 | 0.60 | | 375.00 | | | | |
| 1/29/2007 | 814 | Samuel T. Hirzel, II | 5.70 | *2.0* | 1,596.00 | Incorporate comments to Motion to Compel. | 52039 | 1565691 | *$560* |
| 2/8/2007 | | 📄 Invoice=837585 | 5.70 | | 1,596.00 | Read Robbins. | | | |
| 1/30/2007 | 814 | Samuel T. Hirzel, II | 6.00 | *1.0* | 1,680.00 | Jesselson deposition preparation. Finalize | 52039 | 1565734 | *$280* |
| 2/8/2007 | | 📄 Invoice=837585 | 6.00 | | 1,680.00 | edits to Motion to Compel. | | | |
| 1/31/2007 | 814 | Samuel T. Hirzel, II | 10.00 | *4.0* | 2,800.00 | Take Jesselson's deposition. Finalize Motion | 52039 | 1565767 | *$1120* |
| 2/8/2007 | | 📄 Invoice=837585 | 10.00 | | 2,800.00 | to Compel, Order, Compendium and Appendix. | | | |

*$ 2835*

| 2/12/2007 | 219 | S. Mark Hurd | 3.80 | 1,900.00 | teleconferences re | 52039 | 1571380 | $500 |
| 3/6/2007 | | Invoice=838520 | 3.80 | 1,900.00 | discovery issues | | | |

$500

| Date | | Timekeeper | Hours | | Amount | Description | | |
|---|---|---|---|---|---|---|---|---|
| 3/2/2007 | 814 | Samuel T. Hirzel, II | 10.50 | 4.0 | 2,940.00 | Lanius outline. Begin reply brief. | 52039 | 1582534 9//20 |
| 4/5/2007 | | Invoice=840678 | 10.50 | | 2,940.00 | Interrogatory responses. | | |
| 3/5/2007 | 814 | Samuel T. Hirzel, II | 9.90 | 5.0 | 2,772.00 | Re-review JMP documents. Draft and research reply brief. Stein Hot Docs for preparation. | 52039 | 1585819 $/400 |
| 4/5/2007 | | Invoice=840678 | 9.90 | | 2,772.00 | | | |

2,520

| Date | Code | Name | Hours | Amount | Description | | |
|---|---|---|---|---|---|---|---|
| 3/7/2007 | 814 | Samuel T. Hirzel, II | 2.00 | 560.00 | Finalize and file interrogatory response. | 52039 | 1585857 *1280* |
| 4/5/2007 | | Invoice=840678 | 2.00  *1.0* | 560.00 | Edit reply brief. | | |
| 3/8/2007 | 814 | Samuel T. Hirzel, II | 6.30 | 1,764.00 | Edit reply brief. Read transcript. Read | 52039 | 1586701 *1,764* |
| 4/5/2007 | | Invoice=840678 | 6.30 | 1,764.00 | Konig deposition. | | |
| 3/8/2007 | 192 | Alan J. Stone | 3.00 | 1,800.00 | Motion to Compel | 52039 | 1586095 *$1800* |
| 4/5/2007 | | Invoice=840678 | 3.00 | 1,800.00 | | | |
| 3/9/2007 | 219 | S. Mark Hurd | 3.50 | 1,750.00 | Expert witness issues; review and revise | 52039 | 1589006 *$1000* |
| 4/5/2007 | | Invoice=840678 | 3.50  *2.0* | 1,750.00 | draft reply on motion to compel | | |
| 3/9/2007 | 192 | Alan J. Stone | 1.50 | 900.00 | Motion to Compel Brief | 52039 | 1586106 *900* |
| 4/5/2007 | | Invoice=840678 | 1.50 | 900.00 | | | |
| 3/9/2007 | 814 | Samuel T. Hirzel, II | 1.90 | 532.00 | Edit reply brief. Incorporate Konig | 52039 | 1586719 *$532* |
| 4/5/2007 | | Invoice=840678 | 1.90 | 532.00 | deposition. | | |
| 3/10/2007 | 814 | Samuel T. Hirzel, II | 0.20 | 56.00 | Review reply brief. | 52039 | 1586739 *$56* |
| 4/5/2007 | | Invoice=840678 | 0.20 | 56.00 | | | |

