# Exhibit B

| 11/10/2006 | 146 | A. Gilchrist Sparks III | 515 | 133.97 | 1.00 | 133.97 | Computer Research - Westlaw |
| 12/19/2006 | | Invoice=835687 | | 133.97 | 1.00 | 133.97 | Search Performed by: HIRZEL,SAM |

$133.97

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/30/2006 | 146 | A. Gilchrist Sparks III | 515 | 37.66 | 1.00 | 37.66 | Computer Research - Westlaw Search Performed by: | $37.66 |
| 12/19/2006 | | Invoice=835687 | | 37.66 | 1.00 | 37.66 | HIRZEL, SAM | |

| Date | | Name | | | | | Description | |
|---|---|---|---|---|---|---|---|---|
| 12/14/2006 | 638 | Mary Muffley | 510 | 11.36 | 1.00 | 11.36 | Photos/Art/Spec Duplicating- Out of office - | $11.36 |
| 1/8/2007 | | Invoice=836301 | | 11.36 | 1.00 | 11.36 | PARCELS INC. CONVERT TO XLS FORMAT / OCR / EMAIL | |
| | | Voucher=139617 Paid | | | | | Vendor=PARCELS INC. Balance= .00 Amount= 2316.99 Paid: 50454 12/28/2006 | |
| 12/14/2006 | 146 | A. Gilchrist Sparks III | 515 | 26.10 | 1.00 | 26.10 | Computer Research - Westlaw Search Performed by: | $26.10 |
| 1/8/2007 | | Invoice=836301 | | 26.10 | 1.00 | 26.10 | HIRZEL;SAM | |
| 12/18/2006 | 814 | Samuel T. Hirzel, II | 503 | 159.00 | 1.00 | 159.00 | Court Costs - WEST PAYMENT CENTER | $159.00 |
| 2/8/2007 | | Invoice=837585 | | 159.00 | 1.00 | 159.00 | FEDERAL RECORD CENTER FEE | |

| Date | | Name | Code | Rate | Qty | Amount | Description | |
|---|---|---|---|---|---|---|---|---|
| 12/18/2006 | 814 | Samuel T. Hirzel, II | 510 | 0.75 | 35.00 | 26.25 | Photos/Art/Spec Duplicating- Out of office - | |
| 2/8/2007 | | Invoice=837585 | | 0.75 | 35.00 | 26.25 | WEST PAYMENT CENTER COPY FEE - MEMORANDUM OPINION | $26.25 |
| | | Voucher=140349 Paid | | | | | Vendor=WEST PAYMENT CENTER Balance= .00 Amount= 257.75 Paid: 50796 01/26/2007 | |
| 12/18/2006 | 814 | Samuel T. Hirzel, II | 523 | 18.75 | 2.00 | 37.50 | Miscellaneous - WEST PAYMENT CENTER | |
| 2/8/2007 | | Invoice=837585 | | 18.75 | 2.00 | 37.50 | COURT STAFF TIME - SORTING THROUGH CASE FILE AT THE FRC | $37.50 |
| | | Voucher=140349 Paid | | | | | Vendor=WEST PAYMENT CENTER Balance= .00 Amount= 257.75 Paid: 50796 01/26/2007 | |
| 12/18/2006 | 814 | Samuel T. Hirzel, II | 522H | 1.00 | 35.00 | 35.00 | Facsimile - WEST PAYMENT CENTER | |
| 2/8/2007 | | Invoice=837585 | | 1.00 | 35.00 | 35.00 | FAX DELIVERY CHARGE - 35 PAGES FAXED TO WESTLAW COURTEXPRESS FOR PDF CONVERSION & EMAILED TO CLIENT | $35.00 |
| | | Voucher=140349 Paid | | | | | Vendor=WEST PAYMENT CENTER Balance= .00 Amount= 257.75 Paid: 50796 01/26/2007 | |
| 12/18/2006 | 146 | A. Gilchrist Sparks III | 515 | 42.55 | 1.00 | 42.55 | Computer Research - Westlaw Search Performed by: | |
| 1/8/2007 | | Invoice=836301 | | 42.55 | 1.00 | 42.55 | HIRZEL,SAM | $42.55 |
| 12/19/2006 | 146 | A. Gilchrist Sparks III | 515 | 29.65 | 1.00 | 29.65 | Computer Research - Westlaw Search Performed by: | $29.65 |
| 1/8/2007 | | Invoice=836301 | | 29.65 | 1.00 | 29.65 | HIRZEL,SAM | |

