IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE ALH HOLDINGS LLC** | ) <br> ) Consol. C.A. No. 04-1339-SLR <br> ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. The time for Defendants to file their response in opposition to Plaintiffs' Application for Attorneys' Fees Incurred in Connection with Plaintiffs' Motion for Further Relief on Plaintiffs' Motion to Compel and For Sanctions (per the Court's Order, D.I. 165) is hereby extended through and including Tuesday, May 20, 2008; and

2. The time for Plaintiffs to file their reply to Defendants' opposition to Plaintiffs' Application for Attorneys' Fees Incurred in Connection with Plaintiffs' Motion for Further Relief on Plaintiffs' Motion to Compel and For Sanctions is hereby extended through and including Friday, May 30, 2008.

| | |
|---|---|
| */s/ Samuel T. Hirzel* | */s/ Sean J. Bellew* |
| S. Mark Hurd (#3297) | Sean J. Bellew (#4072) |
| Samuel T. Hirzel (#4415) | David A. Felice (#4090) |
| Morris, Nichols, Arsht & Tunnell | Chase Manhattan Centre |
| 1201 North Market Street | 1201 N. Market Street, Suite 1400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 351-9354 | Telephone: (302) 295-2000 |
| Facsimile: (302) 658-3989 | Facsimile: (302) 295-2013 |
| *Attorneys for Plaintiffs Shamrock Holdings of California Inc., Shamrock Capital Advisors Inc., Eugene I. Krieger, George J. Buchler, and Bruce J. Stein* | *Attorneys for Defendants Abraham Arenson, A. Arenson Holdings, Ltd., D.A. Gardens, Ltd., J12ALH Associates, SELK, LLC and Laurel Equity Group, LLC* |

IT IS SO ORDERED this ___ day of May, 2008.

_____
The Honorable Sue L. Robinson

WILMINGTON\77970\1 157347.000