**EXHIBIT A**

**All Time Entries from the Application in Chronological Order with Defendants' Objections**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 8/2/2006 | DiTomo | Discuss Motion to Compel with STH | 0.6 | 0.6 | $245.00 | $147.00 | |
| 8/5/2006 | DiTomo | Legal research re motion to compel in district court; review standards for attorney client privilege; work product and scope of discovery | 2.0 | 2.0 | $245.00 | $490.00 | |
| 8/7/2006 | DiTomo | Reviewed file including complaint; discovery; and memorandum concerning discovery issues. | 1.5 | 1.5 | $245.00 | $367.50 | "Reviewed file" is work that would have been performed regardless of discovery dispute (§ III.A); "discovery" -description is too vague to determine if related to the Motions and if hours are reasonable (§§ II.A-B); "memorandum…" -description is too vague to determine if related to the Motions and if hours are reasonable (§§ II.A-B). |
| 8/8/2006 | DiTomo | Review file; discuss discovery issues with STH | 2.5 | 2.5 | $245.00 | $612.50 | "Reviewed file" is work that would have been performed regardless of discovery dispute (§ III.A); "discovery issues..."--description is too vague to determine if related to the Motions (§ II.A), |
| 8/9/2006 | DiTomo | Review privilege log and possible objections. | 0.5 | 0.5 | $245.00 | $122.50 | "Review privilege log" is work that would have been performed regardless of discovery dispute (§ III.A) and description "possible objections" is to vague to determine if objections related to discovery issues raised in the Motions. |
| 8/14/2006 | DiTomo | Reviewed privilege log and identified objections thereto. | 0.5 | 0.5 | $245.00 | $122.50 | "Review privilege log..." is work that would have been performed regardless of discovery dispute (§ III.A). |
| 8/15/2006 | DiTomo | Review documents pertaining to opposing party's privilege log. | 2.6 | 2.6 | $245.00 | $637.00 | "Review documents…" is work that would have been performed regardless of the discovery dispute (§ III.A). |
| 8/16/2006 | DiTomo | Document review; draft outline for production deficiencies. | 4.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "draft outline…" is too vague to determine if related to the Motions (§ II.A) and could be for work that is unrelated to discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/17/2006 | DiTomo | Document review; legal research concerning discovery. | 4.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "legal research" description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/18/2006 | DiTomo | Document review; legal research concerning discovery. | 3.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "legal research" description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |

**EXHIBIT A**

**All Time Entries from the Application in Chronological Order with Defendants' Objections**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 8/22/2006 | DiTomo | Production review; draft outline concerning privilege log deficiencies. | 8.0 | 4.0 | $245.00 | $980.00 | "Production Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "draft outline…" is too vague to determine if related to the Motions (§ II.A) and could be for work that is unrelated to discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/23/2006 | DiTomo | Production review; Finalize drafting memorandum re legal standards to assess sufficiency of privilege log. | 3.7 | 2.0 | $245.00 | $490.00 | "Production Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/27/2007 | Heaney | e-mail Hirzel re attorneys fees | 0.2 | 0.2 | $475.00 | $95.00 | |
| 8/2/2006 | Hirzel | Work on trans. memo, revise production for hot documents, organize B's hot documents, confer with JPD re: meeting | 6.7 | 0.6 | $260.00 | $156.00 | |
| 8/15/2006 | Hirzel | Privilege documents issues; call with Wood; confer with Mark Hurd, John DiTomo and Mary Muffley re: discovery motions. | 1.8 | 1.8 | $260.00 | $468.00 | "Privilege documents issues"--description is too vague to determine if hours are reasonable (§ II.B); "call …"--description is too vague to determine if related to the Motions (§ II.A). |
| 8/24/2006 | Hirzel | Meet and confer re: follow up letter and prepare for meeting with REDACTED | 1.4 | 0.7 | $260.00 | $182.00 | Description is too vague to determine if related to the Motions (§ II.A); Arbitrary allocation of time (§ II.C). |
| 9/8/2006 | Hirzel | Letter to Thomas Wood. | 0.6 | 0.6 | $260.00 | $156.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 9/9/2006 | Hirzel | Revise letter. Follow up production discovery | 0.5 | 0.5 | $260.00 | $130.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 10/2/2006 | Hirzel | Draft letter re: production. | 0.3 | 0.3 | $260.00 | $78.00 | Description is too vague to determine if related to the Motions (§ II.A); unlikely related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to discovery issues raised in the Motions (§III.A). |
| 10/4/2006 | Hirzel | Discovery letter | 1.4 | 1.4 | $260.00 | $364.00 | Description is too vague to determine if related to the Motions (§ II.A); unlikely letter related to the Motions because letter from Plaintiffs dated 10/6/06 was unrelated to discovery issues raised in the Motions (§III.A). |
| 10/6/2006 | Hirzel | Revise letter and confer with Smith re: docs. | 2.5 | 2.5 | $260.00 | $650.00 | Description is too vague to determine if related to Motions (§ II.A); unlikely letter related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/11/2006 | Hirzel | Review GB documents for Hot Docs. Revise Privilege Log. Confer with SMT. L. production. | 6.5 | 2.0 | $475.00 | $950.00 | Description is too vague to determine which, if any, tasks related to the Motions (§ II.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |

