**EXHIBIT B**

### Sections II.A and II.B - Time Entries Are Vague and Lack Sufficient Specificity

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 10/4/2006 | Sparks | Conference | 0.3 | 0.3 | $600.00 | $180.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 4/25/2007 | Sparks | Motion to compel; trial prep | 3.0 | 1.5 | $625.00 | $937.50 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/16/2007 | Sparks | Telecalls; review memo | 0.7 | 0.7 | $625.00 | $437.50 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); |
| 5/15/2007 | Sparks | Telecall | 0.5 | 0.5 | $625.00 | $312.50 | Description is too vague to determine if related to Motions (§ II.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/19/2007 | Sparks | Emails re privileged docs | 0.2 | 0.2 | $625.00 | $125.00 | Description is too vague to determine if related to the Motions (§ II.A); |
| **Sparks Total** | | | | **3.2** | | **$1,992.50** | |
| | | | | | | | |
| 3/8/2007 | Stone | Motion to Compel | 3.0 | 3.0 | $600.00 | $1,800.00 | Description is too vague to determine if hours are reasonable (§ II.B). |
| 3/9/2007 | Stone | Motion to Compel Brief | 1.5 | 1.5 | $600.00 | $900.00 | Description is too vague to determine if hours are reasonable (§ II.B). |
| 3/10/2007 | Stone | Motion to Compel brief | 0.5 | 0.5 | $600.00 | $300.00 | Description is too vague to determine if hours are reasonable (§ II.B). |
| **Stone Total** | | | | **5.0** | | **$3,000.00** | |
| | | | | | | | |
| 8/23/2006 | Hurd | Document review; prepare for teleconference with opposing counsel; teleconference re discovery and related issues | 7.5 | 2.0 | $475.00 | $950.00 | Document Review is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/28/2006 | Hurd | Emails re discovery issues | 0.1 | 0.1 | $475.00 | $47.50 | Description is too vague to determine if related to the Motions (§ II.A). |
| 10/2/2006 | Hurd | Document review; review opinion; review and revise draft correspondence to opposing counsel; conference re ALH document production | 4.4 | 4.4 | $475.00 | $2,090.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); "Document review" would have been performed regardless of dispute (§ III.A); "Opinion" and ALH Production are unrelated to the Motions (§ III.A); unlikely correspondence related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/4/2006 | Hurd | Document review; revising correspondence re discovery issues | 1.0 | 1.0 | $475.00 | $475.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); "Document review" would have been performed regardless of the discovery dispute (§ III.A); unlikely correspondence related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |

**EXHIBIT B**

**Sections II.A and II.B - Time Entries Are Vague and Lack Sufficient Specificity**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 10/5/2006 | Hurd | Document review; review and revise discovery letter; inter-office conference re discovery issues | 2.4 | 2.4 | $475.00 | $1,140.00 | "Document review" would have been performed regardless of dispute (§ III.A); unlikely letter related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A); "confer…"--description is too vague to determine if related to Motions (§ II.A). |
| 10/6/2006 | Hurd | Document review; drafting and revising letter re discovery issues; conference with S Hirzel re same | 3.5 | 3.5 | $475.00 | $1,662.50 | Descriptions are too vague to determine if related to Motions (§ II.A); "Document review" would have been performed regardless of dispute (§ III.A); unlikely letter or conference related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/11/2006 | Hurd | Document review; chronology; outline re open discovery issues | 7.0 | 2.0 | $475.00 | $950.00 | Descriptions are too vague to determine which, if any, tasks related to the Motions (§ II.A); "Document Review" would have been performed regardless of dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 11/19/2006 | Hurd | Document review; revise letter; emails re discovery issues | 2.0 | 2.0 | $475.00 | $950.00 | "Document review" is work that would have been performed regardless of the discovery dispute (§ III.A); "revise…" and "emails" is too vague to determine if related to the Motions (§ II.A) and unlikely related to the Motions because Defendants received no correspondence at that time regarding the discovery issues raised in the Motions (§ III.A). |
| 1/22/2007 | Hurd | Emails re discovery issues | 0.2 | 0.2 | $500.00 | $100.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 2/12/2007 | Hurd | teleconferences re discovery issues | 3.8 | 1.0 | $500.00 | $500.00 | Description is too vague to determine if related to the Motions (§ II.A); arbitrary allocation of time (§ II.C). |
| 5/16/2007 | Hurd | Teleconferences; emails re scheduling issues; document review | 2.5 | 1.0 | $500.00 | $500.00 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/17/2007 | Hurd | Emails; teleconferences; document review | 1.8 | 1.8 | $500.00 | $900.00 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); |
| 5/19/2007 | Hurd | Document review | 3.3 | 3.3 | $500.00 | $1,650.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); work that would have been performed regardless of the discovery dispute (§ III.A). |
| 5/22/2007 | Hurd | motion for sanctions; document review | 5.8 | 5.8 | $500.00 | $2,900.00 | "Motion for sanctions"--Description is too vague to determine if hours are reasonable (§ II.B); "document review" would have been performed regardless of dispute (§ III.A)". |
| 5/23/2007 | Hurd | Document review; teleconference re scheduling; email to court re same | 1.3 | 1.0 | $500.00 | $500.00 | "Document.." would have been performed regardless of dispute (§ III.A); Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.A-C). |
| **Hurd Total** | | | | **31.5** | | **$15,315.00** | |

