**EXHIBIT C**
**Section II.C - Time Entries Demonstrate Arbitrary Allocation of Time**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 4/18/2007 | Sparks | PTO; order to compel; preparation | 7.0 | 1.0 | $621.00 | $621.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/25/2007 | Sparks | Motion to compel; trial prep | 3.0 | 1.5 | $625.00 | $937.50 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/7/2007 | Sparks | Motions and trial prep | 2.8 | 1.0 | $625.00 | $625.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/8/2008 | Sparks | Trial; Lamm deposition and preparation | 12.8 | 4.0 | $675.00 | $2,700.00 | Two hours to prepare for a two hour deposition when trial is in progress is excessive (§III.B); arbitrary allocation of time (§ II.C). |
| **Sparks Total** | | | | **7.5** | | **$4,883.50** | |
| 8/23/2006 | Hurd | Document review; prepare for teleconference with opposing counsel; teleconference re discovery and related issues | 7.5 | 2.0 | $475.00 | $950.00 | Document Review is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/11/2006 | Hurd | Document review; chronology; outline re open discovery issues | 7.0 | 2.0 | $475.00 | $950.00 | Descriptions are too vague to determine which, if any, tasks related to the Motions (§ II.A); "Document Review" would have been performed regardless of dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 11/10/2006 | Hurd | Review privilege logs; review and revise correspondence; emails re scheduling and other issues | 7.8 | 4.0 | $475.00 | $1,900.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/17/2007 | Hurd | Document review for expert; conferences with AGS; review record; draft and revise motion to compel | 6.5 | 2.0 | $500.00 | $1,000.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/28/2007 | Hurd | Review and revise motion to compel; transcript review | 1.5 | 1.0 | $500.00 | $500.00 | Arbitrary allocation of time (§ II.C). |
| 2/12/2007 | Hurd | teleconferences re discovery issues | 3.8 | 1.0 | $500.00 | $500.00 | Description is too vague to determine if related to the Motions (§ II.A); arbitrary allocation of time (§ II.C). |
| 3/9/2007 | Hurd | Expert witness issues; review and revise draft reply on motion to compel | 3.5 | 2.0 | $500.00 | $1,000.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/23/2007 | Hurd | Review and revise motion to supplement record; expert report; deposition review | 5.5 | 2.0 | $500.00 | $1,000.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/25/2007 | Hurd | Pretrial preparation; response to motion for clarification or order granting motion to compel etc | 9.4 | 5.0 | $500.00 | $2,500.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/15/2007 | Hurd | Review order; teleconference with client; emails re motion | 0.8 | 0.4 | $500.00 | $200.00 | Arbitrary allocation of time (§ II.C). |

