**EXHIBIT G**
Section III.B - Excessive Hours Spent on Plaintiffs' Motion to Compel and Reply
Entries from August 2, 2006 through March 12, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 10/4/2006 | Sparks | Conference | 0.3 | 0.3 | $600.00 | $180.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 1/29/2007 | Sparks | Review motion | 0.6 | 0.6 | $625.00 | $375.00 | |
| **Sparks Total** | | | | **0.9** | | **$555.00** | |
| | | | | | | | |
| 3/8/2007 | Stone | Motion to Compel | 3.0 | 3.0 | $600.00 | $1,800.00 | Description is too vague to determine if hours are reasonable (§ II.B). |
| 3/9/2007 | Stone | Motion to Compel Brief | 1.5 | 1.5 | $600.00 | $900.00 | Description is too vague to determine if hours are reasonable (§ II.B). |
| 3/10/2007 | Stone | Motion to Compel brief | 0.5 | 0.5 | $600.00 | $300.00 | Description is too vague to determine if hours are reasonable (§ II.B). |
| **Stone Total** | | | | **5.0** | | **$3,000.00** | |
| | | | | | | | |
| 8/23/2006 | Hurd | Document review; prepare for teleconference with opposing counsel; teleconference re discovery and related issues | 7.5 | 2.0 | $475.00 | $950.00 | Document Review is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/28/2006 | Hurd | Emails re discovery issues | 0.1 | 0.1 | $475.00 | $47.50 | Description is too vague to determine if related to the Motions (§ II.A). |
| 10/2/2006 | Hurd | Document review; review opinion; review and revise draft correspondence to opposing counsel; conference re ALH document production | 4.4 | 4.4 | $475.00 | $2,090.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); "Document review" would have been performed regardless of dispute (§ III.A); "Opinion" and ALH Production are unrelated to the Motions (§ III.A); unlikely correspondence related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/4/2006 | Hurd | Document review; revising correspondence re discovery issues | 1.0 | 1.0 | $475.00 | $475.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); "Document review" would have been performed regardless of the discovery dispute (§ III.A); unlikely correspondence related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/5/2006 | Hurd | Document review; review and revise discovery letter; inter-office conference re discovery issues | 2.4 | 2.4 | $475.00 | $1,140.00 | "Document review" would have been performed regardless of dispute (§ III.A); unlikely letter related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A); "confer…"--description is too vague to determine if related to Motions (§ II.A). |
| 10/6/2006 | Hurd | Document review; drafting and revising letter re discovery issues; conference with S Hirzel re same | 3.5 | 3.5 | $475.00 | $1,662.50 | Descriptions are too vague to determine if related to Motions (§ II.A); "Document review" would have been performed regardless of dispute (§ III.A); unlikely letter or conference related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |

**EXHIBIT G**
Section III.B - Excessive Hours Spent on Plaintiffs' Motion to Compel and Reply
Entries from August 2, 2006 through March 12, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 10/11/2006 | Hurd | Document review; chronology; outline re open discovery issues | 7.0 | 2.0 | $475.00 | $950.00 | Descriptions are too vague to determine which, if any, tasks related to the Motions (§ II.A); "Document Review" would have been performed regardless of dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 11/10/2006 | Hurd | Review privilege logs; review and revise correspondence; emails re scheduling and other issues | 7.8 | 4.0 | $475.00 | $1,900.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 11/19/2006 | Hurd | Document review; revise letter; emails re discovery issues | 2.0 | 2.0 | $475.00 | $950.00 | "Document review" is work that would have been performed regardless of the discovery dispute (§ III.A); "revise…" and "emails" is too vague to determine if related to the Motions (§ II.A) and unlikely related to the Motions because Defendants received no correspondence at that time regarding the discovery issues raised in the Motions (§ III.A). |
| 1/17/2007 | Hurd | Document review for expert; conferences with AGS; review record; draft and revise motion to compel | 6.5 | 2.0 | $500.00 | $1,000.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/22/2007 | Hurd | Emails re discovery issues | 0.2 | 0.2 | $500.00 | $100.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 1/28/2007 | Hurd | Review and revise motion to compel; transcript review | 1.5 | 1.0 | $500.00 | $500.00 | Arbitrary allocation of time (§ II.C). |
