**EXHIBIT H**
Section III.B - Excessive Hours Spent on Plaintiffs' Motion to Supplement
Entries from March 13, 2007 through March 23, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 3/23/2007 | Hurd | Review and revise motion to supplement record; expert report; deposition review | 5.5 | 2.0 | $500.00 | $1,000.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| **Hurd Total** | | | | **2.0** | | **$1,000.00** | |
| | | | | | | | |
| 3/19/2007 | Hirzel | Letter to Court with Neuberger; draft motion to supplement; confer with Gil Sparks and Rodger D. Smith; read Lanias [sic] | 4.2 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 3/22/2007 | Hirzel | Telephone call with Arbor counsel; revise new documents from Wood; file Motion to Supplement; revise Baker documents | 1.2 | 0.5 | $380.00 | $190.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| **Hirzel Total** | | | | **3.5** | | **$1,030.00** | |

| Timekeeper | Hours Claimed | Total |
|---|---|---|
| S. Mark Hurd | 2.0 | $ 1,000.00 |
| Samuel T. Hirzel II | 3.5 | $ 1,030.00 |
| **Total** | **5.5** | **$2,030.00** |