**EXHIBIT I**

**Section III.B - Excessive Hours Spent on Letter Identifying 36 Documents for *In Camera* Review**
Entries from April 18-19, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 4/18/2007 | Sparks | PTO; order to compel; preparation | 7.0 | 1.0 | $621.00 | $621.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| **Sparks Total** | | | | **1.0** | | **$621.00** | |
| | | | | | | | |
| 4/18/2007 | Hirzel | Revise PTO, confirm facts in PTO, conference calls re PTO, review privileges re MTC Order, draft letter, revise PTO | 11.1 | 3.0 | $280.00 | $840.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 4/19/2007 | Hirzel | Finalize PTO, finish letter to Court re privilege log, review new Weil documents, respond to Boyle e-mail re letters to Court, | 8.2 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time (§ II.C). |
| **Hirzel Total** | | | | **5.0** | | **$1,400.00** | |

| Timekeeper | Hours Claimed | Total |
|---|---|---|
| A. Gilchrist Sparks III | 1.0 | $ 621.00 |
| Samuel T. Hirzel II | 5.0 | $ 1,400.00 |
| **Total** | **6.0** | **$2,021.00** |