**EXHIBIT J**
Section III.B - Excessive Hours Spent on Plaintiffs' Motion for Further Relief and for Sanctions and Response in Support
Entries from April 25, 2007 to May 22, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 4/25/2007 | Sparks | Motion to compel; trial prep | 3.0 | 1.5 | $625.00 | $937.50 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/7/2007 | Sparks | Motions and trial prep | 2.8 | 1.0 | $625.00 | $625.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/15/2007 | Sparks | Telecall | 0.5 | 0.5 | $625.00 | $312.50 | Description is too vague to determine if related to Motions (§ II.A). |
| 5/16/2007 | Sparks | Telecalls; review memo | 0.7 | 0.7 | $625.00 | $437.50 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); |
| 5/19/2007 | Sparks | Emails re privileged docs | 0.2 | 0.2 | $625.00 | $125.00 | Description is too vague to determine if related to the Motions (§ II.A); |
| **Sparks Total** | | | | **3.9** | | **$2,437.50** | |
| 4/25/2007 | Hurd | Pretrial preparation; response to motion for clarification or order granting motion to compel etc | 9.4 | 5.0 | $500.00 | $2,500.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/15/2007 | Hurd | Review order; teleconference with client; emails re motion | 0.8 | 0.4 | $500.00 | $200.00 | Arbitrary allocation of time (§ II.C). |
| 5/16/2007 | Hurd | Teleconferences; emails re scheduling issues; document review | 2.5 | 1.0 | $500.00 | $500.00 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); "document review" is work that would have been performed regardless of the discovery dispute (§ III.A); arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/17/2007 | Hurd | Emails; teleconferences; document review | 1.8 | 1.8 | $500.00 | $900.00 | Descriptions are too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); "document review" is work that would have been performed regardless of the discovery dispute (§ III.A). |
| 5/19/2007 | Hurd | Document review | 3.3 | 3.3 | $500.00 | $1,650.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B); work that would have been performed regardless of the discovery dispute (§ III.A). |
| 5/22/2007 | Hurd | motion for sanctions; document review | 5.8 | 5.8 | $500.00 | $2,900.00 | "Motion for sanctions"--Description is too vague to determine if hours are reasonable (§ II.B); "document review" would have been performed regardless of dispute (§ III.A)". |
| **Hurd Total** | | | | **17.3** | | **$8,650.00** | |
| 4/27/2007 | Heaney | e-mail Hirzel re attorneys fees | 0.2 | 0.2 | $475.00 | $95.00 | |
| **Heaney Total** | | | | **0.2** | | **$95.00** | |
| 4/25/2007 | Hirzel | Research "Affiliate" issues, Motion to Compel follow-up, revise Arbor Outline, draft Capobianco Outline, draft Zyblerberg [sic] Outline, research re: Shield/Sword | 4.2 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time and description is too vague to determine if allocation is reasonable (§ II.C). |
| 5/4/2007 | Hirzel | Draft motion for further relief, trial preparation issues | 9.0 | 5.0 | $280.00 | $1,400.00 | Arbitrary allocation of time (§ II.C). |
| 5/7/2007 | Hirzel | Draft reply on motion for further relief, trial preparation | 4.0 | 2.0 | $280.00 | $560.00 | Arbitrary allocation of time (§ II.C). |

**EXHIBIT J**
Section III.B - Excessive Hours Spent on Plaintiffs' Motion for Further Relief and for Sanctions and Response in Support
Entries from April 25, 2007 to May 22, 2007

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total | Objections |
|---|---|---|---|---|---|---|---|
| 5/15/2007 | Hirzel | Read opinion, read answering brief | 0.6 | 0.6 | $280.00 | $168.00 | |
| 5/17/2007 | Hirzel | Draft reply on motion for further relief | 5.0 | 5.0 | $280.00 | $1,400.00 | |
| 5/18/2007 | Hirzel | Edit reply brief | 1.3 | 1.3 | $280.00 | $364.00 | |
| 5/21/2007 | Hirzel | Review new privilege documents and compare to privilege logs, edit reply brief | 6.2 | 6.2 | $280.00 | $1,736.00 | "Review…" is work that would have been performed regardless of discovery dispute (§III.A);  hours claimed are excessive (§III.B); |
| 5/22/2007 | Hirzel | Revise and edit brief | 3.0 | 3.0 | $280.00 | $840.00 | |
| **Hirzel Total** | | | | **25.1** | | **$7,028.00** | |
| 4/25/2007 | Randall | Legal research | 8.6 | 8.6 | $160.00 | $1,376.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/26/2007 | Randall | Memorandum writing | 3.8 | 3.8 | $160.00 | $608.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/26/2007 | Randall | Writing memorandum | 2.1 | 2.1 | $160.00 | $336.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/26/2007 | Randall | writing memorandum | 0.3 | 0.3 | $160.00 | $48.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| 4/27/2007 | Randall | Writing memorandum | 0.9 | 0.9 | $160.00 | $144.00 | Description is too vague to determine if related to the Motions and if hours are reasonable (§ II.A, B). |
| **Randall Total** | | | | **15.7** | | **$2,512.00** | |

| Timekeeper | Hours Claimed | Total |
|---|---|---|
| A. Gilchrist Sparks III | 3.9 | $ 2,437.50 |
| S. Mark Hurd | 17.3 | $ 8,650.00 |
| Julia Heaney | 0.2 | $ 95.00 |
| Samuel T. Hirzel II | 25.1 | $ 7,028.00 |
| Karl Randall | 15.7 | $ 2,512.00 |
| **Total** | **62.2** | **$20,722.50** |