**EXHIBIT K**

**Expenses**
prepared from D.I. 169-3

| Date | Attorney | Description | Amount | Quantity | Total | Objections |
|---|---|---|---|---|---|---|
| 11/10/2006 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $133.97 | 1 | $133.97 | |
| 11/30/2006 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $37.66 | 1 | $37.66 | Unrelated to Motions because no corresponding time entry for research |
| 12/14/2006 | N/A | Photos/Art/Spec Duplicating -Out of Office - PARCELS INC. CONVERT TO XLS FORMAT OCR / EMAIL | $11.36 | 1 | $11.36 | Insufficient description/information to determine if related to Motions; not reasonable to charge Defendants for work not reasonably necessary |
| 12/14/2006 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $26.10 | 1 | $26.10 | |
| 12/18/2006 | N/A | Court Costs - WEST PAYMENT CENTER - FEDERAL RECORD CENTER FEE | $159.00 | 1 | $159.00 | Insufficient description/information to determine if reasonably related to Motions |
| 12/18/2006 | N/A | Photos/Art/Spec Duplicating -Out of Office - WEST PAYMENT CENTER COPY FEE - MEMORANDUM OPINION | $0.75 | 35 | $26.25 | Insufficient description/information to determine if reasonably related to Motions |
| 12/18/2006 | N/A | Miscellaneous - WEST PAYMENT CENTER COURT STAFF TIME -SORTING THROUGH CASE FILE AT THE FRC | $18.75 | 2 | $37.50 | Insufficient description/information to determine if reasonably related to Motions |
| 12/18/2006 | N/A | Facsimile - WEST PAYMENT CENTER - FAX DELIVERY CHARGE - 35 PAGES FAXED TO WESTLAW COURTEXPRESS FOR PDF CONVERSION & EMAILED TO CLIENT | $1.00 | 35 | $35.00 | Insufficient description/information to determine if reasonably related to Motions |
| 12/18/2006 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $42.55 | 1 | $42.55 | |
| 12/19/2006 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $29.65 | 1 | $29.65 | |
| 1/20/2007 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $48.75 | 1 | $48.75 | |
| 1/23/2007 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $181.08 | 1 | $181.08 | |
| 1/31/2007 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $4.11 | 1 | $4.11 | |
| 1/31/2007 | N/A | Pacer Online Filing/Research Charges | $17.60 | 1 | $17.60 | Insufficient description/information to determine if reasonably related to Motions |
| 3/8/2007 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $4.64 | 1 | $4.64 | |
| 3/12/2007 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $20.30 | 1 | $20.30 | |
| 4/25/2007 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $47.36 | 1 | $47.36 | Unrelated to Motions; corresponding time entry is for research regarding "affiliate", which is unrelated to Motions. |
| 4/25/2007 | Randall | Computer Research - Westlaw Search Performed by: RANDALL, KARL | $583.37 | 1 | $583.37 | Insufficient information in corresponding time entry to determine if related to Motions; excessive cost |
| 4/26/2007 | Randall | Computer Research - Westlaw Search Performed by: RANDALL, KARL | $164.58 | 1 | $164.58 | Insufficient information in corresponding time entry to determine if related to Motions; excessive cost |
| 5/17/2007 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $9.28 | 1 | $9.28 | |

**EXHIBIT K**

**Expenses**
prepared from D.I. 169-3

| Date | Attorney | Description | Amount | Quantity | Total | Objections |
|---|---|---|---|---|---|---|
| 5/18/2007 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $4.64 | 1 | $4.64 | |
| 5/22/2007 | Hirzel | Computer Research - Westlaw Search Performed by: HIRZEL, SAM | $126.59 | 1 | $126.59 | |
| 5/22/2007 | N/A | Photos/Art/Spec Duplicating - Out of Office - PARCELS INC. SHAMROCK PRODUCTION/SCAN REDWELDS/CAPTURE HOT DOCS INFO / OCR COLLECTION | $189.91 | 1 | $189.91 | Insufficient description/information to determine if reasonably related to MTC |
| 5/22/2007 | N/A | Photos/Art/Spec Duplicating - Out of Office - PARCELS INC. DATE CODING FOR SCANNED SET / BLOWBACK SET OF ENTIRE COLLECTION | $233.80 | 1 | $233.80 | Insufficient description/information to determine if reasonably related to MTC |
| 5/24/2007 | N/A | In-House Duplicating | $0.20 | 91 | $18.20 | Insufficient description/information to determine if reasonably related to MTC; Defendants sent Plaintiffs copies of documents; unreasonable to charge Defendants for additional copies after Motion was complete |
| 5/24/2007 | N/A | In-House Duplicating | $0.20 | 32 | $6.40 | Insufficient description/information to determine if reasonably related to MTC; Defendants sent Plaintiffs copies of documents; unreasonable to charge Defendants for additional copies after Motion was complete |
| 4/3/2008 | Kishpaugh | Computer Research - Westlaw Search Performed by: KISHPAUGH, AMARYH | $125.04 | 1 | $125.04 | Unrelated to MTC because no corresponding time entry for research |
| 4/8/2008 | N/A | Transcripts - WILCOX & FETZER, LTD DEPOSITION OF: SHALOM E. LAMM - ORIGINAL AND MIN-U-SCRIPT/WORD INDEX/EXPEDITED, E-TRANSCRIPT, AND HANDLING/POSTAGE | $742.64 | 1 | $742.64 | Excessive for 2 hour deposition |
| 4/15/2008 | N/A | Invoice - WILCOX & FETZER, LTD - DEPOSITION OF: Avie Arenson (68 pp.) ORIGINAL EMAIL SAME DAY DELIVERY | $700.12 | 1 | $700.12 | Excessive for 90 minute deposition |
| **Total Costs** | | | | | **$3,767.45** | |