**EXHIBIT L**

**Tasks that Should have Been Delegated**

| Date | Attorney | Description | Entry Hours | Hours Claimed | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| 11/30/2006 | Hirzel | Finish reading Arenson deposition. Incorporate Arenson deposition into Motion to Compel/Lamm outline. Frankel deposition outline. Color code new privilege logs for Motion to Compel. Incorporate new log into Motion to Compel. | 7.5 | 5.0 | $260.00 | $1,300.00 |
| 12/18/2006 | Hirzel | Revise and edit Motion to Compel and compile exhibits. | 3.5 | 3.5 | $260.00 | $910.00 |
| 1/29/2007 | Hirzel | Incorporate comments to Motion to Compel. Read Robbins. | 5.7 | 2.0 | $280.00 | $560.00 |
| 5/21/2007 | Hirzel | Review new privilege documents and compare to privilege logs, edit reply brief | 6.2 | 6.2 | $280.00 | $1,736.00 |
| 8/23/2006 | Hurd | Document review; prepare for teleconference with opposing counsel; teleconference re discovery and related issues | 7.5 | 2.0 | $475.00 | $950.00 |
| 10/2/2006 | Hurd | Document review; review opinion; review and revise draft correspondence to opposing counsel; conference re ALH document production | 4.4 | 4.4 | $475.00 | $2,090.00 |
| 10/4/2006 | Hurd | Document review; revising correspondence re discovery issues | 1.0 | 1.0 | $475.00 | $475.00 |
| 10/5/2006 | Hurd | Document review; review and revise discovery letter; inter-office conference re discovery issues | 2.4 | 2.4 | $475.00 | $1,140.00 |
| 10/6/2006 | Hurd | Document review; drafting and revising letter re discovery issues; conference with S Hirzel re same | 3.5 | 3.5 | $475.00 | $1,662.50 |
| 10/11/2006 | Hurd | Document review; chronology; outline re open discovery issues | 7.0 | 2.0 | $475.00 | $950.00 |
| 11/19/2006 | Hurd | Document review; revise letter; emails re discovery issues | 2.0 | 2.0 | $475.00 | $950.00 |
| 5/16/2007 | Hurd | Teleconferences; emails re scheduling issues; document review | 2.5 | 1.0 | $500.00 | $500.00 |
| 5/17/2007 | Hurd | Emails; teleconferences; document review | 1.8 | 1.8 | $500.00 | $900.00 |
| 5/19/2007 | Hurd | Document review | 3.3 | 3.3 | $500.00 | $1,650.00 |
| 5/22/2007 | Hurd | motion for sanctions; document review | 5.8 | 5.8 | $500.00 | $2,900.00 |
| 5/23/2007 | Hurd | Document review; teleconference re scheduling; email to court re same | 1.3 | 1.0 | $500.00 | $500.00 |
| **Total Hours and Fees** | | | | **46.9** | | **$19,173.50** |