IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IN RE ALH HOLDINGS LLC | ) | Consol. C.A. No. 04-1339-SLR |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Sean J. Bellew, do hereby certify that on May 20, 2008, I electronically filed the foregoing *Defendants' Objection to Plaintiffs' Application and Declaration for Attorneys' Fees* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

A. Gilchrist Sparks, III, Esq.
S. Mark Hurd, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

_____
Sean J. Bellew (#4090)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Defendants*