# EXHIBIT A

**Recap of Time Detail**

| Billed Entries ▾ | Matter Number 52039 | _Summary_ \| _Submit_ |

◉ Sort by Date ○ Sort by Fee Earner　　◉ Date Worked　4/14/2008　to　5/30/2008
**First Column** [　　　　▾]　　　　　　○ Date Billed　[　　　　]　to　[　　　　]
**Second Column** [　　　　▾]　　　　　　Invoice　[　　　　]

**1** 2

| Date | Timekeeper | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|------------|----------------------|-------|--------|-------------|---------------|-------|

| Date | Code | Attorney | | Hours | Amount | Description | Matter | Adj. Amount | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 4/21/2008 5/6/2008 | 814 | Samuel T. Hirzel, II Invoice=860161 | (1.0) | 1.40 1.40 | 497.00 532.00 | Trial issues, review expenses for fee application | 52039 | $355 | 1818933 |
| 4/22/2008 5/6/2008 | 146 | A. Gilchrist Sparks III Invoice=860161 | (.5) | 5.70 5.70 | 3,847.50 3,847.50 | Affidavit; trial prep | 52039 | $3375.50 | 1819209 |
| 4/22/2008 5/6/2008 | 814 | Samuel T. Hirzel, II Invoice=860161 | | 2.70 2.70 | 958.50 1,026.00 | Finalize fee application | 52039 | $958.50 | 1818936 |

**Recap of Time Detail**

| Billed Entries ▼ | **Matter Number** 52039 | _Summary_ _Submit_ |

○ Sort by Date  ○ Sort by Fee Earner    ● Date Worked  4/14/2008  to  5/30/2008
**First Column** [▼]                     ○ Date Billed  [     ]  to  [     ]
**Second Column** [▼]                    Invoice        [     ]

1 2

| Date | Timekeeper | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|------------|----------------------|-------|--------|-------------|---------------|-------|

**Recap of Time Detail**

Unbilled Entries ▾    Matter Number  52039    _Summary_ | _Submit_

⦿ Sort by Date  ○ Sort by Fee Earner    ⦿ Date Worked   4/14/2008  to  5/30/2008
First Column  [        ▾]                ○ Date Billed  [       ] to [       ]
Second Column [        ▾]                Invoice        [       ]

| Date | Timekeeper | Name / Invoice Number | Hours | Amount | Description | Matter Number | | Index |
|---|---|---|---|---|---|---|---|---|
| 5/15/2008 | 219 | S. Mark Hurd | 0.20 | 105.00 | Teleconferences and emails re fee application and schedule | 52039 | $105.00 | 1832934 |
| 5/20/2008 | 219 | S. Mark Hurd | 0.50 | 262.50 | Conference with AGS & STH re briefing | 52039 | $262.50 | 1835802 |
| 5/20/2008 | 814 | Samuel T. Hirzel, II | 2.30 | 816.50 | Team meeting to outline testimony, draft scheduling order, read B's response to fee motion | 52039 | $816.50 | 1836478 |
| 5/21/2008 | 385 | James Parrett, Jr. | 0.20 | 76.00 | ~~Call with Sam Hirzel regarding attorney~~ fees application in district court | 52039 | $76 | 1836631 |
| 5/21/2008 | 814 | Samuel T. Hirzel, II | 6.60 | 2,343.00 | Outline reply brief on fees, pull and review fee briefs in prior cases, begin drafting reply brief | 52039 | $2343 | 1836588 |
| 5/21/2008 | 943 | Albert J. Carroll | 3.40 | 663.00 | Meeting, Reviewing Documents, Legal Research | 52039 | $0 | 1835614 |
| 5/21/2008 | 219 | S. Mark Hurd | 1.00 | 525.00 | Review brief | 52039 | $525 | 1837944 |
| 5/22/2008 | 146 | A. Gilchrist Sparks III | 0.30 | 202.50 | Review sanctions brief | 52039 | $202.50 | 1837232 |

| Date | | Attorney | Hours | Amount | Description | | |
|---|---|---|---|---|---|---|---|
| 5/22/2008 | 219 | S. Mark Hurd | 0.50 | 262.50 | Review brief; prepare stipulation | 52039 $262.50 | 1837947 |
| 5/22/2008 | 943 | Albert J. Carroll | 6.50 | 1,267.50 | Legal research; meetings with SHirzel; memo drafting | 52039 $0 | 1836173 |
| 5/22/2008 | 814 | Samuel T. Hirzel, II | 5.40 | 1,917.00 | Review old fee briefs, draft reply brief, research fee issues | 52039 $1917.00 | 1836593 |
| 5/23/2008 | 943 | Albert J. Carroll | 7.50 | 1,462.50 | Legal research, memo drafting | 52039 $0 | 1836945 |
| 5/23/2008 | 814 | Samuel T. Hirzel, II | 3.40 | 1,207.00 | Continue drafting and research on reply brief | 52039 $1207 | 1838050 |
| 5/24/2008 | 814 | Samuel T. Hirzel, II | 4.20 | 1,491.00 | Read fee cases in connection with fee brief | 52039 $1491 | 1838061 |
| 5/27/2008 | 814 | Samuel T. Hirzel, II | 6.60 | 2,343.00 | Incorporate cases into brief, draft brief | 52039 $2343 | 1838064 |
| 5/27/2008 | 943 | Albert J. Carroll | 2.00 | 390.00 | Memo drafting, memo editing, legal research | 52039 $0 | 1837840 |
| 5/27/2008 | 146 | A. Gilchrist Sparks III | 0.20 | 135.00 | Conference | 52039 $135 | 1839570 |
| 5/28/2008 | 814 | Samuel T. Hirzel, II | 4.50 | 1,597.50 | Reply brief | 52039 $1597.50 | 1840040 |
| 5/29/2008 | 814 | Samuel T. Hirzel, II | 0.40 | 142.00 | Reply brief | 52039 $142 | 1840043 |
| 5/29/2008 | 219 | S. Mark Hurd | 3.00 | 1,575.00 | Review opposition on fee application; review and revise draft reply | 52039 $1575 | 1840089 |
| 5/30/2008 | 814 | Samuel T. Hirzel, II | 2.50 | 887.50 | Reply brief | 52039 $887 | 1840060 |
| 5/30/2008 | 219 | S. Mark Hurd | 2.30 | 1,207.50 | Review and revise reply on fee application; conferences with STH and AGS re same | 52039 $1207.50 | 1840091 |