IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339-SLR |

## STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Plaintiffs/Counterclaim-Defendants shall file an opening post-trial brief, not to exceed 60 pages (exclusive of tables of contents and citations), within 45 days of the filing of the last transcript;

2. Defendants/Counterclaim-Plaintiffs shall file an answering and opening post-trial brief, not to exceed 60 pages (exclusive of tables of contents and citations), within 45 days thereafter;

3. Plaintiffs/Counterclaim-Defendants shall file a reply and answering brief, not to exceed 60 pages (exclusive of tables of contents and citations), within 45 days thereafter; and

4. Defendants/Counterclaim-Plaintiffs shall file a reply brief, limited to issues raised in the Counterclaims and not to exceed 30 pages (exclusive of tables of contents and citations), within 30 days thereafter.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ S. Mark Hurd |
|  | A. Gilchrist Sparks, III (#467) |
|  | S. Mark Hurd (#3297) |
|  | Samuel T. Hirzel (#4415) |
|  | 1201 N. Market Street |
|  | Wilmington, DE 19899 |
|  | 302-658-9200 |
|  | *Attorneys for Plaintiffs/Counterclaim Defendants* |
|  | COZEN O'CONNOR |
| OF COUNSEL: | /s/ Sean J. Bellew |
|  | Sean J. Bellew (#4072) |
| Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. | David A. Felice (#4090) |
|  | 1201 N. Market Street |
| Thomas M. Wood, IV | Wilmington, DE 19899 |
| One South Street, 27th Floor | (302) 295-2000 |
| Baltimore, MD 21202 | *Attorneys for Defendants/Counterclaim Plaintiffs* |
| (410) 332-8550 |  |

June 2, 2008

SO ORDERED this ____ day of June, 2008.

_____
Judge Sue L. Robinson