IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE ALH HOLDINGS, LLC    ) Consol. C.A. No. 04-1339 – SLR

**COMPENDIUM OF UNREPORTED CASES
CITED IN PLAINTIFFS' POST-TRIAL BRIEF**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
A. Gilchrist Sparks, III (#467)
S. Mark Hurd (#3297)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs & Counterclaim Defendants*

August 11, 2008

## TABLE OF CONTENTS

**Tab**

**CASES**

*Albert v. Alex. Brown Management Services, Inc.*,
2005 WL 2130607 (Del. Ch. Aug. 26, 2005) ...................................................................1

*Auerbach v. Earth Energy Systems, Inc.*,
1986 WL 8930 (Del. Ch. Aug. 19, 1986) .........................................................................2

*Council of South Bethany, et al. v. Sandpiper Development Corporation, Inc.*,
1986 LEXIS 508 (Del. Ch. Dec. 9, 1986)..........................................................................3

*Cox v. Crawford-Emery, et al.*,
2007 WL 4327775 (Del. Ch. Nov. 30, 2007) ....................................................................4

*Dean v. Dick, et al.*
1999 LEXIS 121 (Del. Ch. Jun. 10, 1999).........................................................................5

*Credit Lyonnais Bank Nederland, N.V. v. Pathe Communications Corp.*,
1991 WL 277613 (Del. Ch. 1991) .....................................................................................6

*Flight Options Intern., Inc. v. Flight Options, LLC*,
2005 WL 2335353 (Del. Ch. Jul. 11, 2005).......................................................................7

*In re Encore Computer Corporation S'holders Litigation*,
2000 LEXIS 93 (Del. Ch. Jun. 16, 2000)...........................................................................8

*In re Olsen Industries, Inc.*,
2000 WL 376398 (D. Del. Mar. 28, 2000) ........................................................................9

*In re Transkaryotic Therapies, Inc.*,
2008 WL 2699442 (Del. Ch. Jun. 24, 2008)....................................................................10

*Nebenzahl v. Miller*,
1993 WL 488284 (Del. Ch. Nov. 8, 1993) ......................................................................11

*Odyssey Partners, L.P., et al. v. Fleming Companies, Inc., et al.*,
1996 WL 422377 (Del. Ch. Jul. 24, 1996) ......................................................................12

*Siegman v. Columbia Pictures Entertainment, Inc.*,
1993 LEXIS 1 (Del. Ch. Jan. 12, 1993) ..........................................................................13

## TABLE OF CONTENTS (Cont.)

**Tab**

**CASES**

*Solomon v. Pathe Communications Corporation,*
  1995 WL 250374 (Del. Ch. April 21, 1995) ...............................................................14

*Venhill Ltd. Partnership v. Hillman, et al.,*
  2008 WL 2270488 (Del. Ch. Jun. 3, 2008) ................................................................15

2444649

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2008, he caused the foregoing Compendium of Unreported Opinions Cited in Plaintiffs' Post-Trial Brief to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Sean J. Bellew, Esquire
> David A. Felice, Esquire

I also certify that copies were caused to be served on August 11, 2008, upon the following in the manner indicated:

> BY HAND
>
> Sean J. Bellew, Esq.
> David A. Felice, Esq.
> Cozen O'Connor
> 1201 North Market Street, Suite 1400
> Wilmington, DE 19801

/s/ *Samuel T. Hirzel*
_____
Samuel T. Hirzel (#4415)