# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Samuel T. Hirzel
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

August 12, 2008

**BY HAND DELIVERY & ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Shamrock Holdings of California, Inc. v. Arenson, et al.,*
Civil Action No. 04-1339-SLR

Dear Judge Robinson:

Attached is a Joint Trial Exhibit List reflecting only the exhibits used at trial, organized chronologically (to the extent possible), and identifying any duplicate exhibit numbers used at trial. Neither plaintiffs nor defendants waive any right to challenge the assertion of any objection or that the listed objections were preserved properly at trial by including the other parties' objections on the Joint Trial Exhibit List. A set of the exhibits introduced at trial and organized chronologically (to the extent possible) will be hand delivered to Your Honor.

If Your Honor has any questions, counsel will make themselves available at the Court's convenience.

Respectfully,

Samuel T. Hirzel (#4415)

Enclosure
cc: Dr. Peter T. Dalleo, Clerk (by hand w/out exhibits)
David A. Felice, Esq. (by hand w/out exhibits)
Thomas M. Wood, Esq. (by email w/out exhibits)

2444681.1