AO 187 (Rev/ 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____ DELAWARE _____

**EXHIBIT AND WITNESS LIST**

IN RE ALH HOLDINGS, LLC

Consolidated C.A. No:　04-1339-SLR

| PRESIDING JUDGE The Honorable Sue L. Robinson | | | | | PLAINTIFF'S ATTORNEY A. Gilchrist Sparks III; S. Mark Hurd; and Samuel T. Hirzel | DEFENDANT'S ATTORNEY Thomas M. Wood, IV, Nicole M. Galvin, Brian M. Boyle, Sean J. Bellew, David A. Felice |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) April 7-18, April 25, May 9, 2008 | | | | | COURT REPORTER Valerie Gunning | COURTROOM DEPUTY |

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DX 206 | | | 4/11/08 | | Y | 11/07/97: Closing Binder--$5.5M Loan by Arbor to ALH Corp. |
| DX 207 | | | 4./11/08 | | Y | 11/07/97: Closing Binder--Purchase Agreement by Certain LPs to M.P. LLC |
| DX 208 | | | 4/11/08 | | Y | 04/16/98: Amendment to Purchase Agreement dated 11/7/1997 |
| PX 2 | | | 4/7/08 | | Y | 05/01/98: By-laws of ALH II, Inc., formed in May 1998 |
| DX 205 | | | 4/10/08 | | Y | 06/11/98: Fully Executed SELK, LLC Operating Agreement |
| PX 3 | DX 1 | | 4/7/08 | | Y | 06/12/98: ALH Holdings LLC Operating Agreement |
| PX 4 | | | 4/7/08 | | Y | 06/12/98: ALH Holdings LLC Subscription Agreement |
| PX 5 | | | 4/15/08 | | Y | 06/12/98: Letter agreement consenting to pledging Lamm interest in the Class D member to Arbor |
| PX 6 | DX 154 | | 4/7/08 | | Y | 09/01/98: Consulting Agreement btw ALH Holdings and S. Lamm |
| PX 8 | | | 4/15/08 | | Y | 12/02/98: Contract has been entered to acquire Bowden |
| PX 9 | DX 5 | | 4/15/08 | | Y | 01/01/99: Second Amendment to Promissory Note btw ALH and Arbor |
| PX 10 | DX 2 | | 4/7/08 | | Y | 03/15/99: Amendment to Operating Agreement of ALH of 6/12/98 |
| PX 11 | | | 4/7/08 | | Y | 03/15/99: ALH / Selk Guarantee Agreement |
| PX 12 | | | 4/7/08 | | Y | 03/15/99: Amendment to Subscription Agreement dated 6/12/98 between ALH Holdings LLC and Shalom E. Lamm |
| PX 13 | | | 4/15/08 | | Y | 11/17/99: Fax forwarding Lamm Memo on Mulvaney Financing |
| PX 16 | | | 4/15/08 | | Y | 12/30/99: Confirming that ALH entered into consulting agmt with payments of $30,000/month and transfer of payment from Lamm to Arbor |
| PX 17 | | | 4/7/08 | | Y | 01/01/00: Minutes of Class A reps of the Board re: Note Purchase Agreement for Wachovia |
| PX 18 | DX 4 | | 4/7/08 | | Y | 01/05/00: Offer of a $27.5MM term loan in 2 tranches, $13MM and $14.5MM |
| PX 19 | | | 4/7/08 | | Y | 01/13/00: Note Purchase Agreement btw Wachovia and ALH Holdings |
| PX 20 | | | 4/7/08 | | Y | 02/01/00: Attaching 1/20/00 Chart re Operational Overview of Homebuilding Companies and Valuation Data for Homebuilding Stocks and noting the figures show that the news on prospective buyers of ALH is not good |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.
2431380

| AO 187A (Rev. 7/87) | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION | |
|---|---|---|---|---|---|---|

| IN RE ALH HOLDINGS, INC. | | | | | | CASE NO.<br>04-1399 (SLR) |
|---|---|---|---|---|---|---|
| PTX<br>No. | DTX<br>No. | JTX<br>No. | Date<br>Offered | Objections | Admitted | Description of Exhibits and Witnesses |
| PX 21 | | | 4/15/08 | | Y | 02/04/00:   Fax forwarding letter of confirmation that Arbor debt is satisfied |
| PX 22 | | | 4/7/08 | | Y | 04/06/00:   Loan Agreement btw ALH II, Inc. and Lender parties |
| PX 24 | | | 4/15/08 | | Y | 06/12/00:   Fax forwarding letter providing performance information of the homebuilding company during the 1st quarter for fiscal year 2000 |
| DX 6 | | | 4/9/08 | | Y | 12/31/00:   Consolidated Financial Statements and Other Financial Information for ALH II and Subsidiaries Year Ended 12/31/00 |
| PX 26 | | | 4/15/08 | FRE 802 | Y | 02/09/01:   Cash flow impact of the beginning year low backlog, (breakdown of numbers) |
| PX 28 | | | 4/15/08 | FRE 802 | Y | 03/26/01:   Letter notification that note is in default |
| PX 29 | | | 4/9/08 | | Y | 04/09/01:   Forwarding Ltr from Lanius and LaGuardia dated 04/09/01 re: suspended audit of the company for the year ended 12/31/00) |
| PX 31 | | | 4/9/08 | | Y | 04/17/01:   Update on ALH and meeting with Lamm, Zich and Hourihan re: 2 top execs raising questions on confusing info, lack of documentation, questionable transactions, etc. |
| PX 33 | | | 4/9/08 | | Y | 04/27/01:   Answers to questions raised by Krieger in 6/15/2001 e-mail re: postponement of 5/10 mtg, purpose of Charleston mtg, rationale for making G. Elovic an employee of ABI |
| PX 485 | | | 4/23/08 | Late-<br>Violation of<br>PTO | Y | 05/10/01:   Form 8-K for Meritage Homes Corp - MTH, filed May 10, 2001 for period May 7, 2001 |
| PX 36 | | | 4/9/08 | | Y | 05/18/01:   Related party transactions questions (attached list of current transactions related to Lion as of May 1, 2001) |
| PX 346 | DX 224 | | 4/11/08 | | Y | 05/18/01:   Faxing copies of documents re: Arbor loan assumption |
| PX 37 | | | 4/9/08 | | Y | 05/21/01:   Krieger handwritten notes/(minutes?) of mtg re: JH update, Arlington transaction, ALH Holdings, ALH II, working with Lanius and LaGuardia |
| PX 38 | | | 4/9/08 | | Y | 06/06/01:   Summary of Issues w/attached detail |
| PX 349 | | | 4/11/08 | | Y | 06/06/01:   Letter of default, note matured on 01/31/01, outstanding principal balance of $2,429,769.64 (default rate) |
| PX 41 | | | 4/9/08 | | Y | 06/12/01:   New York meeting, restitution to ALH from Lion, accepting $1.9MM |
| DX 165 | | | 4/8/08 | | Y | 06/15/01:   Handwritten note re: David Robbins |
| PX 44 | | | 4/7/08 | | Y | 07/01/01:   Lion Closing Agreement with attachments |
| PX 45 | | | 4/7/08 | | Y | 07/01/01:   ALH BOD minutes |
| DX 247 | | | 4/8/08 | | Y | 07/03/01:   Email trail between Buchler, Stein, Krieger and Robbins |
| DX 12 | | | 4/8/08 | | Y | 07/10/01:   E-mail from Zich to Krieger, Buchler, Arenson and Lamm re: ALH Board Meeting with attached draft of Minutes of ALH Meeting held in NYC dated 6/19/01 |
| DX 13 | | | 4/14/08 | | Y | 07/23/01:   E-mail trail between Krieger, Arenson, Buchler, Lamm and Zich re: ALH Board Meeting and Class A Members' desire to exit their investment in ALH |
| PX 48 | | | 4/8/08 | | Y | 07/31/01:   Topics of discussion at mtg with Lamm. "...good, wide ranging dialogue" |
| PX 50 | DX 14 | | 4/7/08 | | Y | 08/10/01:   Letter agmt of retention of Fried Frank to represent ALH re: duties/resp of Lion under Operating Agmt |
| PX 51 | | | 4/15/08 | FRE 802 | Y | 08/13/01:   Forwarding Ltr from Arbor re: outstanding balance for Arbor debt |
| PX 52 | | | 4/7/08 | | Y | 08/16/01:   ALH Class D Members written consent |
| DX 15 | | | 4/8/08 | | Y | 09/06/01:   Letter from Buchler to David Robbins |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)                    EXHIBIT AND WITNESS LIST - CONTINUATION

