IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ALH HOLDINGS, LLC | ) ) ) | Consol. C.A. No. 04-1339-SLR |

**AMENDED STIPULATION AND ORDER REGARDING POST-TRIAL BRIEFING**

WHEREAS, after the filing of Plaintiff/Counterclaim Defendants' Opening Post-Trial Brief, Defendants/Counterclaim-Plaintiffs requested to amend the Stipulation and Order Regarding Post-Trial Briefing (D.I. 174);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. Defendants/Counterclaim-Plaintiffs shall file an answering brief and an opening post-trial brief, not to exceed 90 pages (exclusive of tables of contents and citations), on or before September 25, 2008;

2. Plaintiffs/Counterclaim-Defendants shall file a reply and answering brief not to exceed 75 pages (exclusive of tables of contents and citations), on or before November 10, 2008; and

3. Defendants/Counterclaim-Plaintiffs shall file a reply brief, limited to issues raised in the Counterclaims and not to exceed 30 pages (exclusive of tables of contents and citations), on or before December 10, 2008.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  |  |
|  | */s/ S. Mark Hurd* |
|  | A. Gilchrist Sparks, III (#467) |
|  | S. Mark Hurd (#3297) |
|  | Samuel T. Hirzel (#4415) |
|  | 1201 N. Market Street |
|  | Wilmington, DE 19899 |
|  | 302-658-9200 |
|  | *Attorneys for Plaintiffs/Counterclaim Defendants* |
| OF COUNSEL: | COZEN O'CONNOR |
| Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. | */s/ Sean J. Bellew* |
| Thomas M. Wood, IV | Sean J. Bellew (#4072) |
| One South Street, 27th Floor | David A. Felice (#4090) |
| Baltimore, MD 21202 | 1201 N. Market Street |
| (410) 332-8550 | Wilmington, DE 19899 |
|  | (302) 295-2000 |
|  | *Attorneys for Defendants/Counterclaim Plaintiffs* |

September 8, 2008

    SO ORDERED this \_\_\_\_ day of September, 2008.

                                             _____
                                             Judge Sue L. Robinson