*$ 6,332*

| 3/10/2007 | 192 | Alan J. Stone | 0.50 | 300.00 | Motion to Compel brief | 52039 | 1586110 | $300 |
| 4/5/2007 | | 📄 Invoice=840678 | 0.50 | 300.00 | | | | |

| 3/12/2007 | 814 | Samuel T. Hirzel, II | 5.80 | 2.0 | 1,624.00 | Finalize reply brief, finalize Neuberger outline, prepare for Neuberger deposition, read SMH questions for Lanius | 52039 | 1591184 | $560 |
| 4/5/2007 | | 📄 Invoice=840678 | 5.80 | | 1,624.00 | | | | |

$860

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/19/2007 | 814 | Samuel T. Hirzel, II | 4.20 | 1,176.00 | Letter to Court with Neuberger; draft motion | 52039 | 1594795 |
| 4/5/2007 | | 📄 Invoice=840678 | 4.20 **3.0** | 1,176.00 | to supplement; confer with Gil Sparks and | | |
| | | | | | Rodger D. Smith; read Lanias | | |

**$840**

**$840**

| 3/22/2007 | 814 | Samuel T. Hirzel, II | 1.20 | .5 | 336.00 | Telephone call with Arbor counsel; revise new documents from Wood; file Motion to Supplement; revise Baker documents | 52039 | 1594868 | 1/90 |
| 4/5/2007 | | Invoice=840678 | 1.20 | | 336.00 | | | | |
| 3/23/2007 | 219 | S. Mark Hurd | 5.50 | 2.0 | 2,750.00 | Review and revise motion to supplement record; expert report; deposition review | 52039 | 1592598 | 1000 |
| 4/5/2007 | | Invoice=840678 | 5.50 | | 2,750.00 | | | | |

$ 1,190

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/18/2007 | 814 | Samuel T. Hirzel, II | 11.10 | | 3,108.00 | Revise PTO, confirm facts in PTO, conference | 52039 | 1609412 **$840** |
| 5/4/2007 | | Invoice=841972 | 11.10 | *3.0* | 3,108.00 | calls re PTO, review privileges re MTC Order, draft letter, revise PTO | | |
| 4/18/2007 | 146 | A. Gilchrist Sparks III | 7.00 | | 4,375.00 | PTO; order to compel; preparation | 52039 | 1609336 **$621** |
| 5/4/2007 | | Invoice=841972 | 7.00 | *1.0* | 4,375.00 | | | |
| 4/19/2007 | 814 | Samuel T. Hirzel, II | 8.20 | | 2,296.00 | Finalize PTO, finish letter to Court re | 52039 | 1609435 **$560** |
| 5/4/2007 | | Invoice=841972 | 8.20 | *2.0* | 2,296.00 | privilege log, review new Weil documents, respond to Boyle e-mail re letters to Court, | | |

**$2,021**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/25/2007 | 146 | A. Gilchrist Sparks III | 3.00 | 1.5 | 1,875.00 | Motion to compel; trial prep | 52039 | 1612570 $937.5 |
| 5/4/2007 | | Invoice=841972 | 3.00 | | 1,875.00 | | | |
| 4/25/2007 | 914 | Karl Randall | 8.60 | | 1,376.00 | Legal research | 52039 | 1611550 $1376 |
| 5/4/2007 | | Invoice=841972 | 8.60 | | 1,376.00 | | | |