| Date | | A. Gilchrist Sparks III | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/20/2007 | 146 | | 515 | 48.75 | 1.00 | 48.75 | Computer Research - Westlaw Search Performed by: | $48.75 |
| 2/8/2007 | | Invoice=837585 | | 48.75 | 1.00 | 48.75 | HIRZEL, SAM | |

| 1/23/2007 | 146 | A. Gilchrist Sparks III | 515 | 181.08 | 1.00 | 181.08 | Computer Research - Westlaw Search Performed by: | $181.08 |
|---|---|---|---|---|---|---|---|---|
| 2/8/2007 | | Invoice=837585 | | 181.08 | 1.00 | 181.08 | HIRZEL, SAM | |

| Date | | | | | | | Description | |
|---|---|---|---|---|---|---|---|---|
| 1/31/2007 | 146 | A. Gilchrist Sparks III | 515 | 4.11 | 1.00 | 4.11 | Computer Research - Westlaw Search Performed by: HIRZEL,SAM | |
| 3/6/2007 | | Invoice=838520 | | 4.11 | 1.00 | 4.11 | | $4.11 |
| 1/31/2007 | 000 | Firm Firm | 529 | 17.60 | 1.00 | 17.60 | Pacer Online Filing/Research Charges | $17.60 |
| 2/8/2007 | | Invoice=837585 | | 17.60 | 1.00 | 17.60 | | |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/8/2007 | 814 | Samuel T. Hirzel, II | 515 | 4.64 | 1.00 | 4.64 | Computer Research - Westlaw Search Performed by: HIRZEL,SAM |
| 4/5/2007 | | Invoice=840678 | | 4.64 | 1.00 | 4.64 | |

$4.64

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/12/2007 | 814 | Samuel T. Hirzel, II | 515 | 20.30 | 1.00 | 20.30 | Computer Research - Westlaw Search Performed by: | $20.30 |
| 4/5/2007 | | Invoice=840678 | | 20.30 | 1.00 | 20.30 | HIRZEL,SAM | |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/25/2007 | 814 | Samuel T. Hirzel, II | 515 | 47.36 | 1.00 | 47.36 | Computer Research - Westlaw Search Performed by: | $47.36 |
| 5/4/2007 | | Invoice=841972 | | 47.36 | 1.00 | 47.36 | HIRZEL,SAM | |
| 4/25/2007 | 914 | Karl Randall | 515 | 583.37 | 1.00 | 583.37 | Computer Research - Westlaw Search Performed by: | $583.37 |
| 5/4/2007 | | Invoice=841972 | | 583.37 | 1.00 | 583.37 | RANDALL,KARL | |
| 4/26/2007 | 914 | Karl Randall | 515 | 164.58 | 1.00 | 164.58 | Computer Research - Westlaw Search Performed by: | $164.58 |
| 5/4/2007 | | Invoice=841972 | | 164.58 | 1.00 | 164.58 | RANDALL,KARL | |