EXHIBIT A

**All Time Entries from the Application in Chronological Order with Defendants' Objections**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 10/12/2006 | Hirzel | Review new L production. Revise privilege log. Send letter to Wood. | 6.2 | 2.0 | $260.00 | $520.00 | Descriptions are too vague to determine if related to the Motions (§II.A); "Review…" would have been performed regardless of discovery dispute (III.A); unlikely letter related to the Motions because letters from Plaintiffs dated 10/16, 10/17 and 10/18/06 were unrelated to the discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/13/2006 | Hirzel | Production issues. Review new ALH Hot Docs. 1st draft of privilege letter. | 1.8 | 1.0 | $260.00 | $260.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); unlikely letter is related to the Motions because letters from Plaintiffs dated 10/16, 10/17 and 10/18/06 were unrelated to the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/23/2006 | Hirzel | Read Wood letters. | 0.2 | 0.2 | $260.00 | $52.00 | Description is too vague to determine if related to Motions (§ II.A); letter from Mr. Wood dated 10/23/06 is unrelated to the Motions (§ III.A). |
| 11/10/2006 | Hirzel | Motion to Compel. Research re: waiver of privilege. Send discovery letter. | 1.6 | 1.6 | $260.00 | $416.00 | |
| 11/18/2006 | Hirzel | Review logs. Review ALH production. | 1.5 | 1.0 | $260.00 | $260.00 | Arbitrary allocation of time (§ II.C). |
| 11/21/2006 | Hirzel | Draft Motion to Compel. Draft Lamm outline. | 6.5 | 4.0 | $260.00 | $1,040.00 | Arbitrary allocation of time (§ II.C). |
| 11/29/2006 | Hirzel | Review new Swiss Re documents. Incorporate Swiss Re documents into chron/Lamm outline. Continue drafting Motion to Compel. Begin Frankel outline. | 9.0 | 2.0 | $260.00 | $520.00 | Arbitrary allocation of time (§ II.C). |
| 11/30/2006 | Hirzel | Finish reading Arenson deposition. Incorporate Arenson deposition into Motion to Compel/Lamm outline. Frankel deposition outline. Color code new privilege logs for Motion to Compel. Incorporate new log into Motion to Compel. | 7.5 | 5.0 | $260.00 | $1,300.00 | "Finish reading Arenson deposition" is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 12/13/2006 | Hirzel | Review new Lamm documents. Revise Motion to Compel with new "L" docs. | 10.1 | 10.1 | $260.00 | $2,626.00 | "Review…" is work that would have been performed regardless of discovery dispute (III.A); hours claimed are excessive (III.B); |
| 12/14/2006 | Hirzel | Revise Motion to Compel with new "L" documents and log. Edit Lamm outline with new documents. Dictate chron of new "L" documents. | 8.0 | 4.0 | $260.00 | $1,040.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 12/15/2006 | Hirzel | Finish dictation of new "L" Hot Docs. Revise Motion to Compel. | 6.5 | 4.0 | $260.00 | $1,040.00 | Arbitrary allocation of time (§ II.C). |
| 12/16/2006 | Hirzel | Revise and edit Motion to Compel. | 2.0 | 2.0 | $260.00 | $520.00 | |
| 12/18/2006 | Hirzel | Revise and edit Motion to Compel and compile exhibits. | 3.5 | 3.5 | $260.00 | $910.00 | |
| 12/19/2006 | Hirzel | Finalize draft of Motion to Compel. Dictate additional production. Incorporate "L" production into Lamm outline. Review SMH edits to logs. | 4.0 | 2.0 | $260.00 | $520.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |

**EXHIBIT A**

**All Time Entries from the Application in Chronological Order with Defendants' Objections**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 12/21/2006 | Hirzel | Privilege log issues. Review and dictate new documents. | 1.8 | 1.0 | $260.00 | $260.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/19/2007 | Hirzel | Lamm deposition. Review motion to compel. | 5.3 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time (§ II.C); allocation is excessive for "Review" (§ III.B). |
| 1/20/2007 | Hirzel | Compile and edit motion to compel. | 3.0 | 3.0 | $280.00 | $840.00 | |
| 1/23/2007 | Hirzel | Review Motion to Compel. Additional research. | 1.2 | 1.2 | $280.00 | $336.00 | |
| 1/24/2007 | Hirzel | Motion to Compel. Jesselson outline. Begin reading Lamm II. | 5.8 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/29/2007 | Hirzel | Incorporate comments to Motion to Compel. Read Robbins. | 5.7 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time (§ II.C). |
| 1/30/2007 | Hirzel | Jesselson deposition preparation. Finalize edits to Motion to Compel. | 6.0 | 1.0 | $280.00 | $280.00 | Arbitrary allocation of time (§ II.C). |
| 1/31/2007 | Hirzel | Take Jesselson's deposition. Finalize Motion to Compel, Order, Compendium and Appendix. | 10.0 | 4.0 | $280.00 | $1,120.00 | Arbitrary allocation of time (§ II.C). |
| 3/2/2007 | Hirzel | Lanius outline. Begin reply brief. Interrogatory responses. | 10.5 | 4.0 | $280.00 | $1,120.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/5/2007 | Hirzel | Re-review JMP documents. Draft and research reply brief. Stein Hot Docs for preparation. | 9.9 | 5.0 | $280.00 | $1,400.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/7/2007 | Hirzel | Finalize and file interrogatory response. Edit reply brief. | 2.0 | 1.0 | $280.00 | $280.00 | Arbitrary allocation of time (§ II.C). |
| 3/8/2007 | Hirzel | Edit reply brief. Read transcript. Read Konig deposition. | 6.3 | 6.3 | $280.00 | $1,764.00 | "Read transcript. Read Konig Deposition" are work that would have performed regardless of discovery dispute (§ III.A). |
| 3/9/2007 | Hirzel | Edit reply brief. Incorporate Konig deposition. | 1.9 | 1.9 | $280.00 | $532.00 | |
| 3/10/2007 | Hirzel | Review reply brief | 0.2 | 0.2 | $280.00 | $56.00 | |
| 3/12/2007 | Hirzel | Finalize reply brief, finalize Neuberger outline, prepare for Neuberger deposition, read SMH questions for Lanius | 5.8 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/19/2007 | Hirzel | Letter to Court with Neuberger; draft motion to supplement; confer with Gil Sparks and Rodger D. Smith; read Lanias [sic] | 4.2 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/22/2007 | Hirzel | Telephone call with Arbor counsel; revise new documents from Wood; file Motion to Supplement; revise Baker documents | 1.2 | 0.5 | $380.00 | $190.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/18/2007 | Hirzel | Revise PTO, confirm facts in PTO, conference calls re PTO, review privileges re MTC Order, draft letter, revise PTO | 11.1 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/19/2007 | Hirzel | Finalize PTO, finish letter to Court re privilege log, review new Weil documents, respond to Boyle e-mail re letters to Court, | 8.2 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time (§ II.C). |