**EXHIBIT B**

**Sections II.A and II.B - Time Entries Are Vague and Lack Sufficient Specificity**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 8/15/2006 | Hirzel | Privilege documents issues; call with Wood; confer with Mark Hurd, John DiTomo and Mary Muffley re: discovery motions. | 1.8 | 1.8 | $260.00 | $468.00 | "Privilege documents issues"--description is too vague to determine if hours are reasonable (§ II.B); "call …"--description is too vague to determine if related to the Motions (§ II.A). |
| 8/24/2006 | Hirzel | Meet and confer re: follow up letter and prepare for meeting with REDACTED | 1.4 | 0.7 | $260.00 | $182.00 | Description is too vague to determine if related to the Motions (§ II.A); Arbitrary allocation of time (§ II.C). |
| 9/8/2006 | Hirzel | Letter to Thomas Wood. | 0.6 | 0.6 | $260.00 | $156.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 9/9/2006 | Hirzel | Revise letter. Follow up production discovery | 0.5 | 0.5 | $260.00 | $130.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 10/2/2006 | Hirzel | Draft letter re: production. | 0.3 | 0.3 | $260.00 | $78.00 | Description is too vague to determine if related to the Motions (§ II.A); unlikely related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to discovery issues raised in the Motions (§III.A). |
| 10/4/2006 | Hirzel | Discovery letter | 1.4 | 1.4 | $260.00 | $364.00 | Description is too vague to determine if related to the Motions (§ II.A); unlikely letter related to the Motions because letter from Plaintiffs dated 10/6/06 was unrelated to discovery issues raised in the Motions (§III.A). |
| 10/6/2006 | Hirzel | Revise letter and confer with Smith re: docs. | 2.5 | 2.5 | $260.00 | $650.00 | Description is too vague to determine if related to Motions (§ II.A); unlikely letter related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/11/2006 | Hirzel | Review GB documents for Hot Docs. Revise Privilege Log. Confer with SMT. L. production. | 6.5 | 2.0 | $475.00 | $950.00 | Description is too vague to determine which, if any, tasks related to the Motions (§ II.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/12/2006 | Hirzel | Review new L production. Revise privilege log. Send letter to Wood. | 6.2 | 2.0 | $260.00 | $520.00 | Descriptions are too vague to determine if related to the Motions (§II.A); "Review…" would have been performed regardless of discovery dispute (III.A); unlikely letter related to the Motions because letters from Plaintiffs dated 10/16, 10/17 and 10/18/06 were unrelated to the discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/13/2006 | Hirzel | Production issues. Review new ALH Hot Docs. 1st draft of privilege letter. | 1.8 | 1.0 | $260.00 | $260.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); unlikely letter is related to the Motions because letters from Plaintiffs dated 10/16, 10/17 and 10/18/06 were unrelated to the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/23/2006 | Hirzel | Read Wood letters. | 0.2 | 0.2 | $260.00 | $52.00 | Description is too vague to determine if related to Motions (§ II.A); letter from Mr. Wood dated 10/23/06 is unrelated to the Motions (§ III.A). |
| 4/14/2008 | Hirzel | Trial | 13.0 | 4.0 | $355.00 | $1,420.00 | Description is too vague to determine if related to Motions and if hours are reasonable (§ II.A, B); work is unrelated to discovery issues raised in the Motions (§ III.A). |