## EXHIBIT C
## Section II.C - Time Entries Demonstrate Arbitrary Allocation of Time

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 5/16/2007 | Hurd | Teleconferences; emails re scheduling issues; document review | 2.5 | 1.0 | $500.00 | $500.00 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/23/2007 | Hurd | Document review; teleconference re scheduling; email to court re same | 1.3 | 1.0 | $500.00 | $500.00 | "Document.." would have been performed regardless of dispute (§ III.A); Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.A-C). |
| 4/13/2008 | Hurd | Trial preparation; Arenson deposition | 14.0 | 4.0 | $525.00 | $2,100.00 | Hours are excessive because same attorney charged 3.5 hours on same day; further this entry demonstrates arbitrary allocation of time (§ II.C) |
| **Hurd Total** | | | | **27.4** | | **$ 13,600.00** | |
| | | | | | | | |
| 8/24/2006 | Hirzel | Meet and confer re: follow up letter and prepare for meeting with REDACTED | 1.4 | 0.7 | $260.00 | $182.00 | Description is too vague to determine if related to the Motions (§ II.A); Arbitrary allocation of time (§ II.C). |
| 10/11/2006 | Hirzel | Review GB documents for Hot Docs. Revise Privilege Log. Confer with SMT. L. production. | 6.5 | 2.0 | $475.00 | $950.00 | Description is too vague to determine which, if any, tasks related to the Motions (§ II.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/12/2006 | Hirzel | Review new L production. Revise privilege log. Send letter to Wood. | 6.2 | 2.0 | $260.00 | $520.00 | Descriptions are too vague to determine if related to the Motions (§II.A); "Review…" would have been performed regardless of discovery dispute (III.A); unlikely letter related to the Motions because letters from Plaintiffs dated 10/16, 10/17 and 10/18/06 were unrelated to the discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/13/2006 | Hirzel | Production issues. Review new ALH Hot Docs. 1st draft of privilege letter. | 1.8 | 1.0 | $260.00 | $260.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); unlikely letter is related to the Motions because letters from Plaintiffs dated 10/16, 10/17 and 10/18/06 were unrelated to the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 11/18/2006 | Hirzel | Review logs. Review ALH production. | 1.5 | 1.0 | $260.00 | $260.00 | Arbitrary allocation of time (§ II.C). |
| 11/21/2006 | Hirzel | Draft Motion to Compel. Draft Lamm outline. | 6.5 | 4.0 | $260.00 | $1,040.00 | Arbitrary allocation of time (§ II.C). |
| 11/29/2006 | Hirzel | Review new Swiss Re documents. Incorporate Swiss Re documents into chron/Lamm outline. Continue drafting Motion to Compel. Begin Frankel outline. | 9.0 | 2.0 | $260.00 | $520.00 | Arbitrary allocation of time (§ II.C). |
| 11/30/2006 | Hirzel | Finish reading Arenson deposition. Incorporate Arenson deposition into Motion to Compel/Lamm outline. Frankel deposition outline. Color code new privilege logs for Motion to Compel. Incorporate new log into Motion to Compel. | 7.5 | 5.0 | $260.00 | $1,300.00 | "Finish reading Arenson deposition" is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |

**EXHIBIT C**
**Section II.C - Time Entries Demonstrate Arbitrary Allocation of Time**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 12/14/2006 | Hirzel | Revise Motion to Compel with new "L" documents and log. Edit Lamm outline with new documents. Dictate chron of new "L" documents. | 8.0 | 4.0 | $260.00 | $1,040.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 12/15/2006 | Hirzel | Finish dictation of new "L" Hot Docs. Revise Motion to Compel. | 6.5 | 4.0 | $260.00 | $1,040.00 | Arbitrary allocation of time (§ II.C). |
| 12/19/2006 | Hirzel | Finalize draft of Motion to Compel. Dictate additional production. Incorporate "L" production into Lamm outline. Review SMH edits to logs. | 4.0 | 2.0 | $260.00 | $520.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 12/21/2006 | Hirzel | Privilege log issues. Review and dictate new documents. | 1.8 | 1.0 | $260.00 | $260.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/19/2007 | Hirzel | Lamm deposition. Review motion to compel. | 5.3 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time (§ II.C); allocation is excessive for "Review" (§ III.B). |
| 1/24/2007 | Hirzel | Motion to Compel. Jesselson outline. Begin reading Lamm II. | 5.8 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/29/2007 | Hirzel | Incorporate comments to Motion to Compel. Read Robbins. | 5.7 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time (§ II.C). |
| 1/30/2007 | Hirzel | Jesselson deposition preparation. Finalize edits to Motion to Compel. | 6.0 | 1.0 | $280.00 | $280.00 | Arbitrary allocation of time (§ II.C). |
| 1/31/2007 | Hirzel | Take Jesselson's deposition. Finalize Motion to Compel, Order, Compendium and Appendix. | 10.0 | 4.0 | $280.00 | $1,120.00 | Arbitrary allocation of time (§ II.C). |
| 3/2/2007 | Hirzel | Lanius outline. Begin reply brief. Interrogatory responses. | 10.5 | 4.0 | $280.00 | $1,120.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/5/2007 | Hirzel | Re-review JMP documents. Draft and research reply brief. Stein Hot Docs for preparation. | 9.9 | 5.0 | $280.00 | $1,400.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/7/2007 | Hirzel | Finalize and file interrogatory response. Edit reply brief. | 2.0 | 1.0 | $280.00 | $280.00 | Arbitrary allocation of time (§ II.C). |
| 3/12/2007 | Hirzel | Finalize reply brief, finalize Neuberger outline, prepare for Neuberger deposition, read SMH questions for Lanius | 5.8 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/19/2007 | Hirzel | Letter to Court with Neuberger; draft motion to supplement; confer with Gil Sparks and Rodger D. Smith; read Lanias [sic] | 4.2 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/22/2007 | Hirzel | Telephone call with Arbor counsel; revise new documents from Wood; file Motion to Supplement; revise Baker documents | 1.2 | 0.5 | $380.00 | $190.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/18/2007 | Hirzel | Revise PTO, confirm facts in PTO, conference calls re PTO, review privileges re MTC Order, draft letter, revise PTO | 11.1 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |

**EXHIBIT C**
**Section II.C - Time Entries Demonstrate Arbitrary Allocation of Time**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 4/19/2007 | Hirzel | Finalize PTO, finish letter to Court re privilege log, review new Weil documents, respond to Boyle e-mail re letters to Court, | 8.2 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time (§ II.C). |
| 4/25/2007 | Hirzel | Research "Affiliate" issues, Motion to Compel follow-up, revise Arbor Outline, draft Capobianco Outline, draft Zyblerberg [sic] Outline, research re: Shield/Sword | 4.2 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/4/2007 | Hirzel | Draft motion for further relief, trial preparation issues | 9.0 | 5.0 | $280.00 | $1,400.00 | Arbitrary allocation of time (§ II.C). |
| 5/7/2007 | Hirzel | Draft reply on motion for further relief, trial preparation | 4.0 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time (§ II.C). |
| 4/8/2008 | Hirzel | Trial, Lamm deposition | 14.4 | 4.0 | $355.00 | $1,420.00 | Arbitrary allocation of time (§ II.C); hours claimed are excessive and redundant because Mr. Sparks also charged for time (§III.B). |
| 4/14/2008 | Hirzel | Trial | 13.0 | 4.0 | $355.00 | $1,420.00 | Description is too vague to determine if related to Motions and if hours are reasonable (§ II.A, B); work is unrelated to discovery issues raised in the Motions (§ III.A). |
| **Hirzel Total** | | | | **79.2** | | **$22,682.00** | |
| | | | | | | | |
| 8/16/2006 | DiTomo | Document review; draft outline for production deficiencies. | 4.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "draft outline…" is too vague to determine if related to the Motions (§ II.A) and could be for work that is unrelated to discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/17/2006 | DiTomo | Document review; legal research concerning discovery. | 4.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "legal research" description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/18/2006 | DiTomo | Document review; legal research concerning discovery. | 3.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "legal research" description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |

**EXHIBIT C**
Section II.C - Time Entries Demonstrate Arbitrary Allocation of Time

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 8/22/2006 | DiTomo | Production review; draft outline concerning privilege log deficiencies. | 8.0 | 4.0 | $245.00 | $980.00 | "Production Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "draft outline…" is too vague to determine if related to the Motions (§ II.A) and could be for work that is unrelated to discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/23/2006 | DiTomo | Production review; Finalize drafting memorandum re legal standards to assess sufficiency of privilege log. | 3.7 | 2.0 | $245.00 | $490.00 | "Production Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| **DiTomo Total** | | | | **12.0** | | **$2,940.00** | |

| Timekeeper | Hours Claimed | Total |
|---|---|---|
| A. Gilchrist Sparks III | 7.5 | $4,883.50 |
| S. Mark Hurd | 27.4 | $13,600.00 |
| Samuel T. Hirzel II | 79.2 | $22,682.00 |
| John P. DiTomo | 12.0 | $2,940.00 |
| **Total** | **126.1** | **$44,105.50** |