| 2/12/2007 | Hurd | teleconferences re discovery issues | 3.8 | 1.0 | $500.00 | $500.00 | Description is too vague to determine if related to the Motions (§ II.A); arbitrary allocation of time (§ II.C). |
| 3/9/2007 | Hurd | Expert witness issues; review and revise draft reply on motion to compel | 3.5 | 2.0 | $500.00 | $1,000.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| **Hurd Total** | | | | **27.6** | | **$13,265.00** | |
| 8/2/2006 | Hirzel | Work on trans. memo, revise production for hot documents, organize B's hot documents, confer with JPD re: meeting | 6.7 | 0.6 | $260.00 | $156.00 | |
| 8/15/2006 | Hirzel | Privilege documents issues; call with Wood; confer with Mark Hurd, John DiTomo and Mary Muffley re: discovery motions. | 1.8 | 1.8 | $260.00 | $468.00 | "Privilege documents issues"--description is too vague to determine if hours are reasonable (§ II.B); "call …"--description is too vague to determine if related to the Motions (§ II.A). |
| 8/24/2006 | Hirzel | Meet and confer re: follow up letter and prepare for meeting with REDACTED | 1.4 | 0.7 | $260.00 | $182.00 | Description is too vague to determine if related to the Motions (§ II.A); Arbitrary allocation of time (§ II.C). |
| 9/8/2006 | Hirzel | Letter to Thomas Wood. | 0.6 | 0.6 | $260.00 | $156.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 9/9/2006 | Hirzel | Revise letter. Follow up production discovery | 0.5 | 0.5 | $260.00 | $130.00 | Description is too vague to determine if related to the Motions (§ II.A). |
| 10/2/2006 | Hirzel | Draft letter re: production. | 0.3 | 0.3 | $260.00 | $78.00 | Description is too vague to determine if related to the Motions (§ II.A); unlikely related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to discovery issues raised in the Motions (§III.A). |

**EXHIBIT G**
Section III.B - Excessive Hours Spent on Plaintiffs' Motion to Compel and Reply
Entries from August 2, 2006 through March 12, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 10/4/2006 | Hirzel | Discovery letter | 1.4 | 1.4 | $260.00 | $364.00 | Description is too vague to determine if related to the Motions (§ II.A); unlikely letter related to the Motions because letter from Plaintiffs dated 10/6/06 was unrelated to discovery issues raised in the Motions (§III.A). |
| 10/6/2006 | Hirzel | Revise letter and confer with Smith re: docs. | 2.5 | 2.5 | $260.00 | $650.00 | Description is too vague to determine if related to Motions (§ II.A); unlikely letter related to the Motions because correspondence from Plaintiffs dated 10/6/06 was unrelated to issues raised in the Motions (§ III.A). |
| 10/11/2006 | Hirzel | Review GB documents for Hot Docs. Revise Privilege Log. Confer with SMT. L. production. | 6.5 | 2.0 | $475.00 | $950.00 | Description is too vague to determine which, if any, tasks related to the Motions (§ II.A);  arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/12/2006 | Hirzel | Review new L production. Revise privilege log. Send letter to Wood. | 6.2 | 2.0 | $260.00 | $520.00 | Descriptions are too vague to determine if related to the Motions (§II.A); "Review…" would have been performed regardless of discovery dispute (III.A); unlikely letter related to the Motions because letters from Plaintiffs dated 10/16, 10/17 and 10/18/06 were unrelated to the discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/13/2006 | Hirzel | Production issues. Review new ALH Hot Docs. 1st draft of privilege letter. | 1.8 | 1.0 | $260.00 | $260.00 | Descriptions are too vague to determine if related to the Motions (§ II.A); unlikely letter is related to the Motions because letters from Plaintiffs dated 10/16, 10/17 and 10/18/06 were unrelated to the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 10/23/2006 | Hirzel | Read Wood letters. | 0.2 | 0.2 | $260.00 | $52.00 | Description is too vague to determine if related to Motions (§ II.A); letter from Mr. Wood dated 10/23/06 is unrelated to the Motions (§ III.A). |
| 11/10/2006 | Hirzel | Motion to Compel. Research re: waiver of privilege. Send discovery letter. | 1.6 | 1.6 | $260.00 | $416.00 | |
| 11/18/2006 | Hirzel | Review logs. Review ALH production. | 1.5 | 1.0 | $260.00 | $260.00 | Arbitrary allocation of time (§ II.C). |
| 11/21/2006 | Hirzel | Draft Motion to Compel. Draft Lamm outline. | 6.5 | 4.0 | $260.00 | $1,040.00 | Arbitrary allocation of time (§ II.C). |