| IN RE ALH HOLDINGS, INC. | | | | | | CASE NO. 04-1399 (SLR) |

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses |
|---------|---------|---------|--------------|------------|----------|----------------------------------------|
| DX 225 | | | 4/14/08 | | Y | 10/08/01: Email trail between Krieger and Buchler re: Lamm and ALH matters |
| PX 323 | DX 16 | | 4/15/08 | | Y | 11/08/01: F/U to October 22 mtg, reiteration of Desier to serve as financial advisor in ALH's sale of homebuilding operations |
| DX 244 | | | 4/14/08 | | Y | 11/16/01: Email from Buchler to Krieger and Stein re: ALH Nine Month Financial Results |
| PX 60 | | | 4/8/08 | | Y | 11/27/01: Poorly handled, for sure! Supporting this to get this and similar distractions behind us. |
| PX 61 | | | 4/14/08 | | Y | 12/05/01: Financing Update outline |
| DX 18 | | | 4/14/08 | | Y | 12/12/01: Letter from Lion & Lamm Capital to Arenson |
| PX 63 | DX 19 | | 4/7/08 | | Y | 12/17/01: Letter agmt of retention of Fried Frank to represent ALH in possible sale of ALH |
| PX 480 | | | 4/23/08 | Late – Violation of PTO | Y | 12/17/01: Form 10-K for Forecast Group LP - N/A, filed December 17, 2001 for period October 31, 2001 |
| PX 64 | | | 4/15/08 | | Y | 12/26/01: MDC Deal appears to be dead |
| PX 66 | | | 4/15/08 | | Y | 12/28/01: Verbal agreement with purchasers of ALH last week but they now decided to back out of the deal |
| DX 218 | | | 4/8/08 | | Y | 12/31/01: ALH II, Inc. and Subsidiaries Financial Reporting for Fiscal Year and Quarter Ended December 31, 2001 |
| PX 70 | DX 21 | | 4/7/08 | | Y | 01/24/02: SwissRe, current maturity of $27MM...will Wachovia execute on their promised credit line financing under this scenario? |
| PX 482 | | | 4/23/08 | Late – Violation of PTO | Y | 01/24/02: Form 8-K for Hovnanian Enterprises Inc - hov, filed January 24, 2002 for period January 10, 2002 |
| PX 74 | DX 22 | | 4/7/08 | | Y | 01/28/02: SIGNED letter agmt of retention of Fried Frank to represent ALH with certain general corporate matters and sale of ALH |
| DX 243 | | | 4/11/08 | | Y | 02/04/02: Letter sent via fax from J. Zich to W. Zylberberg re: Arbor w/ attached document from Arbor confirming break up fee on real estate contract and ALH Loan intertwined |
| DX 23 | | | 4/9/08 | | Y | 02/05/02: E-mail from Krieger to Lamm, Buchler and Stein re: KB Home |
| PX 78 | PX 77 | | 4/15/08 | | Y | 02/12/02: Payment accrual. "Hatred...nothing less." |
| PX 82 | PX 81 | | 4/15/08 | | Y | 02/20/02: Lawyer contact info |
| PX 83 | | | 4/14/08 | | Y | 02/25/02: List of B members who may be calling |
| PX 84 | | | 4/15/08 | FRE 802 | Y | 02/25/02: Draft letter to be sent to Krieger and Buchler great but do not send yet |
| PX 85 | | | 4/15/08 | FRE 802 | Y | 02/25/02: Copy of letter asking to contact tax partner at Fried Frank, starting to build an anti-SCA file |
| DX 24 | | | 4/8/08 | | Y | 02/25/02: E-mail from Krieger to Lamm, Buchler and Stein re: Laguardia |
| PX 86 | | | 4/9/08 | FRE 802 | Y | 02/26/02: Settlement Agreement Payment. "We should not, for one moment, believe a word they say." Been trying to get an agmt from them on the exit for many months to no avail |
| PX 456 | | | 4/15/08 | FRE 501 (Privileged) | Y | 02/26/02: E-mail chain dated 2/26/02 from Lamm to Neuberger, Zich |
| PX 461 | | | 4/14/08 | | Y | 02/27/02: E-mail chain dated 2/27/02 from Lamm to Neuberger |
| DX 264 | | | 4/16/08 | FRE 901 | Y | 02/27/02: Emails between Arenson and IMN |
| PX 87 | DX 26 | | 4/7/08 | | Y | 03/01/02: Strategic Discussion Materials - ALH II Inc. |
| PX 88 | | | 4/14/08 | | Y | 03/02/02: Thoughts on a process, forwarding of productive e-mails btw Lamm and Shamrock guys |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| AO 187A (Rev. 7/87) | | | | EXHIBIT AND WITNESS LIST - CONTINUATION | | | |
|---|---|---|---|---|---|---|---|