$1,073.5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/25/2007 | 814 | Samuel T. Hirzel, II | 4.20 2* | 1,176.00 0 | Research "Affiliate" issues, Motion to Compel follow-up, revise Arbor Outline, draft Capobianco Outline, draft Zyblerberg Outline, research re: Shield/Sword | 52039 | 1613971 | $560 |
| 5/4/2007 | | Invoice=841972 | 4.20 | 1,176.00 | | | | |
| 4/25/2007 | 219 | S. Mark Hurd | 9.40 | 4,700.00 | Pretrial preparation; response to motion for clarification of order granting motion to compel etc | 52039 | 1614344 | $2500 |
| 5/4/2007 | | Invoice=841972 | 9.40 5.0 | 4,700.00 | | | | |
| 4/26/2007 | 914 | Karl Randall | 3.80 | 608.00 | Memorandum writing | 52039 | 1611906 | $608 |
| 5/4/2007 | | Invoice=841972 | 3.80 | 608.00 | | | | |
| 4/26/2007 | 914 | Karl Randall | 2.10 | 336.00 | Writing memorandum | 52039 | 1612148 | $336 |
| 5/4/2007 | | Invoice=841972 | 2.10 | 336.00 | | | | |
| 4/26/2007 | 914 | Karl Randall | 0.30 | 48.00 | writing memorandum | 52039 | 1612155 | |
| 5/4/2007 | | Invoice=841972 | 0.30 | 48.00 | | | | $48 |
| 4/27/2007 | 914 | Karl Randall | 0.90 | 144.00 | Writing memorandum | 52039 | 1612378 | $144 |
| 5/4/2007 | | Invoice=841972 | 0.90 | 144.00 | | | | |
| 4/27/2007 | 205 | Julia Heaney | 0.20 | 95.00 | e-mail Hirzel re attorneys fees | 52039 | 1616032 | $95 |
| 5/4/2007 | | Invoice=841972 | 0.20 | 95.00 | | | | |

$4291

| 5/4/2007 | 814 | Samuel T. Hirzel, II | 9.00 | 5.0 | 2,520.00 | Draft motion for further relief, trial | 52039 | 1619046 | $1400 |
| 6/6/2007 | | Invoice=843292 | 9.00 | | 2,520.00 | preparation issues | | | |

$1400

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/7/2007 | 146 | A. Gilchrist Sparks III | 2.00 | 1,250.00 | Motions and trial prep | 52039 | 1621022 | 2625 |
| 6/6/2007 | | Invoice=843292 | 2.00 | 1,250.00 | | | | |
| | | | | | | | | |
| 5/7/2007 | 814 | Samuel T. Hirzel, II | 4.00 | 1,120.00 | Draft reply on motion for further relief, | 52039 | 1620053 | 1560 |
| 6/6/2007 | | Invoice=843292 | 4.00 | 1,120.00 | trial preparation | | | |