| Date | Code | Name | ID | Rate | Qty | Amount | Description | Handwritten |
|---|---|---|---|---|---|---|---|---|
| 5/17/2007 | 814 | Samuel T. Hirzel, II | 515 | 9.28 | 1.00 | 9.28 | Computer Research - Westlaw Search Performed by: HIRZEL,SAM | $9.28 |
| 6/6/2007 | | Invoice=843292 | | 9.28 | 1.00 | 9.28 | | |
| 5/18/2007 | 814 | Samuel T. Hirzel, II | 515 | 4.64 | 1.00 | 4.64 | Computer Research - Westlaw Search Performed by: HIRZEL,SAM | $4.64 |
| 6/6/2007 | | Invoice=843292 | | 4.64 | 1.00 | 4.64 | | |
| 5/22/2007 | 814 | Samuel T. Hirzel, II | 515 | 126.59 | 1.00 | 126.59 | Computer Research - Westlaw Search Performed by: HIRZEL,SAM | $126.59 |
| 6/6/2007 | | Invoice=843292 | | 126.59 | 1.00 | 126.59 | | |
| 5/22/2007 | 638 | Mary Muffley | 510 | 189.91 | 1.00 | 189.91 | Photos/Art/Spec Duplicating- Out of office - PARCELS INC. SHAMROCK PRODUCTION/ SCAN REDWELDS/ CAPTURE HOT DOC INFO/ OCR COLLECTION Vendor=PARCELS INC. Balance= .00 Amount= 423.71 Paid: 52568 06/07/2007 | $189.91 |
| 6/6/2007 | | Invoice=843292 | | 189.91 | 1.00 | 189.91 | | |
| | | Voucher=143611 Paid | | | | | | |
| 5/22/2007 | 638 | Mary Muffley | 510 | 233.80 | 1.00 | 233.80 | Photos/Art/Spec Duplicating- Out of office - PARCELS INC. DATE CODING FOR SCANNED SET/ BLOWBACK SET OF ENTIRE COLLETION Vendor=PARCELS INC. Balance= .00 Amount= 423.71 Paid: 52568 06/07/2007 | $233.80 |
| 6/6/2007 | | Invoice=843292 | | 233.80 | 1.00 | 233.80 | | |
| | | Voucher=143611 Paid | | | | | | |
| 5/24/2007 | 661 | Teresa Day | 519 | 0.20 | 91.00 | 18.20 | In-House Duplicating | $18.20 |
| 6/6/2007 | | Invoice=843292 | | 0.20 | 91.00 | 18.20 | | |
| 5/24/2007 | 661 | Teresa Day | 519 | 0.20 | 32.00 | 6.40 | In-House Duplicating | $6.40 |
| 6/6/2007 | | Invoice=843292 | | 0.20 | 32.00 | 6.40 | | |

| Date | | | | | | | | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4/3/2008 | 000 | | Firm Firm | 515 | 125.04 | 1.00 | 125.04 | Computer Research - Westlaw Search Performed by: KISHPAUGH, AMARYAH | $125.04 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/8/2008 | 146 | A. Gilchrist Sparks III | 506 | 742.64 | 1.00 | 742.64 | Transcripts - WILCOX & FETZER, LTD DEPOSITION OF: SHALOM E. LAMM - ORIGINAL AND MIN-U-SCRIPT/ WORD INDEX/ EXPEDITED, E-TRANSCRIPT, AND HANDLING/POSTAGE - 04/08/08 Vendor=WILCOX & FETZER, LTD. Balance= 742.64 Amount= 742.64 |
| | | Voucher=151284 Unpaid | | | | | |

*1724-e*

# Wilcox & Fetzer, LTD
*Registered Professional Reporters*
*1330 King Street*
*Wilmington, DE  19801*
*(302) 655-0477   Fax: 655-0497*
*FTID# 51-0318885   www.wilfet.com*

Mark Hurd, Esquire
Morris, Nichols, Arsht & Tunnell
1201 Market Street
18th Floor
Wilmington, DE 19801

April 15, 2008

**Invoice#** 20081625

**Balance:**     $700.12

**Re:** ALH Holdings, LLC
      04-1339-SLR
      *on 04/13/08*
      *by Kathleen Palmer*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: Avie Arenson ( 68 pp.) | |
| ORIGINAL EMAIL SAME DAY DELIVERY | 700.12 |

*PAY ONLY $636.48 IF PAID WITHIN 30 DAYS*

P l e a s e    R e m i t    - - - >   Total Due:   $700.12

*Please make checks payable to Wilcox & Fetzer, LTD*
*Terms Net 30 Days*