**EXHIBIT A**

**All Time Entries from the Application in Chronological Order with Defendants' Objections**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 4/25/2007 | Hirzel | Research "Affiliate" issues, Motion to Compel follow-up, revise Arbor Outline, draft Capobianco Outline, draft Zyblerberg [sic] Outline, research re: Shield/Sword | 4.2 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/4/2007 | Hirzel | Draft motion for further relief, trial preparation issues | 9.0 | 5.0 | $280.00 | $1,400.00 | Arbitrary allocation of time (§ II.C). |
| 5/7/2007 | Hirzel | Draft reply on motion for further relief, trial preparation | 4.0 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time (§ II.C). |
| 5/15/2007 | Hirzel | Read opinion, read answering brief | 0.6 | 0.6 | $280.00 | $168.00 | |
| 5/17/2007 | Hirzel | Draft reply on motion for further relief | 5.0 | 5.0 | $280.00 | $1,400.00 | |
| 5/18/2007 | Hirzel | Edit reply brief | 1.3 | 1.3 | $280.00 | $364.00 | |
| 5/21/2007 | Hirzel | Review new privilege documents and compare to privilege logs, edit reply brief | 6.2 | 6.2 | $280.00 | $1,736.00 | "Review…" is work that would have been performed regardless of discovery dispute (§III.A);  hours claimed are excessive (§III.B); |
| 5/22/2007 | Hirzel | Revise and edit brief | 3.0 | 3.0 | $280.00 | $840.00 | |
| 4/8/2008 | Hirzel | Trial, Lamm deposition | 14.4 | 4.0 | $355.00 | $1,420.00 | Arbitrary allocation of time (§ II.C); hours claimed are excessive and redundant because Mr. Sparks also charged for time (§III.B). |
| 4/14/2008 | Hirzel | Trial | 13.0 | 4.0 | $355.00 | $1,420.00 | Description is too vague to determine if related to Motions and if hours are reasonable (§ II.A, B); work is unrelated to discovery issues raised in the Motions (§ III.A). |
| 8/23/2006 | Hurd | Document review; prepare for teleconference with opposing counsel; teleconference re discovery and related issues | 7.5 | 2.0 | $475.00 | $950.00 | Document Review is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/28/2006 | Hurd | Emails re discovery issues | 0.1 | 0.1 | $475.00 | $47.50 | Description is too vague to determine if related to the  Motions (§ II.A). |
| 10/2/2006 | Hurd | Document review; review opinion; review and revise draft correspondence to opposing counsel; conference re ALH document production | 4.4 | 4.4 | $475.00 | $2,090.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); "Document review" would have been performed regardless of dispute (§ III.A); "Opinion" and ALH Production are unrelated to the Motions (§ III.A); unlikely correspondence related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/4/2006 | Hurd | Document review; revising correspondence re discovery issues | 1.0 | 1.0 | $475.00 | $475.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); "Document review" would have been performed regardless of the discovery dispute (§ III.A); unlikely correspondence related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/5/2006 | Hurd | Document review; review and revise discovery letter; inter-office conference re discovery issues | 2.4 | 2.4 | $475.00 | $1,140.00 | "Document review" would have been performed regardless of dispute (§ III.A); unlikely letter related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A); "confer…"--description is too vague to determine if related to Motions (§ II.A). |

**EXHIBIT A**

**All Time Entries from the Application in Chronological Order with Defendants' Objections**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 10/6/2006 | Hurd | Document review; drafting and revising letter re discovery issues; conference with S Hirzel re same | 3.5 | 3.5 | $475.00 | $1,662.50 | Descriptions are too vague to determine if related to Motions (§ II.A); "Document review" would have been performed regardless of dispute (§ III.A); unlikely letter or conference related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/11/2006 | Hurd | Document review; chronology; outline re open discovery issues | 7.0 | 2.0 | $475.00 | $950.00 | Descriptions are too vague to determine which, if any, tasks related to the Motions (§ II.A); "Document Review" would have been performed regardless of dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 11/10/2006 | Hurd | Review privilege logs; review and revise correspondence; emails re scheduling and other issues | 7.8 | 4.0 | $475.00 | $1,900.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 11/19/2006 | Hurd | Document review; revise letter; emails re discovery issues | 2.0 | 2.0 | $475.00 | $950.00 | "Document review" is work that would have been performed regardless of the discovery dispute (§ III.A); "revise…" and "emails" is too vague to determine if related to the Motions (§ II.A) and unlikely related to the Motions because Defendants received no correspondence at that time regarding the discovery issues raised in the Motions (§ III.A). |
| 1/17/2007 | Hurd | Document review for expert; conferences with AGS; review record; draft and revise motion to compel | 6.5 | 2.0 | $500.00 | $1,000.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/22/2007 | Hurd | Emails re discovery issues | 0.2 | 0.2 | $500.00 | $100.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 1/28/2007 | Hurd | Review and revise motion to compel; transcript review | 1.5 | 1.0 | $500.00 | $500.00 | Arbitrary allocation of time (§ II.C). |
| 2/12/2007 | Hurd | teleconferences re discovery issues | 3.8 | 1.0 | $500.00 | $500.00 | Description is too vague to determine if related to the Motions (§ II.A); arbitrary allocation of time (§ II.C). |
| 3/9/2007 | Hurd | Expert witness issues; review and revise draft reply on motion to compel | 3.5 | 2.0 | $500.00 | $1,000.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/23/2007 | Hurd | Review and revise motion to supplement record; expert report; deposition review | 5.5 | 2.0 | $500.00 | $1,000.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/25/2007 | Hurd | Pretrial preparation; response to motion for clarification or order granting motion to compel etc | 9.4 | 5.0 | $500.00 | $2,500.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/15/2007 | Hurd | Review order; teleconference with client; emails re motion | 0.8 | 0.4 | $500.00 | $200.00 | Arbitrary allocation of time (§ II.C). |
| 5/16/2007 | Hurd | Teleconferences; emails re scheduling issues; document review | 2.5 | 1.0 | $500.00 | $500.00 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/17/2007 | Hurd | Emails; teleconferences; document review | 1.8 | 1.8 | $500.00 | $900.00 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); |