**EXHIBIT B**

**Sections II.A and II.B - Time Entries Are Vague and Lack Sufficient Specificity**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| **Hirzel Total** | | | | **17.0** | | **$5,230.00** | |
| | | | | | | | |
| 8/7/2006 | DiTomo | Reviewed file including complaint; discovery; and memorandum concerning discovery issues. | 1.5 | 1.5 | $245.00 | $367.50 | "Reviewed file" is work that would have been performed regardless of discovery dispute (§ III.A); "discovery" -description is too vague to determine if related to the Motions and if hours are reasonable (§§ II.A B); "memorandum…" -description is too vague to determine if related to the Motions and if hours are reasonable (§§ II.A-B). |
| 8/8/2006 | DiTomo | Review file; discuss discovery issues with STH | 2.5 | 2.5 | $245.00 | $612.50 | "Reviewed file" is work that would have been performed regardless of discovery dispute (§ III.A); "discovery issues..."--description is too vague to determine if related to the Motions (§ II.A), |
| 8/9/2006 | DiTomo | Review privilege log and possible objections. | 0.5 | 0.5 | $245.00 | $122.50 | "Review privilege log" is work that would have been performed regardless of discovery dispute (§ III.A) and description "possible objections" is to vague to determine if objections related to discovery issues raised in the Motions. |
| 8/16/2006 | DiTomo | Document review; draft outline for production deficiencies. | 4.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "draft outline…" is too vague to determine if related to the Motions (§ II.A) and could be for work that is unrelated to discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/17/2006 | DiTomo | Document review; legal research concerning discovery. | 4.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "legal research" description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/18/2006 | DiTomo | Document review; legal research concerning discovery. | 3.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "legal research" description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/22/2006 | DiTomo | Production review; draft outline concerning privilege log deficiencies. | 8.0 | 4.0 | $245.00 | $980.00 | "Production Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "draft outline…" is too vague to determine if related to the Motions (§ II.A) and could be for work that is unrelated to discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |

**EXHIBIT B**

### Sections II.A and II.B - Time Entries Are Vague and Lack Sufficient Specificity

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 8/23/2006 | DiTomo | Production review; Finalize drafting memorandum re legal standards to assess sufficiency of privilege log. | 3.7 | 2.0 | $245.00 | $490.00 | "Production Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A);  arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| **DiTomo Total** | | | | **16.5** | | **$4,042.50** | |
| 11/15/2006 | Powell | Conf. with MM re privilege log project; Instructions prepared and conf. with Brenda Grier | 0.4 | 0.4 | $175.00 | $70.00 | Descriptions are too vague to determine if related to the Motions (§ II.A). |
| **Powell Total** | | | | **0.4** | | **$70.00** | |
| 4/25/2007 | Randall | Legal research | 8.6 | 8.6 | $160.00 | $1,376.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/26/2007 | Randall | Memorandum writing | 3.8 | 3.8 | $160.00 | $608.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/26/2007 | Randall | Writing memorandum | 2.1 | 2.1 | $160.00 | $336.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/26/2007 | Randall | writing memorandum | 0.3 | 0.3 | $160.00 | $48.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/27/2007 | Randall | Writing memorandum | 0.9 | 0.9 | $160.00 | $144.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| **Randall Total** | | | | **15.7** | | **$2,512.00** | |

| Timekeeper | Hours Claimed | Total |
|---|---|---|
| A. Gilchrist Sparks III | 3.2 | $1,992.50 |
| Alan J. Stone | 5.0 | $3,000.00 |
| S. Mark Hurd | 31.5 | $15,315.00 |
| Samuel T. Hirzel II | 17.0 | $5,230.00 |
| John P. DiTomo | 16.5 | $4,042.50 |
| Powell | 0.4 | $70.00 |
| Karl Randall | 15.7 | $2,512.00 |
| **Total** | **89.3** | **$32,162.00** |