| 11/29/2006 | Hirzel | Review new Swiss Re documents. Incorporate Swiss Re documents into chron/Lamm outline. Continue drafting Motion to Compel. Begin Frankel outline. | 9.0 | 2.0 | $260.00 | $520.00 | Arbitrary allocation of time (§ II.C). |
| 11/30/2006 | Hirzel | Finish reading Arenson deposition. Incorporate Arenson deposition into Motion to Compel/Lamm outline. Frankel deposition outline. Color code new privilege logs for Motion to Compel. Incorporate new log into Motion to Compel. | 7.5 | 5.0 | $260.00 | $1,300.00 | "Finish reading Arenson deposition" is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 12/13/2006 | Hirzel | Review new Lamm documents. Revise Motion to Compel with new "L" docs. | 10.1 | 10.1 | $260.00 | $2,626.00 | "Review…" is work that would have been performed regardless of discovery dispute (III.A);  hours claimed are excessive (III.B); |

**EXHIBIT G**
Section III.B - Excessive Hours Spent on Plaintiffs' Motion to Compel and Reply
Entries from August 2, 2006 through March 12, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 12/14/2006 | Hirzel | Revise Motion to Compel with new "L" documents and log. Edit Lamm outline with new documents. Dictate chron of new "L" documents. | 8.0 | 4.0 | $260.00 | $1,040.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 12/15/2006 | Hirzel | Finish dictation of new "L" Hot Docs. Revise Motion to Compel. | 6.5 | 4.0 | $260.00 | $1,040.00 | Arbitrary allocation of time (§ II.C). |
| 12/16/2006 | Hirzel | Revise and edit Motion to Compel. | 2.0 | 2.0 | $260.00 | $520.00 | |
| 12/18/2006 | Hirzel | Revise and edit Motion to Compel and compile exhibits. | 3.5 | 3.5 | $260.00 | $910.00 | |
| 12/19/2006 | Hirzel | Finalize draft of Motion to Compel. Dictate additional production. Incorporate "L" production into Lamm outline. Review SMH edits to logs. | 4.0 | 2.0 | $260.00 | $520.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 12/21/2006 | Hirzel | Privilege log issues. Review and dictate new documents. | 1.8 | 1.0 | $260.00 | $260.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/19/2007 | Hirzel | Lamm deposition. Review motion to compel. | 5.3 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time (§ II.C); allocation is excessive for "Review" (§ III.B). |
| 1/20/2007 | Hirzel | Compile and edit motion to compel. | 3.0 | 3.0 | $280.00 | $840.00 | |
| 1/23/2007 | Hirzel | Review Motion to Compel. Additional research. | 1.2 | 1.2 | $280.00 | $336.00 | |
| 1/24/2007 | Hirzel | Motion to Compel. Jesselson outline. Begin reading Lamm II. | 5.8 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 1/29/2007 | Hirzel | Incorporate comments to Motion to Compel. Read Robbins. | 5.7 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time (§ II.C). |
| 1/30/2007 | Hirzel | Jesselson deposition preparation. Finalize edits to Motion to Compel. | 6.0 | 1.0 | $280.00 | $280.00 | Arbitrary allocation of time (§ II.C). |
| 1/31/2007 | Hirzel | Take Jesselson's deposition. Finalize Motion to Compel, Order, Compendium and Appendix. | 10.0 | 4.0 | $280.00 | $1,120.00 | Arbitrary allocation of time (§ II.C). |
| 3/2/2007 | Hirzel | Lanius outline. Begin reply brief. Interrogatory responses. | 10.5 | 4.0 | $280.00 | $1,120.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/5/2007 | Hirzel | Re-review JMP documents. Draft and research reply brief. Stein Hot Docs for preparation. | 9.9 | 5.0 | $280.00 | $1,400.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/7/2007 | Hirzel | Finalize and file interrogatory response. Edit reply brief. | 2.0 | 1.0 | $280.00 | $280.00 | Arbitrary allocation of time (§ II.C). |
| 3/8/2007 | Hirzel | Edit reply brief. Read transcript. Read Konig deposition. | 6.3 | 6.3 | $280.00 | $1,764.00 | "Read transcript. Read Konig Deposition" are work that would have performed regardless of discovery dispute (§ III.A). |
| 3/9/2007 | Hirzel | Edit reply brief. Incorporate Konig deposition. | 1.9 | 1.9 | $280.00 | $532.00 | |
| 3/10/2007 | Hirzel | Review reply brief | 0.2 | 0.2 | $280.00 | $56.00 | |
| 3/12/2007 | Hirzel | Finalize reply brief, finalize Neuberger outline, prepare for Neuberger deposition, read SMH questions for Lanius | 5.8 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |

## EXHIBIT G
### Section III.B - Excessive Hours Spent on Plaintiffs' Motion to Compel and Reply
### Entries from August 2, 2006 through March 12, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| **Hirzel Total** | | | | **91.4** | | **$24,946.00** | |
| | | | | | | | |