| IN RE ALH HOLDINGS, INC. | | | | | | CASE NO. 04-1399 (SLR) | |

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses | |
|---|---|---|---|---|---|---|---|
| PX 89 | | | 4/15/08 | FRE 802 | Y | 03/03/02: | Do not believe finished with ALH, must make $100K payment on 2/28 obligation, but beyond this not sure and cannot reach Arenson/Buchler/Krieger/Neuberger, arrangement to borrow money for legal fees |
| PX 90 | | | 4/14/08 | | Y | 03/05/02: | "...problem is how much faith you have in Shamrock and my good will", very little experience with the Shamrock people, recommend you come up with a payment and schedule of further payments based on the exit date |
| PX 93 | PX 92 | | 4/15/08 | | Y | 03/08/02: | No word since request for modification of payment schedule by Lamm e-mail dated 3/8/02 |
| PX 94 | | | 4/9/08 | | Y | 03/10/02: | Discussion on Krieger response to payment schedule modification. Need help in putting together financial statement to confirm that liquid funds are unavailable. |
| PX 96 | DX 246 | | 4/7/08 | | Y | 03/11/02: | Draft Financial Outlook (March 2002) |
| DX 237 | | | 4/11/08 | | Y | 03/13/02: | Email trail between Buchler, Lauro, Krieger and Robbins re: JMP Engagement Letter |
| PX 100 | DX 29 | | 4/7/08 | | Y | 03/22/02: | Fax forwarding JMP Engagement Agreement |
| PX 101 | | | 4/9/08 | | Y | 03/22/02: | Review of personal financial statement of 3/8/02 sent by Lamm e-mail of 3/21/02 |
| PX 324 | DX 28 | | 4/15/08 | | Y | 03/22/02: | Engagement letter of JMP as financial advisor for the Company for the sale of the Company and related matters, dated 03/21/02 |
| DX 297 | | | 5/9/08 | | Y | 03/31/02: | ALH II, Inc. Financial Reporting for the Fiscal Quarter Ended March 31, 2002 |
| PX 104 | | | 4/9/08 | | Y | 04/01/02: | ALH Sale updates, tepid news from Wachovia, $5MM for Bowden, cash plan will require major reworking, Bartram resolution near |
| PX 108 | | | 4/9/08 | | Y | 04/07/02: | Buchler's e-mail on raising new capital for homebuilding operations of at least $3MM up to $5MM raises numerous conflicts of interest and other problems |
| PX 477 | | | 4/23/08 | Late – Violation of PTO | Y | 04/08/02: | News Release: Standard Pacific Corp. Announces Definitive Agreement to Acquire Westbrooke Homes In Miami, Florida |
| PX 113 | | | 4/9/08 | | Y | 04/10/02: | Message from E&Y a real shocker, they won't issue an unqualified opinion as had been promised |
| PX 116 | DX 31 | | 4/7/08 | | Y | 04/16/02: | Letter agmt of retention of Fried Frank to represent Shamrock in connection with $5 million bridge loan to ALH II, Inc. |
| PX 351 | | | 4/7/08 | | Y | 04/16/02: | Fax forwarding Buchler's signature on Letter agmt of retention of Fried Frank to represent Shamrock in connection with $5 million bridge loan to ALH II, Inc. |
| DX 222 | | | 4/10/08 | | Y | 04/16/02: | Email from Lamm to Arenson re: Audit Events |
| PX 442 | | | 4/15/08 | | Y | 04/17/02: | Letter, undated from Lamm to Neuberger |
| PX 119 | | | 4/9/08 | | Y | 04/18/02: | Background information and discussion of points raised by Arenson in e-mail dated 4/18/02 re: ALH Loan Agreement |
| PX 340 | | | 4/10/08 | | Y | 04/18/02: | Audit Rep letter draft fine, will no doubt result in further e-mails |
| DX 32 | | | 4/10/08 | | Y | 04/22/02: | E-mail trail between Krieger, Lamm, Buchler and Arenson re: update on Fried, Frank involvement and sale process/offering document |
| PX 122 | | | 4/7/08 | | Y | 04/25/02: | WT Instructions, ALH Loan Agreement |
| PX 124 | DX 34 | | 4/7/08 | | Y | 05/01/02: | ALH Confidential Offering Memorandum |
| PX 125 | DX 33 | | 4/7/08 | | Y | 05/01/02: | Management Presentation - ALH Companies |
| PX 126 | | | 4/7/08 | | Y | 05/08/02: | Loan Agreement btw ALH II, Inc. and Lender parties dated 5/2002 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)                                   EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | | | |
|---|---|---|---|---|---|---|
| IN RE ALH HOLDINGS, INC. | | | | | | CASE NO.<br>04-1399 (SLR) |

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DX 35 | | | 4/8/08 | | Y | 05/06/02: E-mail trail between Lanius, Buchler, Karen Medel, Peter Rivera and Greg Martin re: ALH non payment since 12/01 w/ breakout of balance owed to Shamrock as of 3/31/02 |
| PX 128 | | | 4/9/08 | | Y | 05/08/02: Operating / Financing Update |
| PX 129 | | | 4/15/08 | | Y | 05/21/02: Great sharing the results of solid collaboration on all of our parts. A few other things. |
| PX 130 | | | 4/9/08 | | Y | 05/24/02: Call with B. Karatz friendly.  Interested in Mulvaney in particular. |
| DX 39 | | | 4/17/08 | | Y | 05/24/02: E-Mail trail between Krieger, Avila, Lamm, Buchler, Laguardia, Lanius and Stein |
| PX 131 | | | 4/14/08 | | Y | 06/02/02: Class B interest in ALH II, response to Arenson e-mail of 6/2 asking for clarification in sums of investment |
| PX 132 | | | 4/9/08 | | Y | 06/05/02: Obligations to ALH, need advice on how to answer G. Krieger on a target date and timing |
| PX 133 | | | 4/9/08 | | Y | 06/14/02: Forwarding application and e-mail from G.Krieger who is impatient about the lack of progress |
| PX 483 | | | 4/23/08 | Late – Violation of PTO | Y | 06/17/02: Form 8-K for Meritage Homes Corp - MTH, filed June 17, 2002 for period June 14, 2002 |
| PX 137 | | | 4/9/08 | | Y | 06/27/02: Conversations with George Sella (Mulvaney), meeting scheduled to discuss all outstanding issues |
| PX 462 | | | 4/15/08 | FRE 501 (Privileged) | Y | 06/30/02: E-mail chain dated 06/30/02 from Lamm to Lobell |
| DX 298 | | | 5/9/08 | | Y | 06/30/02: ALH II, Inc. Financial Reporting for Six Months Ended June 30, 2002 |
| PX 138 | | | 4/8/08 | | Y | 07/01/02: Update on KB for discussion tomorrow, $96MM is no longer really $96MM… |
| PX 139 | | | 4/15/08 | | Y | 07/11/02: Frankel's contact info.  Tricky.   "His folks want out." |
| PX 140 | | | 4/9/08 | | Y | 07/11/02: Debrief on Walter, purchase price negotiations for two, may sell Jacksonville separately |
| DX 242 | | | 4/11/08 | | Y | 07/16/02: ALH Payment Schedules/Fax from Lester Wohl to Adam Grant dated 7/16/02 |
| PX 428 | | | 4/16/08 | FRE 501 (Privileged) | Y | 07/17/02: E-mail chain dated 7/17/02 from Lamm to Neuberger |
| PX 465 | | | 4/14/08 | | Y | 07/19/02: E-mail chain dated 7/19/02 from Lamm to Lobell |
| PX 341 | | | 4/15/08 | | Y | 07/21/02: Forwarding ALH Narrative Memo "ALH / A Plan for the Future" |
| PX 437 | | | 4/10/08 | | Y | 07/23/02: E-mail chain dated 7/23/02 from Lamm to Neuberger, Lobell |
| PX 419 | | | 4/15/08 | FRE 501 (Privileged) | Y | 07/24/02: E-mail dated 7/24/02 from Lamm to Neuberger |
| PX 141 | DX 40 | | 4/8/08 | | Y | 07/30/02: Class B investors met in London.  Constructive discussion, unanimous view that sale of Bowden is ill advised. |
| PX 142 | | | 4/15/08 | | Y | 07/31/02: Frankel, issue that the B's need to resolve, need to raise, Frankel agitated and wants to go forward |
| PX 143 | DX 41 | | 4/15/08 | | Y | 07/31/02: Neuberger has been acting out of genuine concern of all investors, a good voice for the B's and may be the guy to put the "entire deal together", needs to be compensated for his time and expense |
| PX 144 | | | 4/15/08 | | Y | 08/01/02: Comments on Arenson e-mail on estimates of the incremental sale of the divisions….."it will fetch about $60MM - $65MM (maybe more)." |
| PX 145 | | | 4/15/08 | | Y | 08/01/02: Forwarding Neuberger e-mail on further discussions with Goldberg |
| PX 146 | DX 42 | | 4/7/08 | FRE 802 | Y | 08/02/02: Met with Krieger and Avila on the Bowden transaction, would like to see process of purchasing A's interest to proceed. |
| DX 271 | | | 4/10/08 | | Y | 08/05/02: Email from Lamm to IMN |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | AO 187A (Rev. 7/87) | | | EXHIBIT AND WITNESS LIST - CONTINUATION | | | |
|---|---|---|---|---|---|---|---|