3 1185

| Date | | Timekeeper | Hours | Amount | Description | | | |
|---|---|---|---|---|---|---|---|---|
| 5/15/2007 | 219 | S. Mark Hurd | 0.80 | 400.00 | Review order; teleconference with client; emails re motion | 52039 | 1626116 | 9200 |
| 6/6/2007 | | Invoice=843292 | 0.80 | 400.00 | | | | |
| 5/15/2007 | 146 | A. Gilchrist Sparks III | 0.50 | 312.50 | Telecall | 52039 | 1626894 | $312.5 |
| 6/6/2007 | | Invoice=843292 | 0.50 | 312.50 | | | | |
| 5/15/2007 | 814 | Samuel T. Hirzel, II | 0.60 | 168.00 | Read opinion, read answering brief | 52039 | 1626788 | $168 |
| 6/6/2007 | | Invoice=843292 | 0.60 | 168.00 | | | | |
| 5/16/2007 | 146 | A. Gilchrist Sparks III | 0.70 | 437.50 | Telecalls; review memo | 52039 | 1626903 | $437.5 |
| 6/6/2007 | | Invoice=843292 | 0.70 | 437.50 | | | | |
| 5/16/2007 | 219 | S. Mark Hurd | 2.50 | 1,250.00 | Teleconferences; emails re scheduling issues; document review | 52039 | 1627373 | $1500 |
| 6/6/2007 | | Invoice=843292 | 2.50 | 1,250.00 | | | | |
| 5/17/2007 | 219 | S. Mark Hurd | 1.80 | 900.00 | Emails; teleconferences; document review | 52039 | 1627400 | $900 |
| 6/6/2007 | | Invoice=843292 | 1.80 | 900.00 | | | | |
| 5/17/2007 | 814 | Samuel T. Hirzel, II | 5.00 | 1,400.00 | Draft reply on motion for further relief | 52039 | 1626827 | $1400 |
| 6/6/2007 | | Invoice=843292 | 5.00 | 1,400.00 | | | | |
| 5/18/2007 | 814 | Samuel T. Hirzel, II | 1.30 | 364.00 | Edit reply brief | 52039 | 1626858 | $364 |
| 6/6/2007 | | Invoice=843292 | 1.30 | 364.00 | | | | |
| 5/19/2007 | 146 | A. Gilchrist Sparks III | 0.20 | 125.00 | Emails re privileged docs | 52039 | 1626931 | $125 |
| 6/6/2007 | | Invoice=843292 | 0.20 | 125.00 | | | | |
| 5/19/2007 | 219 | S. Mark Hurd | 3.30 | 1,650.00 | Document review | 52039 | 1626113 | $1650 |
| 6/6/2007 | | Invoice=843292 | 3.30 | 1,650.00 | | | | |
| 5/21/2007 | 814 | Samuel T. Hirzel, II | 6.20 | 1,736.00 | Review new privilege documents and compare to privilege logs, edit reply brief | 52039 | 1626873 | $1736 |
| 6/6/2007 | | Invoice=843292 | 6.20 | 1,736.00 | | | | |
| 5/22/2007 | 814 | Samuel T. Hirzel, II | 3.00 | 840.00 | Revise and edit brief | 52039 | 1628154 | $840 |
| 6/6/2007 | | Invoice=843292 | 3.00 | 840.00 | | | | |

Review and revise reply on

$8,633

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/22/2007 | 219 | S. Mark Hurd | 5.80 | 2,900.00 | motion for | | 52039 | 1631505 |
| 6/6/2007 | | Invoice=843292 | 5.80 | 2,900.00 | sanctions; document review | | | |
| 5/23/2007 | 219 | S. Mark Hurd | 1.30 | 650.00 | Document review; teleconference re | | 52039 | 1634920 |
| 6/6/2007 | | Invoice=843292 | 1.30 | 650.00 | scheduling; email to court re same | | | |

*$2900* (handwritten)

*1.0* *1500* (handwritten)

*$3400* (handwritten)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/8/2008 | 146 | A. Gilchrist Sparks III | 12.80 **4.0** 8,640.00 | Trial; Lamm deposition and preparation | 52039 | 1811280 | **2,700** |
| 4/8/2008 | 814 | Samuel T. Hirzel, II | 14.40 **4.0** 2,112.00 | Trial, Lamm deposition | 52039 | 1809747 | **1,420** |

**4,120**

| 4/13/2008 | 219 | S. Mark Hurd | 3.50 | 1,837.50 | Deposition preparation; deposition of A Arenson | 52039 | 1813156 | 4/18/3₂ₑ |

| 4/13/2008 | 219 | S. Mark Hurd | 14.00 4.0 7,350.00 | Trial preparation; Arenson deposition | 52039 | 1813103 $2100 |
|---|---|---|---|---|---|---|
| 4/14/2008 | 814 | Samuel T. Hirzel, II | 13.00 4.0 4,615.00 | Trial | 52039 | 1813274 $1420 |

$ 3520