**EXHIBIT A**

**All Time Entries from the Application in Chronological Order with Defendants' Objections**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 5/19/2007 | Hurd | Document review | 3.3 | 3.3 | $500.00 | $1,650.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); work that would have been performed regardless of the discovery dispute (§ III.A). |
| 5/22/2007 | Hurd | motion for sanctions; document review | 5.8 | 5.8 | $500.00 | $2,900.00 | "Motion for sanctions"--Description is too vague to determine if hours are reasonable (§ II.B); "document review" would have been performed regardless of dispute (§ III.A)". |
| 5/23/2007 | Hurd | Document review; teleconference re scheduling; email to court re same | 1.3 | 1.0 | $500.00 | $500.00 | "Document.." would have been performed regardless of dispute (§ III.A); Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.A-C). |
| 4/13/2008 | Hurd | Deposition preparation; deposition of A Arenson | 3.5 | 3.5 | $525.00 | $1,837.50 | Two hours to prepare for deposition the day before the same witnesses testified at trial is excessive (§III.B). |
| 4/13/2008 | Hurd | Trial preparation; Arenson deposition | 14.0 | 4.0 | $525.00 | $2,100.00 | Hours are excessive because same attorney charged 3.5 hours on same day; further this entry demonstrates arbitrary allocation of time (§ II.C) |
| 11/15/2006 | Powell | Conf. with MM re privilege log project; Instructions prepared and conf. with Brenda Grier | 0.4 | 0.4 | $175.00 | $70.00 | Descriptions are too vague to determine if related to the Motions (§ II.A). |
| 4/25/2007 | Randall | Legal research | 8.6 | 8.6 | $160.00 | $1,376.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/26/2007 | Randall | Memorandum writing | 3.8 | 3.8 | $160.00 | $608.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/26/2007 | Randall | Writing memorandum | 2.1 | 2.1 | $160.00 | $336.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/26/2007 | Randall | writing memorandum | 0.3 | 0.3 | $160.00 | $48.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/27/2007 | Randall | Writing memorandum | 0.9 | 0.9 | $160.00 | $144.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 10/4/2006 | Sparks | Conference | 0.3 | 0.3 | $600.00 | $180.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 1/29/2007 | Sparks | Review motion | 0.6 | 0.6 | $625.00 | $375.00 | |
| 4/18/2007 | Sparks | PTO; order to compel; preparation | 7.0 | 1.0 | $621.00 | $621.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/25/2007 | Sparks | Motion to compel; trial prep | 3.0 | 1.5 | $625.00 | $937.50 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/7/2007 | Sparks | Motions and trial prep | 2.8 | 1.0 | $625.00 | $625.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/15/2007 | Sparks | Telecall | 0.5 | 0.5 | $625.00 | $312.50 | Description is too vague to determine if related to Motions (§ II.A). |
| 5/16/2007 | Sparks | Telecalls; review memo | 0.7 | 0.7 | $625.00 | $437.50 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); |
| 5/19/2007 | Sparks | Emails re privileged docs | 0.2 | 0.2 | $625.00 | $125.00 | Description is too vague to determine if related to the Motions (§ II.A); |
| 4/8/2008 | Sparks | Trial; Lamm deposition and preparation | 12.8 | 4.0 | $675.00 | $2,700.00 | Two hours to prepare for a two hour deposition when trial is in progress is excessive (§III.B); arbitrary allocation of time (§ II.C). |

**EXHIBIT A**

**All Time Entries from the Application in Chronological Order with Defendants' Objections**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 3/8/2007 | Stone | Motion to Compel | 3.0 | 3.0 | $600.00 | $1,800.00 | Description is too vague to determine if hours are reasonable (§ II.B). |
| 3/9/2007 | Stone | Motion to Compel Brief | 1.5 | 1.5 | $600.00 | $900.00 | Description is too vague to determine if hours are reasonable (§ II.B). |
| 3/10/2007 | Stone | Motion to Compel brief | 0.5 | 0.5 | $600.00 | $300.00 | Description is too vague to determine if hours are reasonable (§ II.B). |
| **Total Hours and Fees** | | | | **241.7** | | **$82,026.00** | |