| 11/15/2006 | Powell | Conf. with MM re privilege log project; Instructions prepared and conf. with Brenda Grier | 0.4 | 0.4 | $175.00 | $70.00 | Descriptions are too vague to determine if related to the Motions (§ II.A). |
| **Powell Total** | | | | **0.4** | | **$70.00** | |
| | | | | | | | |
| 8/2/2006 | DiTomo | Discuss Motion to Compel with STH | 0.6 | 0.6 | $245.00 | $147.00 | |
| 8/5/2006 | DiTomo | Legal research re motion to compel in district court; review standards for attorney client privilege; work product and scope of discovery | 2.0 | 2.0 | $245.00 | $490.00 | "review standards…" is work that would have been performed regardless of discovery dispute (§ III.A). |
| 8/7/2006 | DiTomo | Reviewed file including complaint; discovery; and memorandum concerning discovery issues. | 1.5 | 1.5 | $245.00 | $367.50 | "Reviewed file" is work that would have been performed regardless of discovery dispute (§ III.A); "discovery" -description is too vague to determine if related to the Motions and if hours are reasonable (§§ II.A-B); "memorandum…" -description is too vague to determine if related to the Motions and if hours are reasonable (§§ II.A-B). |
| 8/8/2006 | DiTomo | Review file; discuss discovery issues with STH | 2.5 | 2.5 | $245.00 | $612.50 | "Reviewed file" is work that would have been performed regardless of discovery dispute (§ III.A); "discovery issues..."--description is too vague to determine if related to the Motions (§ II.A), |
| 8/9/2006 | DiTomo | Review privilege log and possible objections. | 0.5 | 0.5 | $245.00 | $122.50 | "Review privilege log" is work that would have been performed regardless of discovery dispute (§ III.A) and description "possible objections" is to vague to determine if objections related to discovery issues raised in the Motions. |
| 8/14/2006 | DiTomo | Reviewed privilege log and identified objections thereto. | 0.5 | 0.5 | $245.00 | $122.50 | "Review privilege log..." is work that would have been performed regardless of discovery dispute (§ III.A). |
| 8/15/2006 | DiTomo | Review documents pertaining to opposing party's privilege log. | 2.6 | 2.6 | $245.00 | $637.00 | "Review documents…" is work that would have been performed regardless of the discovery dispute (§ III.A). |
| 8/16/2006 | DiTomo | Document review; draft outline for production deficiencies. | 4.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "draft outline…" is too vague to determine if related to the Motions (§ II.A) and could be for work that is unrelated to discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/17/2006 | DiTomo | Document review; legal research concerning discovery. | 4.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "legal research" description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |

## EXHIBIT G
### Section III.B - Excessive Hours Spent on Plaintiffs' Motion to Compel and Reply
### Entries from August 2, 2006 through March 12, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 8/18/2006 | DiTomo | Document review; legal research concerning discovery. | 3.0 | 2.0 | $245.00 | $490.00 | "Document Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "legal research" description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B);  arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/22/2006 | DiTomo | Production review; draft outline concerning privilege log deficiencies. | 8.0 | 4.0 | $245.00 | $980.00 | "Production Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); "draft outline…" is too vague to determine if related to the Motions (§ II.A) and could be for work that is unrelated to discovery issues raised in the Motions (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 8/23/2006 | DiTomo | Production review; Finalize drafting memorandum re legal standards to assess sufficiency of privilege log. | 3.7 | 2.0 | $245.00 | $490.00 | "Production Review" is too vague to determine if related to the Motions (§ II.A) or is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| **DiTomo Total** | | | | **22.2** | | **$5,439.00** | |

| Timekeeper | Hours Claimed | Total |
|---|---|---|
| A. Gilchrist Sparks III | 0.9 | $ 555.00 |
| Alan J. Stone | 5.0 | $3,000.00 |
| S. Mark Hurd | 27.6 | $13,265.00 |
| Samuel T. Hirzel II | 91.4 | $24,946.00 |
| Carol N. Powell | 0.4 | $ 70.00 |
| John P. DiTomo | 22.2 | $ 5,439.00 |
| **Total** | **147.5** | **$47,275.00** |