| IN RE ALH HOLDINGS, INC. | | | | | | CASE NO.<br>04-1399 (SLR) | |

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses | |
|---|---|---|---|---|---|---|---|
| PX 148 | | | 4/9/08 | | Y | 08/06/02: | We would be pleased to work with the Class B members on the sale of the A's interest |
| DX 43 | | | 4/8/08 | | Y | 08/06/02: | E-mail from Neuberger to Buchler, Krieger, Arenson, Jesselson, Konig and Frankel re: ALH and Class B Members Representation |
| DX 44 | | | 4/8/08 | | Y | 08/10/02: | E-mail trail between Buchler and Lanius w/ cc to Krieger re: Funds owed to Shamrock and Fried, Frank by ALH and proposed payments |
| PX 386 | | | 4/14/08 | | Y | 08/11/02: | E-mail chain dated 8/11/02 from Neuberger to Arenson et.al. |
| DX 45 | | | 4/14/08 | | Y | 08/15/02: | Email trail between Arenson, Neuberger, M. Jesselson, B. Jesselson, C. Frankel, M. Frankel, Konig and Lamm re: potential 8/02 ALH Board Meeting, proposed buyout of Shamrock by Class B Members, Lion & Lamm/Shalom's personal debts to ALH etc. |
| PX 330 | DX 46 | | 4/11/08 | | Y | 08/30/02: | Billing statements for Professional Services performed by Fried, Frank and related correspoondence dated 8/30/02 |
| DX 300 | | | 5/9/08 | | Y | 09/01/02: | JMP Discussion Materials September 2002 |
| PX 154 | PX 150, PX 152 | | 4/9/08 | | Y | 09/06/02: | Understand that a meeting was held in Miami with Landstar, meeting with management on the 10th, still holding and awaiting word, "do you think his role (Lamm's)...is being used as a shield (or delaying tactic)...?" |
| PX 155 | PX 156 | | 4/9/08 | | Y | 09/08/02: | Update on meeting in Miami with Landstar Development, 2 basic conclusions: our operations are excellent, and our balance sheet is a huge impairment to getting any transactions done |
| PX 158 | | | 4/16/08 | | Y | 09/09/02: | Forwarding e-mail from Neuberger dated 9/9 re: conversation with Goldberg, Stern and financial person, the manner that ALH has presented itself is simply "STUPID" |
| PX 446 | | | 4/15/08 | | Y | 09/12/02: | E-mail dated 9/12/02 from Lamm to Neuberger |
| PX 159 | | | 4/9/08 | | Y | 09/13/02: | 2nd offer not in the ball park. B buyout is only one available other than a piecemeal sale and a decision in principal should be made in the next few days. My sense is that Lamm is planning to walk. |
| PX 162 | | | 4/15/08 | FRE 802 | Y | 09/24/02: | Discussion of Hourihan's e-mail, lack of movement bad because if B's say if they take control, they'll rip up management agreement. SCA will refocus on it now and work to nail us to the wall. |
| DX 299 | | | 5/9/08 | | Y | 09/30/02: | ALH II, Inc. Financial Reporting for Nine Months Ended September 30, 2002 |
| PX 164 | DX 47 | | 4/9/08 | | Y | 09/24/09: | Very busy on various ALH issues..."(...we don't spend full time on ALH, but it often seems like we do!), Walter offer off the mark, as for SwissRe, Zich's relationship an advantage but "do not want him or Shalom to 'go it alone'." |
| PX 165 | | | 4/15/08 | | Y | 10/03/02: | Handwritten notes re: Bowden and ABI |
| PX 167 | | | 4/14/08 | | Y | 10/07/02: | BBC revised purchase price, if we do get $6.5MM net we should go for it |
| PX 168 | | | 4/15/08 | | Y | 10/08/02: | Forwarding letter from you to the B members re: Bowden sale, Shamrock using figures that are unrealistically high |
| PX 484 | | | 4/23/08 | Late – Violation of PTO | Y | 10/09/02: | Form 8-K for Meritage Homes Corp - MTH, filed October 9, 2002 for period October 7, 2002 |
| PX 171 | | | 4/9/08 | | Y | 10/28/02: | ALH 9-month numbers |
| PX 172 | | | 4/14/08 | | Y | 10/30/02: | ALH II, Inc. Recapitalization Plan for October 2002 |
| PX 390 | | | 4/10/08 | | Y | 10/31/02: | E-mail dated 10/31/02 from Neuberger to Lamm et. al. |
| PX 174 | | | 4/9/08 | | Y | 11/01/02: | Happy to receive an offer from the B's to buy out A's, long delay, still open to idea subject to following conditions |
| PX 175 | DX 49 | | 4/14/08 | | Y | 11/08/02: | Typed notes entitled "SwissRe Notes (DRAFT)" |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)                    EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | | | |
|---|---|---|---|---|---|---|
| IN RE ALH HOLDINGS, INC. | | | | | | CASE NO.<br>04-1399 (SLR) |

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| PX 176 | DX 245 | | 4/14/08 | | Y | 11/08/02:  ALH II, Inc. Projected Balance Sheets |
| PX 371 | | | 4/14/08 | | Y | 11/14/02:  E-mail chain dated 11/14/02 from Arenson to Jesselson re: ALH |
| PX 178 | | | 4/14/08 | | Y | 11/26/02:  Forwarding 11/26 draft of ALH II, Inc. Forecast of Operations for Fiscal Year 2002 & 2003 |
| PX 420 | | | 4/14/08 | | Y | 12/01/02:  E-mail dated 12/01/02 from Neuberger to Arenson |
| PX 179 | | | 4/9/08 | | Y | 12/02/02:  Need something more specific before scheduling a meeting in London re: ALH II 'B' Buyout |
| DX 50 | PX 181 | | 4/8/08 | | Y | 12/02/02:  ALH II, Inc. Summary of Amounts Payable to Investors |
| DX 56 | | | 4/8/08 | | Y | 12/04/02:  Copy of ALH II Chart titled Summary of Accrued Expenses Payable to Shamrock Excluding Interest |
| PX 183 | DX 51 | | 4/14/08 | | Y | 12/09/02:  12/9 draft of ALH II, Inc. Forecast of Operations for Fiscal Year 2002 & 2003 |
| PX 184 | | | 4/15/08 | | Y | 12/09/02:  Status Update of Marketing for ALH |
| PX 185 | DX 221 | | 4/14/08 | | Y | 12/10/02:  Avila says changes to letter to SwissRe from JMP look fine. Singed |
| PX 327 | DX 53, DX 228 | | 4/14/08 | | Y | 12/10/02:  Forwarding comments and redrafted letter to SwissRe from JMP |
| DX 54 | DX 231, PX 186 | | 4/8/08 | | Y | 12/10/02:  E-mail trail between Buchler, Krieger and Lanius re: Draft of SwissRe meeting materials with attached copies of presentation materials and discussion points |
| PX 187 | DX 55 | | 4/15/08 | | Y | 12/12/02:  Status Update of Marketing for ALH |
| PX 322 | | | 4/7/08 | | Y | 12/12/02:  ALH II, Inc. Financial Position Report |
| DX 57 | | | 4/8/08 | | Y | 12/16/02:  E-mail between Buchler, Krieger and Lanius re: SwissRe extension request and attached draft letter of extension terms |
| DX 239 | | | 4/15/08 | | Y | 12/16/02:  Email trail between Buchler, Krieger and Lanius re: Swiss Re Extension request and approval letter |
| DX 220 | | | 4/8/08 | | Y | 12/17/02:  Email with attachment from Buchler to Krieger re: Swiss Re extension letter |
| DX 58 | | | 4/8/08 | | Y | 12/18/02:  E-mail from Arenson to Krieger, Buchler, Jesselson, Konig and Neuberger re: ALH II and SwissRe Meeting Recap |
| PX 415 | | | 4/14/08 | | Y | 12/19/02:  E-mail chain dated 12/19/02 from Arenson to Neuberger |
| PX 191 | PX 190, DX 60 | | 4/9/08 | | Y | 12/27/02:  Lanius met with Wachovia and mtg went well...gave no indication that they would not go forward. |
| DX 61 | | | 4/8/08 | | Y | 12/31/02:  ALHII, Inc. and Subsidiaries Financial Reporting for Fiscal Year Ended December 31, 2002 |
| DX 63 | | | 4/9/08 | | Y | 12/31/02:  Consolidated Financial Statements and Other Financial Information for ALH II, Inc. and Subsidiaries Years Ended December 31, 2002 and 2001 |
| PX 194 | | | 4/15/08 | | Y | 01/02/03:  Forwarding Neuberger e-mail asking effect on B investors with Bowden's partial summary judgment against the company |
| DX 65 | | | 4/8/08 | | Y | 01/08/03:  E-mail trail between Krieger, Buchler and Stein re: Wachovia Meeting |
| DX 66 | | | 4/8/08 | | Y | 01/09/03:  E-mail trail between Buchler, Krieger and Stein re: ALH and Teleconference with Lanius |
| PX 195 | DX 68, DX 67 | | 4/14/08 | | Y | 01/14/03:  Letters re: question as to whether or not pltfs can immediately levy execution if motion for PSJ is granted.  Also a letter and memo re: mediation |
| PX 374 | | | 4/14/08 | | Y | 01/19/03:  Long talk with Buchler, Board mtg in Charlotte on 2/19, questions in advance |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| AO 187A (Rev. 7/87) | | | | EXHIBIT AND WITNESS LIST - CONTINUATION | | | | |
|---|---|---|---|---|---|---|---|---|

| IN RE ALH HOLDINGS, INC. | | | | | | | CASE NO. 04-1399 (SLR) | |
|---|---|---|---|---|---|---|---|---|

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses | | |
|---|---|---|---|---|---|---|---|---|
| PX 481 | | | 4/23/08 | Late – Violation of PTO | Y | 01/24/03: | Form 10-K for Hovnanian Enterprises Inc - hov, filed January 24, 2003 for period October 31, 2002 | |
| PX 197 | DX 69 | | 4/10/08 | | Y | 01/31/03: | ALH Division Updates | |
| | DX 70 | | 4/8/08 | | Y | 02/04/03: | E-mail trail from Buchler to Arenson and Krieger re: Wachovia/Swiss re: Term Loan | |
| PX 466 | | | 4/11/08 | | Y | 02/08/03: | E-mail chain dated 2/8/03 from Lamm to Neuberger, Lobell | |
| PX 203 | DX 71 | | 4/10/08 | | Y | 02/11/03: | 2003 Business Plan by Atlantic Builders | |
| | DX 74 | | 4/11/08 | FRE 802, 901 | Y | 02/15/03: | ALH Holdings BOD Meeting Minutes dated 2/15/03 in Charlotte, NC | |
| PX 206 | DX 73 | | 4/7/08 | | Y | 02/19/03: | Agenda and presentation material for BOD mtg 2/19/03 | |
| PX 397 | | | 4/11/08 | | Y | 02/19/03: | E-mail chain dated 2/19/03 from Lamm to Neuberger | |
| PX 448 | DX 267 | | 4/15/08 | FRE 501 (Privileged) | Y | 03/13/03: | E-mail dated 3/13/03 from Lamm to Jesselson | |
| PX 208 | | | 4/15/08 | | Y | 03/17/03: | Extension of term of engagement | |
| PX 209 | | | 4/7/08 | | Y | 03/18/03: | Engagement letter extension approved by 3 Board members of Shamrock for Lamm's signature | |
| PX 487 | | | 4/23/08 | Late – Violation of PTO | Y | 03/18/03: | Form 10-K for Standard Pacific Corp /DE/ - SPF, filed March 18, 2003 for period December 31, 2002 | |
| DX 283 | | | 4/14/08 | | Y | 03/18/03: | Emails between IMN, Lamm and Lobell | |
| PX 343 | | | 4/14/08 | | Y | 03/19/03: | Executed the JMP extension agreement letter | |
| DX 215 | PX 335, DX 229, DX 251 | | 4/8/08 | | Y | 03/26/03: | Email from Buchler to Lanius, Krieger and Stein re: Shamrock Promissory Note extension, ABI sale situation, Elovic Loan, Berkshire collection, Madaket receivable and Arbor Bank matters | |
| PX 211 | DX 77 | | 4/7/08 | FRE 802 | Y | 03/27/03: | Update on the progress at selling ABI...2 letters of intent - Standard Pacific and Toll Brothers visited and put in offers... | |
| PX 476 | | | 4/23/08 | Late – Violation of PTO | Y | 03/27/03: | Consolidated Financial Statements for years ended in December 31, 2002 and 2001 | |
| DX 84 | PX 218 | | 4/8/08 | | Y | 03/31/03: | ALH II, Inc. and Subsidiaries Financial Reporting for the Three Months Ended March 31, 2003 | |
| DX 158 | | | 4/10/08 | | Y | 03/31/03: | Chart titled ALH II 2003 Business Plan Value at 3/31/03 | |
| DX 160 | | | 4/8/08 | | Y | 03/31/03: | Chart titled Shamrock Holdings Portfolio Review for Quarter Ending 3/31/03 | |
| DX 293 | | | 4/14/08 | | Y | 04/04/03: | Email from IMN to Arenson, Konig and Jesselson | |
| PX 212 | | | 4/9/08 | | Y | 04/07/03: | Call from Lanus on several subjects: Mulvaney Business plan, Heritage Green, Audit, Berkshire note, Elovic costs, Arbor Debt, possible money due to Arlington from Bowden | |
| PX 213 | | | 4/7/08 | FRE 802 | Y | 04/08/03: | Forwarding e-mails re: Summary of Proposals for ABI, "somewhat troublesome to say the least", Arenson doesn't want the company to be sold piecemeal | |
| PX 370 | | | 4/14/08 | | Y | 04/09/03: | E-mail chain dated 4/9/03 from Buchler to Arenson | |
| PX 214 | DX 79 | | 4/10/08 | | Y | 04/11/03: | 2003 Business Plan (FAS 142 Summary Schedules) by Atlantic Builders | |
| | DX 80 | | 4/15/08 | | Y | 04/14/03: | Atlantic Builders, Inc. Working Group List | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| AO 187A (Rev. 7/87) | | | | EXHIBIT AND WITNESS LIST - CONTINUATION | | | | |
|---|---|---|---|---|---|---|---|---|
| IN RE ALH HOLDINGS, INC. | | | | | | | CASE NO.<br>04-1399 (SLR) | |
| PTX<br>No. | DTX<br>No. | JTX<br>No. | Date<br>Offered | Objections | Admitted | | Description of Exhibits and Witnesses | |

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses | |
|---|---|---|---|---|---|---|---|
| DX 81 | | | 4/14/08 | | Y | 04/15/03: | E-mail from Buchler to Arenson, Lamm, Krieger and Stein re: Atlantic Builders Sale |
| DX 83 | | | 4/8/08 | | Y | 04/22/03: | E-mail from Chris Milton to Greg Martin and Peter Rivera re: ALH Write-Down |
| DX 85 | PX 336 | | 4/8/08 | | Y | 05/05/03: | E-mail from Neuberger to Krieger, Buchler, Jesselson, Konig and Arenson re: ALH II and Class B Investors' Opinions on sale of Jacksonville |
| DX 233 | | | 4/9/08 | | Y | 05/12/03: | Email trail between Buchler, Arenson, Krieger and Stein re: telephonic board meeting |
| PX 364 | | | 4/16/08 | | Y | 05/13/03: | ALH BOD Meeting , Not careful in language regarding "denuding.", need to check notes regarding guarantee, don't think it is guaranteed by another entity |
| PX 221 | DX 91 | | 4/10/08 | | Y | 05/14/03: | Handwritten ALH Telephonic BOD meeting dated 5/14/03 |
| PX 222 | DX 86, DX 122 | | 4/10/08 | | Y | 05/14/03: | Typed ALH BOD Minutes dated 5/14/03 with handwritten notes throughout |
| PX 224 | PX 223, DX 88 | | 4/7/08 | FRE 802 | Y | 05/14/03: | ALH BOD minutes dated 5/14/03 |
| DX 87 | | | 4/10/08 | | Y | 05/14/03: | Draft of BOD Meeting Minutes from 5/14/03 with handwritten notes and redline edits |
| PX 226 | DX 90 | | 4/7/08 | | Y | 05/30/03: | Bowden Litigation Update - extension of date for hearing motions |
| DX 92 | | | 4/14/08 | | Y | 06/18/03: | E-mail trail between Richard Fulton, Lauro, Krieger, Buchler, Laguardia, Lanius and Jeffrey Decker w/ attached Memo dated 6/18/03 from Fulton to Lanius, Lauro and Decker re: Bartram Springs Workaround Agreement |
| PX 321 | | | 4/9/08 | | Y | 06/23/03: | BOD Minutes for June 23, 2003 |
| PX 334 | DX 95, DX 258 | | 4/14/08 | | Y | 06/24/03: | ALH Board Mtg scheduled for 6/26/03. 2 main subjects: approval of Bowden settlement and approval of ABI sale to Mattamy |
| DX 93 | | | 4/9/08 | | Y | 06/24/03: | E-mail to Krieger and Buchler from Avila re: fee |
| PX 228 | DX 96 | | 4/7/08 | FRE 802 | Y | 06/25/03: | Issues with Mattamy and settlement discussion |
| PX 229 | | | 4/15/08 | | Y | 06/25/03: | Need help with Buchler e-mail dated 6/24 re: telephonic Board meeting scheduled, asking to approve fee for A. Avila's firm |
| PX 230 | | | 4/15/08 | | Y | 06/25/03: | Prep for BOD meeting tomorrow, forwarding draft of letter describing terms of proposed Bowden settlement |
| PX 403 | | | 4/14/08 | | Y | 06/25/03: | E-mail chain dated 6/25/03 from Neuberger to Lamm and Arenson |
| PX 404 | | | 4/14/08 | | Y | 06/25/03: | E-mail chain dated 6/25/03 from Arenson to Lamm |
| DX 273 | | | 4/15/08 | | Y | 06/25/03: | Email from Lamm to Arenson, IMN |
| PX 232 | DX 97 | | 4/10/08 | | Y | 06/26/03: | Handwritten minutes of mtg re: Bowden settlement, sale of ABI |
| PX 233 | DX 99 | | 4/7/08 | FRE 802 | Y | 06/26/03: | ALH 6/26/03 BOD minutes |
| PX 402 | | | 4/14/08 | | Y | 06/26/03: | E-mail chain dated 6/26/03 from Arenson to Neuberger et al |
| DX 98 | | | 4/10/08 | | Y | 06/26/03: | Draft and Redlined version of 6/26/03 BOD Meeting |
| PX 234 | DX 100 | | 4/10/08 | | Y | 06/27/03: | Forwarding ALH 6/26/03 BOD draft minutes |
| PX 235 | | | 4/7/08 | FRE 802 | Y | 06/27/03: | "Dismayed and disappointed" at negative vote on the Mattamy purchase of ABI |
| PX 367 | | | 4/11/08 | | Y | 06/27/03: | Concur with Arenson's comments re: ALH Board Mtg and sale of Bowden settlement, need to maximize results and a good will gesture towards Shamrock is the proper tactical move |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | | |
|---|---|---|---|---|---|---|
| AO 187A (Rev. 7/87) | | | | EXHIBIT AND WITNESS LIST - CONTINUATION | | |

| | | | |
|---|---|---|---|
| IN RE ALH HOLDINGS, INC. | | | CASE NO.<br>04-1399 (SLR) |

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| DX 109 | | | 4/8/08 | | Y | 06/30/03:  ALH II Financial Reporting for the Six Months Ended 6/30/03 (cover letter from Lanius dated 8/7/03) |
| DX 219 | | | 4/10/08 | FRE 802 | Y | 06/30/03:  Email with attachment from Lamm to Arenson re: Memo to file re: conversation with David Palumbo |
| PX 238 | | | 4/7/08 | | Y | 07/07/03:  "..taken aback by your letter of 27 June." |
| PX 237 | | | 4/15/08 | | Y | 07/10/03:  Congrats on sale of ABI |
| DX 103 | | | 4/8/08 | | Y | 07/10/03:  E-mail from Buchler to Stanley Gold, Clifford Miller, Steve Royer, Robert Moskowitz, Mike McConnell, Will Wynperte, Greg Martin, Peter Rivera, Chris Milton, Kathleen Galli, Stein, Richard Gentilucci, Joseph Fahey, Dan Beaney and Krieger re: Sale of Atlantic Builders |
| PX 240 | | | 4/7/08 | | Y | 07/11/03:  Congrats on sale of ABI, Shamrock entitled to bonus as suggested, no objections |
| DX 94 | | | 4/8/08 | | Y | 07/11/03:  E-mail to Krieger and Buchler from Avila re: BBC |
| DX 104 | PX 241 | | 4/8/08 | | Y | 07/21/03:  E-mail trail between Buchler, S. Haynes, Lanius and Avila re: JMP Fees per Atlantic Sale |
| DX 276 | | | 4/11/08 | | Y | 07/22/03:  Emails between Lamm and IMN |
| DX 106 | | | 4/8/08 | | Y | 07/25/03:  Letter from Laguardia to Buchler, Arenson, Krieger, Stein and Lamm re: Request for Resolution of Authority for Laguardia and Sweeney to Represent Possible Buyer |
| PX 242 | | | 4/7/08 | FRE 802 | Y | 07/28/03;  ALH update, repayment of 2 loans should have been received from Lanius, moving forward with Bowden sale |
| DX 266 | | | 4/11/08 | | Y | 07/29/03:  Email from Lamm to IMN, Arenson |
| PX 243 | | | 4/15/08 | | Y | 07/30/03:  Forwarding Neuberger e-mail stating that Shamrock, in its desire to exit, has used its control position to "dismantle the company" |
| PX 427 | DX 280 | | 4/14/08 | | Y | 07/30/03:  E-mail chain dated 7/30/03 from Lamm to Neuberger |
| PX 244 | | | 4/14/08 | | Y | 08/07/03:  0ALH II, Inc. (unaudited) financial statements for six months ended 6/30/03 |
| DX 110 | PX 246 | | 4/10/08 | | Y | 08/29/03:  E-mail from Buchler to Krieger, Robbins and Stein re: Minutes |
| DX 159 | | | 4/10/08 | | Y | 08/31/03:  Chart titled ALH II 2003 Business Plan Value at 8/31/03 |
| PX 247 | DX 111 | | 4/14/08 | | Y | 09/02/03:  ALH's ABI Asset Sale (July 2003) Sources and Uses of Cash |
| PX 249 | DX 113 | | 4/14/08 | | Y | 09/15/03:  Purchase Price Adjustment (APA closing revised) |
| DX 216 | | | 4/8/08 | | Y | 09/15/03:  Email trail between Buchler and Stein re: LaGuardia & Sweeney bonus/salary issues and Bowden sale |
| PX 250 | DX 217 | | 4/9/08 | | Y | 09/25/03:  Selling Bowden, agree for need to move BBC along |
| DX 115 | | | 4/8/08 | | Y | 09/26/03:  E-mail trail between Arenson, Neuberger, Buchler, Konig, Jesselson and Lamm re: Class B Members' concerns |
| DX 161 | | | 4/8/08 | | Y | 09/30/03:  Chart titled Shamrock Holdings Portfolio Review for Quarter Ending 9/30/03 |
| PX 435 | | | 4/15/08 | | Y | 10/02/03:  Memo dated 10/2/03 from Lamm to Arenson and Neuberger |
| PX 252 | | | 4/14/08 | | Y | 10/09/03:  Forwarding Arenson e-mail on meeting with Krieger and Buchler on various issues, Laguardia is in a conflict of interest position re: Levitt's offer for Bowden, but negotiations will be stopped because of low price offer anyway |
| PX 253 | | | 4/15/08 | | Y | 11/04/03:  Revised BOD minutes for 6/26 meeting |
| PX 254 | DX 116 | | 4/7/08 | | Y | 11/05/03:  ALH - FFHSJ Call (conference call recap) |
| PX 255 | DX 117 | | 4/10/08 | | Y | 11/06/03:  Lamm's comments to revised minutes |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)     EXHIBIT AND WITNESS LIST - CONTINUATION

| | | | | | | |
|---|---|---|---|---|---|---|
| IN RE ALH HOLDINGS, INC. | | | | | | CASE NO.<br>04-1399 (SLR) |

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| PX 256 | DX 118 | | 4/14/08 | | Y | 11/06/03: Forwarding materials to discuss prior to next week's meeting, valuation analysis, forecast/projections |
| PX 257 | | | 4/10/08 | | Y | 11/09/03: Response to forwarded redline of BOD minutes. Will sign minutes as is, but disagree with postscript stating "we knew or did not know." |
| PX 337 | DX 119 | | 4/14/08 | | Y | 11/10/03: Revised Forecast/Valuation Schedules too conservative |
| | DX 120 | | 4/9/08 | | Y | 11/10/03: E-mail trail between Krieger, Lanius, Buchler and Stein re: Revised Forecast/Valuation Schedules |
| PX 259 | | | 4/14/08 | | Y | 11/11/03: Talk to Lanius tomorrow and go over schedules with the reduced deficit |
| PX 260 | DX 121 | | 4/14/08 | | Y | 11/12/03: Valuation Analysis charts |
| PX 261 | | | 4/7/08 | | Y | 11/19/03: Congratulatory response to email from G. Buchler re Swiss Re Renewal of surety |
| | DX 123 | | 4/9/08 | | Y | 12/16/03: E-mail trail between Krieger, Robbins, Long, Stein and Buchler re: Bowden Purchase /Sale |
| | DX 64 | | 4/9/08 | | Y | 12/31/03: Consolidated Financial Statements and Other Financial Information for ALH II, Inc. and Subsidiaries Years Ended December 31, 2003 and 2002 |
| PX 264 | | | 4/14/08 | FRE 802 | Y | 01/11/04: Met with Neuberger and Michel, Michel wants principal back on Dublin and ALH and will forgive interest, if not, he will sue. |
| | DX 124 | | 4/8/08 | | Y | 02/10/04: E-mail between Buchler, Avila and Stein re: Albert Praw |
| PX 417 | | | 4/15/08 | | Y | 03/07/04: E-mail chain dated 03/07/04 from Neuberger to Konig et al. |
| | DX 292 | | 4/11/08 | | Y | 03/07/04: Emails between IMN, Lamm, Konig, Jesselson and Arenson |
| PX 486 | | | 4/23/08 | Late – Violation of PTO | Y | 03/15/04: Form 10-K for Meritage Homes Corp - MTH, filed March 15, 2004 for period December 31, 2003 |
| PX 265 | DX 125 | | 4/10/08 | | Y | 03/24/04: Notes (on board meeting?) re: discussion on sale of Bowden to Levitt |
| PX 266 | DX 126 | | 4/15/08 | | Y | 03/24/04: Draft ALH BOD minutes dated 3/24/04 |
| PX 267 | | | 4/11/08 | | Y | 03/26/04: Disappointed in position at recent Board meeting. Previously you agreed that selling BCC made sense, since already selling ABI, reversal was a surprise |
| | DX 128 | | 4/8/08 | | Y | 04/01/04: E-mail trail between Arenson and Buchler re: differences in opinion as to the sale of ABI and the Class B Members' opposition |
| PX 269 | DX 129 | | 4/14/08 | | Y | 04/07/04: BBC Stock Sale Calculations estimated based on 4/15/04 closing |
| PX 270 | | | 4/7/08 | FRE 802 | Y | 04/07/04: Forwarding ALH BOD minutes for 03/24/04 |
| PX 271 | DX 130 | | 4/7/08 | | Y | 04/13/04: Joint ALH BOD and ALH Tennessee BOD and BBC meeting minutes dated 4/13/04 |
| PX 272 | | | 4/10/08 | | Y | 04/30/04: Recap of meeting with Wachovia |
| | DX 131 | | 4/8/08 | | Y | 05/01/04: Outline of ALH Action Plan dated May 2004 |
| PX 410 | | | 4/14/08 | FRE 501 (Privileged) | Y | 05/20/04: E-mail chain dated 5/20/04 from Arenson to Neuberger |
| | DX 234 | | 4/9/08 | | Y | 06/10/04: Email trail between Buchler, Krieger and Stein re: ALH Updates |
| PX 279 | DX 132 | | 4/8/08 | | Y | 06/16/04: View on Mulvaney / MHI |
| PX 280 | | | 4/8/08 | FRE 802 | Y | 07/01/04: ALH/Mulvaney Homes update, number of issues |
| PX 282 | | | 4/8/08 | FRE 802 | Y | 08/27/04: Conversation with Swiss Re counsel |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| AO 187A (Rev. 7/87) | | | | EXHIBIT AND WITNESS LIST - CONTINUATION | | | |
|---|---|---|---|---|---|---|---|

| IN RE ALH HOLDINGS, INC. | | | | | | CASE NO. 04-1399 (SLR) | |
|---|---|---|---|---|---|---|---|

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses | |
|---|---|---|---|---|---|---|---|
| PX 283 | | | 4/8/08 | FRE 802 | Y | 10/06/04: | Just notified that Levitt will not proceed with their acquisition of MHI |
| DX 134 | | | 4/8/08 | | Y | 11/24/04: | Fax from Buchler to Lanius dated 10/22/04 with attached letter regarding Mattamy Homes and Lanius' role as officer of ALH II |
| DX 135 | | | 4/8/08 | | Y | 11/24/04: | E-mail trail between Peter Rivera and Lanius re: ALH Management Fees |
| PX 287 | | | 4/8/08 | FRE 802 | Y | 12/11/04: | Upcoming ALH and Affiliate Board meeting |
| DX 183 | | | 4/8/08 | | Y | 12/11/04: | E-mail trail between Francis Costello, Robert Harris, George Buchler, William Lanius and Bridget McCarthy re: status of documents |
| DX 136 | | | 4/8/08 | | Y | 12/13/04: | E-mail from Buchler to Arenson re: Shalom Lamm Release |
| PX 292 | | | 4/8/08 | | Y | 12/14/04: | ALH Holdings Board mtg - Updated Draft Resolutions/Exhibits |
| DX 184 | | | 4/11/08 | | Y | 12/14/04: | E-mail between George Buchler, Avie Arenson, Francis Costello, William Lanius and Bridget McCarthy re: Shalom Lamm |
| PX 295 | | | 4/9/08 | | Y | 12/15/04: | Handwritten minutes for ALH Telephonic BOD meeting dated 12/15/04 |
| DX 139 | | | 4/8/08 | | Y | 12/15/04: | Handwritten notes dated 12/15/04 titled ALH Board Meeting |
| DX 146 | | | 4/8/08 | | Y | 12/15/04: | Draft Minutes of 12/15/04 Supervisory Board Meeting (cover letter from Costello to Buchler dated 3/2/05) |
| DX 186 | PX 293 | | 4/11/08 | | Y | 12/15/04: | Fax Cover Sheet from Joseph Capobianco to Frank Costello w/ attached *draft* Settlement Agreement and Mutual Release between ALH Holdings, LLC, ALH II, Inc., Mulvaney Homes, Inc. and Shalom E. Lamm |
| DX 188 | | | 4/11/08 | | Y | 12/15/04: | E-mail from Francis Costello to Joseph Capobianco, George Buchler, William Lanius and Bridget McCarthy w/ attached *draft redline copy* of Settlement Agreement and Mutual Release between ALH Holdings, LLC, ALH II, Inc., Mulvaney Homes, Inc. and Shalom E. Lamm |
| DX 195 | PX 301, DX 147 | | 4/11/08 | | Y | 12/15/04: | Minutes of a Meeting of the Supervisory Board of ALH Holdings LLC Held on December 15, 2004 (cover e-mail from Francis Costello to George Buchler dated 3/4/05) |
| DX 192 | | | 4/11/08 | | Y | 12/16/04: | E-mail from Joseph Capobianco to Francis Costello and George Buchler re: Settlement Agreement and Mutual Release |
| DX 193 | | | 4/11/08 | | Y | 12/16/04: | E-mail from Francis Costello to Joseph Capobianco, George Buchler and Bridget McCarthy w/ attached *draft redline* Settlement Agreement and Mutual Release between ALH Holdings, LLC, ALH II, Inc., Mulvaney Homes, Inc. and Shalom E. Lamm |
| PX 296 | DX 142 | | 4/14/08 | | Y | 12/17/04: | Funds Flow Statement per Settlement and Release Agreement and Stock Purchase Agreement dated 12/17/2004 |
| PX 298 | DX 143, DX 194, PX 381 | | 4/8/08 | | Y | 12/17/04: | Settlement Agreement and Mutual Release btw ALH Holdings, ALH II, Inc., and Mulvaney Homes, Inc |
| DX 187 | | | 4/11/08 | | Y | 12/17/04: | *Draft* Settlement Agreement and Mutual Release between ALH Holdings, LLC, ALH II, Inc., Mulvaney Homes, Inc. and Shalom E. Lamm |
| DX 211 | | | 4/9/08 | | Y | 12/17/04: | Email from Krieger to Buchler, Stein |
| DX 196 | | | 4/8/08 | | Y | 01/04/05: | E-mail from Francis Costello to George Buchler re: Settlement Agreement and Mutual Release |
| PX 369 | | | 4/14/08 | | Y | 01/19/05: | Letter dated 01/19/05 from Wood (Exhibit JJ to 8/8/05 Declaration of Pamela Jarvis in Opposition to Defendants' Motion to Dismiss or Stay) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| AO 187A (Rev. 7/87) | | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION |
|---|---|---|---|---|---|---|

| IN RE ALH HOLDINGS, INC. | | | | | | CASE NO.<br>04-1399 (SLR) |
|---|---|---|---|---|---|---|

| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|---|
| PX 302 | | | 4/8/08 | | Y | 01/14/05:   Forwarding letter to ALH Holdings LLC and ALH II Inc. from PJ |
| PX 303 | DX 150 | | 4/14/08 | | Y | 03/19/06:   ALH II Financial Statements - 2005 |
| PX 305 | | | 4/16/08 | | Y | 01/05/07:   Selk's Answers to Plaintiffs' and Counterclaim Defendants' Interrogatories |
| PX 350 | | | 4/11/08 | | Y | 03/15/07:   Borrower History Report from 1/1/90 - 3/15/07 re: Lion and Lamm Capital LLC |
| PX 307 | | | 4/17/08 | | Y | 03/23/07:   Expert Report of Dr. Frederick C. Dunbar, and exhibits |
| PX 312 | | | 4/17/08 | | Y | 04/13/07:   Expert Rebuttal Report of Dr. Frederick C. Dunbar, and exhibits |
| PX 360 | | | 4/10/08 | | Y | Undated:   ALH, B Group, Heathrow Airport July 29th itinerary/outline |
| PX 490 | | | 4/23/08 | Late – Violation of PTO | Y | Undated:   Chart:  Time Trend in Observed Private and Public Transaction EBITDA Multiples chart, January 1, 2001 - July 1, 2003 |
| PX 491 | | | 4/23/08 | Late – Violation of PTO | Y | Undated:   Chart:  EBITDA Multiples in Comparable Acquisitions of Private Companies - 2001 - 2002 |
| DX 155 | PX 319 | | 4/15/08 | | Y | Undated:   Memo from Lamm re: extension agreement with JMP and Lamm's objections to the piecemeal sale of the company w/ status on all ALH subsidiaries |
| DX 156 | PX 333 | | 4/14/08 | | Y | Undated:   Typed Questions for Lanius with handwritten notes re: Atlantic Builders Operations |
| DX 157 | | | 4/10/08 | | Y | Undated:   Chart titled ALH II 2003 Business Plan |
| DX 164 | PX 317 | | 4/9/08 | | Y | Undated:   Handwritten notes titled Strategy/Exe. Summary |
| DX 303 | | | 5/9/08 | | Y | Undated:   Annotated Version of Dunbar Rebuttal Exhibit 1 |
| DX 304 | | | 5/9/08 | | Y | Undated:   ALH, Inc. ABI Lot Takedowns 2H 2003 |
| DX 305 | | | 5/9/08 | | Y | Undated:   ABI Lot Analysis and Measures of Financial Position |
| DX 306 | | | 5/9/08 | | Y | Undated:   ABI Lot Takedowns 2H 2003 |
| DX 197 | | | 4/18/08 | | Y | Various:   Bill Bavis' Appraisal Report and documents relied upon therein |
| DX 198 | | | 4/18/08 | | Y | Various:   Bill Bavis' response to Dr. Dunbar's report and documents relied upon therein |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| AO 187A (Rev. 7/87) | | | | | EXHIBIT AND WITNESS LIST - CONTINUATION | | |
|---|---|---|---|---|---|---|---|
| | | | | vs. | | | CASE NO. |
| PTX No. | DTX No. | JTX No. | Date Offered | Objections | Admitted | Description of Exhibits and Witnesses | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.
2431380

Page 14 of 14 Pages